REQUEST FORM
FOR
**INMATE ACCOUNT ACTIVITY STATEMENT**

Inmate Name: Jackson  George A
             (Last)    (First)    (M.I.)    SBI Number: 171250

Housing Unit: MCCI / west

In accordance with Bureau of Prisons Procedure 5.4 entitled "In Forma Pauperis", please provide a summary of my account transactions.

_George A Jackson_ 8/31/05     _Rhonda Lee Zawora_ 08/31/05
Inmate Signature                                              Notary

Inmate Account Activity Statement will be processed only after staff verifies your legal documents are complete.

Date received by business office: _____

RHONDA LEE ZAWORA
NOTARY PUBLIC, STATE OF DELAWARE
My Commission Expires April 20, 2006

Printed: 9/1/2005     *Average Daily Balance For Pauper Filing*     Page 1 of 4
For Days the Individual was in Residence at SCI from 3/1/2005 through 8/31/2005

SBI: *00171250*     NAME: **JACKSON, GEORGE A**

| Date | Balance |
|---|---|
| 03/01/2005 | $0.00 |
| 03/02/2005 | $0.00 |
| 03/03/2005 | $0.00 |
| 03/04/2005 | $0.00 |
| 03/05/2005 | $0.00 |
| 03/06/2005 | $0.00 |
| 03/07/2005 | $304.00 |
| 03/08/2005 | $299.00 |
| 03/09/2005 | $299.00 |
| 03/10/2005 | $260.36 |
| 03/11/2005 | $260.36 |
| 03/12/2005 | $260.36 |
| 03/13/2005 | $260.36 |
| 03/14/2005 | $260.36 |
| 03/15/2005 | $260.36 |
| 03/16/2005 | $260.36 |
| 03/17/2005 | $224.24 |
| 03/18/2005 | $224.24 |
| 03/19/2005 | $224.24 |
| 03/20/2005 | $224.24 |
| 03/21/2005 | $224.24 |
| 03/22/2005 | $223.24 |
| 03/23/2005 | $223.24 |
| 03/24/2005 | $131.35 |
| 03/25/2005 | $131.35 |
| 03/26/2005 | $131.35 |
| 03/27/2005 | $131.35 |
| 03/28/2005 | $131.35 |
| 03/29/2005 | $131.35 |
| 03/30/2005 | $131.35 |
| 03/31/2005 | $131.35 |
| 04/01/2005 | $121.35 |
| 04/02/2005 | $121.35 |
| 04/03/2005 | $121.35 |
| 04/04/2005 | $60.55 |
| 04/05/2005 | $40.55 |
| 04/06/2005 | $100.83 |
| 04/07/2005 | $79.29 |
| 04/08/2005 | $72.89 |
| 04/09/2005 | $72.89 |
| 04/10/2005 | $72.89 |
| 04/11/2005 | $77.89 |
| 04/12/2005 | $77.89 |
| 04/13/2005 | $27.89 |
| 04/14/2005 | $11.04 |
| 04/15/2005 | $11.04 |
| 04/16/2005 | $11.04 |
| 04/17/2005 | $11.04 |



05-823   RECEIVED DEC 1 - 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

Printed: 9/1/2005

## Average Daily Balance For Pauper Filing
### For Days the Individual was in Residence at SCI from 3/1/2005 through 8/31/2005

Page 2 of 4

SBI: 00171250          NAME:    JACKSON, GEORGE A

| Date | Balance |
|---|---|
| 04/18/2005 | $11.04 |
| 04/19/2005 | $11.04 |
| 04/20/2005 | $11.04 |
| 04/21/2005 | $11.04 |
| 04/22/2005 | $11.04 |
| 04/23/2005 | $11.04 |
| 04/24/2005 | $11.04 |
| 04/25/2005 | $11.04 |
| 04/26/2005 | $8.29 |
| 04/27/2005 | $8.29 |
| 04/28/2005 | $8.29 |
| 04/29/2005 | $8.29 |
| 04/30/2005 | $8.29 |
| 05/01/2005 | $8.29 |
| 05/02/2005 | $8.29 |
| 05/03/2005 | $8.29 |
| 05/04/2005 | $56.72 |
| 05/05/2005 | $47.93 |
| 05/06/2005 | $47.93 |
| 05/07/2005 | $47.93 |
| 05/08/2005 | $47.93 |
| 05/09/2005 | $47.93 |
| 05/10/2005 | $47.93 |
| 05/11/2005 | $47.93 |
| 05/12/2005 | $24.86 |
| 05/13/2005 | $24.86 |
| 05/14/2005 | $24.86 |
| 05/15/2005 | $24.86 |
| 05/16/2005 | $24.86 |
| 05/17/2005 | $24.86 |
| 05/18/2005 | $24.86 |
| 05/19/2005 | $14.95 |
| 05/20/2005 | $14.95 |
| 05/21/2005 | $14.95 |
| 05/22/2005 | $14.95 |
| 05/23/2005 | $14.95 |
| 05/24/2005 | $14.95 |
| 05/25/2005 | $14.95 |
| 05/26/2005 | $14.03 |
| 05/27/2005 | $14.03 |
| 05/28/2005 | $14.03 |
| 05/29/2005 | $14.03 |
| 05/30/2005 | $14.03 |
| 05/31/2005 | $14.03 |
| 06/01/2005 | $14.03 |
| 06/02/2005 | $14.03 |
| 06/03/2005 | $14.03 |
| 06/04/2005 | $14.03 |

Printed: 9/1/2005

## Average Daily Balance For Pauper Filing
For Days the Individual was in Residence at SCI from 3/1/2005 through 8/31/2005

Page 3 of 4

SBI: 00171250       NAME: JACKSON, GEORGE A

| Date | Balance |
|---|---|
| 06/05/2005 | $14.03 |
| 06/06/2005 | $1.98 |
| 06/07/2005 | $60.94 |
| 06/08/2005 | $56.94 |
| 06/09/2005 | $25.42 |
| 06/10/2005 | $25.42 |
| 06/11/2005 | $25.42 |
| 06/12/2005 | $25.42 |
| 06/13/2005 | $25.42 |
| 06/14/2005 | $25.42 |
| 06/15/2005 | $25.42 |
| 06/16/2005 | $18.92 |
| 06/17/2005 | $18.92 |
| 06/18/2005 | $18.92 |
| 06/19/2005 | $18.92 |
| 06/20/2005 | $18.92 |
| 06/21/2005 | $18.92 |
| 06/22/2005 | $18.92 |
| 06/23/2005 | $18.92 |
| 06/24/2005 | $18.92 |
| 06/25/2005 | $18.92 |
| 06/26/2005 | $18.92 |
| 06/27/2005 | $18.92 |
| 06/28/2005 | $13.17 |
| 06/29/2005 | $13.17 |
| 06/30/2005 | $13.17 |
| 07/01/2005 | $69.93 |
| 07/02/2005 | $69.93 |
| 07/03/2005 | $69.93 |
| 07/04/2005 | $69.93 |
| 07/05/2005 | $69.93 |
| 07/06/2005 | $58.14 |
| 07/07/2005 | $24.78 |
| 07/08/2005 | $24.78 |
| 07/09/2005 | $24.78 |
| 07/10/2005 | $24.78 |
| 07/11/2005 | $24.78 |
| 07/12/2005 | $20.78 |
| 07/13/2005 | $20.78 |
| 07/14/2005 | $13.83 |
| 07/15/2005 | $13.83 |
| 07/16/2005 | $13.83 |
| 07/17/2005 | $13.83 |
| 07/18/2005 | $13.83 |
| 07/19/2005 | $13.83 |
| 07/20/2005 | $13.83 |
| 07/21/2005 | $13.83 |
| 07/22/2005 | $13.83 |

Printed: 9/1/2005                         Page 4 of 4

## Average Daily Balance For Pauper Filing
For Days the Individual was in Residence at SCI from 3/1/2005 through 8/31/2005

SBI: 00171250        NAME:   JACKSON, GEORGE A

| Date | Balance |
|---|---|
| 07/23/2005 | $13.83 |
| 07/24/2005 | $13.83 |
| 07/25/2005 | $93.83 |
| 07/26/2005 | $93.83 |
| 07/27/2005 | $91.43 |
| 07/28/2005 | $60.77 |
| 07/29/2005 | $60.77 |
| 07/30/2005 | $60.77 |
| 07/31/2005 | $60.77 |
| 08/01/2005 | $60.77 |
| 08/02/2005 | $60.77 |
| 08/03/2005 | $60.77 |
| 08/04/2005 | $23.72 |
| 08/05/2005 | $85.76 |
| 08/06/2005 | $85.76 |
| 08/07/2005 | $85.76 |
| 08/08/2005 | $49.81 |
| 08/09/2005 | $49.81 |
| 08/10/2005 | $69.81 |
| 08/11/2005 | $44.18 |
| 08/12/2005 | $44.18 |
| 08/13/2005 | $44.18 |
| 08/14/2005 | $44.18 |
| 08/15/2005 | $44.18 |
| 08/16/2005 | $44.18 |
| 08/17/2005 | $44.18 |
| 08/18/2005 | $23.69 |
| 08/19/2005 | $23.69 |
| 08/20/2005 | $23.69 |
| 08/21/2005 | $23.69 |
| 08/22/2005 | $23.69 |
| 08/23/2005 | $23.69 |
| 08/24/2005 | $23.69 |
| 08/25/2005 | $12.01 |
| 08/26/2005 | $12.01 |
| 08/27/2005 | $12.01 |
| 08/28/2005 | $12.01 |
| 08/29/2005 | $10.51 |
| 08/30/2005 | $10.51 |
| 08/31/2005 | $10.51 |

Summary for 'SBI' = 00171250 (184 detail records)              **Average Daily Balance:   $56.60**

## Prior Month -- Individual Statement

Date Printed: 9/1/2005

Page 1 of 1

## For Month of March 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00171250 | JACKSON | GEORGE | A | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Payroll | | 3/7/2005 | $66.00 | $0.00 | $0.00 | $0.00 | $66.00 |
| Visit MO | SHELLY BANKS | 3/7/2005 | $238.00 | $0.00 | $0.00 | $0.00 | $304.00 |
| Pay-To | PROFESSIONAL CAR | 3/8/2005 | ($5.00) | $0.00 | $0.00 | $0.00 | $299.00 |
| Commissary | | 3/10/2005 | ($38.64) | $0.00 | $0.00 | $0.00 | $260.36 |
| Commissary | | 3/17/2005 | ($36.12) | $0.00 | $0.00 | $0.00 | $224.24 |
| Pay-To | EXPRESS LEGAL SER | 3/22/2005 | ($1.00) | $0.00 | $0.00 | $0.00 | $223.24 |
| Commissary | | 3/24/2005 | ($91.89) | $0.00 | $0.00 | $0.00 | $131.35 |
| | | | | | | **Ending Mth Balance:** | **$131.35** |

# Prior Month -- Individual Statement

Date Printed: 9/1/2005

Page 1 of 1

## For Month of April 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $131.35 |
|---|---|---|---|---|---|---|
| 00171250 | JACKSON | GEORGE | A | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Pay-To | WAKE COUNTY SUPE | 4/1/2005 | ($5.00) | $0.00 | $0.00 | $0.00 | $126.35 |
| Pay-To | COUNTY OF ALLEGH | 4/1/2005 | ($5.00) | $0.00 | $0.00 | $0.00 | $121.35 |
| Pay-To | CLERK OF DISTRICT | 4/4/2005 | ($60.80) | $0.00 | $0.00 | $0.00 | $60.55 |
| Pay-To | TAWANDA BANKS | 4/5/2005 | ($20.00) | $0.00 | $0.00 | $0.00 | $40.55 |
| Payroll | | 4/6/2005 | $60.28 | $0.00 | $0.00 | $0.00 | $100.83 |
| Commissary | | 4/7/2005 | ($21.54) | $0.00 | $0.00 | $0.00 | $79.29 |
| Pay-To | | 4/8/2005 | ($6.40) | $0.00 | $0.00 | $0.00 | $72.89 |
| Copies | | 4/8/2005 | $0.00 | $0.00 | ($2.75) | $0.00 | $72.89 |
| Pay-To | COUNTY OF ALLEGH | 4/11/2005 | $5.00 | $0.00 | $0.00 | $0.00 | $77.89 |
| Pay-To | N & S INTERNATIONA | 4/13/2005 | ($50.00) | $0.00 | $0.00 | $0.00 | $27.89 |
| Medical | | 4/14/2005 | $0.00 | ($4.00) | $0.00 | $0.00 | $27.89 |
| Medical | | 4/14/2005 | ($4.00) | $0.00 | $0.00 | $0.00 | $23.89 |
| Commissary | | 4/14/2005 | ($12.85) | $0.00 | $0.00 | $0.00 | $11.04 |
| Copies | | 4/26/2005 | ($2.75) | $0.00 | $0.00 | $0.00 | $8.29 |
| Postage | | 4/29/2005 | $0.00 | $0.00 | ($0.23) | $0.00 | $8.29 |
| Postage | | 4/29/2005 | $0.00 | $0.00 | ($0.46) | $0.00 | $8.29 |
| Postage | | 4/29/2005 | $0.00 | $0.00 | ($0.23) | $0.00 | $8.29 |
| | | | | | Ending Mth Balance: | | $8.29 |

# Prior Month -- Individual Statement

Date Printed: 9/1/2005                                                                                             Page 1 of 1

## For Month of May 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $8.29 |
|---|---|---|---|---|---|---|
| 00171250 | JACKSON | GEORGE | A | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Pay-To | | 5/4/2005 | ($4.80) | $0.00 | $0.00 | $0.00 | $3.49 |
| Pay-To | WAKE COUNTY SUPE | 5/4/2005 | $5.00 | $0.00 | $0.00 | $0.00 | $8.49 |
| Pay-To | CLERK OF DISTRICT | 5/4/2005 | ($12.05) | $0.00 | $0.00 | $0.00 | ($3.56) |
| Payroll | | 5/4/2005 | $60.28 | $0.00 | $0.00 | $0.00 | $56.72 |
| Commissary | | 5/5/2005 | ($8.79) | $0.00 | $0.00 | $0.00 | $47.93 |
| Commissary | | 5/12/2005 | ($23.07) | $0.00 | $0.00 | $0.00 | $24.86 |
| Commissary | | 5/19/2005 | ($9.91) | $0.00 | $0.00 | $0.00 | $14.95 |
| Postage | | 5/26/2005 | ($0.23) | $0.00 | $0.00 | $0.00 | $14.72 |
| Postage | | 5/26/2005 | ($0.46) | $0.00 | $0.00 | $0.00 | $14.26 |
| Postage | | 5/26/2005 | ($0.23) | $0.00 | $0.00 | $0.00 | $14.03 |
| | | | | | | Ending Mth Balance: | $14.03 |

# Prior Month -- Individual Statement

Date Printed: 9/1/2005                                                                 Page 1 of 1

## For Month of June 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $14.03 |
|---|---|---|---|---|---|---|
| 00171250 | JACKSON | GEORGE | A | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Pay-To | CLERK OF DISTRICT | 6/6/2005 | ($12.05) | $0.00 | $0.00 | $0.00 | $1.98 |
| Payroll | | 6/7/2005 | $58.96 | $0.00 | $0.00 | $0.00 | $60.94 |
| Copies | | 6/8/2005 | $0.00 | $0.00 | ($5.75) | $0.00 | $60.94 |
| Pay-To | LIFERS GROUP | 6/8/2005 | ($4.00) | $0.00 | $0.00 | $0.00 | $56.94 |
| Commissary | | 6/9/2005 | ($31.52) | $0.00 | $0.00 | $0.00 | $25.42 |
| Commissary | | 6/16/2005 | ($6.50) | $0.00 | $0.00 | $0.00 | $18.92 |
| Copies | | 6/28/2005 | ($5.75) | $0.00 | $0.00 | $0.00 | $13.17 |
| | | | | | | Ending Mth Balance: | $13.17 |

# Prior Month -- Individual Statement

Date Printed: 9/1/2005                                                                 Page 1 of 1

## For Month of July 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $13.17 |
|---|---|---|---|---|---|---|
| 00171250 | JACKSON | GEORGE | A | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Payroll | | 7/1/2005 | $56.76 | $0.00 | $0.00 | $0.00 | $69.93 |
| Pay-To | CLERK OF DISTRICT | 7/6/2005 | ($11.79) | $0.00 | $0.00 | $0.00 | $58.14 |
| Commissary | | 7/7/2005 | ($33.36) | $0.00 | $0.00 | $0.00 | $24.78 |
| Copies | | 7/8/2005 | $0.00 | $0.00 | ($2.00) | $0.00 | $24.78 |
| Medical | | 7/12/2005 | $0.00 | ($4.00) | $0.00 | $0.00 | $24.78 |
| Medical | | 7/12/2005 | ($4.00) | $0.00 | $0.00 | $0.00 | $20.78 |
| Postage | | 7/13/2005 | $0.00 | $0.00 | ($0.40) | $0.00 | $20.78 |
| Commissary | | 7/14/2005 | ($6.95) | $0.00 | $0.00 | $0.00 | $13.83 |
| Mail MO | M. EVERETT | 7/25/2005 | $80.00 | $0.00 | $0.00 | $0.00 | $93.83 |
| Copies | | 7/27/2005 | ($2.00) | $0.00 | $0.00 | $0.00 | $91.83 |
| Postage | | 7/27/2005 | ($0.40) | $0.00 | $0.00 | $0.00 | $91.43 |
| Commissary | | 7/28/2005 | ($30.66) | $0.00 | $0.00 | $0.00 | $60.77 |
| | | | | | Ending Mth Balance: | | $60.77 |

# Prior Month -- Individual Statement

Date Printed: 9/1/2005                                                                 Page 1 of 1

## For Month of August 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $60.77 |
|---|---|---|---|---|---|---|
| 00171250 | JACKSON | GEORGE | A | | | |
| Current Location: MERIT WEST | | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 8/4/2005 | ($9.70) | $0.00 | $0.00 | $0.00 | $51.07 |
| Pay-To | CLERK OF DISTRICT | 8/4/2005 | ($27.35) | $0.00 | $0.00 | $0.00 | $23.72 |
| Payroll | | 8/5/2005 | $62.04 | $0.00 | $0.00 | $0.00 | $85.76 |
| Pay-To | CLERK US DISTRICT | 8/8/2005 | ($12.00) | $0.00 | $0.00 | $0.00 | $73.76 |
| Pay-To | DELTA PUBLISHING | 8/8/2005 | ($23.95) | $0.00 | $0.00 | $0.00 | $49.81 |
| Copies | | 8/10/2005 | $0.00 | $0.00 | ($1.50) | $0.00 | $49.81 |
| Mail MO | M. EVERETT | 8/10/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $69.81 |
| Commissary | | 8/11/2005 | ($25.63) | $0.00 | $0.00 | $0.00 | $44.18 |
| Commissary | | 8/18/2005 | ($20.49) | $0.00 | $0.00 | $0.00 | $23.69 |
| Commissary | | 8/25/2005 | ($5.68) | $0.00 | $0.00 | $0.00 | $18.01 |
| Medical | | 8/25/2005 | $0.00 | ($6.00) | $0.00 | $0.00 | $18.01 |
| Medical | | 8/25/2005 | ($6.00) | $0.00 | $0.00 | $0.00 | $12.01 |
| Copies | | 8/29/2005 | ($1.50) | $0.00 | $0.00 | $0.00 | $10.51 |
| Copies | | 8/30/2005 | $0.00 | $0.00 | ($2.25) | $0.00 | $10.51 |
| | | | | | Ending Mth Balance: | | $10.51 |