George A. Jackson#171250
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE  19947

December 8, 2005

Clerk of Court
U.S. District Court
Wilmington, DE

RE:   1:05-cv-00823-~~UNA~~ LPS Jackson et al v. Williams et al

Dear Clerk:

   The case name of the above-reference is incorrect as regard to what was filed on 12/7/2005.

   Plaintiffs filed a class action against Stanley Taylor, Joyce Talley, Tony Figario, and Carl Anson as defendants in this matter. There is no mention of any of these names  vs. Jackson.  Instead, you have invertedly place Williams et al as defendant.  Williams (Frank) is a plaintiff in this matter not a defendant.  I hope this matter can be straighten out.

George A. Jackson, et al

FILED
DEC 1 2 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

.Be Jackson BLDG: MERIT
)RRECTIONAL INSTITUTION
500
JN, DELAWARE 19947

1225 U.S. POSTAGE PB2230370
7909 $00.37⁰ DEC 09 05
0253 FROM ZIP CODE 19947

U.S.M.S.
X-RAY

Clerk
U.S. District Court
Lockbox 18
844 N. King Street
Wilmington, DE 19801