OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

December 14, 2005

TO: George A. Jackson
SBI #171250
SCI
P.O. Box 500
Georgetown, DE 19947

**RE: Status Letter; 05-823(KAJ)**

Dear Mr. Jackson:

   This office received a letter from you requesting the status of your case. Your case is assigned to the Honorable Kent A. Jordan, and is pending before the Court. You will be advised by the Court as to further developments in your case.

   I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                        Sincerely,

/bad                                    PETER T. DALLEO
                                        CLERK

cc: The Honorable Kent A. Jordan
enc. Docket Sheet

George A. Jackson #171250
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE  19947

December 8, 2005

Clerk of Court
U.S. District Court
Wilmington, DE

RE:  1:05-cv-00823-~~UNA~~ GAJ Jackson et al v. Williams et al

Dear Clerk:

   The case name of the above-reference is incorrect as regard to what was filed on 12/7/2005.

   Plaintiffs filed a class action against Stanley Taylor, Joyce Talley, Tony Figario, and Carl Anson as defendants in this matter. There is no mention of any of these names vs. Jackson. Instead, you have invertedly place Williams et al as defendant. Williams (Frank) is a plaintiff in this matter not a defendant. I hope this matter can be straighten out.

FILED
DEC 12 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

George A. Jackson, et al