Printed: 12/16/2005

### Average Daily Balance For Pauper Filing
For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005

Page 1 of 4

**SBI: 00082985        NAME:   WHITE, JOSEPH**



05-823 C (KAJ)

| Date | Balance |
|------|---------|
| 06/01/2005 | $1.68 |
| 06/02/2005 | $1.68 |
| 06/03/2005 | $1.68 |
| 06/04/2005 | $1.68 |
| 06/05/2005 | $1.68 |
| 06/06/2005 | $1.68 |
| 06/07/2005 | $42.00 |
| 06/08/2005 | $42.00 |
| 06/09/2005 | $1.75 |
| 06/10/2005 | $1.75 |
| 06/11/2005 | $1.75 |
| 06/12/2005 | $1.75 |
| 06/13/2005 | $1.75 |
| 06/14/2005 | $1.75 |
| 06/15/2005 | $1.75 |
| 06/16/2005 | $1.75 |
| 06/17/2005 | $1.75 |
| 06/18/2005 | $1.75 |
| 06/19/2005 | $1.75 |
| 06/20/2005 | $1.75 |
| 06/21/2005 | $1.75 |
| 06/22/2005 | $1.75 |
| 06/23/2005 | $1.75 |
| 06/24/2005 | $1.75 |
| 06/25/2005 | $1.75 |
| 06/26/2005 | $1.75 |
| 06/27/2005 | $1.75 |
| 06/28/2005 | $1.75 |
| 06/29/2005 | $1.75 |
| 06/30/2005 | $1.75 |
| 07/01/2005 | $41.23 |
| 07/02/2005 | $41.23 |
| 07/03/2005 | $41.23 |
| 07/04/2005 | $41.23 |
| 07/05/2005 | $41.23 |
| 07/06/2005 | $41.23 |
| 07/07/2005 | $2.90 |
| 07/08/2005 | $2.90 |
| 07/09/2005 | $2.90 |
| 07/10/2005 | $2.90 |
| 07/11/2005 | $0.00 |
| 07/12/2005 | $0.00 |
| 07/13/2005 | $0.00 |
| 07/14/2005 | $0.00 |
| 07/15/2005 | $0.00 |
| 07/16/2005 | $0.00 |
| 07/17/2005 | $0.00 |
| 07/18/2005 | $0.00 |



FILED

DEC 22 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

*Average Daily Balance For Pauper Filing*
*For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005*

*SBI: 00082985*        *NAME:    WHITE, JOSEPH*

| Date | Balance |
|------|---------|
| 07/19/2005 | $0.00 |
| 07/20/2005 | $0.00 |
| 07/21/2005 | $0.00 |
| 07/22/2005 | $0.00 |
| 07/23/2005 | $0.00 |
| 07/24/2005 | $0.00 |
| 07/25/2005 | $0.00 |
| 07/26/2005 | $0.00 |
| 07/27/2005 | $0.00 |
| 07/28/2005 | $0.00 |
| 07/29/2005 | $0.00 |
| 07/30/2005 | $0.00 |
| 07/31/2005 | $0.00 |
| 08/01/2005 | $0.00 |
| 08/02/2005 | $0.00 |
| 08/03/2005 | $0.00 |
| 08/04/2005 | $0.00 |
| 08/05/2005 | $16.80 |
| 08/06/2005 | $16.80 |
| 08/07/2005 | $15.70 |
| 08/08/2005 | $15.70 |
| 08/09/2005 | $15.70 |
| 08/10/2005 | $15.70 |
| 08/11/2005 | $0.07 |
| 08/12/2005 | $4.07 |
| 08/13/2005 | $4.07 |
| 08/14/2005 | $4.07 |
| 08/15/2005 | $4.07 |
| 08/16/2005 | $4.07 |
| 08/17/2005 | $4.07 |
| 08/18/2005 | $2.10 |
| 08/19/2005 | $2.10 |
| 08/20/2005 | $2.10 |
| 08/21/2005 | $2.10 |
| 08/22/2005 | $2.10 |
| 08/23/2005 | $2.10 |
| 08/24/2005 | $2.10 |
| 08/25/2005 | $2.10 |
| 08/26/2005 | $2.10 |
| 08/27/2005 | $2.10 |
| 08/28/2005 | $2.10 |
| 08/29/2005 | $2.10 |
| 08/30/2005 | $2.10 |
| 08/31/2005 | $2.10 |
| 09/01/2005 | $0.21 |
| 09/02/2005 | $0.21 |
| 09/03/2005 | $0.21 |
| 09/04/2005 | $0.21 |

Printed: 12/16/2005

### Average Daily Balance For Pauper Filing
#### For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005

Page 3 of 4

**SBI: 00082985**      **NAME:**      **WHITE, JOSEPH**

| Date | Balance |
|------|---------|
| 09/05/2005 | $0.21 |
| 09/06/2005 | $0.21 |
| 09/07/2005 | $0.21 |
| 09/08/2005 | $43.05 |
| 09/09/2005 | $43.05 |
| 09/10/2005 | $43.05 |
| 09/11/2005 | $43.05 |
| 09/12/2005 | $43.05 |
| 09/13/2005 | $43.05 |
| 09/14/2005 | $43.05 |
| 09/15/2005 | $2.79 |
| 09/16/2005 | $2.79 |
| 09/17/2005 | $2.79 |
| 09/18/2005 | $2.79 |
| 09/19/2005 | $2.79 |
| 09/20/2005 | $2.79 |
| 09/21/2005 | $2.79 |
| 09/22/2005 | $2.79 |
| 09/23/2005 | $2.79 |
| 09/24/2005 | $2.79 |
| 09/25/2005 | $2.79 |
| 09/26/2005 | $2.79 |
| 09/27/2005 | $2.79 |
| 09/28/2005 | $2.79 |
| 09/29/2005 | $2.79 |
| 09/30/2005 | $2.79 |
| 10/01/2005 | $2.79 |
| 10/02/2005 | $2.79 |
| 10/03/2005 | $2.79 |
| 10/04/2005 | $2.79 |
| 10/05/2005 | $2.79 |
| 10/06/2005 | $37.33 |
| 10/07/2005 | $37.33 |
| 10/08/2005 | $37.33 |
| 10/09/2005 | $37.33 |
| 10/10/2005 | $37.33 |
| 10/11/2005 | $37.33 |
| 10/12/2005 | $33.33 |
| 10/13/2005 | $1.12 |
| 10/14/2005 | $1.12 |
| 10/15/2005 | $1.12 |
| 10/16/2005 | $1.12 |
| 10/17/2005 | $1.12 |
| 10/18/2005 | $1.12 |
| 10/19/2005 | $1.12 |
| 10/20/2005 | $1.12 |
| 10/21/2005 | $1.12 |
| 10/22/2005 | $1.12 |

Printed: 12/16/2005

### Average Daily Balance For Pauper Filing
#### For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005

Page 4 of 4

**SBI: 00082985**        **NAME:    WHITE, JOSEPH**

| Date | Balance |
|---|---|
| 10/23/2005 | $1.12 |
| 10/24/2005 | $1.12 |
| 10/25/2005 | $1.12 |
| 10/26/2005 | $1.12 |
| 10/27/2005 | $0.27 |
| 10/28/2005 | $0.27 |
| 10/29/2005 | $0.27 |
| 10/30/2005 | $0.27 |
| 10/31/2005 | $0.27 |
| 11/01/2005 | $0.27 |
| 11/02/2005 | $0.27 |
| 11/03/2005 | $0.27 |
| 11/04/2005 | $39.47 |
| 11/05/2005 | $39.47 |
| 11/06/2005 | $39.47 |
| 11/07/2005 | $39.47 |
| 11/08/2005 | $39.47 |
| 11/09/2005 | $39.47 |
| 11/10/2005 | $1.29 |
| 11/11/2005 | $1.29 |
| 11/12/2005 | $1.29 |
| 11/13/2005 | $1.29 |
| 11/14/2005 | $1.29 |
| 11/15/2005 | $1.29 |
| 11/16/2005 | $1.29 |
| 11/17/2005 | $1.29 |
| 11/18/2005 | $1.29 |
| 11/19/2005 | $1.29 |
| 11/20/2005 | $1.29 |
| 11/21/2005 | $1.29 |
| 11/22/2005 | $1.29 |
| 11/23/2005 | $1.29 |
| 11/24/2005 | $1.29 |
| 11/25/2005 | $1.29 |
| 11/26/2005 | $1.29 |
| 11/27/2005 | $1.29 |
| 11/28/2005 | $1.29 |
| 11/29/2005 | $1.29 |
| 11/30/2005 | $1.29 |

*Summary for 'SBI' = 00082985 (183 detail records)*        **Average Daily Balance:**    **$7.88**

## Prior Month -- Individual Statement

Date Printed: 12/16/2005                                                                 Page 1 of 1

### For Month of June 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $1.68 |
|---|---|---|---|---|---|---|
| 00082985 | WHITE | JOSEPH | | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Payroll | | 6/7/2005 | $40.32 | $0.00 | $0.00 | $0.00 | $42.00 |
| Commissary | | 6/9/2005 | ($40.25) | $0.00 | $0.00 | $0.00 | $1.75 |
| | | | | | Ending Mth Balance: | | $1.75 |

# Prior Month -- Individual Statement

Date Printed:  12/16/2005                                                                              Page 1 of 1

## For Month of July 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $1.75 |
|-----|-----------|------------|----|--------|------------------|-------|
| 00082985 | WHITE | JOSEPH | | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|--------|------|------|------------------------------|--------------|------------------|--------------|---------|
| Payroll | | 7/1/2005 | $39.48 | $0.00 | $0.00 | $0.00 | $41.23 |
| Commissary | | 7/7/2005 | ($38.33) | $0.00 | $0.00 | $0.00 | $2.90 |
| Medical | | 7/11/2005 | $0.00 | ($4.00) | $0.00 | $0.00 | $2.90 |
| Medical | | 7/11/2005 | ($2.90) | ($1.10) | $0.00 | $0.00 | $0.00 |
| | | | | | Ending Mth Balance: | | $0.00 |

# Prior Month -- Individual Statement

Date Printed:  12/16/2005                                                                                        Page 1 of 1

## For Month of August 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|-----|-----------|------------|-----|--------|------------------|-------|
| 00082985 | WHITE | JOSEPH | | | | |

Current Location:    MERIT WEST

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|--------|------|------|------------------------------|--------------|------------------|--------------|---------|
| Payroll | | 8/5/2005 | $16.80 | $0.00 | $0.00 | $0.00 | $16.80 |
| Medical | | 8/7/2005 | ($1.10) | $0.00 | $0.00 | $0.00 | $15.70 |
| Commissary | | 8/11/2005 | ($15.63) | $0.00 | $0.00 | $0.00 | $0.07 |
| Reimburseme | MEDICAL CO-PAY | 8/12/2005 | $4.00 | $0.00 | $0.00 | $0.00 | $4.07 |
| Commissary | | 8/18/2005 | ($1.97) | $0.00 | $0.00 | $0.00 | $2.10 |
| | | | | | | Ending Mth Balance: | $2.10 |

# Prior Month -- Individual Statement

Date Printed:  12/16/2005                                                                                                              Page 1 of 1

## For Month of September 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $2.10 |
|---|---|---|---|---|---|---|
| 00082985 | WHITE | JOSEPH | | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 9/1/2005 | ($1.89) | $0.00 | $0.00 | $0.00 | $0.21 |
| Payroll | | 9/8/2005 | $42.84 | $0.00 | $0.00 | $0.00 | $43.05 |
| Commissary | | 9/15/2005 | ($40.26) | $0.00 | $0.00 | $0.00 | $2.79 |
| | | | | | | Ending Mth Balance: | $2.79 |

# Prior Month -- Individual Statement

Date Printed:  12/16/2005                                                                                    Page 1 of 1

## For Month of October 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $2.79 |
|---|---|---|---|---|---|---|
| 00082985 | WHITE | JOSEPH | | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 10/6/2005 | ($1.86) | $0.00 | $0.00 | $0.00 | $0.93 |
| Payroll | | 10/6/2005 | $36.40 | $0.00 | $0.00 | $0.00 | $37.33 |
| Medical | | 10/12/2005 | $0.00 | ($4.00) | $0.00 | $0.00 | $37.33 |
| Medical | | 10/12/2005 | ($4.00) | $0.00 | $0.00 | $0.00 | $33.33 |
| Commissary | | 10/13/2005 | ($32.21) | $0.00 | $0.00 | $0.00 | $1.12 |
| Commissary | | 10/27/2005 | ($0.85) | $0.00 | $0.00 | $0.00 | $0.27 |
| | | | | | | Ending Mth Balance: | $0.27 |

# Prior Month -- Individual Statement

Date Printed: 12/16/2005                                                                                   Page 1 of 1

## For Month of November 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.27 |
|-----|-----------|------------|----|--------|-------------------|-------|
| 00082985 | WHITE | JOSEPH | | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|--------|------|------|------------------------------|--------------|------------------|--------------|---------|
| Payroll | | 11/4/2005 | $39.20 | $0.00 | $0.00 | $0.00 | $39.47 |
| Commissary | | 11/10/2005 | ($38.18) | $0.00 | $0.00 | $0.00 | $1.29 |
| | | | | | | Ending Mth Balance: | $1.29 |

I/M. Joseph White BLDG: Merit
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE   19947

00082985

CleRK
U.S. District Court
Lock 18
844 N. King Street
Wilmington, DE  19801

U.S. POSTAGE
PB 2230370
$00.600
DEC 21 05
19947