Printed: 12/16/2005

## Average Daily Balance For Pauper Filing
### For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005

Page 1 of 4

SBI: 00291856        NAME:   WILLIAMSON, ROY K

| Date | Balance |
|---|---|
| 06/01/2005 | $75.07 |
| 06/02/2005 | $59.07 |
| 06/03/2005 | $59.07 |
| 06/04/2005 | $59.07 |
| 06/05/2005 | $59.07 |
| 06/06/2005 | $59.07 |
| 06/07/2005 | $134.75 |
| 06/08/2005 | $134.75 |
| 06/09/2005 | $113.16 |
| 06/10/2005 | $113.16 |
| 06/11/2005 | $113.16 |
| 06/12/2005 | $113.16 |
| 06/13/2005 | $113.16 |
| 06/14/2005 | $113.16 |
| 06/15/2005 | $113.16 |
| 06/16/2005 | $103.84 |
| 06/17/2005 | $103.84 |
| 06/18/2005 | $103.84 |
| 06/19/2005 | $103.84 |
| 06/20/2005 | $103.84 |
| 06/21/2005 | $103.84 |
| 06/22/2005 | $103.84 |
| 06/23/2005 | $87.73 |
| 06/24/2005 | $87.73 |
| 06/25/2005 | $87.73 |
| 06/26/2005 | $87.73 |
| 06/27/2005 | $87.73 |
| 06/28/2005 | $87.73 |
| 06/29/2005 | $87.73 |
| 06/30/2005 | $87.73 |
| 07/01/2005 | $163.41 |
| 07/02/2005 | $163.41 |
| 07/03/2005 | $163.41 |
| 07/04/2005 | $163.41 |
| 07/05/2005 | $163.41 |
| 07/06/2005 | $163.41 |
| 07/07/2005 | $130.33 |
| 07/08/2005 | $130.33 |
| 07/09/2005 | $130.33 |
| 07/10/2005 | $130.33 |
| 07/11/2005 | $130.33 |
| 07/12/2005 | $130.33 |
| 07/13/2005 | $130.33 |
| 07/14/2005 | $130.33 |
| 07/15/2005 | $130.33 |
| 07/16/2005 | $130.33 |
| 07/17/2005 | $130.33 |
| 07/18/2005 | $130.33 |

05-823(KAJ)



FILED
DEC 22 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Printed: 12/16/2005

## Average Daily Balance For Pauper Filing
### For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005

Page 2 of 4

SBI: 00291856        NAME:    WILLIAMSON, ROY K

| Date | Balance |
|---|---|
| 07/19/2005 | $130.33 |
| 07/20/2005 | $130.33 |
| 07/21/2005 | $119.06 |
| 07/22/2005 | $119.06 |
| 07/23/2005 | $119.06 |
| 07/24/2005 | $119.06 |
| 07/25/2005 | $119.06 |
| 07/26/2005 | $119.06 |
| 07/27/2005 | $119.06 |
| 07/28/2005 | $119.06 |
| 07/29/2005 | $119.06 |
| 07/30/2005 | $119.06 |
| 07/31/2005 | $119.06 |
| 08/01/2005 | $119.06 |
| 08/02/2005 | $119.06 |
| 08/03/2005 | $119.06 |
| 08/04/2005 | $102.54 |
| 08/05/2005 | $179.10 |
| 08/06/2005 | $179.10 |
| 08/07/2005 | $179.10 |
| 08/08/2005 | $179.10 |
| 08/09/2005 | $179.10 |
| 08/10/2005 | $179.10 |
| 08/11/2005 | $172.07 |
| 08/12/2005 | $172.07 |
| 08/13/2005 | $172.07 |
| 08/14/2005 | $172.07 |
| 08/15/2005 | $172.07 |
| 08/16/2005 | $172.07 |
| 08/17/2005 | $172.07 |
| 08/18/2005 | $158.71 |
| 08/19/2005 | $158.71 |
| 08/20/2005 | $158.71 |
| 08/21/2005 | $158.71 |
| 08/22/2005 | $158.71 |
| 08/23/2005 | $158.71 |
| 08/24/2005 | $158.71 |
| 08/25/2005 | $143.93 |
| 08/26/2005 | $143.93 |
| 08/27/2005 | $143.93 |
| 08/28/2005 | $143.93 |
| 08/29/2005 | $143.93 |
| 08/30/2005 | $143.93 |
| 08/31/2005 | $143.93 |
| 09/01/2005 | $143.93 |
| 09/02/2005 | $143.93 |
| 09/03/2005 | $143.93 |
| 09/04/2005 | $143.93 |

Printed: 12/16/2005           *Average Daily Balance For Pauper Filing*           Page 3 of 4
*For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005*

SBI: 00291856           NAME:   WILLIAMSON, ROY K

| Date | Balance |
|---|---|
| 09/05/2005 | $143.93 |
| 09/06/2005 | $143.93 |
| 09/07/2005 | $143.93 |
| 09/08/2005 | $197.08 |
| 09/09/2005 | $197.08 |
| 09/10/2005 | $197.08 |
| 09/11/2005 | $197.08 |
| 09/12/2005 | $197.08 |
| 09/13/2005 | $197.08 |
| 09/14/2005 | $197.08 |
| 09/15/2005 | $183.16 |
| 09/16/2005 | $183.16 |
| 09/17/2005 | $183.16 |
| 09/18/2005 | $183.16 |
| 09/19/2005 | $183.16 |
| 09/20/2005 | $183.16 |
| 09/21/2005 | $183.16 |
| 09/22/2005 | $162.89 |
| 09/23/2005 | $162.89 |
| 09/24/2005 | $162.89 |
| 09/25/2005 | $162.89 |
| 09/26/2005 | $162.89 |
| 09/27/2005 | $162.89 |
| 09/28/2005 | $162.89 |
| 09/29/2005 | $137.66 |
| 09/30/2005 | $137.66 |
| 10/01/2005 | $137.66 |
| 10/02/2005 | $137.66 |
| 10/03/2005 | $137.66 |
| 10/04/2005 | $137.66 |
| 10/05/2005 | $137.66 |
| 10/06/2005 | $183.57 |
| 10/07/2005 | $183.57 |
| 10/08/2005 | $183.57 |
| 10/09/2005 | $183.57 |
| 10/10/2005 | $183.57 |
| 10/11/2005 | $183.57 |
| 10/12/2005 | $183.57 |
| 10/13/2005 | $152.72 |
| 10/14/2005 | $152.72 |
| 10/15/2005 | $152.72 |
| 10/16/2005 | $152.72 |
| 10/17/2005 | $152.72 |
| 10/18/2005 | $152.72 |
| 10/19/2005 | $152.72 |
| 10/20/2005 | $127.94 |
| 10/21/2005 | $127.94 |
| 10/22/2005 | $127.94 |

Printed: 12/16/2005

## Average Daily Balance For Pauper Filing
For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005

Page 4 of 4

SBI: 00291856      NAME: WILLIAMSON, ROY K

| Date | Balance |
|---|---|
| 10/23/2005 | $127.94 |
| 10/24/2005 | $127.94 |
| 10/25/2005 | $127.94 |
| 10/26/2005 | $127.94 |
| 10/27/2005 | $120.90 |
| 10/28/2005 | $120.90 |
| 10/29/2005 | $120.90 |
| 10/30/2005 | $120.90 |
| 10/31/2005 | $120.90 |
| 11/01/2005 | $120.90 |
| 11/02/2005 | $120.90 |
| 11/03/2005 | $92.01 |
| 11/04/2005 | $164.17 |
| 11/05/2005 | $164.17 |
| 11/06/2005 | $164.17 |
| 11/07/2005 | $164.17 |
| 11/08/2005 | $164.17 |
| 11/09/2005 | $164.17 |
| 11/10/2005 | $138.58 |
| 11/11/2005 | $138.58 |
| 11/12/2005 | $138.58 |
| 11/13/2005 | $138.58 |
| 11/14/2005 | $138.58 |
| 11/15/2005 | $138.58 |
| 11/16/2005 | $138.58 |
| 11/17/2005 | $107.03 |
| 11/18/2005 | $107.03 |
| 11/19/2005 | $107.03 |
| 11/20/2005 | $107.03 |
| 11/21/2005 | $107.03 |
| 11/22/2005 | $107.03 |
| 11/23/2005 | $107.03 |
| 11/24/2005 | $107.03 |
| 11/25/2005 | $107.03 |
| 11/26/2005 | $107.03 |
| 11/27/2005 | $107.03 |
| 11/28/2005 | $107.03 |
| 11/29/2005 | $107.03 |
| 11/30/2005 | $107.03 |

Summary for 'SBI' = 00291856 (183 detail records)      **Average Daily Balance:** $137.96

# Prior Month -- Individual Statement

Date Printed: 12/16/2005            Page 1 of 1

## For Month of June 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $75.07 |
|---|---|---|---|---|---|---|
| 00291856 | WILLIAMSON | ROY | K | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 6/2/2005 | ($16.00) | $0.00 | $0.00 | $0.00 | $59.07 |
| Payroll | | 6/7/2005 | $75.68 | $0.00 | $0.00 | $0.00 | $134.75 |
| Commissary | | 6/9/2005 | ($21.59) | $0.00 | $0.00 | $0.00 | $113.16 |
| Commissary | | 6/16/2005 | ($9.32) | $0.00 | $0.00 | $0.00 | $103.84 |
| Commissary | | 6/23/2005 | ($16.11) | $0.00 | $0.00 | $0.00 | $87.73 |
| | | | | | | Ending Mth Balance: | $87.73 |

# Prior Month -- Individual Statement

Date Printed: 12/16/2005     Page 1 of 1

## For Month of July 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $87.73 |
|---|---|---|---|---|---|---|
| 00291856 | WILLIAMSON | ROY | K | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Payroll | | 7/1/2005 | $75.68 | $0.00 | $0.00 | $0.00 | $163.41 |
| Commissary | | 7/7/2005 | ($33.08) | $0.00 | $0.00 | $0.00 | $130.33 |
| Commissary | | 7/21/2005 | ($11.27) | $0.00 | $0.00 | $0.00 | $119.06 |
| | | | | | | **Ending Mth Balance:** | $119.06 |

# Prior Month -- Individual Statement

Date Printed: 12/16/2005　　　　　　　　　　　　　　　　　　　　　　　　Page 1 of 1

## For Month of August 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $119.06 |
|---|---|---|---|---|---|---|
| 00291856 | WILLIAMSON | ROY | K | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 8/4/2005 | ($16.52) | $0.00 | $0.00 | $0.00 | $102.54 |
| Payroll | | 8/5/2005 | $76.56 | $0.00 | $0.00 | $0.00 | $179.10 |
| Commissary | | 8/11/2005 | ($7.03) | $0.00 | $0.00 | $0.00 | $172.07 |
| Commissary | | 8/18/2005 | ($13.36) | $0.00 | $0.00 | $0.00 | $158.71 |
| Commissary | | 8/25/2005 | ($14.78) | $0.00 | $0.00 | $0.00 | $143.93 |
| | | | | | | Ending Mth Balance: | $143.93 |

# Prior Month -- Individual Statement

Date Printed: 12/16/2005        Page 1 of 1

## For Month of September 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $143.93 |
|---|---|---|---|---|---|---|
| 00291856 | WILLIAMSON | ROY | K | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 9/8/2005 | ($24.29) | $0.00 | $0.00 | $0.00 | $119.64 |
| Payroll | | 9/8/2005 | $77.44 | $0.00 | $0.00 | $0.00 | $197.08 |
| Commissary | | 9/15/2005 | ($13.92) | $0.00 | $0.00 | $0.00 | $183.16 |
| Commissary | | 9/22/2005 | ($20.27) | $0.00 | $0.00 | $0.00 | $162.89 |
| Commissary | | 9/29/2005 | ($25.23) | $0.00 | $0.00 | $0.00 | $137.66 |
| | | | | | | Ending Mth Balance: | $137.66 |

# Prior Month -- Individual Statement

Date Printed: 12/16/2005                                                                 Page 1 of 1

## For Month of October 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $137.66 |
|---|---|---|---|---|---|---|
| 00291856 | WILLIAMSON | ROY | K | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 10/6/2005 | ($23.17) | $0.00 | $0.00 | $0.00 | $114.49 |
| Payroll | | 10/6/2005 | $69.08 | $0.00 | $0.00 | $0.00 | $183.57 |
| Commissary | | 10/13/2005 | ($30.85) | $0.00 | $0.00 | $0.00 | $152.72 |
| Commissary | | 10/20/2005 | ($24.78) | $0.00 | $0.00 | $0.00 | $127.94 |
| Commissary | | 10/27/2005 | ($7.04) | $0.00 | $0.00 | $0.00 | $120.90 |
| | | | | | | **Ending Mth Balance:** | **$120.90** |

## Prior Month -- Individual Statement

Date Printed: 12/16/2005

Page 1 of 1

## For Month of November 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $120.90 |
|---|---|---|---|---|---|---|
| 00291856 | WILLIAMSON | ROY | K | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 11/3/2005 | ($28.89) | $0.00 | $0.00 | $0.00 | $92.01 |
| Payroll | | 11/4/2005 | $72.16 | $0.00 | $0.00 | $0.00 | $164.17 |
| Commissary | | 11/10/2005 | ($25.59) | $0.00 | $0.00 | $0.00 | $138.58 |
| Commissary | | 11/17/2005 | ($31.55) | $0.00 | $0.00 | $0.00 | $107.03 |
| | | | | | Ending Mth Balance: | | $107.03 |

I/M: Roy Williams
BLDG:
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

Clerk
U.S. District Court
Lockbox 18
844 N. King Street
Wilmington, DE 19801