Printed: 12/14/2005

**Average Daily Balance For Pauper Filing**
For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005

Page 1 of 4

SBI: 00232561          NAME:   SAVAGE, DARWIN A

05-823 (KAJ)

| Date | Balance |
|---|---|
| 06/01/2005 | $39.46 |
| 06/02/2005 | $20.51 |
| 06/03/2005 | $20.51 |
| 06/04/2005 | $20.51 |
| 06/05/2005 | $20.51 |
| 06/06/2005 | $52.39 |
| 06/07/2005 | $205.35 |
| 06/08/2005 | $205.35 |
| 06/09/2005 | $149.06 |
| 06/10/2005 | $149.06 |
| 06/11/2005 | $149.06 |
| 06/12/2005 | $149.06 |
| 06/13/2005 | $149.06 |
| 06/14/2005 | $149.06 |
| 06/15/2005 | $149.06 |
| 06/16/2005 | $120.77 |
| 06/17/2005 | $120.77 |
| 06/18/2005 | $120.77 |
| 06/19/2005 | $120.77 |
| 06/20/2005 | $120.77 |
| 06/21/2005 | $120.77 |
| 06/22/2005 | $120.77 |
| 06/23/2005 | $71.06 |
| 06/24/2005 | $71.06 |
| 06/25/2005 | $71.06 |
| 06/26/2005 | $71.06 |
| 06/27/2005 | $71.06 |
| 06/28/2005 | $70.81 |
| 06/29/2005 | $70.81 |
| 06/30/2005 | $70.81 |
| 07/01/2005 | $110.81 |
| 07/02/2005 | $110.81 |
| 07/03/2005 | $110.81 |
| 07/04/2005 | $110.81 |
| 07/05/2005 | $110.81 |
| 07/06/2005 | $138.89 |
| 07/07/2005 | $97.70 |
| 07/08/2005 | $97.70 |
| 07/09/2005 | $97.70 |
| 07/10/2005 | $97.70 |
| 07/11/2005 | $97.70 |
| 07/12/2005 | $97.70 |
| 07/13/2005 | $97.70 |
| 07/14/2005 | $60.29 |
| 07/15/2005 | $60.29 |
| 07/16/2005 | $60.29 |
| 07/17/2005 | $60.29 |
| 07/18/2005 | $60.29 |

Printed: 12/14/2005

## Average Daily Balance For Pauper Filing
### For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005

Page 2 of 4

SBI: 00232561      NAME:   SAVAGE, DARWIN A

| Date | Balance |
|---|---|
| 07/19/2005 | $60.29 |
| 07/20/2005 | $60.29 |
| 07/21/2005 | $38.19 |
| 07/22/2005 | $38.19 |
| 07/23/2005 | $38.19 |
| 07/24/2005 | $38.19 |
| 07/25/2005 | $38.19 |
| 07/26/2005 | $38.19 |
| 07/27/2005 | $38.19 |
| 07/28/2005 | $20.09 |
| 07/29/2005 | $20.09 |
| 07/30/2005 | $20.09 |
| 07/31/2005 | $20.09 |
| 08/01/2005 | $20.09 |
| 08/02/2005 | $20.09 |
| 08/03/2005 | $20.09 |
| 08/04/2005 | $0.15 |
| 08/05/2005 | $52.31 |
| 08/06/2005 | $52.31 |
| 08/07/2005 | $52.31 |
| 08/08/2005 | $173.31 |
| 08/09/2005 | $173.31 |
| 08/10/2005 | $173.31 |
| 08/11/2005 | $103.07 |
| 08/12/2005 | $103.07 |
| 08/13/2005 | $103.07 |
| 08/14/2005 | $103.07 |
| 08/15/2005 | $103.07 |
| 08/16/2005 | $103.07 |
| 08/17/2005 | $103.07 |
| 08/18/2005 | $73.88 |
| 08/19/2005 | $73.88 |
| 08/20/2005 | $73.88 |
| 08/21/2005 | $73.88 |
| 08/22/2005 | $73.88 |
| 08/23/2005 | $73.88 |
| 08/24/2005 | $73.88 |
| 08/25/2005 | $47.89 |
| 08/26/2005 | $47.89 |
| 08/27/2005 | $47.89 |
| 08/28/2005 | $47.89 |
| 08/29/2005 | $45.89 |
| 08/30/2005 | $45.89 |
| 08/31/2005 | $45.89 |
| 09/01/2005 | $23.43 |
| 09/02/2005 | $23.43 |
| 09/03/2005 | $23.43 |
| 09/04/2005 | $23.43 |

Printed: 12/14/2005

*Average Daily Balance For Pauper Filing*
*For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005*

Page 3 of 4

SBI: 00232561          NAME:    SAVAGE, DARWIN A

| Date | Balance |
|---|---|
| 09/05/2005 | $23.43 |
| 09/06/2005 | $23.43 |
| 09/07/2005 | $23.43 |
| 09/08/2005 | $29.05 |
| 09/09/2005 | $29.05 |
| 09/10/2005 | $29.05 |
| 09/11/2005 | $29.05 |
| 09/12/2005 | $29.05 |
| 09/13/2005 | $29.05 |
| 09/14/2005 | $29.05 |
| 09/15/2005 | $1.30 |
| 09/16/2005 | $1.30 |
| 09/17/2005 | $1.30 |
| 09/18/2005 | $1.30 |
| 09/19/2005 | $1.30 |
| 09/20/2005 | $1.30 |
| 09/21/2005 | $1.30 |
| 09/22/2005 | $1.30 |
| 09/23/2005 | $1.30 |
| 09/24/2005 | $1.30 |
| 09/25/2005 | $1.30 |
| 09/26/2005 | $1.30 |
| 09/27/2005 | $1.30 |
| 09/28/2005 | $1.30 |
| 09/29/2005 | $1.30 |
| 09/30/2005 | $1.30 |
| 10/01/2005 | $1.30 |
| 10/02/2005 | $1.30 |
| 10/03/2005 | $1.30 |
| 10/04/2005 | $1.30 |
| 10/05/2005 | $101.30 |
| 10/06/2005 | $79.03 |
| 10/07/2005 | $79.03 |
| 10/08/2005 | $79.03 |
| 10/09/2005 | $79.03 |
| 10/10/2005 | $79.03 |
| 10/11/2005 | $79.03 |
| 10/12/2005 | $79.03 |
| 10/13/2005 | $48.40 |
| 10/14/2005 | $88.40 |
| 10/15/2005 | $88.40 |
| 10/16/2005 | $88.40 |
| 10/17/2005 | $88.40 |
| 10/18/2005 | $88.40 |
| 10/19/2005 | $88.40 |
| 10/20/2005 | $43.72 |
| 10/21/2005 | $43.72 |
| 10/22/2005 | $43.72 |

Printed: 12/14/2005  *Average Daily Balance For Pauper Filing*  Page 4 of 4
*For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005*

SBI: 00232561   NAME:   SAVAGE, DARWIN A

| Date | Balance |
|---|---|
| 10/23/2005 | $43.72 |
| 10/24/2005 | $43.72 |
| 10/25/2005 | $43.72 |
| 10/26/2005 | $43.72 |
| 10/27/2005 | $22.33 |
| 10/28/2005 | $22.33 |
| 10/29/2005 | $22.33 |
| 10/30/2005 | $22.33 |
| 10/31/2005 | $22.33 |
| 11/01/2005 | $22.33 |
| 11/02/2005 | $22.33 |
| 11/03/2005 | $1.15 |
| 11/04/2005 | $20.35 |
| 11/05/2005 | $20.35 |
| 11/06/2005 | $20.35 |
| 11/07/2005 | $20.35 |
| 11/08/2005 | $20.35 |
| 11/09/2005 | $20.35 |
| 11/10/2005 | $0.51 |
| 11/11/2005 | $0.51 |
| 11/12/2005 | $0.51 |
| 11/13/2005 | $0.51 |
| 11/14/2005 | $0.51 |
| 11/15/2005 | $0.51 |
| 11/16/2005 | $0.51 |
| 11/17/2005 | $0.51 |
| 11/18/2005 | $0.51 |
| 11/19/2005 | $0.51 |
| 11/20/2005 | $0.51 |
| 11/21/2005 | $0.00 |
| 11/22/2005 | $0.00 |
| 11/23/2005 | $0.00 |
| 11/24/2005 | $0.00 |
| 11/25/2005 | $0.00 |
| 11/26/2005 | $0.00 |
| 11/27/2005 | $0.00 |
| 11/28/2005 | $0.00 |
| 11/29/2005 | $0.00 |
| 11/30/2005 | $0.00 |

Summary for 'SBI' = 00232561 (183 detail records)   **Average Daily Balance:**   $53.06

# Prior Month -- Individual Statement

Date Printed: 12/14/2005                                                                                       Page 1 of 1

## For Month of June 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $39.46 |
|---|---|---|---|---|---|---|
| 00232561 | SAVAGE | DARWIN | A | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 6/2/2005 | ($18.95) | $0.00 | $0.00 | $0.00 | $20.51 |
| Mail MO | RUTH MILLS | 6/6/2005 | $50.00 | $0.00 | $0.00 | $0.00 | $70.51 |
| Pay-To | CLERK OF DISTRICT | 6/6/2005 | ($18.12) | $0.00 | $0.00 | $0.00 | $52.39 |
| Mail MO | WILLIAM SPIVEY | 6/7/2005 | $120.00 | $0.00 | $0.00 | $0.00 | $172.39 |
| Payroll | | 6/7/2005 | $32.96 | $0.00 | $0.00 | $0.00 | $205.35 |
| Commissary | | 6/9/2005 | ($56.29) | $0.00 | $0.00 | $0.00 | $149.06 |
| Commissary | | 6/16/2005 | ($28.29) | $0.00 | $0.00 | $0.00 | $120.77 |
| Copies | | 6/22/2005 | $0.00 | $0.00 | ($0.25) | $0.00 | $120.77 |
| Commissary | | 6/23/2005 | ($49.71) | $0.00 | $0.00 | $0.00 | $71.06 |
| Copies | | 6/28/2005 | ($0.25) | $0.00 | $0.00 | $0.00 | $70.81 |
| | | | | | Ending Mth Balance: | | $70.81 |

## Prior Month -- Individual Statement

Date Printed: 12/14/2005  Page 1 of 1

### For Month of July 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $70.81 |
|---|---|---|---|---|---|---|
| 00232561 | SAVAGE | DARWIN | A | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Payroll | | 7/1/2005 | $40.00 | $0.00 | $0.00 | $0.00 | $110.81 |
| Pay-To | CLERK OF DISTRICT | 7/6/2005 | ($21.92) | $0.00 | $0.00 | $0.00 | $88.89 |
| Mail MO | RUTH MILLS | 7/6/2005 | $50.00 | $0.00 | $0.00 | $0.00 | $138.89 |
| Commissary | | 7/7/2005 | ($41.19) | $0.00 | $0.00 | $0.00 | $97.70 |
| Commissary | | 7/14/2005 | ($37.41) | $0.00 | $0.00 | $0.00 | $60.29 |
| Commissary | | 7/21/2005 | ($22.10) | $0.00 | $0.00 | $0.00 | $38.19 |
| Commissary | | 7/28/2005 | ($18.10) | $0.00 | $0.00 | $0.00 | $20.09 |

Ending Mth Balance: $20.09

# Prior Month -- Individual Statement

Date Printed: 12/14/2005                                                                                    Page 1 of 1

## For Month of August 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $20.09 |
|---|---|---|---|---|---|---|
| 00232561 | SAVAGE | DARWIN | A | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 8/4/2005 | ($19.94) | $0.00 | $0.00 | $0.00 | $0.15 |
| Payroll | | 8/5/2005 | $52.16 | $0.00 | $0.00 | $0.00 | $52.31 |
| Mail MO | RUTH MILLS | 8/8/2005 | $121.00 | $0.00 | $0.00 | $0.00 | $173.31 |
| Commissary | | 8/11/2005 | ($70.24) | $0.00 | $0.00 | $0.00 | $103.07 |
| Mail MO | DORIS MILLER | 8/12/2005 | $49.00 | $0.00 | $0.00 | $0.00 | $152.07 |
| Mail MO | CORRECTION | 8/12/2005 | ($49.00) | $0.00 | $0.00 | $0.00 | $103.07 |
| Postage | | 8/15/2005 | $0.00 | $0.00 | ($2.00) | $0.00 | $103.07 |
| Commissary | | 8/18/2005 | ($29.19) | $0.00 | $0.00 | $0.00 | $73.88 |
| Commissary | | 8/25/2005 | ($25.99) | $0.00 | $0.00 | $0.00 | $47.89 |
| Postage | | 8/29/2005 | ($2.00) | $0.00 | $0.00 | $0.00 | $45.89 |
| | | | | | | Ending Mth Balance: | $45.89 |

# Prior Month -- Individual Statement

Date Printed: 12/14/2005                                        Page 1 of 1

## For Month of September 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $45.89 |
|---|---|---|---|---|---|---|
| 00232561 | SAVAGE | DARWIN | A | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 9/1/2005 | ($22.46) | $0.00 | $0.00 | $0.00 | $23.43 |
| Commissary | | 9/8/2005 | ($23.28) | $0.00 | $0.00 | $0.00 | $0.15 |
| Payroll | | 9/8/2005 | $28.90 | $0.00 | $0.00 | $0.00 | $29.05 |
| Commissary | | 9/15/2005 | ($27.75) | $0.00 | $0.00 | $0.00 | $1.30 |
| | | | | | Ending Mth Balance: | | $1.30 |

## Prior Month -- Individual Statement

Date Printed: 12/14/2005 　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1 of 1

## For Month of October 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $1.30 |
|---|---|---|---|---|---|---|
| 00232561 | SAVAGE | DARWIN | A | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Mail MO | RUTH MILLS | 10/5/2005 | $100.00 | $0.00 | $0.00 | $0.00 | $101.30 |
| Commissary | | 10/6/2005 | ($41.47) | $0.00 | $0.00 | $0.00 | $59.83 |
| Payroll | | 10/6/2005 | $19.20 | $0.00 | $0.00 | $0.00 | $79.03 |
| Commissary | | 10/13/2005 | ($30.63) | $0.00 | $0.00 | $0.00 | $48.40 |
| Visit MO | T. FELTON? | 10/14/2005 | $40.00 | $0.00 | $0.00 | $0.00 | $88.40 |
| Commissary | | 10/20/2005 | ($44.68) | $0.00 | $0.00 | $0.00 | $43.72 |
| Commissary | | 10/27/2005 | ($21.39) | $0.00 | $0.00 | $0.00 | $22.33 |
| | | | | | | Ending Mth Balance: | $22.33 |

## Prior Month -- Individual Statement

Date Printed: 12/14/2005                                                                                  Page 1 of 1

### For Month of November 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $22.33 |
|---|---|---|---|---|---|---|
| 00232561 | SAVAGE | DARWIN | A | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 11/3/2005 | ($21.18) | $0.00 | $0.00 | $0.00 | $1.15 |
| Payroll | | 11/4/2005 | $19.20 | $0.00 | $0.00 | $0.00 | $20.35 |
| Commissary | | 11/10/2005 | ($19.84) | $0.00 | $0.00 | $0.00 | $0.51 |
| Medical | | 11/21/2005 | $0.00 | ($4.00) | $0.00 | $0.00 | $0.51 |
| Medical | | 11/21/2005 | ($0.51) | ($3.49) | $0.00 | $0.00 | $0.00 |
| | | | | | | Ending Mth Balance: | $0.00 |

I/M: Darwin Savage   BLDG: Merit-West
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500   00232567
GEORGETOWN, DELAWARE   19947

```
*10*  U.S. POSTAGE    PB 2230370
1545  $ 00.60⁰  DEC 21 05
7969  FROM ZIP CODE  19947
4437
```

Clerk
U.S. District Court
Lockbox 18
844 N. King Street
Wilmington, DE 19801