Printed: 12/16/2005

## Average Daily Balance For Pauper Filing
For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005

Page 1 of 4

SBI: 00266486        NAME:   REYNOLDS, RIQUE A

| Date | Balance |
|---|---|
| 06/01/2005 | $0.00 |
| 06/02/2005 | $0.00 |
| 06/03/2005 | $50.00 |
| 06/04/2005 | $50.00 |
| 06/05/2005 | $50.00 |
| 06/06/2005 | $50.00 |
| 06/07/2005 | $93.20 |
| 06/08/2005 | $93.20 |
| 06/09/2005 | $51.88 |
| 06/10/2005 | $39.88 |
| 06/11/2005 | $39.88 |
| 06/12/2005 | $35.88 |
| 06/13/2005 | $35.88 |
| 06/14/2005 | $35.88 |
| 06/15/2005 | $35.88 |
| 06/16/2005 | $25.20 |
| 06/17/2005 | $25.20 |
| 06/18/2005 | $25.20 |
| 06/19/2005 | $25.20 |
| 06/20/2005 | $25.20 |
| 06/21/2005 | $25.20 |
| 06/22/2005 | $25.20 |
| 06/23/2005 | $15.54 |
| 06/24/2005 | $15.54 |
| 06/25/2005 | $15.54 |
| 06/26/2005 | $15.54 |
| 06/27/2005 | $15.54 |
| 06/28/2005 | $15.54 |
| 06/29/2005 | $11.54 |
| 06/30/2005 | $11.54 |
| 07/01/2005 | $79.74 |
| 07/02/2005 | $79.74 |
| 07/03/2005 | $79.74 |
| 07/04/2005 | $79.74 |
| 07/05/2005 | $79.74 |
| 07/06/2005 | $79.74 |
| 07/07/2005 | $42.73 |
| 07/08/2005 | $42.73 |
| 07/09/2005 | $42.73 |
| 07/10/2005 | $42.73 |
| 07/11/2005 | $42.73 |
| 07/12/2005 | $32.73 |
| 07/13/2005 | $32.73 |
| 07/14/2005 | $16.26 |
| 07/15/2005 | $16.26 |
| 07/16/2005 | $16.26 |
| 07/17/2005 | $16.26 |
| 07/18/2005 | $16.26 |

05-823 (KAJ)



FILED
DEC 22 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Printed: 12/16/2005     **Average Daily Balance For Pauper Filing**     Page 2 of 4
*For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005*

SBI: 00266486     NAME:    REYNOLDS, RIQUE A

| Date | Balance |
|---|---|
| 07/19/2005 | $16.26 |
| 07/20/2005 | $16.26 |
| 07/21/2005 | $4.72 |
| 07/22/2005 | $13.72 |
| 07/23/2005 | $13.72 |
| 07/24/2005 | $13.72 |
| 07/25/2005 | $13.72 |
| 07/26/2005 | $13.72 |
| 07/27/2005 | $13.52 |
| 07/28/2005 | $0.00 |
| 07/29/2005 | $0.00 |
| 07/30/2005 | $0.00 |
| 07/31/2005 | $0.00 |
| 08/01/2005 | $0.00 |
| 08/02/2005 | $0.00 |
| 08/03/2005 | $0.00 |
| 08/04/2005 | $0.00 |
| 08/05/2005 | $43.20 |
| 08/06/2005 | $43.20 |
| 08/07/2005 | $39.20 |
| 08/08/2005 | $39.20 |
| 08/09/2005 | $39.20 |
| 08/10/2005 | $51.20 |
| 08/11/2005 | $19.62 |
| 08/12/2005 | $12.62 |
| 08/13/2005 | $12.62 |
| 08/14/2005 | $12.62 |
| 08/15/2005 | $12.62 |
| 08/16/2005 | $12.62 |
| 08/17/2005 | $12.62 |
| 08/18/2005 | $3.22 |
| 08/19/2005 | $3.22 |
| 08/20/2005 | $3.22 |
| 08/21/2005 | $3.22 |
| 08/22/2005 | $3.22 |
| 08/23/2005 | $3.22 |
| 08/24/2005 | $3.22 |
| 08/25/2005 | $0.01 |
| 08/26/2005 | $0.01 |
| 08/27/2005 | $0.01 |
| 08/28/2005 | $0.01 |
| 08/29/2005 | $0.01 |
| 08/30/2005 | $0.01 |
| 08/31/2005 | $0.01 |
| 09/01/2005 | $0.01 |
| 09/02/2005 | $0.01 |
| 09/03/2005 | $0.01 |
| 09/04/2005 | $0.01 |

Printed: 12/16/2005

### Average Daily Balance For Pauper Filing
For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005

Page 3 of 4

SBI: 00266486    NAME: REYNOLDS, RIQUE A

| Date | Balance |
| --- | --- |
| 09/05/2005 | $0.01 |
| 09/06/2005 | $0.01 |
| 09/07/2005 | $0.01 |
| 09/08/2005 | $43.21 |
| 09/09/2005 | $43.21 |
| 09/10/2005 | $43.21 |
| 09/11/2005 | $43.21 |
| 09/12/2005 | $43.21 |
| 09/13/2005 | $43.21 |
| 09/14/2005 | $52.21 |
| 09/15/2005 | $12.39 |
| 09/16/2005 | $12.39 |
| 09/17/2005 | $12.39 |
| 09/18/2005 | $12.39 |
| 09/19/2005 | $12.39 |
| 09/20/2005 | $12.39 |
| 09/21/2005 | $12.39 |
| 09/22/2005 | $0.01 |
| 09/23/2005 | $0.01 |
| 09/24/2005 | $0.01 |
| 09/25/2005 | $0.01 |
| 09/26/2005 | $0.01 |
| 09/27/2005 | $0.01 |
| 09/28/2005 | $0.01 |
| 09/29/2005 | $0.01 |
| 09/30/2005 | $0.01 |
| 10/01/2005 | $0.01 |
| 10/02/2005 | $0.01 |
| 10/03/2005 | $0.01 |
| 10/04/2005 | $0.01 |
| 10/05/2005 | $0.01 |
| 10/06/2005 | $43.21 |
| 10/07/2005 | $43.21 |
| 10/08/2005 | $43.21 |
| 10/09/2005 | $43.21 |
| 10/10/2005 | $43.21 |
| 10/11/2005 | $43.21 |
| 10/12/2005 | $43.21 |
| 10/13/2005 | $7.23 |
| 10/14/2005 | $7.23 |
| 10/15/2005 | $7.23 |
| 10/16/2005 | $7.23 |
| 10/17/2005 | $7.23 |
| 10/18/2005 | $7.23 |
| 10/19/2005 | $7.23 |
| 10/20/2005 | $6.07 |
| 10/21/2005 | $6.07 |
| 10/22/2005 | $6.07 |

Printed: 12/16/2005

### *Average Daily Balance For Pauper Filing*
*For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005*

Page 4 of 4

SBI: 00266486    NAME: REYNOLDS, RIQUE A

| Date | Balance |
|---|---|
| 10/23/2005 | $6.07 |
| 10/24/2005 | $0.07 |
| 10/25/2005 | $0.07 |
| 10/26/2005 | $0.07 |
| 10/27/2005 | $6.07 |
| 10/28/2005 | $6.07 |
| 10/29/2005 | $6.07 |
| 10/30/2005 | $6.07 |
| 10/31/2005 | $6.07 |
| 11/01/2005 | $6.07 |
| 11/02/2005 | $6.07 |
| 11/03/2005 | $0.30 |
| 11/04/2005 | $43.50 |
| 11/05/2005 | $43.50 |
| 11/06/2005 | $43.50 |
| 11/07/2005 | $43.50 |
| 11/08/2005 | $43.50 |
| 11/09/2005 | $43.50 |
| 11/10/2005 | $6.54 |
| 11/11/2005 | $6.54 |
| 11/12/2005 | $6.54 |
| 11/13/2005 | $6.54 |
| 11/14/2005 | $6.54 |
| 11/15/2005 | $6.54 |
| 11/16/2005 | $6.54 |
| 11/17/2005 | $15.54 |
| 11/18/2005 | $15.54 |
| 11/19/2005 | $15.54 |
| 11/20/2005 | $15.54 |
| 11/21/2005 | $15.54 |
| 11/22/2005 | $15.54 |
| 11/23/2005 | $15.54 |
| 11/24/2005 | $15.54 |
| 11/25/2005 | $15.54 |
| 11/26/2005 | $15.54 |
| 11/27/2005 | $15.54 |
| 11/28/2005 | $15.54 |
| 11/29/2005 | $15.54 |
| 11/30/2005 | $15.54 |

Summary for 'SBI' = 00266486 (183 detail records)        **Average Daily Balance:**    $19.83

## Prior Month -- Individual Statement

Date Printed: 12/16/2005

## For Month of June 2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00266486 | REYNOLDS | RIQUE | A | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Visit MO | M. DESAUZA? | 6/3/2005 | $50.00 | $0.00 | $0.00 | $0.00 | $50.00 |
| Payroll | | 6/7/2005 | $43.20 | $0.00 | $0.00 | $0.00 | $93.20 |
| Commissary | | 6/9/2005 | ($41.32) | $0.00 | $0.00 | $0.00 | $51.88 |
| Pay-To | RBC MINISTRIES | 6/10/2005 | ($12.00) | $0.00 | $0.00 | $0.00 | $39.88 |
| Medical | | 6/12/2005 | $0.00 | ($4.00) | $0.00 | $0.00 | $39.88 |
| Medical | | 6/12/2005 | ($4.00) | $0.00 | $0.00 | $0.00 | $35.88 |
| Commissary | | 6/16/2005 | ($10.68) | $0.00 | $0.00 | $0.00 | $25.20 |
| Mail CK | DELAWARE CENTER | 6/23/2005 | $9.00 | $0.00 | $0.00 | $0.00 | $34.20 |
| Commissary | | 6/23/2005 | ($18.66) | $0.00 | $0.00 | $0.00 | $15.54 |
| Medical | | 6/29/2005 | $0.00 | ($4.00) | $0.00 | $0.00 | $15.54 |
| Medical | | 6/29/2005 | ($4.00) | $0.00 | $0.00 | $0.00 | $11.54 |

Ending Mth Balance: $11.54

# Prior Month -- Individual Statement

Date Printed: 12/16/2005 | Page 1 of 1

## For Month of July 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $11.54 |
|---|---|---|---|---|---|---|
| 00266486 | REYNOLDS | RIQUE | A | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Payroll | | 7/1/2005 | $43.20 | $0.00 | $0.00 | $0.00 | $54.74 |
| Mail MO | MARJOIE DELOUGA | 7/1/2005 | $25.00 | $0.00 | $0.00 | $0.00 | $79.74 |
| Commissary | | 7/7/2005 | ($37.01) | $0.00 | $0.00 | $0.00 | $42.73 |
| Pay-To | LIFES KEY | 7/12/2005 | ($10.00) | $0.00 | $0.00 | $0.00 | $32.73 |
| Postage | | 7/14/2005 | $0.00 | $0.00 | ($0.20) | $0.00 | $32.73 |
| Commissary | | 7/14/2005 | ($16.47) | $0.00 | $0.00 | $0.00 | $16.26 |
| Commissary | | 7/21/2005 | ($11.54) | $0.00 | $0.00 | $0.00 | $4.72 |
| Visit CK | PEER EDUCATOR | 7/22/2005 | $9.00 | $0.00 | $0.00 | $0.00 | $13.72 |
| Postage | | 7/27/2005 | ($0.20) | $0.00 | $0.00 | $0.00 | $13.52 |
| Commissary | | 7/28/2005 | ($13.52) | $0.00 | $0.00 | $0.00 | $0.00 |
| Medical | | 7/28/2005 | $0.00 | ($4.00) | $0.00 | $0.00 | $0.00 |

Ending Mth Balance: $0.00

# Prior Month -- Individual Statement

Date Printed: 12/16/2005            Page 1 of 1

## For Month of August 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00266486 | REYNOLDS | RIQUE | A | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Payroll | | 8/5/2005 | $43.20 | $0.00 | $0.00 | $0.00 | $43.20 |
| Medical | | 8/7/2005 | ($4.00) | $0.00 | $0.00 | $0.00 | $39.20 |
| Visit CK | PEER EDUCATOR | 8/10/2005 | $12.00 | $0.00 | $0.00 | $0.00 | $51.20 |
| Commissary | | 8/11/2005 | ($25.58) | $0.00 | $0.00 | $0.00 | $25.62 |
| Medical | | 8/11/2005 | $0.00 | ($6.00) | $0.00 | $0.00 | $25.62 |
| Medical | | 8/11/2005 | ($6.00) | $0.00 | $0.00 | $0.00 | $19.62 |
| Pay-To | WORLD CHALLENGE | 8/12/2005 | ($7.00) | $0.00 | $0.00 | $0.00 | $12.62 |
| Commissary | | 8/18/2005 | ($9.40) | $0.00 | $0.00 | $0.00 | $3.22 |
| Commissary | | 8/25/2005 | ($3.21) | $0.00 | $0.00 | $0.00 | $0.01 |
| | | | | | | **Ending Mth Balance:** | **$0.01** |

# Prior Month -- Individual Statement

Date Printed: 12/16/2005     Page 1 of 1

## For Month of September 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.01 |
|---|---|---|---|---|---|---|
| 00266486 | REYNOLDS | RIQUE | A | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Payroll | | 9/8/2005 | $43.20 | $0.00 | $0.00 | $0.00 | $43.21 |
| Visit CK | PEER EDUCATOR | 9/14/2005 | $9.00 | $0.00 | $0.00 | $0.00 | $52.21 |
| Commissary | | 9/15/2005 | ($39.82) | $0.00 | $0.00 | $0.00 | $12.39 |
| Commissary | | 9/22/2005 | ($12.38) | $0.00 | $0.00 | $0.00 | $0.01 |

**Ending Mth Balance:** $0.01

## Prior Month -- Individual Statement

Date Printed: 12/16/2005   Page 1 of 1

## For Month of October 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.01 |
|---|---|---|---|---|---|---|
| 00266486 | REYNOLDS | RIQUE | A | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Payroll | | 10/6/2005 | $43.20 | $0.00 | $0.00 | $0.00 | $43.21 |
| Commissary | | 10/13/2005 | ($35.98) | $0.00 | $0.00 | $0.00 | $7.23 |
| Commissary | | 10/20/2005 | ($1.16) | $0.00 | $0.00 | $0.00 | $6.07 |
| Pay-To | WBOC BLESS OUR C | 10/24/2005 | ($6.00) | $0.00 | $0.00 | $0.00 | $0.07 |
| Mail CK | PEER EDUCATOR | 10/27/2005 | $6.00 | $0.00 | $0.00 | $0.00 | $6.07 |
| | | | | | | Ending Mth Balance: | $6.07 |

## Prior Month -- Individual Statement

Date Printed: 12/16/2005

Page 1 of 1

### For Month of November 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $6.07 |
|---|---|---|---|---|---|---|
| 00266486 | REYNOLDS | RIQUE | A | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 11/3/2005 | ($5.77) | $0.00 | $0.00 | $0.00 | $0.30 |
| Payroll | | 11/4/2005 | $43.20 | $0.00 | $0.00 | $0.00 | $43.50 |
| Commissary | | 11/10/2005 | ($36.96) | $0.00 | $0.00 | $0.00 | $6.54 |
| Misc | PEER EDUCATOR PY | 11/17/2005 | $9.00 | $0.00 | $0.00 | $0.00 | $15.54 |
| | | | | | | Ending Mth Balance: | $15.54 |

I/M: RiQue Reynolds   BLDG: Merit-West
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE   19947

CLERK
U.S. DisTRicT CouRT
LockBox 18
844 N. King STREET
WilmingtoN DE 19801