Printed: 12/21/2005  *Average Daily Balance For Pauper Filing*  Page 1 of 4
*For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005*

SBI: 00292590     NAME:   THOMAS, ROGER

| Date | Balance |
|---|---|
| 06/01/2005 | $44.30 |
| 06/02/2005 | $16.26 |
| 06/03/2005 | $46.26 |
| 06/04/2005 | $46.26 |
| 06/05/2005 | $46.26 |
| 06/06/2005 | $46.26 |
| 06/07/2005 | $86.86 |
| 06/08/2005 | $86.86 |
| 06/09/2005 | $30.13 |
| 06/10/2005 | $60.13 |
| 06/11/2005 | $60.13 |
| 06/12/2005 | $60.13 |
| 06/13/2005 | $60.13 |
| 06/14/2005 | $60.13 |
| 06/15/2005 | $60.13 |
| 06/16/2005 | $53.75 |
| 06/17/2005 | $53.75 |
| 06/18/2005 | $53.75 |
| 06/19/2005 | $53.75 |
| 06/20/2005 | $53.75 |
| 06/21/2005 | $53.75 |
| 06/22/2005 | $53.75 |
| 06/23/2005 | $16.85 |
| 06/24/2005 | $46.85 |
| 06/25/2005 | $46.85 |
| 06/26/2005 | $46.85 |
| 06/27/2005 | $46.85 |
| 06/28/2005 | $46.85 |
| 06/29/2005 | $46.85 |
| 06/30/2005 | $86.85 |
| 07/01/2005 | $129.41 |
| 07/02/2005 | $129.41 |
| 07/03/2005 | $129.41 |
| 07/04/2005 | $129.41 |
| 07/05/2005 | $129.41 |
| 07/06/2005 | $129.41 |
| 07/07/2005 | $105.26 |
| 07/08/2005 | $105.26 |
| 07/09/2005 | $105.26 |
| 07/10/2005 | $105.26 |
| 07/11/2005 | $105.26 |
| 07/12/2005 | $105.26 |
| 07/13/2005 | $105.26 |
| 07/14/2005 | $49.74 |
| 07/15/2005 | $89.74 |
| 07/16/2005 | $89.74 |
| 07/17/2005 | $89.74 |
| 07/18/2005 | $89.74 |

05-823 (KAJ)



FILED
DEC 2 3 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Printed: 12/21/2005

*Average Daily Balance For Pauper Filing*
For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005

Page 2 of 4

SBI: 00292590   NAME:   THOMAS, ROGER

| Date | Balance |
|---|---|
| 07/19/2005 | $89.74 |
| 07/20/2005 | $89.74 |
| 07/21/2005 | $86.46 |
| 07/22/2005 | $86.46 |
| 07/23/2005 | $86.46 |
| 07/24/2005 | $86.46 |
| 07/25/2005 | $86.46 |
| 07/26/2005 | $86.46 |
| 07/27/2005 | $86.46 |
| 07/28/2005 | $75.81 |
| 07/29/2005 | $75.81 |
| 07/30/2005 | $75.81 |
| 07/31/2005 | $75.81 |
| 08/01/2005 | $75.81 |
| 08/02/2005 | $75.81 |
| 08/03/2005 | $75.81 |
| 08/04/2005 | $60.46 |
| 08/05/2005 | $99.66 |
| 08/06/2005 | $99.66 |
| 08/07/2005 | $99.66 |
| 08/08/2005 | $99.66 |
| 08/09/2005 | $99.66 |
| 08/10/2005 | $99.66 |
| 08/11/2005 | $77.43 |
| 08/12/2005 | $77.43 |
| 08/13/2005 | $77.43 |
| 08/14/2005 | $77.43 |
| 08/15/2005 | $77.43 |
| 08/16/2005 | $77.43 |
| 08/17/2005 | $77.43 |
| 08/18/2005 | $70.07 |
| 08/19/2005 | $70.07 |
| 08/20/2005 | $70.07 |
| 08/21/2005 | $70.07 |
| 08/22/2005 | $70.07 |
| 08/23/2005 | $70.07 |
| 08/24/2005 | $70.07 |
| 08/25/2005 | $59.53 |
| 08/26/2005 | $59.53 |
| 08/27/2005 | $59.53 |
| 08/28/2005 | $59.53 |
| 08/29/2005 | $59.53 |
| 08/30/2005 | $59.53 |
| 08/31/2005 | $59.53 |
| 09/01/2005 | $73.07 |
| 09/02/2005 | $73.07 |
| 09/03/2005 | $73.07 |
| 09/04/2005 | $73.07 |

Printed: 12/21/2005

## Average Daily Balance For Pauper Filing
For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005

Page 3 of 4

SBI: 00292590    NAME:  THOMAS, ROGER

| Date | Balance |
|---|---|
| 09/05/2005 | $73.07 |
| 09/06/2005 | $73.07 |
| 09/07/2005 | $73.07 |
| 09/08/2005 | $104.28 |
| 09/09/2005 | $104.28 |
| 09/10/2005 | $104.28 |
| 09/11/2005 | $104.28 |
| 09/12/2005 | $104.28 |
| 09/13/2005 | $104.28 |
| 09/14/2005 | $104.28 |
| 09/15/2005 | $75.73 |
| 09/16/2005 | $75.73 |
| 09/17/2005 | $75.73 |
| 09/18/2005 | $75.73 |
| 09/19/2005 | $75.73 |
| 09/20/2005 | $75.73 |
| 09/21/2005 | $75.73 |
| 09/22/2005 | $55.60 |
| 09/23/2005 | $55.60 |
| 09/24/2005 | $55.60 |
| 09/25/2005 | $55.60 |
| 09/26/2005 | $55.60 |
| 09/27/2005 | $55.60 |
| 09/28/2005 | $55.60 |
| 09/29/2005 | $116.05 |
| 09/30/2005 | $116.05 |
| 10/01/2005 | $116.05 |
| 10/02/2005 | $116.05 |
| 10/03/2005 | $116.05 |
| 10/04/2005 | $116.05 |
| 10/05/2005 | $116.05 |
| 10/06/2005 | $156.56 |
| 10/07/2005 | $156.56 |
| 10/08/2005 | $156.56 |
| 10/09/2005 | $156.56 |
| 10/10/2005 | $156.56 |
| 10/11/2005 | $156.56 |
| 10/12/2005 | $156.56 |
| 10/13/2005 | $161.99 |
| 10/14/2005 | $161.99 |
| 10/15/2005 | $161.99 |
| 10/16/2005 | $161.99 |
| 10/17/2005 | $161.99 |
| 10/18/2005 | $161.99 |
| 10/19/2005 | $161.99 |
| 10/20/2005 | $189.40 |
| 10/21/2005 | $189.40 |
| 10/22/2005 | $189.40 |

Printed: 12/21/2005

## Average Daily Balance For Pauper Filing
*For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005*

Page 4 of 4

**SBI:** 00292590   **NAME:** THOMAS, ROGER

| Date | Balance |
|---|---|
| 10/23/2005 | $189.40 |
| 10/24/2005 | $189.40 |
| 10/25/2005 | $189.40 |
| 10/26/2005 | $189.40 |
| 10/27/2005 | $200.31 |
| 10/28/2005 | $200.31 |
| 10/29/2005 | $200.31 |
| 10/30/2005 | $200.31 |
| 10/31/2005 | $200.31 |
| 11/01/2005 | $200.31 |
| 11/02/2005 | $200.31 |
| 11/03/2005 | $218.48 |
| 11/04/2005 | $259.64 |
| 11/05/2005 | $259.64 |
| 11/06/2005 | $259.64 |
| 11/07/2005 | $259.64 |
| 11/08/2005 | $254.64 |
| 11/09/2005 | $254.64 |
| 11/10/2005 | $215.47 |
| 11/11/2005 | $265.47 |
| 11/12/2005 | $265.47 |
| 11/13/2005 | $265.47 |
| 11/14/2005 | $265.47 |
| 11/15/2005 | $265.47 |
| 11/16/2005 | $265.47 |
| 11/17/2005 | $241.13 |
| 11/18/2005 | $241.13 |
| 11/19/2005 | $241.13 |
| 11/20/2005 | $241.13 |
| 11/21/2005 | $241.13 |
| 11/22/2005 | $241.13 |
| 11/23/2005 | $241.13 |
| 11/24/2005 | $241.13 |
| 11/25/2005 | $291.13 |
| 11/26/2005 | $291.13 |
| 11/27/2005 | $291.13 |
| 11/28/2005 | $291.13 |
| 11/29/2005 | $291.13 |
| 11/30/2005 | $291.13 |

Summary for 'SBI' = 00292590 (183 detail records)   **Average Daily Balance:** $120.75

# Prior Month -- Individual Statement

Date Printed: 12/21/2005                                                                           Page 1 of 1

## For Month of June 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $44.30 |
|---|---|---|---|---|---|---|
| 00292590 | THOMAS | ROGER | | | | |
| Current Location: | MERIT EAST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 6/2/2005 | ($28.04) | $0.00 | $0.00 | $0.00 | $16.26 |
| Visit MO | CHARLIE THOMAS | 6/3/2005 | $30.00 | $0.00 | $0.00 | $0.00 | $46.26 |
| Payroll | | 6/7/2005 | $40.60 | $0.00 | $0.00 | $0.00 | $86.86 |
| Commissary | | 6/9/2005 | ($56.73) | $0.00 | $0.00 | $0.00 | $30.13 |
| Visit MO | CHARLIE THOMAS | 6/10/2005 | $30.00 | $0.00 | $0.00 | $0.00 | $60.13 |
| Visit MO | CHARLES THOMAS | 6/16/2005 | $30.00 | $0.00 | $0.00 | $0.00 | $90.13 |
| Commissary | | 6/16/2005 | ($36.38) | $0.00 | $0.00 | $0.00 | $53.75 |
| Commissary | | 6/23/2005 | ($36.90) | $0.00 | $0.00 | $0.00 | $16.85 |
| Visit MO | CHARLIE THOMAS | 6/24/2005 | $30.00 | $0.00 | $0.00 | $0.00 | $46.85 |
| Visit MO | CHARLIE THOMAS | 6/30/2005 | $40.00 | $0.00 | $0.00 | $0.00 | $86.85 |
| | | | | | | Ending Mth Balance: | $86.85 |

# Prior Month -- Individual Statement

Date Printed: 12/21/2005                                         Page 1 of 1

## For Month of July 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $86.85 |
|---|---|---|---|---|---|---|
| 00292590 | THOMAS | ROGER | | | | |
| Current Location: | MERIT EAST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Payroll | | 7/1/2005 | $42.56 | $0.00 | $0.00 | $0.00 | $129.41 |
| Visit MO | CHARLIE THOMAS | 7/7/2005 | $40.00 | $0.00 | $0.00 | $0.00 | $169.41 |
| Commissary | | 7/7/2005 | ($64.15) | $0.00 | $0.00 | $0.00 | $105.26 |
| Commissary | | 7/14/2005 | ($55.52) | $0.00 | $0.00 | $0.00 | $49.74 |
| Visit MO | CHARLIE THOMAS | 7/15/2005 | $40.00 | $0.00 | $0.00 | $0.00 | $89.74 |
| Visit MO | CHARLIE THOMAS | 7/21/2005 | $40.00 | $0.00 | $0.00 | $0.00 | $129.74 |
| Commissary | | 7/21/2005 | ($43.28) | $0.00 | $0.00 | $0.00 | $86.46 |
| Visit MO | CHARLIE THOMAS | 7/28/2005 | $40.00 | $0.00 | $0.00 | $0.00 | $126.46 |
| Commissary | | 7/28/2005 | ($50.65) | $0.00 | $0.00 | $0.00 | $75.81 |
| | | | | | | Ending Mth Balance: | $75.81 |

# Prior Month -- Individual Statement

Date Printed: 12/21/2005                                                                 Page 1 of 1

## For Month of August 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $75.81 |
|---|---|---|---|---|---|---|
| 00292590 | THOMAS | ROGER | | | | |
| **Current Location:** | MERIT EAST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Visit MO | CHARLIE THOMAS | 8/4/2005 | $40.00 | $0.00 | $0.00 | $0.00 | $115.81 |
| Commissary | | 8/4/2005 | ($55.35) | $0.00 | $0.00 | $0.00 | $60.46 |
| Payroll | | 8/5/2005 | $39.20 | $0.00 | $0.00 | $0.00 | $99.66 |
| Visit MO | CHARLIE THOMAS | 8/11/2005 | $40.00 | $0.00 | $0.00 | $0.00 | $139.66 |
| Commissary | | 8/11/2005 | ($62.23) | $0.00 | $0.00 | $0.00 | $77.43 |
| Visit MO | CHARLIE THOMAS | 8/18/2005 | $45.00 | $0.00 | $0.00 | $0.00 | $122.43 |
| Commissary | | 8/18/2005 | ($52.36) | $0.00 | $0.00 | $0.00 | $70.07 |
| Commissary | | 8/25/2005 | ($50.54) | $0.00 | $0.00 | $0.00 | $19.53 |
| Visit MO | CHARLIE THOMAS | 8/25/2005 | $40.00 | $0.00 | $0.00 | $0.00 | $59.53 |
| | | | | | **Ending Mth Balance:** | | **$59.53** |

# Prior Month -- Individual Statement

Date Printed: 12/21/2005                                                                 Page 1 of 1

## For Month of September 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $59.53 |
|---|---|---|---|---|---|---|
| 00292590 | THOMAS | ROGER | | | | |
| Current Location: | MERIT EAST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Visit MO | CHARLIE THOMAS | 9/1/2005 | $40.00 | $0.00 | $0.00 | $0.00 | $99.53 |
| Commissary | | 9/1/2005 | ($26.46) | $0.00 | $0.00 | $0.00 | $73.07 |
| Visit MO | CHARLIE THOMAS | 9/8/2005 | $40.00 | $0.00 | $0.00 | $0.00 | $113.07 |
| Commissary | | 9/8/2005 | ($49.95) | $0.00 | $0.00 | $0.00 | $63.12 |
| Payroll | | 9/8/2005 | $41.16 | $0.00 | $0.00 | $0.00 | $104.28 |
| Visit MO | CHARLIE THOMAS | 9/15/2005 | $40.00 | $0.00 | $0.00 | $0.00 | $144.28 |
| Commissary | | 9/15/2005 | ($68.55) | $0.00 | $0.00 | $0.00 | $75.73 |
| Visit MO | CHARLES THOMAS | 9/22/2005 | $40.00 | $0.00 | $0.00 | $0.00 | $115.73 |
| Commissary | | 9/22/2005 | ($60.13) | $0.00 | $0.00 | $0.00 | $55.60 |
| Visit MO | CHARLIE THOMAS | 9/29/2005 | $100.00 | $0.00 | $0.00 | $0.00 | $155.60 |
| Commissary | | 9/29/2005 | ($39.55) | $0.00 | $0.00 | $0.00 | $116.05 |
| | | | | | Ending Mth Balance: | | $116.05 |

# Prior Month -- Individual Statement

Date Printed: 12/21/2005                                                                 Page 1 of 1

## For Month of October 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $116.05 |
|---|---|---|---|---|---|---|
| 00292590 | THOMAS | ROGER | | | | |
| Current Location: | MERIT EAST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Visit MO | CHARLIE THOMAS | 10/6/2005 | $50.00 | $0.00 | $0.00 | $0.00 | $166.05 |
| Commissary | | 10/6/2005 | ($52.61) | $0.00 | $0.00 | $0.00 | $113.44 |
| Payroll | | 10/6/2005 | $43.12 | $0.00 | $0.00 | $0.00 | $156.56 |
| Visit MO | CHARLIE THOMAS | 10/13/2005 | $50.00 | $0.00 | $0.00 | $0.00 | $206.56 |
| Commissary | | 10/13/2005 | ($44.57) | $0.00 | $0.00 | $0.00 | $161.99 |
| Visit MO | CHARLIE THOMAS | 10/20/2005 | $50.00 | $0.00 | $0.00 | $0.00 | $211.99 |
| Commissary | | 10/20/2005 | ($22.59) | $0.00 | $0.00 | $0.00 | $189.40 |
| Commissary | | 10/27/2005 | ($39.09) | $0.00 | $0.00 | $0.00 | $150.31 |
| Visit MO | CHARLIE THOMAS | 10/27/2005 | $50.00 | $0.00 | $0.00 | $0.00 | $200.31 |
| | | | | | Ending Mth Balance: | | $200.31 |

# Prior Month -- Individual Statement

Date Printed: 12/21/2005                                                                 Page 1 of 1

## For Month of November 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $200.31 |
|---|---|---|---|---|---|---|
| 00292590 | THOMAS | ROGER | | | | |
| Current Location: | MERIT EAST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Visit MO | CHARLIE THOMAS | 11/3/2005 | $50.00 | $0.00 | $0.00 | $0.00 | $250.31 |
| Commissary | | 11/3/2005 | ($31.83) | $0.00 | $0.00 | $0.00 | $218.48 |
| Payroll | | 11/4/2005 | $41.16 | $0.00 | $0.00 | $0.00 | $259.64 |
| Pay-To | | 11/8/2005 | ($5.00) | $0.00 | $0.00 | $0.00 | $254.64 |
| Commissary | | 11/10/2005 | ($39.17) | $0.00 | $0.00 | $0.00 | $215.47 |
| Visit MO | CHARLIE THOMAS | 11/11/2005 | $50.00 | $0.00 | $0.00 | $0.00 | $265.47 |
| Visit MO | CHARLIE THOMAS | 11/17/2005 | $50.00 | $0.00 | $0.00 | $0.00 | $315.47 |
| Commissary | | 11/17/2005 | ($74.34) | $0.00 | $0.00 | $0.00 | $241.13 |
| Visit MO | CHARLIE THOMAS | 11/25/2005 | $50.00 | $0.00 | $0.00 | $0.00 | $291.13 |
| | | | | | | Ending Mth Balance: | $291.13 |



1355 7999 4844
U.S. POSTAGE
$00.?

I/M: Robert Thomas BLDG. WEST EAST 214
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500  292590
GEORGETOWN, DELAWARE 19947


U.S.M.S.
X-RAY

Clerk US District Court
Lock Box 18
844 N. King St
Wilmington, DE
19801