Printed: 12/21/2005

# *Average Daily Balance For Pauper Filing*



***For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005***

***SBI: 00315954 NAME: BROWN, RODERICK***







| Date | Balance |
|---|---|
| 06/01/2005 | $131.09 |
| 06/02/2005 | $121.89 |
| 06/03/2005 | $121.89 |
| 06/04/2005 | $121.89 |
| 06/05/2005 | $121.89 |
| 06/06/2005 | $121.89 |
| 06/07/2005 | $121.89 |
| 06/08/2005 | $121.89 |
| 06/09/2005 | $108.84 |
| 06/10/2005 | $108.84 |
| 06/11/2005 | $108.84 |
| 06/12/2005 | $108.84 |
| 06/13/2005 | $108.84 |
| 06/14/2005 | $108.84 |
| 06/15/2005 | $108.84 |
| 06/16/2005 | $104.37 |
| 06/17/2005 | $104.37 |
| 06/18/2005 | $104.37 |
| 06/19/2005 | $104.37 |
| 06/20/2005 | $104.37 |
| 06/21/2005 | $104.37 |
| 06/22/2005 | $104.37 |
| 06/23/2005 | $94.23 |
| 06/24/2005 | $94.23 |
| 06/25/2005 | $94.23 |
| 06/26/2005 | $94.23 |
| 06/27/2005 | $94.23 |
| 06/28/2005 | $94.23 |
| 06/29/2005 | $94.23 |
| 06/30/2005 | $94.23 |
| 07/01/2005 | $101.79 |
| 07/02/2005 | $101.79 |
| 07/03/2005 | $101.79 |
| 07/04/2005 | $101.79 |
| 07/05/2005 | $101.79 |
| 07/06/2005 | $101.79 |
| 07/07/2005 | $92.08 |
| 07/08/2005 | $92.08 |
| 07/09/2005 | $92.08 |
| 07/10/2005 | $92.08 |
| 07/11/2005 | $92.08 |
| 07/12/2005 | $92.08 |
| 07/13/2005 | $92.08 |
| 07/14/2005 | $84.41 |
| 07/15/2005 | $84.41 |
| 07/16/2005 | $84.41 |
| 07/17/2005 | $84.41 |
| 07/18/2005 | $84.41 |

Printed: 12/21/2005

# *Average Daily Balance For Pauper Filing*



*For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005*

***SBI: 00315954*** ***NAME: BROWN, RODERICK***

| *Date* | *Balance* |
|---|---|
| 07/19/2005 | $84.41 |
| 07/20/2005 | $84.41 |
| 07/21/2005 | $68.67 |
| 07/22/2005 | $68.67 |
| 07/23/2005 | $68.67 |
| 07/24/2005 | $68.67 |
| 07/25/2005 | $68.67 |
| 07/26/2005 | $68.67 |
| 07/27/2005 | $128.67 |
| 07/28/2005 | $123.50 |
| 07/29/2005 | $123.50 |
| 07/30/2005 | $123.50 |
| 07/31/2005 | $123.50 |
| 08/01/2005 | $123.50 |
| 08/02/2005 | $123.50 |
| 08/03/2005 | $123.50 |
| 08/04/2005 | $113.02 |
| 08/05/2005 | $130.30 |
| 08/06/2005 | $130.30 |
| 08/07/2005 | $130.30 |
| 08/08/2005 | $130.30 |
| 08/09/2005 | $130.30 |
| 08/10/2005 | $130.30 |
| 08/11/2005 | $99.84 |
| 08/12/2005 | $99.84 |
| 08/13/2005 | $99.84 |
| 08/14/2005 | $99.84 |
| 08/15/2005 | $99.84 |
| 08/16/2005 | $99.84 |
| 08/17/2005 | $99.84 |
| 08/18/2005 | $96.30 |
| 08/19/2005 | $96.30 |
| 08/20/2005 | $96.30 |
| 08/21/2005 | $96.30 |
| 08/22/2005 | $96.30 |
| 08/23/2005 | $96.30 |
| 08/24/2005 | $96.30 |
| 08/25/2005 | $80.61 |
| 08/26/2005 | $80.61 |
| 08/27/2005 | $80.61 |
| 08/28/2005 | $80.61 |
| 08/29/2005 | $80.15 |
| 08/30/2005 | $80.15 |
| 08/31/2005 | $80.15 |
| 09/01/2005 | $71.70 |
| 09/02/2005 | $71.70 |
| 09/03/2005 | $71.70 |
| 09/04/2005 | $71.70 |

# *Average Daily Balance For Pauper Filing*

***For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005***

***SBI: 00315954 NAME: BROWN, RODERICK***

| Date | Balance |
|---|---|
| 09/05/2005 | $71.70 |
| 09/06/2005 | $71.70 |
| 09/07/2005 | $71.70 |
| 09/08/2005 | $89.49 |
| 09/09/2005 | $89.49 |
| 09/10/2005 | $89.49 |
| 09/11/2005 | $89.49 |
| 09/12/2005 | $64.49 |
| 09/13/2005 | $64.49 |
| 09/14/2005 | $64.49 |
| 09/15/2005 | $45.19 |
| 09/16/2005 | $45.19 |
| 09/17/2005 | $45.19 |
| 09/18/2005 | $45.19 |
| 09/19/2005 | $45.19 |
| 09/20/2005 | $45.19 |
| 09/21/2005 | $45.19 |
| 09/22/2005 | $39.57 |
| 09/23/2005 | $39.57 |
| 09/24/2005 | $39.57 |
| 09/25/2005 | $39.57 |
| 09/26/2005 | $39.57 |
| 09/27/2005 | $39.57 |
| 09/28/2005 | $39.57 |
| 09/29/2005 | $8.69 |
| 09/30/2005 | $8.69 |
| 10/01/2005 | $8.69 |
| 10/02/2005 | $8.69 |
| 10/03/2005 | $48.69 |
| 10/04/2005 | $48.69 |
| 10/05/2005 | $48.69 |
| 10/06/2005 | $61.93 |
| 10/07/2005 | $101.93 |
| 10/08/2005 | $101.93 |
| 10/09/2005 | $101.93 |
| 10/10/2005 | $101.93 |
| 10/11/2005 | $101.93 |
| 10/12/2005 | $101.93 |
| 10/13/2005 | $96.83 |
| 10/14/2005 | $96.83 |
| 10/15/2005 | $96.83 |
| 10/16/2005 | $96.83 |
| 10/17/2005 | $96.83 |
| 10/18/2005 | $96.83 |
| 10/19/2005 | $96.83 |
| 10/20/2005 | $93.47 |
| 10/21/2005 | $93.47 |
| 10/22/2005 | $93.47 |

Printed: 12/21/2005



# Average Daily Balance For Pauper Filing

*For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005*

**SBI: 00315954** **NAME: BROWN, RODERICK**

| Date | Balance |
|---|---|
| 10/23/2005 | $93.47 |
| 10/24/2005 | $93.47 |
| 10/25/2005 | $93.47 |
| 10/26/2005 | $118.47 |
| 10/27/2005 | $113.60 |
| 10/28/2005 | $113.60 |
| 10/29/2005 | $113.60 |
| 10/30/2005 | $113.60 |
| 10/31/2005 | $113.60 |
| 11/01/2005 | $113.60 |
| 11/02/2005 | $113.60 |
| 11/03/2005 | $103.42 |
| 11/04/2005 | $120.52 |
| 11/05/2005 | $120.52 |
| 11/06/2005 | $120.52 |
| 11/07/2005 | $120.52 |
| 11/08/2005 | $114.52 |
| 11/09/2005 | $114.52 |
| 11/10/2005 | $94.30 |
| 11/11/2005 | $94.30 |
| 11/12/2005 | $94.30 |
| 11/13/2005 | $94.30 |
| 11/14/2005 | $94.30 |
| 11/15/2005 | $94.30 |
| 11/16/2005 | $94.30 |
| 11/17/2005 | $79.42 |
| 11/18/2005 | $79.42 |
| 11/19/2005 | $79.42 |
| 11/20/2005 | $79.42 |
| 11/21/2005 | $104.42 |
| 11/22/2005 | $104.42 |
| 11/23/2005 | $104.42 |
| 11/24/2005 | $104.42 |
| 11/25/2005 | $104.42 |
| 11/26/2005 | $104.42 |
| 11/27/2005 | $104.42 |
| 11/28/2005 | $104.42 |
| 11/29/2005 | $103.96 |
| 11/30/2005 | $103.96 |

*Summary for 'SBI' = 00315954 (183 detail records)* **Average Daily Balance: $91.81**

# Prior Month -- Individual Statement

Date Printed: 12/21/2005



## For Month of June 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $131.09 |
|---|---|---|---|---|---|---|
| 00315954 | BROWN | RODERICK | | | | |
| Current Location: | MERIT EAST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 6/2/2005 | ($9.20) | $0.00 | $0.00 | $0.00 | $121.89 |
| Commissary | | 6/9/2005 | ($13.05) | $0.00 | $0.00 | $0.00 | $108.84 |
| Commissary | | 6/16/2005 | ($4.47) | $0.00 | $0.00 | $0.00 | $104.37 |
| Mail MO | JOYCE WALKER | 6/23/2005 | $10.00 | $0.00 | $0.00 | $0.00 | $114.37 |
| Commissary | | 6/23/2005 | ($20.14) | $0.00 | $0.00 | $0.00 | $94.23 |
| | | | | | | **Ending Mth Balance:** | **$94.23** |

# Prior Month -- Individual Statement

Date Printed: 12/21/2005



## For Month of July 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $94.23 |
|---|---|---|---|---|---|---|
| 00315954 | BROWN | RODERICK | | | | |

**Current Location:** MERIT EAST

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Payroll | | 7/1/2005 | $7.56 | $0.00 | $0.00 | $0.00 | $101.79 |
| Commissary | | 7/7/2005 | ($9.71) | $0.00 | $0.00 | $0.00 | $92.08 |
| Commissary | | 7/14/2005 | ($7.67) | $0.00 | $0.00 | $0.00 | $84.41 |
| Commissary | | 7/21/2005 | ($15.74) | $0.00 | $0.00 | $0.00 | $68.67 |
| Mail MO | JOYCE BROWN WAL | 7/27/2005 | $60.00 | $0.00 | $0.00 | $0.00 | $128.67 |
| Commissary | | 7/28/2005 | ($5.17) | $0.00 | $0.00 | $0.00 | $123.50 |

**Ending Mth Balance:** **$123.50**

# Prior Month -- Individual Statement

Date Printed: 12/21/2005



## For Month of August 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $123.50 |
|---|---|---|---|---|---|---|
| 00315954 | BROWN | RODERICK | | | | |
| Current Location: | MERIT EAST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 8/4/2005 | ($10.48) | $0.00 | $0.00 | $0.00 | $113.02 |
| Payroll | | 8/5/2005 | $17.28 | $0.00 | $0.00 | $0.00 | $130.30 |
| Commissary | | 8/11/2005 | ($30.46) | $0.00 | $0.00 | $0.00 | $99.84 |
| Postage | | 8/11/2005 | $0.00 | $0.00 | ($0.23) | $0.00 | $99.84 |
| Postage | | 8/11/2005 | $0.00 | $0.00 | ($0.23) | $0.00 | $99.84 |
| Commissary | | 8/18/2005 | ($3.54) | $0.00 | $0.00 | $0.00 | $96.30 |
| Commissary | | 8/19/2005 | ($3.54) | $0.00 | $0.00 | $0.00 | $92.76 |
| Commissary | | 8/19/2005 | $3.54 | $0.00 | $0.00 | $0.00 | $96.30 |
| Commissary | | 8/25/2005 | ($15.69) | $0.00 | $0.00 | $0.00 | $80.61 |
| Postage | | 8/29/2005 | ($0.23) | $0.00 | $0.00 | $0.00 | $80.38 |
| Postage | | 8/29/2005 | ($0.23) | $0.00 | $0.00 | $0.00 | $80.15 |

**Ending Mth Balance: $80.15**

# Prior Month -- Individual Statement

Date Printed: 12/21/2005



## For Month of September 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $80.15 |
|---|---|---|---|---|---|---|
| 00315954 | BROWN | RODERICK | | | | |
| **Current Location:** | MERIT EAST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 9/1/2005 | ($8.45) | $0.00 | $0.00 | $0.00 | $71.70 |
| Commissary | | 9/8/2005 | ($20.03) | $0.00 | $0.00 | $0.00 | $51.67 |
| Mail MO | VANESSA WATSON | 9/8/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $71.67 |
| Payroll | | 9/8/2005 | $17.82 | $0.00 | $0.00 | $0.00 | $89.49 |
| Pay-To | TANJA ANDERSON | 9/12/2005 | ($25.00) | $0.00 | $0.00 | $0.00 | $64.49 |
| Commissary | | 9/15/2005 | ($19.30) | $0.00 | $0.00 | $0.00 | $45.19 |
| Commissary | | 9/22/2005 | ($5.62) | $0.00 | $0.00 | $0.00 | $39.57 |
| Commissary | | 9/29/2005 | ($30.88) | $0.00 | $0.00 | $0.00 | $8.69 |

**Ending Mth Balance:** **$8.69**

# Prior Month -- Individual Statement

Date Printed: 12/21/2005



## For Month of October 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $8.69 |
|---|---|---|---|---|---|---|
| 00315954 | BROWN | RODERICK | | | | |
| **Current Location:** | MERIT EAST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Mail MO | JANE BROWN | 10/3/2005 | $40.00 | $0.00 | $0.00 | $0.00 | $48.69 |
| Commissary | | 10/6/2005 | ($5.66) | $0.00 | $0.00 | $0.00 | $43.03 |
| Payroll | | 10/6/2005 | $18.90 | $0.00 | $0.00 | $0.00 | $61.93 |
| Visit MO | JOYCE BROWN | 10/7/2005 | $40.00 | $0.00 | $0.00 | $0.00 | $101.93 |
| Commissary | | 10/13/2005 | ($5.10) | $0.00 | $0.00 | $0.00 | $96.83 |
| Commissary | | 10/20/2005 | ($3.36) | $0.00 | $0.00 | $0.00 | $93.47 |
| Mail MO | ANDERSON | 10/26/2005 | $25.00 | $0.00 | $0.00 | $0.00 | $118.47 |
| Commissary | | 10/27/2005 | ($4.87) | $0.00 | $0.00 | $0.00 | $113.60 |
| | | | | | | **Ending Mth Balance:** | **$113.60** |

# Prior Month -- Individual Statement

Date Printed: 12/21/2005



## For Month of November 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $113.60 |
|---|---|---|---|---|---|---|
| 00315954 | BROWN | RODERICK | | | | |

**Current Location:** MERIT EAST

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Postage | | 11/2/2005 | $0.00 | $0.00 | ($0.46) | $0.00 | $113.60 |
| Commissary | | 11/3/2005 | ($10.18) | $0.00 | $0.00 | $0.00 | $103.42 |
| Payroll | | 11/4/2005 | $17.10 | $0.00 | $0.00 | $0.00 | $120.52 |
| Pay-To | M ULLAH | 11/8/2005 | ($6.00) | $0.00 | $0.00 | $0.00 | $114.52 |
| Commissary | | 11/10/2005 | ($20.22) | $0.00 | $0.00 | $0.00 | $94.30 |
| Commissary | | 11/17/2005 | ($14.88) | $0.00 | $0.00 | $0.00 | $79.42 |
| Mail MO | SHARMAINE BOWEN | 11/21/2005 | $25.00 | $0.00 | $0.00 | $0.00 | $104.42 |
| Postage | | 11/29/2005 | ($0.46) | $0.00 | $0.00 | $0.00 | $103.96 |

**Ending Mth Balance: $103.96**

I/M: Roderick Brown BLDG. MOZIT EAST
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500 315954
GEORGETOWN, DELAWARE 19947

1825 U.S. POSTAGE PB2230370
7909 $00.60[0] DEC 22 05
4838 FROM ZIP CODE 19947

Clerk U.S. District Court
Lockbox 18
844 N. King St
Wilmington, DE
19801

U.S.M.S. X-RAY

THIS LETTER WAS SENT BY AN INMATE WHO IS IN A STATE PRISON THE STATE IS NOT RESPONSIBLE FOR DEBTS INCURRED OR FOR THE CONTENTS OF THE LETTER.

1980143319 12