Printed: 12/16/2005

**Average Daily Balance For Pauper Filing**
*For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005*

Page 1 of 4

SBI: 00171278          NAME:    MALLOY, TIMOTHY L

| Date | Balance |
|---|---|
| 06/01/2005 | $3.40 |
| 06/02/2005 | $28.40 |
| 06/03/2005 | $28.40 |
| 06/04/2005 | $28.40 |
| 06/05/2005 | $28.40 |
| 06/06/2005 | $15.99 |
| 06/07/2005 | $63.25 |
| 06/08/2005 | $63.25 |
| 06/09/2005 | $63.25 |
| 06/10/2005 | $63.25 |
| 06/11/2005 | $63.25 |
| 06/12/2005 | $63.25 |
| 06/13/2005 | $48.31 |
| 06/14/2005 | $48.31 |
| 06/15/2005 | $48.31 |
| 06/16/2005 | $73.31 |
| 06/17/2005 | $73.31 |
| 06/18/2005 | $73.31 |
| 06/19/2005 | $73.31 |
| 06/20/2005 | $39.90 |
| 06/21/2005 | $39.90 |
| 06/22/2005 | $39.90 |
| 06/23/2005 | $39.90 |
| 06/24/2005 | $39.90 |
| 06/25/2005 | $39.90 |
| 06/26/2005 | $39.90 |
| 06/27/2005 | $39.90 |
| 06/28/2005 | $39.90 |
| 06/29/2005 | $39.90 |
| 06/30/2005 | $39.90 |
| 07/01/2005 | $79.26 |
| 07/02/2005 | $79.26 |
| 07/03/2005 | $79.26 |
| 07/04/2005 | $79.26 |
| 07/05/2005 | $47.29 |
| 07/06/2005 | $47.29 |
| 07/07/2005 | $47.29 |
| 07/08/2005 | $47.29 |
| 07/09/2005 | $47.29 |
| 07/10/2005 | $47.29 |
| 07/11/2005 | $21.32 |
| 07/12/2005 | $21.32 |
| 07/13/2005 | $21.32 |
| 07/14/2005 | $21.32 |
| 07/15/2005 | $21.32 |
| 07/16/2005 | $21.32 |
| 07/17/2005 | $21.32 |
| 07/18/2005 | $4.39 |


05-823 (KAJ)


FILED
DEC 2 3 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Printed: 12/16/2005

*Average Daily Balance For Pauper Filing*
*For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005*

Page 2 of 4

SBI: 00171278        NAME:   MALLOY, TIMOTHY L

| Date | Balance |
|---|---|
| 07/19/2005 | $4.39 |
| 07/20/2005 | $4.39 |
| 07/21/2005 | $4.39 |
| 07/22/2005 | $4.39 |
| 07/23/2005 | $4.39 |
| 07/24/2005 | $4.39 |
| 07/25/2005 | $4.39 |
| 07/26/2005 | $4.39 |
| 07/27/2005 | $4.39 |
| 07/28/2005 | $0.05 |
| 07/29/2005 | $0.05 |
| 07/30/2005 | $0.05 |
| 07/31/2005 | $0.05 |
| 08/01/2005 | $0.05 |
| 08/02/2005 | $0.05 |
| 08/03/2005 | $0.05 |
| 08/04/2005 | $0.05 |
| 08/05/2005 | $45.05 |
| 08/06/2005 | $45.05 |
| 08/07/2005 | $45.05 |
| 08/08/2005 | $45.05 |
| 08/09/2005 | $45.05 |
| 08/10/2005 | $45.05 |
| 08/11/2005 | $23.84 |
| 08/12/2005 | $23.84 |
| 08/13/2005 | $23.84 |
| 08/14/2005 | $23.84 |
| 08/15/2005 | $23.84 |
| 08/16/2005 | $23.84 |
| 08/17/2005 | $23.84 |
| 08/18/2005 | $5.44 |
| 08/19/2005 | $5.44 |
| 08/20/2005 | $5.44 |
| 08/21/2005 | $5.44 |
| 08/22/2005 | $5.44 |
| 08/23/2005 | $5.44 |
| 08/24/2005 | $5.44 |
| 08/25/2005 | $0.41 |
| 08/26/2005 | $0.41 |
| 08/27/2005 | $0.41 |
| 08/28/2005 | $0.41 |
| 08/29/2005 | $0.41 |
| 08/30/2005 | $0.41 |
| 08/31/2005 | $0.41 |
| 09/01/2005 | $0.41 |
| 09/02/2005 | $0.41 |
| 09/03/2005 | $0.41 |
| 09/04/2005 | $0.41 |

Printed: 12/16/2005

## Average Daily Balance For Pauper Filing
### For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005

Page 3 of 4

SBI: 00171278    NAME:   MALLOY, TIMOTHY L

| Date | Balance |
|---|---|
| 09/05/2005 | $0.41 |
| 09/06/2005 | $0.41 |
| 09/07/2005 | $20.41 |
| 09/08/2005 | $35.52 |
| 09/09/2005 | $35.52 |
| 09/10/2005 | $35.52 |
| 09/11/2005 | $35.52 |
| 09/12/2005 | $35.52 |
| 09/13/2005 | $35.52 |
| 09/14/2005 | $35.52 |
| 09/15/2005 | $26.64 |
| 09/16/2005 | $26.64 |
| 09/17/2005 | $26.64 |
| 09/18/2005 | $26.64 |
| 09/19/2005 | $26.64 |
| 09/20/2005 | $26.64 |
| 09/21/2005 | $26.64 |
| 09/22/2005 | $14.36 |
| 09/23/2005 | $14.36 |
| 09/24/2005 | $14.36 |
| 09/25/2005 | $14.36 |
| 09/26/2005 | $14.36 |
| 09/27/2005 | $14.36 |
| 09/28/2005 | $14.36 |
| 09/29/2005 | $4.92 |
| 09/30/2005 | $4.92 |
| 10/01/2005 | $4.92 |
| 10/02/2005 | $4.92 |
| 10/03/2005 | $4.92 |
| 10/04/2005 | $4.92 |
| 10/05/2005 | $4.92 |
| 10/06/2005 | $17.67 |
| 10/07/2005 | $17.67 |
| 10/08/2005 | $17.67 |
| 10/09/2005 | $17.67 |
| 10/10/2005 | $17.67 |
| 10/11/2005 | $17.67 |
| 10/12/2005 | $17.67 |
| 10/13/2005 | $8.23 |
| 10/14/2005 | $8.23 |
| 10/15/2005 | $8.23 |
| 10/16/2005 | $8.23 |
| 10/17/2005 | $8.23 |
| 10/18/2005 | $8.23 |
| 10/19/2005 | $8.23 |
| 10/20/2005 | $0.47 |
| 10/21/2005 | $0.47 |
| 10/22/2005 | $0.47 |

Printed: 12/16/2005

## Average Daily Balance For Pauper Filing
### For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005

Page 4 of 4

SBI: 00171278    NAME:   MALLOY, TIMOTHY L

| Date | Balance |
|---|---|
| 10/23/2005 | $0.47 |
| 10/24/2005 | $0.47 |
| 10/25/2005 | $0.47 |
| 10/26/2005 | $0.47 |
| 10/27/2005 | $0.47 |
| 10/28/2005 | $0.47 |
| 10/29/2005 | $0.47 |
| 10/30/2005 | $0.47 |
| 10/31/2005 | $0.47 |
| 11/01/2005 | $0.47 |
| 11/02/2005 | $0.47 |
| 11/03/2005 | $0.47 |
| 11/04/2005 | $24.97 |
| 11/05/2005 | $24.97 |
| 11/06/2005 | $24.97 |
| 11/07/2005 | $24.97 |
| 11/08/2005 | $24.97 |
| 11/09/2005 | $24.97 |
| 11/10/2005 | $14.02 |
| 11/11/2005 | $14.02 |
| 11/12/2005 | $14.02 |
| 11/13/2005 | $14.02 |
| 11/14/2005 | $14.02 |
| 11/15/2005 | $14.02 |
| 11/16/2005 | $14.02 |
| 11/17/2005 | $1.33 |
| 11/18/2005 | $1.33 |
| 11/19/2005 | $1.33 |
| 11/20/2005 | $1.33 |
| 11/21/2005 | $1.33 |
| 11/22/2005 | $1.33 |
| 11/23/2005 | $1.33 |
| 11/24/2005 | $1.33 |
| 11/25/2005 | $1.33 |
| 11/26/2005 | $1.33 |
| 11/27/2005 | $1.33 |
| 11/28/2005 | $1.33 |
| 11/29/2005 | $1.33 |
| 11/30/2005 | $1.33 |

Summary for 'SBI' = 00171278 (183 detail records)        **Average Daily Balance:    $20.27**

## Prior Month -- Individual Statement

Date Printed: 12/16/2005                                                                 Page 1 of 1

### For Month of June 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $3.40 |
|---|---|---|---|---|---|---|
| 00171278 | MALLOY | TIMOTHY | L | | | |
| **Current Location:** | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Visit MO | EVANS | 6/2/2005 | $25.00 | $0.00 | $0.00 | $0.00 | $28.40 |
| Commissary | | 6/6/2005 | ($12.41) | $0.00 | $0.00 | $0.00 | $15.99 |
| Payroll | | 6/7/2005 | $47.26 | $0.00 | $0.00 | $0.00 | $63.25 |
| Commissary | | 6/13/2005 | ($14.94) | $0.00 | $0.00 | $0.00 | $48.31 |
| Mail MO | SARAH MALLOY | 6/16/2005 | $25.00 | $0.00 | $0.00 | $0.00 | $73.31 |
| Commissary | | 6/20/2005 | ($33.41) | $0.00 | $0.00 | $0.00 | $39.90 |
| | | | | | **Ending Mth Balance:** | | $39.90 |

# Prior Month -- Individual Statement

Date Printed: 12/16/2005            Page 1 of 1

## For Month of July 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $39.90 |
|---|---|---|---|---|---|---|
| 00171278 | MALLOY | TIMOTHY | L | | | |
| **Current Location:** | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Payroll | | 7/1/2005 | $39.36 | $0.00 | $0.00 | $0.00 | $79.26 |
| Commissary | | 7/5/2005 | ($31.97) | $0.00 | $0.00 | $0.00 | $47.29 |
| Commissary | | 7/11/2005 | ($25.97) | $0.00 | $0.00 | $0.00 | $21.32 |
| Commissary | | 7/18/2005 | ($16.93) | $0.00 | $0.00 | $0.00 | $4.39 |
| Commissary | | 7/28/2005 | ($4.34) | $0.00 | $0.00 | $0.00 | $0.05 |
| | | | | | | **Ending Mth Balance:** | **$0.05** |

Case 1:05-cv-00823-SLR-LPS    Document 12    Filed 12/23/2005    Page 6 of 11

## Prior Month -- Individual Statement

Date Printed: 12/16/2005            Page 1 of 1

### For Month of August 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.05 |
|---|---|---|---|---|---|---|
| 00171278 | MALLOY | TIMOTHY | L | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Payroll | | 8/5/2005 | $45.00 | $0.00 | $0.00 | $0.00 | $45.05 |
| Commissary | | 8/11/2005 | ($21.21) | $0.00 | $0.00 | $0.00 | $23.84 |
| Commissary | | 8/18/2005 | ($18.40) | $0.00 | $0.00 | $0.00 | $5.44 |
| Commissary | | 8/25/2005 | ($5.03) | $0.00 | $0.00 | $0.00 | $0.41 |
| | | | | | | Ending Mth Balance: | $0.41 |

# Prior Month -- Individual Statement

Date Printed: 12/16/2005     Page 1 of 1

## For Month of September 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.41 |
|---|---|---|---|---|---|---|
| 00171278 | MALLOY | TIMOTHY | L | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Mail MO | SARAH MALLOY | 9/7/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $20.41 |
| Commissary | | 9/8/2005 | ($12.25) | $0.00 | $0.00 | $0.00 | $8.16 |
| Payroll | | 9/8/2005 | $27.36 | $0.00 | $0.00 | $0.00 | $35.52 |
| Commissary | | 9/15/2005 | ($8.88) | $0.00 | $0.00 | $0.00 | $26.64 |
| Commissary | | 9/22/2005 | ($12.28) | $0.00 | $0.00 | $0.00 | $14.36 |
| Commissary | | 9/29/2005 | ($9.44) | $0.00 | $0.00 | $0.00 | $4.92 |
| | | | | | | **Ending Mth Balance:** | **$4.92** |

# Prior Month -- Individual Statement

Date Printed: 12/16/2005          Page 1 of 1

## For Month of October 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $4.92 |
|---|---|---|---|---|---|---|
| 00171278 | MALLOY | TIMOTHY | L | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 10/6/2005 | ($4.89) | $0.00 | $0.00 | $0.00 | $0.03 |
| Payroll | | 10/6/2005 | $17.64 | $0.00 | $0.00 | $0.00 | $17.67 |
| Commissary | | 10/13/2005 | ($9.44) | $0.00 | $0.00 | $0.00 | $8.23 |
| Commissary | | 10/20/2005 | ($7.76) | $0.00 | $0.00 | $0.00 | $0.47 |
| | | | | | | Ending Mth Balance: | $0.47 |

## Prior Month -- Individual Statement

Date Printed: 12/16/2005

Page 1 of 1

## For Month of November 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.47 |
|---|---|---|---|---|---|---|
| 00171278 | MALLOY | TIMOTHY | L | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Payroll | | 11/4/2005 | $24.50 | $0.00 | $0.00 | $0.00 | $24.97 |
| Commissary | | 11/10/2005 | ($10.95) | $0.00 | $0.00 | $0.00 | $14.02 |
| Commissary | | 11/17/2005 | ($12.69) | $0.00 | $0.00 | $0.00 | $1.33 |
| | | | | | | Ending Mth Balance: | $1.33 |

I/M: Timothy Malloy   BLDG: MSC-t
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

U.S. POSTAGE $00.60 PB2230370
DEC 22 05
FROM ZIP CODE 19947

U.S.M.S. X-RAY

Clerk
U.S. District Court
Lock box 18
844 N. King Street
Wilmington, DE 19801