Printed: 12/21/2005                *Average Daily Balance For Pauper Filing*                Page 1 of 4
*For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005*

SBI: 00173378          NAME:     WALKER, CARL M

| Date | Balance |
|---|---|
| 06/01/2005 | $0.95 |
| 06/02/2005 | $0.95 |
| 06/03/2005 | $0.95 |
| 06/04/2005 | $0.95 |
| 06/05/2005 | $0.95 |
| 06/06/2005 | $0.95 |
| 06/07/2005 | $22.47 |
| 06/08/2005 | $22.47 |
| 06/09/2005 | $0.00 |
| 06/10/2005 | $0.00 |
| 06/11/2005 | $0.00 |
| 06/12/2005 | $0.00 |
| 06/13/2005 | $0.00 |
| 06/14/2005 | $0.00 |
| 06/15/2005 | $0.00 |
| 06/16/2005 | $0.00 |
| 06/17/2005 | $0.00 |
| 06/18/2005 | $0.00 |
| 06/19/2005 | $0.00 |
| 06/20/2005 | $0.00 |
| 06/21/2005 | $0.00 |
| 06/22/2005 | $0.00 |
| 06/23/2005 | $0.00 |
| 06/24/2005 | $0.00 |
| 06/25/2005 | $0.00 |
| 06/26/2005 | $0.00 |
| 06/27/2005 | $0.00 |
| 06/28/2005 | $0.00 |
| 06/29/2005 | $0.00 |
| 06/30/2005 | $0.00 |
| 07/01/2005 | $45.92 |
| 07/02/2005 | $45.92 |
| 07/03/2005 | $45.92 |
| 07/04/2005 | $45.92 |
| 07/05/2005 | $45.92 |
| 07/06/2005 | $45.92 |
| 07/07/2005 | $15.83 |
| 07/08/2005 | $15.83 |
| 07/09/2005 | $15.83 |
| 07/10/2005 | $15.83 |
| 07/11/2005 | $15.83 |
| 07/12/2005 | $15.83 |
| 07/13/2005 | $15.83 |
| 07/14/2005 | $0.00 |
| 07/15/2005 | $0.00 |
| 07/16/2005 | $0.00 |
| 07/17/2005 | $0.00 |
| 07/18/2005 | $0.00 |

05-823(KAJ)



FILED
DEC 2 3 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Printed: 12/21/2005  ***Average Daily Balance For Pauper Filing***  Page 2 of 4
*For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005*

SBI: *00173378*        NAME:   *WALKER, CARL M*

| Date | Balance |
|---|---|
| 07/19/2005 | $0.00 |
| 07/20/2005 | $0.00 |
| 07/21/2005 | $0.00 |
| 07/22/2005 | $0.00 |
| 07/23/2005 | $0.00 |
| 07/24/2005 | $0.00 |
| 07/25/2005 | $0.00 |
| 07/26/2005 | $0.00 |
| 07/27/2005 | $0.00 |
| 07/28/2005 | $0.00 |
| 07/29/2005 | $0.00 |
| 07/30/2005 | $0.00 |
| 07/31/2005 | $0.00 |
| 08/01/2005 | $0.00 |
| 08/02/2005 | $0.00 |
| 08/03/2005 | $0.00 |
| 08/04/2005 | $0.00 |
| 08/05/2005 | $41.16 |
| 08/06/2005 | $41.16 |
| 08/07/2005 | $41.16 |
| 08/08/2005 | $41.16 |
| 08/09/2005 | $41.16 |
| 08/10/2005 | $41.16 |
| 08/11/2005 | $0.02 |
| 08/12/2005 | $0.02 |
| 08/13/2005 | $0.02 |
| 08/14/2005 | $0.02 |
| 08/15/2005 | $0.02 |
| 08/16/2005 | $0.02 |
| 08/17/2005 | $0.02 |
| 08/18/2005 | $0.02 |
| 08/19/2005 | $0.02 |
| 08/20/2005 | $0.02 |
| 08/21/2005 | $0.02 |
| 08/22/2005 | $0.02 |
| 08/23/2005 | $0.02 |
| 08/24/2005 | $0.02 |
| 08/25/2005 | $0.02 |
| 08/26/2005 | $0.02 |
| 08/27/2005 | $0.02 |
| 08/28/2005 | $0.02 |
| 08/29/2005 | $0.02 |
| 08/30/2005 | $0.02 |
| 08/31/2005 | $0.02 |
| 09/01/2005 | $0.02 |
| 09/02/2005 | $0.02 |
| 09/03/2005 | $0.02 |
| 09/04/2005 | $0.02 |

Printed: 12/21/2005

## Average Daily Balance For Pauper Filing
For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005

Page 3 of 4

SBI: 00173378        NAME:   WALKER, CARL M

| Date | Balance |
|---|---|
| 09/05/2005 | $0.02 |
| 09/06/2005 | $0.02 |
| 09/07/2005 | $0.02 |
| 09/08/2005 | $45.94 |
| 09/09/2005 | $45.94 |
| 09/10/2005 | $45.94 |
| 09/11/2005 | $45.94 |
| 09/12/2005 | $45.94 |
| 09/13/2005 | $45.94 |
| 09/14/2005 | $45.94 |
| 09/15/2005 | $0.16 |
| 09/16/2005 | $0.16 |
| 09/17/2005 | $0.16 |
| 09/18/2005 | $0.16 |
| 09/19/2005 | $0.16 |
| 09/20/2005 | $0.16 |
| 09/21/2005 | $0.16 |
| 09/22/2005 | $0.16 |
| 09/23/2005 | $0.16 |
| 09/24/2005 | $0.16 |
| 09/25/2005 | $0.16 |
| 09/26/2005 | $0.16 |
| 09/27/2005 | $0.16 |
| 09/28/2005 | $0.16 |
| 09/29/2005 | $0.16 |
| 09/30/2005 | $0.16 |
| 10/01/2005 | $0.16 |
| 10/02/2005 | $0.16 |
| 10/03/2005 | $0.16 |
| 10/04/2005 | $0.16 |
| 10/05/2005 | $0.16 |
| 10/06/2005 | $39.36 |
| 10/07/2005 | $39.36 |
| 10/08/2005 | $39.36 |
| 10/09/2005 | $39.36 |
| 10/10/2005 | $39.36 |
| 10/11/2005 | $39.36 |
| 10/12/2005 | $39.36 |
| 10/13/2005 | $0.00 |
| 10/14/2005 | $0.00 |
| 10/15/2005 | $0.00 |
| 10/16/2005 | $0.00 |
| 10/17/2005 | $0.00 |
| 10/18/2005 | $0.00 |
| 10/19/2005 | $0.00 |
| 10/20/2005 | $0.00 |
| 10/21/2005 | $0.00 |
| 10/22/2005 | $0.00 |

Printed: 12/21/2005

## Average Daily Balance For Pauper Filing
*For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005*

Page 4 of 4

**SBI:** 00173378     **NAME:** WALKER, CARL M

| Date | Balance |
|---|---|
| 10/23/2005 | $0.00 |
| 10/24/2005 | $0.00 |
| 10/25/2005 | $0.00 |
| 10/26/2005 | $0.00 |
| 10/27/2005 | $0.00 |
| 10/28/2005 | $0.00 |
| 10/29/2005 | $0.00 |
| 10/30/2005 | $0.00 |
| 10/31/2005 | $0.00 |
| 11/01/2005 | $0.00 |
| 11/02/2005 | $0.00 |
| 11/03/2005 | $0.00 |
| 11/04/2005 | $38.36 |
| 11/05/2005 | $38.36 |
| 11/06/2005 | $38.36 |
| 11/07/2005 | $38.36 |
| 11/08/2005 | $38.36 |
| 11/09/2005 | $38.36 |
| 11/10/2005 | $8.80 |
| 11/11/2005 | $8.80 |
| 11/12/2005 | $8.80 |
| 11/13/2005 | $8.80 |
| 11/14/2005 | $38.80 |
| 11/15/2005 | $58.80 |
| 11/16/2005 | $58.80 |
| 11/17/2005 | $0.23 |
| 11/18/2005 | $0.23 |
| 11/19/2005 | $0.23 |
| 11/20/2005 | $0.23 |
| 11/21/2005 | $0.23 |
| 11/22/2005 | $0.23 |
| 11/23/2005 | $10.23 |
| 11/24/2005 | $10.23 |
| 11/25/2005 | $10.23 |
| 11/26/2005 | $10.23 |
| 11/27/2005 | $10.23 |
| 11/28/2005 | $10.23 |
| 11/29/2005 | $10.23 |
| 11/30/2005 | $10.23 |

Summary for 'SBI' = 00173378 (183 detail records)     **Average Daily Balance:   $9.78**

# Prior Month -- Individual Statement

Date Printed: 12/21/2005                                                                                           Page 1 of 1

## For Month of June 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.95 |
|---|---|---|---|---|---|---|
| 00173378 | WALKER | CARL | M | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Payroll | | 6/7/2005 | $44.52 | $0.00 | $0.00 | $0.00 | $45.47 |
| Pay-To | LEADER STATE REGI | 6/7/2005 | ($23.00) | $0.00 | $0.00 | $0.00 | $22.47 |
| Commissary | | 6/9/2005 | ($22.47) | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | Ending Mth Balance: | | $0.00 |

## Prior Month -- Individual Statement

Date Printed: 12/21/2005  Page 1 of 1

## For Month of July 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00173378 | WALKER | CARL | M | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Payroll | | 7/1/2005 | $45.92 | $0.00 | $0.00 | $0.00 | $45.92 |
| Commissary | | 7/7/2005 | ($30.09) | $0.00 | $0.00 | $0.00 | $15.83 |
| Commissary | | 7/14/2005 | ($15.83) | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | Ending Mth Balance: | | $0.00 |

## Prior Month -- Individual Statement

Date Printed: 12/21/2005                                         Page 1 of 1

### For Month of August 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00173378 | WALKER | CARL | M | | | |
| **Current Location:** | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Payroll | | 8/5/2005 | $41.16 | $0.00 | $0.00 | $0.00 | $41.16 |
| Commissary | | 8/11/2005 | ($41.14) | $0.00 | $0.00 | $0.00 | $0.02 |
| | | | | | | **Ending Mth Balance:** | **$0.02** |

## Prior Month -- Individual Statement

Date Printed: 12/21/2005                                                                 Page 1 of 1

## For Month of September 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.02 |
|---|---|---|---|---|---|---|
| 00173378 | WALKER | CARL | M | | | |
| **Current Location:** | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Payroll | | 9/8/2005 | $45.92 | $0.00 | $0.00 | $0.00 | $45.94 |
| Commissary | | 9/15/2005 | ($45.78) | $0.00 | $0.00 | $0.00 | $0.16 |
| | | | | | | **Ending Mth Balance:** | **$0.16** |

## Prior Month -- Individual Statement

Date Printed: 12/21/2005                                                   Page 1 of 1

## For Month of October 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.16 |
|---|---|---|---|---|---|---|
| 00173378 | WALKER | CARL | M | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Payroll | | 10/6/2005 | $39.20 | $0.00 | $0.00 | $0.00 | $39.36 |
| Commissary | | 10/13/2005 | ($39.36) | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | Ending Mth Balance: | | $0.00 |

# Prior Month -- Individual Statement

Date Printed: 12/21/2005  Page 1 of 1

## For Month of November 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00173378 | WALKER | CARL | M | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Payroll | | 11/4/2005 | $38.36 | $0.00 | $0.00 | $0.00 | $38.36 |
| Commissary | | 11/10/2005 | ($29.56) | $0.00 | $0.00 | $0.00 | $8.80 |
| Mail MO | AUGUSTA SCARBOR | 11/14/2005 | $30.00 | $0.00 | $0.00 | $0.00 | $38.80 |
| Mail MO | ROLAND JONES | 11/15/2005 | $10.00 | $0.00 | $0.00 | $0.00 | $48.80 |
| Mail MO | ROLAND JONES | 11/15/2005 | $10.00 | $0.00 | $0.00 | $0.00 | $58.80 |
| Commissary | | 11/17/2005 | ($58.57) | $0.00 | $0.00 | $0.00 | $0.23 |
| Mail MO | ROLAND JONES | 11/23/2005 | $10.00 | $0.00 | $0.00 | $0.00 | $10.23 |
| | | | | | | Ending Mth Balance: | $10.23 |

I/M: CARL WALKER BLDG: Merit-West
SUSSEX CORRECTIONAL INSTITUTION   SBI-00173378
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

U.S. POSTAGE $00.60 DEC 22 05 19947

Clerk
U.S. District Court
Lockbox 18
844 N. King Street
Wilmington DE 19801