Printed: 12/16/2005

## Average Daily Balance For Pauper Filing
*For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005*

Page 1 of 4

**SBI: 00160428**      **NAME:   SANDERS, CHARLES B**

| Date | Balance |
|---|---|
| 06/01/2005 | $1.43 |
| 06/02/2005 | $1.43 |
| 06/03/2005 | $1.43 |
| 06/04/2005 | $1.43 |
| 06/05/2005 | $1.43 |
| 06/06/2005 | $1.43 |
| 06/07/2005 | $45.33 |
| 06/08/2005 | $45.33 |
| 06/09/2005 | $0.39 |
| 06/10/2005 | $0.39 |
| 06/11/2005 | $0.39 |
| 06/12/2005 | $0.39 |
| 06/13/2005 | $0.39 |
| 06/14/2005 | $0.39 |
| 06/15/2005 | $0.39 |
| 06/16/2005 | $0.39 |
| 06/17/2005 | $0.39 |
| 06/18/2005 | $0.39 |
| 06/19/2005 | $0.39 |
| 06/20/2005 | $0.39 |
| 06/21/2005 | $0.39 |
| 06/22/2005 | $0.39 |
| 06/23/2005 | $0.39 |
| 06/24/2005 | $0.39 |
| 06/25/2005 | $0.39 |
| 06/26/2005 | $0.39 |
| 06/27/2005 | $0.39 |
| 06/28/2005 | $0.39 |
| 06/29/2005 | $0.39 |
| 06/30/2005 | $0.39 |
| 07/01/2005 | $90.77 |
| 07/02/2005 | $90.77 |
| 07/03/2005 | $90.77 |
| 07/04/2005 | $90.77 |
| 07/05/2005 | $90.77 |
| 07/06/2005 | $90.77 |
| 07/07/2005 | $40.34 |
| 07/08/2005 | $40.34 |
| 07/09/2005 | $40.34 |
| 07/10/2005 | $40.34 |
| 07/11/2005 | $40.34 |
| 07/12/2005 | $40.34 |
| 07/13/2005 | $40.34 |
| 07/14/2005 | $14.97 |
| 07/15/2005 | $14.97 |
| 07/16/2005 | $14.97 |
| 07/17/2005 | $14.97 |
| 07/18/2005 | $14.97 |



05-823 (KAJ)

FILED
DEC 2 3 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Printed: 12/16/2005                  *Average Daily Balance For Pauper Filing*                  Page 2 of 4
*For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005*

SBI: 00160428            NAME:    SANDERS, CHARLES B

| Date | Balance |
|---|---|
| 07/19/2005 | $14.97 |
| 07/20/2005 | $14.97 |
| 07/21/2005 | $2.37 |
| 07/22/2005 | $2.37 |
| 07/23/2005 | $2.37 |
| 07/24/2005 | $2.37 |
| 07/25/2005 | $2.37 |
| 07/26/2005 | $2.37 |
| 07/27/2005 | $2.37 |
| 07/28/2005 | $0.50 |
| 07/29/2005 | $0.50 |
| 07/30/2005 | $0.50 |
| 07/31/2005 | $0.50 |
| 08/01/2005 | $0.50 |
| 08/02/2005 | $0.50 |
| 08/03/2005 | $0.50 |
| 08/04/2005 | $0.50 |
| 08/05/2005 | $89.47 |
| 08/06/2005 | $89.47 |
| 08/07/2005 | $89.47 |
| 08/08/2005 | $89.47 |
| 08/09/2005 | $89.47 |
| 08/10/2005 | $89.47 |
| 08/11/2005 | $34.65 |
| 08/12/2005 | $34.65 |
| 08/13/2005 | $34.65 |
| 08/14/2005 | $34.65 |
| 08/15/2005 | $34.65 |
| 08/16/2005 | $34.65 |
| 08/17/2005 | $34.65 |
| 08/18/2005 | $4.72 |
| 08/19/2005 | $4.72 |
| 08/20/2005 | $4.72 |
| 08/21/2005 | $4.72 |
| 08/22/2005 | $4.72 |
| 08/23/2005 | $4.72 |
| 08/24/2005 | $4.72 |
| 08/25/2005 | $0.00 |
| 08/26/2005 | $0.00 |
| 08/27/2005 | $0.00 |
| 08/28/2005 | $0.00 |
| 08/29/2005 | $0.00 |
| 08/30/2005 | $0.00 |
| 08/31/2005 | $0.00 |
| 09/01/2005 | $0.00 |
| 09/02/2005 | $0.00 |
| 09/03/2005 | $0.00 |
| 09/04/2005 | $0.00 |

Printed: 12/16/2005

## Average Daily Balance For Pauper Filing
For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005

Page 3 of 4

SBI: 00160428        NAME:    SANDERS, CHARLES B

| Date | Balance |
|---|---|
| 09/05/2005 | $0.00 |
| 09/06/2005 | $0.00 |
| 09/07/2005 | $0.00 |
| 09/08/2005 | $92.41 |
| 09/09/2005 | $92.41 |
| 09/10/2005 | $92.41 |
| 09/11/2005 | $92.41 |
| 09/12/2005 | $92.41 |
| 09/13/2005 | $92.41 |
| 09/14/2005 | $92.41 |
| 09/15/2005 | $13.69 |
| 09/16/2005 | $13.69 |
| 09/17/2005 | $13.69 |
| 09/18/2005 | $13.69 |
| 09/19/2005 | $13.69 |
| 09/20/2005 | $13.69 |
| 09/21/2005 | $13.69 |
| 09/22/2005 | $4.17 |
| 09/23/2005 | $4.17 |
| 09/24/2005 | $4.17 |
| 09/25/2005 | $4.17 |
| 09/26/2005 | $4.17 |
| 09/27/2005 | $4.17 |
| 09/28/2005 | $4.17 |
| 09/29/2005 | $0.94 |
| 09/30/2005 | $0.94 |
| 10/01/2005 | $0.94 |
| 10/02/2005 | $0.94 |
| 10/03/2005 | $0.94 |
| 10/04/2005 | $0.94 |
| 10/05/2005 | $0.94 |
| 10/06/2005 | $87.88 |
| 10/07/2005 | $87.88 |
| 10/08/2005 | $87.88 |
| 10/09/2005 | $87.88 |
| 10/10/2005 | $83.88 |
| 10/11/2005 | $83.88 |
| 10/12/2005 | $83.88 |
| 10/13/2005 | $21.07 |
| 10/14/2005 | $21.07 |
| 10/15/2005 | $21.07 |
| 10/16/2005 | $21.07 |
| 10/17/2005 | $21.07 |
| 10/18/2005 | $21.07 |
| 10/19/2005 | $21.07 |
| 10/20/2005 | $0.00 |
| 10/21/2005 | $20.00 |
| 10/22/2005 | $20.00 |

Printed: 12/16/2005

## Average Daily Balance For Pauper Filing
### For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005

Page 4 of 4

SBI: *00160428*       NAME:    SANDERS, CHARLES B

| Date | Balance |
|---|---|
| 10/23/2005 | $20.00 |
| 10/24/2005 | $20.00 |
| 10/25/2005 | $20.00 |
| 10/26/2005 | $20.00 |
| 10/27/2005 | $1.86 |
| 10/28/2005 | $1.86 |
| 10/29/2005 | $1.86 |
| 10/30/2005 | $1.86 |
| 10/31/2005 | $1.86 |
| 11/01/2005 | $1.86 |
| 11/02/2005 | $1.86 |
| 11/03/2005 | $1.06 |
| 11/04/2005 | $91.85 |
| 11/05/2005 | $91.85 |
| 11/06/2005 | $91.85 |
| 11/07/2005 | $41.85 |
| 11/08/2005 | $41.85 |
| 11/09/2005 | $41.85 |
| 11/10/2005 | $0.40 |
| 11/11/2005 | $0.40 |
| 11/12/2005 | $0.40 |
| 11/13/2005 | $0.40 |
| 11/14/2005 | $0.40 |
| 11/15/2005 | $0.40 |
| 11/16/2005 | $0.40 |
| 11/17/2005 | $0.40 |
| 11/18/2005 | $0.40 |
| 11/19/2005 | $0.40 |
| 11/20/2005 | $0.40 |
| 11/21/2005 | $0.40 |
| 11/22/2005 | $0.40 |
| 11/23/2005 | $0.40 |
| 11/24/2005 | $0.40 |
| 11/25/2005 | $0.40 |
| 11/26/2005 | $0.40 |
| 11/27/2005 | $0.40 |
| 11/28/2005 | $0.40 |
| 11/29/2005 | $0.40 |
| 11/30/2005 | $0.40 |

Summary for 'SBI' = 00160428 (183 detail records)       **Average Daily Balance:    $21.56**

# Prior Month -- Individual Statement

Date Printed: 12/16/2005 | Page 1 of 1

## For Month of June 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $1.43 |
|---|---|---|---|---|---|---|
| 00160428 | SANDERS | CHARLES | B | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Payroll | | 6/7/2005 | $83.90 | $0.00 | $0.00 | $0.00 | $85.33 |
| Pay-To | TIARA FLANNARY | 6/7/2005 | ($40.00) | $0.00 | $0.00 | $0.00 | $45.33 |
| Commissary | | 6/9/2005 | ($44.94) | $0.00 | $0.00 | $0.00 | $0.39 |
| | | | | | Ending Mth Balance: | | $0.39 |

# Prior Month -- Individual Statement

Date Printed: 12/16/2005     Page 1 of 1

## For Month of July 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.39 |
|---|---|---|---|---|---|---|
| 00160428 | SANDERS | CHARLES | B | | | |
| **Current Location:** | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Payroll | | 7/1/2005 | $90.38 | $0.00 | $0.00 | $0.00 | $90.77 |
| Commissary | | 7/7/2005 | ($50.43) | $0.00 | $0.00 | $0.00 | $40.34 |
| Commissary | | 7/14/2005 | ($25.37) | $0.00 | $0.00 | $0.00 | $14.97 |
| Commissary | | 7/21/2005 | ($12.60) | $0.00 | $0.00 | $0.00 | $2.37 |
| Commissary | | 7/28/2005 | ($1.87) | $0.00 | $0.00 | $0.00 | $0.50 |
| | | | | | | **Ending Mth Balance:** | **$0.50** |

# Prior Month -- Individual Statement

Date Printed: 12/16/2005                                                                 Page 1 of 1

## For Month of August 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.50 |
|---|---|---|---|---|---|---|
| 00160428 | SANDERS | CHARLES | B | | | |
| **Current Location:** | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Payroll | | 8/5/2005 | $88.97 | $0.00 | $0.00 | $0.00 | $89.47 |
| Commissary | | 8/11/2005 | ($54.82) | $0.00 | $0.00 | $0.00 | $34.65 |
| Commissary | | 8/18/2005 | ($29.93) | $0.00 | $0.00 | $0.00 | $4.72 |
| Commissary | | 8/25/2005 | ($4.72) | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | **Ending Mth Balance:** | | **$0.00** |

# Prior Month -- Individual Statement

Date Printed: 12/16/2005          Page 1 of 1

## For Month of September 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00160428 | SANDERS | CHARLES | B | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Payroll | | 9/8/2005 | $92.41 | $0.00 | $0.00 | $0.00 | $92.41 |
| Commissary | | 9/15/2005 | ($78.72) | $0.00 | $0.00 | $0.00 | $13.69 |
| Commissary | | 9/22/2005 | ($9.52) | $0.00 | $0.00 | $0.00 | $4.17 |
| Commissary | | 9/29/2005 | ($3.23) | $0.00 | $0.00 | $0.00 | $0.94 |
| | | | | | | Ending Mth Balance: | $0.94 |

# Prior Month -- Individual Statement

Date Printed: 12/16/2005  Page 1 of 1

## For Month of October 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.94 |
|---|---|---|---|---|---|---|
| 00160428 | SANDERS | CHARLES | B | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Payroll | | 10/6/2005 | $86.94 | $0.00 | $0.00 | $0.00 | $87.88 |
| Medical | | 10/10/2005 | ($4.00) | $0.00 | $0.00 | $0.00 | $83.88 |
| Medical | | 10/10/2005 | $0.00 | ($4.00) | $0.00 | $0.00 | $83.88 |
| Commissary | | 10/13/2005 | ($62.81) | $0.00 | $0.00 | $0.00 | $21.07 |
| Commissary | | 10/20/2005 | ($21.07) | $0.00 | $0.00 | $0.00 | $0.00 |
| Visit MO | CARYN VANDERWEN | 10/21/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $20.00 |
| Commissary | | 10/27/2005 | ($18.14) | $0.00 | $0.00 | $0.00 | $1.86 |
| | | | | | Ending Mth Balance: | | $1.86 |

# Prior Month -- Individual Statement

Date Printed: 12/16/2005                                                                 Page 1 of 1

## For Month of November 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $1.86 |
|---|---|---|---|---|---|---|
| 00160428 | SANDERS | CHARLES | B | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 11/3/2005 | ($0.80) | $0.00 | $0.00 | $0.00 | $1.06 |
| Payroll | | 11/4/2005 | $90.79 | $0.00 | $0.00 | $0.00 | $91.85 |
| Pay-To | GEWN JACKSON | 11/7/2005 | ($50.00) | $0.00 | $0.00 | $0.00 | $41.85 |
| Commissary | | 11/10/2005 | ($41.45) | $0.00 | $0.00 | $0.00 | $0.40 |
| | | | | | Ending Mth Balance: | | $0.40 |

I/M: T. Brown  BLDG: West
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

U.S. POSTAGE $00.60 DEC 22 05
PB2230370
19947

U.S.M.S. X-RAY

U.S. District Court
Lockbox 18
844 N. King ST
Wilmington, DE
19801

CLERK