Printed: 12/16/2005

**Average Daily Balance For Pauper Filing**
*For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005*

Page 1 of 4

SBI: 00465297   NAME: JONES, SAMUEL

| Date | Balance |
|---|---|
| 06/01/2005 | $0.00 |
| 06/02/2005 | $0.00 |
| 06/03/2005 | $0.00 |
| 06/04/2005 | $0.00 |
| 06/05/2005 | $0.00 |
| 06/06/2005 | $0.00 |
| 06/07/2005 | $35.38 |
| 06/08/2005 | $35.38 |
| 06/09/2005 | $0.42 |
| 06/10/2005 | $0.42 |
| 06/11/2005 | $0.42 |
| 06/12/2005 | $0.42 |
| 06/13/2005 | $0.42 |
| 06/14/2005 | $0.42 |
| 06/15/2005 | $0.42 |
| 06/16/2005 | $0.02 |
| 06/17/2005 | $0.02 |
| 06/18/2005 | $0.02 |
| 06/19/2005 | $0.02 |
| 06/20/2005 | $0.02 |
| 06/21/2005 | $0.02 |
| 06/22/2005 | $0.02 |
| 06/23/2005 | $0.02 |
| 06/24/2005 | $20.02 |
| 06/25/2005 | $20.02 |
| 06/26/2005 | $20.02 |
| 06/27/2005 | $20.02 |
| 06/28/2005 | $20.02 |
| 06/29/2005 | $50.02 |
| 06/30/2005 | $50.02 |
| 07/01/2005 | $94.54 |
| 07/02/2005 | $94.54 |
| 07/03/2005 | $94.54 |
| 07/04/2005 | $94.54 |
| 07/05/2005 | $94.54 |
| 07/06/2005 | $94.54 |
| 07/07/2005 | $24.70 |
| 07/08/2005 | $24.70 |
| 07/09/2005 | $24.70 |
| 07/10/2005 | $24.70 |
| 07/11/2005 | $24.70 |
| 07/12/2005 | $24.70 |
| 07/13/2005 | $24.70 |
| 07/14/2005 | $0.43 |
| 07/15/2005 | $0.43 |
| 07/16/2005 | $0.43 |
| 07/17/2005 | $0.43 |
| 07/18/2005 | $0.43 |



05-823 (KAJ)

FILED
DEC 2 7 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Printed: 12/16/2005

## Average Daily Balance For Pauper Filing
*For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005*

Page 2 of 4

**SBI:** 00465297   **NAME:** JONES, SAMUEL

| Date | Balance |
|---|---|
| 07/19/2005 | $0.43 |
| 07/20/2005 | $0.43 |
| 07/21/2005 | $0.43 |
| 07/22/2005 | $0.43 |
| 07/23/2005 | $0.43 |
| 07/24/2005 | $0.43 |
| 07/25/2005 | $20.43 |
| 07/26/2005 | $20.43 |
| 07/27/2005 | $20.43 |
| 07/28/2005 | $0.16 |
| 07/29/2005 | $0.16 |
| 07/30/2005 | $0.16 |
| 07/31/2005 | $0.16 |
| 08/01/2005 | $0.16 |
| 08/02/2005 | $20.16 |
| 08/03/2005 | $20.16 |
| 08/04/2005 | $0.16 |
| 08/05/2005 | $32.92 |
| 08/06/2005 | $32.92 |
| 08/07/2005 | $32.92 |
| 08/08/2005 | $72.92 |
| 08/09/2005 | $64.17 |
| 08/10/2005 | $4.17 |
| 08/11/2005 | $0.99 |
| 08/12/2005 | $30.99 |
| 08/13/2005 | $30.99 |
| 08/14/2005 | $30.99 |
| 08/15/2005 | $30.99 |
| 08/16/2005 | $80.99 |
| 08/17/2005 | $80.99 |
| 08/18/2005 | $1.08 |
| 08/19/2005 | $1.08 |
| 08/20/2005 | $1.08 |
| 08/21/2005 | $1.08 |
| 08/22/2005 | $41.08 |
| 08/23/2005 | $41.08 |
| 08/24/2005 | $51.08 |
| 08/25/2005 | $14.79 |
| 08/26/2005 | $14.79 |
| 08/27/2005 | $14.79 |
| 08/28/2005 | $14.79 |
| 08/29/2005 | $14.56 |
| 08/30/2005 | $14.56 |
| 08/31/2005 | $14.56 |
| 09/01/2005 | $1.32 |
| 09/02/2005 | $1.32 |
| 09/03/2005 | $1.32 |
| 09/04/2005 | $1.32 |

Printed: 12/16/2005

## Average Daily Balance For Pauper Filing
For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005

Page 3 of 4

SBI: 00465297        NAME:   JONES, SAMUEL

| Date | Balance |
|---|---|
| 09/05/2005 | $1.32 |
| 09/06/2005 | $1.32 |
| 09/07/2005 | $26.32 |
| 09/08/2005 | $38.84 |
| 09/09/2005 | $38.84 |
| 09/10/2005 | $38.84 |
| 09/11/2005 | $38.84 |
| 09/12/2005 | $38.84 |
| 09/13/2005 | $38.84 |
| 09/14/2005 | $38.84 |
| 09/15/2005 | $0.12 |
| 09/16/2005 | $0.12 |
| 09/17/2005 | $0.12 |
| 09/18/2005 | $0.12 |
| 09/19/2005 | $0.12 |
| 09/20/2005 | $0.12 |
| 09/21/2005 | $20.12 |
| 09/22/2005 | $0.23 |
| 09/23/2005 | $0.23 |
| 09/24/2005 | $0.23 |
| 09/25/2005 | $0.23 |
| 09/26/2005 | $0.23 |
| 09/27/2005 | $50.23 |
| 09/28/2005 | $50.23 |
| 09/29/2005 | $0.00 |
| 09/30/2005 | $0.00 |
| 10/01/2005 | $0.00 |
| 10/02/2005 | $0.00 |
| 10/03/2005 | $0.00 |
| 10/04/2005 | $0.00 |
| 10/05/2005 | $0.00 |
| 10/06/2005 | $13.86 |
| 10/07/2005 | $13.86 |
| 10/08/2005 | $13.86 |
| 10/09/2005 | $13.86 |
| 10/10/2005 | $13.86 |
| 10/11/2005 | $13.86 |
| 10/12/2005 | $43.86 |
| 10/13/2005 | $0.21 |
| 10/14/2005 | $0.21 |
| 10/15/2005 | $0.21 |
| 10/16/2005 | $0.21 |
| 10/17/2005 | $0.21 |
| 10/18/2005 | $0.21 |
| 10/19/2005 | $30.21 |
| 10/20/2005 | $0.35 |
| 10/21/2005 | $0.35 |
| 10/22/2005 | $0.35 |

Printed: 12/16/2005

## Average Daily Balance For Pauper Filing
For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005

Page 4 of 4

SBI: 00465297        NAME:   JONES, SAMUEL

| Date | Balance |
|---|---|
| 10/23/2005 | $0.35 |
| 10/24/2005 | $0.35 |
| 10/25/2005 | $30.35 |
| 10/26/2005 | $30.35 |
| 10/27/2005 | $0.05 |
| 10/28/2005 | $0.05 |
| 10/29/2005 | $0.05 |
| 10/30/2005 | $0.05 |
| 10/31/2005 | $25.05 |
| 11/01/2005 | $25.05 |
| 11/02/2005 | $25.05 |
| 11/03/2005 | $0.35 |
| 11/04/2005 | $14.93 |
| 11/05/2005 | $14.93 |
| 11/06/2005 | $14.93 |
| 11/07/2005 | $14.93 |
| 11/08/2005 | $14.93 |
| 11/09/2005 | $14.93 |
| 11/10/2005 | $0.25 |
| 11/11/2005 | $0.25 |
| 11/12/2005 | $0.25 |
| 11/13/2005 | $0.25 |
| 11/14/2005 | $0.25 |
| 11/15/2005 | $75.25 |
| 11/16/2005 | $75.25 |
| 11/17/2005 | $0.00 |
| 11/18/2005 | $0.00 |
| 11/19/2005 | $0.00 |
| 11/20/2005 | $0.00 |
| 11/21/2005 | $0.00 |
| 11/22/2005 | $0.00 |
| 11/23/2005 | $0.00 |
| 11/24/2005 | $0.00 |
| 11/25/2005 | $0.00 |
| 11/26/2005 | $0.00 |
| 11/27/2005 | $0.00 |
| 11/28/2005 | $0.00 |
| 11/29/2005 | $0.00 |
| 11/30/2005 | $25.00 |

Summary for 'SBI' = 00465297 (183 detail records)         **Average Daily Balance:   $15.74**

## Prior Month -- Individual Statement

Date Printed: 12/16/2005                                                                 Page 1 of 1

## For Month of June 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00465297 | JONES | SAMUEL | | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Medical No Sh | | 6/7/2005 | ($3.82) | $0.00 | $0.00 | $0.00 | ($3.82) |
| Payroll | | 6/7/2005 | $39.20 | $0.00 | $0.00 | $0.00 | $35.38 |
| Commissary | | 6/9/2005 | ($34.96) | $0.00 | $0.00 | $0.00 | $0.42 |
| Commissary | | 6/16/2005 | ($0.40) | $0.00 | $0.00 | $0.00 | $0.02 |
| Visit MO | CATINA J. BRIGHT | 6/24/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $20.02 |
| Visit MO | CAN'T READ | 6/29/2005 | $30.00 | $0.00 | $0.00 | $0.00 | $50.02 |
| | | | | | | **Ending Mth Balance:** | **$50.02** |

# Prior Month -- Individual Statement

Date Printed: 12/16/2005                                                                                                         Page 1 of 1

## For Month of July 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $50.02 |
|---|---|---|---|---|---|---|
| 00465297 | JONES | SAMUEL | | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Payroll | | 7/1/2005 | $44.52 | $0.00 | $0.00 | $0.00 | $94.54 |
| Commissary | | 7/7/2005 | ($69.84) | $0.00 | $0.00 | $0.00 | $24.70 |
| Commissary | | 7/14/2005 | ($24.27) | $0.00 | $0.00 | $0.00 | $0.43 |
| Visit MO | TAMBARA STEWART | 7/25/2005 | $30.00 | $0.00 | $0.00 | $0.00 | $30.43 |
| Medical | | 7/25/2005 | $0.00 | ($4.00) | $0.00 | $0.00 | $30.43 |
| Medical | | 7/25/2005 | $0.00 | ($6.00) | $0.00 | $0.00 | $30.43 |
| Medical | | 7/25/2005 | ($6.00) | $0.00 | $0.00 | $0.00 | $24.43 |
| Medical | | 7/25/2005 | ($4.00) | $0.00 | $0.00 | $0.00 | $20.43 |
| Commissary | | 7/28/2005 | ($20.27) | $0.00 | $0.00 | $0.00 | $0.16 |
| | | | | | | Ending Mth Balance: | $0.16 |

# Prior Month -- Individual Statement

Date Printed: 12/16/2005                                                                 Page 1 of 1

## For Month of August 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.16 |
|---|---|---|---|---|---|---|
| 00465297 | JONES | SAMUEL | | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Visit MO | JONES | 8/2/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $20.16 |
| Commissary | | 8/4/2005 | ($20.00) | $0.00 | $0.00 | $0.00 | $0.16 |
| Payroll | | 8/5/2005 | $32.76 | $0.00 | $0.00 | $0.00 | $32.92 |
| Visit MO | BRITANY ADKINS | 8/8/2005 | $40.00 | $0.00 | $0.00 | $0.00 | $72.92 |
| Pay-To | | 8/9/2005 | ($8.75) | $0.00 | $0.00 | $0.00 | $64.17 |
| Pay-To | TIARA FLONNONY | 8/10/2005 | ($60.00) | $0.00 | $0.00 | $0.00 | $4.17 |
| Commissary | | 8/11/2005 | ($3.18) | $0.00 | $0.00 | $0.00 | $0.99 |
| Postage | | 8/11/2005 | $0.00 | $0.00 | ($0.23) | $0.00 | $0.99 |
| Visit MO | TAMBARA STEWART | 8/12/2005 | $30.00 | $0.00 | $0.00 | $0.00 | $30.99 |
| Visit MO | TAMMY ADKINS | 8/16/2005 | $50.00 | $0.00 | $0.00 | $0.00 | $80.99 |
| Commissary | | 8/18/2005 | ($79.91) | $0.00 | $0.00 | $0.00 | $1.08 |
| Visit MO | TAMBARA STEWART | 8/22/2005 | $40.00 | $0.00 | $0.00 | $0.00 | $41.08 |
| Visit MO | TERENCE HITCHENS | 8/24/2005 | $10.00 | $0.00 | $0.00 | $0.00 | $51.08 |
| Commissary | | 8/25/2005 | ($36.29) | $0.00 | $0.00 | $0.00 | $14.79 |
| Postage | | 8/29/2005 | ($0.23) | $0.00 | $0.00 | $0.00 | $14.56 |
| | | | | | Ending Mth Balance: | | $14.56 |

## Prior Month -- Individual Statement

Date Printed: 12/16/2005    Page 1 of 1

### For Month of September 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $14.56 |
|---|---|---|---|---|---|---|
| 00465297 | JONES | SAMUEL | | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 9/1/2005 | ($13.24) | $0.00 | $0.00 | $0.00 | $1.32 |
| Mail MO | TAMBARA STEWART | 9/7/2005 | $25.00 | $0.00 | $0.00 | $0.00 | $26.32 |
| Commissary | | 9/8/2005 | ($26.12) | $0.00 | $0.00 | $0.00 | $0.20 |
| Payroll | | 9/8/2005 | $38.64 | $0.00 | $0.00 | $0.00 | $38.84 |
| Commissary | | 9/15/2005 | ($38.72) | $0.00 | $0.00 | $0.00 | $0.12 |
| Visit MO | TAMBARA STEWART | 9/21/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $20.12 |
| Commissary | | 9/22/2005 | ($19.89) | $0.00 | $0.00 | $0.00 | $0.23 |
| Mail MO | TAMMY ADKINS | 9/27/2005 | $50.00 | $0.00 | $0.00 | $0.00 | $50.23 |
| Commissary | | 9/29/2005 | ($50.23) | $0.00 | $0.00 | $0.00 | $0.00 |

Ending Mth Balance: $0.00

# Prior Month -- Individual Statement

Date Printed: 12/16/2005                  Page 1 of 1

## For Month of October 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00465297 | JONES | SAMUEL | | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Payroll | | 10/6/2005 | $13.86 | $0.00 | $0.00 | $0.00 | $13.86 |
| Visit MO | TAMBARA STEWART | 10/12/2005 | $30.00 | $0.00 | $0.00 | $0.00 | $43.86 |
| Commissary | | 10/13/2005 | ($43.65) | $0.00 | $0.00 | $0.00 | $0.21 |
| Visit MO | DANIEL JONES | 10/19/2005 | $30.00 | $0.00 | $0.00 | $0.00 | $30.21 |
| Commissary | | 10/20/2005 | ($29.86) | $0.00 | $0.00 | $0.00 | $0.35 |
| Mail MO | TAMBARA STEWART | 10/25/2005 | $30.00 | $0.00 | $0.00 | $0.00 | $30.35 |
| Commissary | | 10/27/2005 | ($30.30) | $0.00 | $0.00 | $0.00 | $0.05 |
| Visit MO | LISA HALL | 10/31/2005 | $25.00 | $0.00 | $0.00 | $0.00 | $25.05 |
| | | | | | | Ending Mth Balance: | $25.05 |

# Prior Month -- Individual Statement

Date Printed: 12/16/2005                                                                 Page 1 of 1

## For Month of November 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $25.05 |
|---|---|---|---|---|---|---|
| 00465297 | JONES | SAMUEL | | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 11/3/2005 | ($24.70) | $0.00 | $0.00 | $0.00 | $0.35 |
| Payroll | | 11/4/2005 | $14.58 | $0.00 | $0.00 | $0.00 | $14.93 |
| Commissary | | 11/10/2005 | ($14.68) | $0.00 | $0.00 | $0.00 | $0.25 |
| Visit MO | LEONTYE ADKINS | 11/15/2005 | $50.00 | $0.00 | $0.00 | $0.00 | $50.25 |
| Mail MO | TAMBARA STEWART | 11/15/2005 | $25.00 | $0.00 | $0.00 | $0.00 | $75.25 |
| Commissary | | 11/17/2005 | ($75.25) | $0.00 | $0.00 | $0.00 | $0.00 |
| Mail MO | TAMBARA STEWART | 11/30/2005 | $25.00 | $0.00 | $0.00 | $0.00 | $25.00 |
| | | | | | | **Ending Mth Balance:** | **$25.00** |

