Printed: 12/16/2005     *Average Daily Balance For Pauper Filing*     Page 1 of 4
*For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005*

SBI: 00261867     NAME:     WILLIAMS, FRANK J JR

| Date | Balance |
|---|---|
| 06/01/2005 | $311.62 |
| 06/02/2005 | $278.19 |
| 06/03/2005 | $278.19 |
| 06/04/2005 | $278.19 |
| 06/05/2005 | $278.19 |
| 06/06/2005 | $278.19 |
| 06/07/2005 | $281.93 |
| 06/08/2005 | $281.93 |
| 06/09/2005 | $265.44 |
| 06/10/2005 | $265.44 |
| 06/11/2005 | $265.44 |
| 06/12/2005 | $265.44 |
| 06/13/2005 | $265.44 |
| 06/14/2005 | $265.44 |
| 06/15/2005 | $265.44 |
| 06/16/2005 | $226.37 |
| 06/17/2005 | $226.37 |
| 06/18/2005 | $226.37 |
| 06/19/2005 | $226.37 |
| 06/20/2005 | $226.37 |
| 06/21/2005 | $226.37 |
| 06/22/2005 | $226.37 |
| 06/23/2005 | $195.01 |
| 06/24/2005 | $195.01 |
| 06/25/2005 | $195.01 |
| 06/26/2005 | $195.01 |
| 06/27/2005 | $195.01 |
| 06/28/2005 | $194.32 |
| 06/29/2005 | $194.32 |
| 06/30/2005 | $194.32 |
| 07/01/2005 | $219.70 |
| 07/02/2005 | $219.70 |
| 07/03/2005 | $219.70 |
| 07/04/2005 | $219.70 |
| 07/05/2005 | $219.70 |
| 07/06/2005 | $219.70 |
| 07/07/2005 | $177.28 |
| 07/08/2005 | $177.28 |
| 07/09/2005 | $177.28 |
| 07/10/2005 | $177.28 |
| 07/11/2005 | $177.28 |
| 07/12/2005 | $177.28 |
| 07/13/2005 | $177.28 |
| 07/14/2005 | $160.16 |
| 07/15/2005 | $160.16 |
| 07/16/2005 | $160.16 |
| 07/17/2005 | $160.16 |
| 07/18/2005 | $160.16 |

05-823 (KAJ)



FILED
DEC 2 7 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Printed: 12/16/2005  ***Average Daily Balance For Pauper Filing***  Page 2 of 4
*For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005*

SBI: 00261867       NAME:   WILLIAMS, FRANK J JR

| Date | Balance |
|---|---|
| 07/19/2005 | $220.16 |
| 07/20/2005 | $220.16 |
| 07/21/2005 | $189.88 |
| 07/22/2005 | $189.88 |
| 07/23/2005 | $189.88 |
| 07/24/2005 | $189.88 |
| 07/25/2005 | $189.88 |
| 07/26/2005 | $189.88 |
| 07/27/2005 | $189.65 |
| 07/28/2005 | $162.37 |
| 07/29/2005 | $162.37 |
| 07/30/2005 | $162.37 |
| 07/31/2005 | $162.37 |
| 08/01/2005 | $127.37 |
| 08/02/2005 | $127.37 |
| 08/03/2005 | $127.37 |
| 08/04/2005 | $104.27 |
| 08/05/2005 | $128.21 |
| 08/06/2005 | $128.21 |
| 08/07/2005 | $128.21 |
| 08/08/2005 | $128.21 |
| 08/09/2005 | $128.21 |
| 08/10/2005 | $128.21 |
| 08/11/2005 | $264.97 |
| 08/12/2005 | $264.97 |
| 08/13/2005 | $264.97 |
| 08/14/2005 | $264.97 |
| 08/15/2005 | $264.97 |
| 08/16/2005 | $264.97 |
| 08/17/2005 | $264.97 |
| 08/18/2005 | $283.97 |
| 08/19/2005 | $283.97 |
| 08/20/2005 | $283.97 |
| 08/21/2005 | $283.97 |
| 08/22/2005 | $283.97 |
| 08/23/2005 | $283.97 |
| 08/24/2005 | $283.97 |
| 08/25/2005 | $251.79 |
| 08/26/2005 | $251.79 |
| 08/27/2005 | $251.79 |
| 08/28/2005 | $251.79 |
| 08/29/2005 | $251.56 |
| 08/30/2005 | $247.56 |
| 08/31/2005 | $247.56 |
| 09/01/2005 | $238.18 |
| 09/02/2005 | $238.18 |
| 09/03/2005 | $238.18 |
| 09/04/2005 | $238.18 |

Printed: 12/16/2005     *Average Daily Balance For Pauper Filing*     Page 3 of 4
*For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005*

SBI: 00261867     NAME:     WILLIAMS, FRANK J JR

| Date | Balance |
|---|---|
| 09/05/2005 | $238.18 |
| 09/06/2005 | $238.18 |
| 09/07/2005 | $238.18 |
| 09/08/2005 | $244.20 |
| 09/09/2005 | $244.20 |
| 09/10/2005 | $244.20 |
| 09/11/2005 | $244.20 |
| 09/12/2005 | $244.20 |
| 09/13/2005 | $244.20 |
| 09/14/2005 | $244.20 |
| 09/15/2005 | $214.50 |
| 09/16/2005 | $214.50 |
| 09/17/2005 | $214.50 |
| 09/18/2005 | $214.50 |
| 09/19/2005 | $214.50 |
| 09/20/2005 | $214.50 |
| 09/21/2005 | $214.50 |
| 09/22/2005 | $190.08 |
| 09/23/2005 | $190.08 |
| 09/24/2005 | $190.08 |
| 09/25/2005 | $190.08 |
| 09/26/2005 | $190.08 |
| 09/27/2005 | $190.08 |
| 09/28/2005 | $190.08 |
| 09/29/2005 | $169.94 |
| 09/30/2005 | $169.94 |
| 10/01/2005 | $169.94 |
| 10/02/2005 | $169.94 |
| 10/03/2005 | $169.94 |
| 10/04/2005 | $169.94 |
| 10/05/2005 | $169.94 |
| 10/06/2005 | $159.64 |
| 10/07/2005 | $159.64 |
| 10/08/2005 | $159.64 |
| 10/09/2005 | $159.64 |
| 10/10/2005 | $159.64 |
| 10/11/2005 | $159.64 |
| 10/12/2005 | $159.64 |
| 10/13/2005 | $124.54 |
| 10/14/2005 | $124.54 |
| 10/15/2005 | $124.54 |
| 10/16/2005 | $124.54 |
| 10/17/2005 | $124.54 |
| 10/18/2005 | $124.54 |
| 10/19/2005 | $124.54 |
| 10/20/2005 | $112.44 |
| 10/21/2005 | $112.44 |
| 10/22/2005 | $112.44 |

Printed: 12/16/2005

## Average Daily Balance For Pauper Filing
### For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005

Page 4 of 4

**SBI:** 00261867        **NAME:** WILLIAMS, FRANK J JR

| Date | Balance |
|---|---|
| 10/23/2005 | $112.44 |
| 10/24/2005 | $112.44 |
| 10/25/2005 | $112.44 |
| 10/26/2005 | $112.44 |
| 10/27/2005 | $101.75 |
| 10/28/2005 | $101.75 |
| 10/29/2005 | $101.75 |
| 10/30/2005 | $101.75 |
| 10/31/2005 | $101.75 |
| 11/01/2005 | $101.75 |
| 11/02/2005 | $101.75 |
| 11/03/2005 | $91.94 |
| 11/04/2005 | $109.18 |
| 11/05/2005 | $109.18 |
| 11/06/2005 | $109.18 |
| 11/07/2005 | $109.18 |
| 11/08/2005 | $109.18 |
| 11/09/2005 | $109.18 |
| 11/10/2005 | $68.56 |
| 11/11/2005 | $68.56 |
| 11/12/2005 | $68.56 |
| 11/13/2005 | $68.56 |
| 11/14/2005 | $68.56 |
| 11/15/2005 | $68.56 |
| 11/16/2005 | $68.56 |
| 11/17/2005 | $135.96 |
| 11/18/2005 | $135.96 |
| 11/19/2005 | $135.96 |
| 11/20/2005 | $135.96 |
| 11/21/2005 | $135.96 |
| 11/22/2005 | $135.96 |
| 11/23/2005 | $135.96 |
| 11/24/2005 | $135.96 |
| 11/25/2005 | $135.96 |
| 11/26/2005 | $135.96 |
| 11/27/2005 | $135.96 |
| 11/28/2005 | $135.96 |
| 11/29/2005 | $135.96 |
| 11/30/2005 | $135.96 |

Summary for 'SBI' = 00261867 (183 detail records)        **Average Daily Balance:   $185.33**

## Prior Month -- Individual Statement

Date Printed: 12/16/2005            Page 1 of 1

### For Month of June 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $311.62 |
|---|---|---|---|---|---|---|
| 00261867 | WILLIAMS | FRANK | J | JR | | |
| **Current Location:** | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 6/2/2005 | ($33.43) | $0.00 | $0.00 | $0.00 | $278.19 |
| Pay-To | | 6/7/2005 | ($17.50) | $0.00 | $0.00 | $0.00 | $260.69 |
| Payroll | | 6/7/2005 | $21.24 | $0.00 | $0.00 | $0.00 | $281.93 |
| Commissary | | 6/9/2005 | ($16.49) | $0.00 | $0.00 | $0.00 | $265.44 |
| Commissary | | 6/16/2005 | ($39.07) | $0.00 | $0.00 | $0.00 | $226.37 |
| Postage | | 6/17/2005 | $0.00 | $0.00 | ($0.69) | $0.00 | $226.37 |
| Commissary | | 6/23/2005 | ($31.36) | $0.00 | $0.00 | $0.00 | $195.01 |
| Postage | | 6/28/2005 | ($0.69) | $0.00 | $0.00 | $0.00 | $194.32 |
| | | | | | **Ending Mth Balance:** | | **$194.32** |

## Prior Month -- Individual Statement

Date Printed: 12/16/2005 — Page 1 of 1

### For Month of July 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $194.32 |
|---|---|---|---|---|---|---|
| 00261867 | WILLIAMS | FRANK | J | JR | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Payroll | | 7/1/2005 | $25.38 | $0.00 | $0.00 | $0.00 | $219.70 |
| Commissary | | 7/7/2005 | ($42.42) | $0.00 | $0.00 | $0.00 | $177.28 |
| Commissary | | 7/14/2005 | ($17.12) | $0.00 | $0.00 | $0.00 | $160.16 |
| Postage | | 7/15/2005 | $0.00 | $0.00 | ($0.23) | $0.00 | $160.16 |
| Mail MO | PATRICIA WILLIAMS | 7/19/2005 | $60.00 | $0.00 | $0.00 | $0.00 | $220.16 |
| Commissary | | 7/21/2005 | ($30.28) | $0.00 | $0.00 | $0.00 | $189.88 |
| Postage | | 7/27/2005 | ($0.23) | $0.00 | $0.00 | $0.00 | $189.65 |
| Commissary | | 7/28/2005 | ($27.28) | $0.00 | $0.00 | $0.00 | $162.37 |
| | | | | | | **Ending Mth Balance:** | **$162.37** |

## Prior Month -- Individual Statement

Date Printed: 12/16/2005                                          Page 1 of 1

## For Month of August 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $162.37 |
|---|---|---|---|---|---|---|
| 00261867 | WILLIAMS | FRANK | J | JR | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Pay-To | TAWANDA BANKS | 8/1/2005 | ($35.00) | $0.00 | $0.00 | $0.00 | $127.37 |
| Commissary | | 8/4/2005 | ($23.10) | $0.00 | $0.00 | $0.00 | $104.27 |
| Payroll | | 8/5/2005 | $23.94 | $0.00 | $0.00 | $0.00 | $128.21 |
| Mail CK | BLUE HEN AUTO SAL | 8/11/2005 | $200.00 | $0.00 | $0.00 | $0.00 | $328.21 |
| Commissary | | 8/11/2005 | ($63.24) | $0.00 | $0.00 | $0.00 | $264.97 |
| Mail MO | PATRICIA WILLIAMS | 8/18/2005 | $30.00 | $0.00 | $0.00 | $0.00 | $294.97 |
| Commissary | | 8/18/2005 | ($11.00) | $0.00 | $0.00 | $0.00 | $283.97 |
| Commissary | | 8/25/2005 | ($32.18) | $0.00 | $0.00 | $0.00 | $251.79 |
| Postage | | 8/26/2005 | $0.00 | $0.00 | ($0.23) | $0.00 | $251.79 |
| Postage | | 8/29/2005 | ($0.23) | $0.00 | $0.00 | $0.00 | $251.56 |
| Medical | | 8/30/2005 | $0.00 | ($4.00) | $0.00 | $0.00 | $251.56 |
| Medical | | 8/30/2005 | ($4.00) | $0.00 | $0.00 | $0.00 | $247.56 |
| | | | | | Ending Mth Balance: | | $247.56 |

## Prior Month -- Individual Statement

Date Printed: 12/16/2005                                                            Page 1 of 1

## For Month of September 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $247.56 |
|---|---|---|---|---|---|---|
| 00261867 | WILLIAMS | FRANK | J | JR | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 9/1/2005 | ($9.38) | $0.00 | $0.00 | $0.00 | $238.18 |
| Commissary | | 9/8/2005 | ($44.86) | $0.00 | $0.00 | $0.00 | $193.32 |
| Payroll | | 9/8/2005 | $50.88 | $0.00 | $0.00 | $0.00 | $244.20 |
| Commissary | | 9/15/2005 | ($29.70) | $0.00 | $0.00 | $0.00 | $214.50 |
| Commissary | | 9/22/2005 | ($24.42) | $0.00 | $0.00 | $0.00 | $190.08 |
| Commissary | | 9/29/2005 | ($20.14) | $0.00 | $0.00 | $0.00 | $169.94 |
| | | | | | | Ending Mth Balance: | $169.94 |

# Prior Month -- Individual Statement

Date Printed: 12/16/2005                                                          Page 1 of 1

## For Month of October 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $169.94 |
|---|---|---|---|---|---|---|
| 00261867 | WILLIAMS | FRANK | J | JR | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 10/6/2005 | ($26.32) | $0.00 | $0.00 | $0.00 | $143.62 |
| Payroll | | 10/6/2005 | $16.02 | $0.00 | $0.00 | $0.00 | $159.64 |
| Commissary | | 10/13/2005 | ($35.10) | $0.00 | $0.00 | $0.00 | $124.54 |
| Commissary | | 10/20/2005 | ($12.10) | $0.00 | $0.00 | $0.00 | $112.44 |
| Commissary | | 10/27/2005 | ($10.69) | $0.00 | $0.00 | $0.00 | $101.75 |
| | | | | | | **Ending Mth Balance:** | **$101.75** |

# Prior Month -- Individual Statement

Date Printed: 12/16/2005                                                                 Page 1 of 1

## For Month of November 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $101.75 |
|---|---|---|---|---|---|---|
| 00261867 | WILLIAMS | FRANK | J | JR | | |
| **Current Location:** | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 11/3/2005 | ($9.81) | $0.00 | $0.00 | $0.00 | $91.94 |
| Payroll | | 11/4/2005 | $17.24 | $0.00 | $0.00 | $0.00 | $109.18 |
| Commissary | | 11/10/2005 | ($40.62) | $0.00 | $0.00 | $0.00 | $68.56 |
| Mail MO | PATRICIA WILLIAMS | 11/17/2005 | $100.00 | $0.00 | $0.00 | $0.00 | $168.56 |
| Commissary | | 11/17/2005 | ($32.60) | $0.00 | $0.00 | $0.00 | $135.96 |
| | | | | | **Ending Mth Balance:** | | $135.96 |

FRANK Williams per.T
BLDG: RM
SSEX CORRECTIONAL INSTITUTION
O. BOX 500
ORGETOWN, DELAWARE 19947

U.S. POSTAGE $00.60 PB 2230370
DEC 23 05
19947

Clerk
U.S. District Court
Lock box 18
844 N. King Street
Wilmington, DE 19801

U.S.M.S.
X-RAY