Printed: 12/21/2005

**Average Daily Balance For Pauper Filing**
*For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005*

Page 1 of 4

SBI: 00350322          NAME:   SERPA, JOSE

| Date | Balance |
|---|---|
| 06/01/2005 | $0.00 |
| 06/02/2005 | $0.00 |
| 06/03/2005 | $0.00 |
| 06/04/2005 | $0.00 |
| 06/05/2005 | $0.00 |
| 06/06/2005 | $0.00 |
| 06/07/2005 | $16.74 |
| 06/08/2005 | $16.74 |
| 06/09/2005 | $0.39 |
| 06/10/2005 | $0.39 |
| 06/11/2005 | $0.39 |
| 06/12/2005 | $0.39 |
| 06/13/2005 | $0.39 |
| 06/14/2005 | $0.39 |
| 06/15/2005 | $0.39 |
| 06/16/2005 | $0.39 |
| 06/17/2005 | $0.39 |
| 06/18/2005 | $0.39 |
| 06/19/2005 | $0.39 |
| 06/20/2005 | $0.39 |
| 06/21/2005 | $0.39 |
| 06/22/2005 | $0.39 |
| 06/23/2005 | $40.39 |
| 06/24/2005 | $40.39 |
| 06/25/2005 | $40.39 |
| 06/26/2005 | $40.39 |
| 06/27/2005 | $40.39 |
| 06/28/2005 | $40.39 |
| 06/29/2005 | $40.39 |
| 06/30/2005 | $40.39 |
| 07/01/2005 | $52.63 |
| 07/02/2005 | $52.63 |
| 07/03/2005 | $52.63 |
| 07/04/2005 | $52.63 |
| 07/05/2005 | $2.63 |
| 07/06/2005 | $2.63 |
| 07/07/2005 | $0.10 |
| 07/08/2005 | $0.10 |
| 07/09/2005 | $0.10 |
| 07/10/2005 | $0.10 |
| 07/11/2005 | $0.10 |
| 07/12/2005 | $0.10 |
| 07/13/2005 | $50.10 |
| 07/14/2005 | $50.10 |
| 07/15/2005 | $50.10 |
| 07/16/2005 | $50.10 |
| 07/17/2005 | $50.10 |
| 07/18/2005 | $50.10 |


05-823 (1AJ)

FILED
DEC 2 9 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Printed: 12/21/2005

## Average Daily Balance For Pauper Filing
For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005

Page 2 of 4

SBI: 00350322          NAME:   SERPA, JOSE

| Date | Balance |
|---|---|
| 07/19/2005 | $0.10 |
| 07/20/2005 | $0.10 |
| 07/21/2005 | $0.10 |
| 07/22/2005 | $0.10 |
| 07/23/2005 | $0.10 |
| 07/24/2005 | $0.10 |
| 07/25/2005 | $0.10 |
| 07/26/2005 | $0.10 |
| 07/27/2005 | $0.10 |
| 07/28/2005 | $0.10 |
| 07/29/2005 | $0.10 |
| 07/30/2005 | $0.10 |
| 07/31/2005 | $0.10 |
| 08/01/2005 | $0.10 |
| 08/02/2005 | $0.10 |
| 08/03/2005 | $0.10 |
| 08/04/2005 | $0.10 |
| 08/05/2005 | $14.86 |
| 08/06/2005 | $14.86 |
| 08/07/2005 | $14.86 |
| 08/08/2005 | $14.86 |
| 08/09/2005 | $14.86 |
| 08/10/2005 | $14.86 |
| 08/11/2005 | $0.09 |
| 08/12/2005 | $0.09 |
| 08/13/2005 | $0.09 |
| 08/14/2005 | $0.09 |
| 08/15/2005 | $35.09 |
| 08/16/2005 | $35.09 |
| 08/17/2005 | $35.09 |
| 08/18/2005 | $0.10 |
| 08/19/2005 | $0.10 |
| 08/20/2005 | $0.10 |
| 08/21/2005 | $0.10 |
| 08/22/2005 | $0.10 |
| 08/23/2005 | $0.10 |
| 08/24/2005 | $0.10 |
| 08/25/2005 | $0.10 |
| 08/26/2005 | $0.10 |
| 08/27/2005 | $0.10 |
| 08/28/2005 | $0.10 |
| 08/29/2005 | $30.10 |
| 08/30/2005 | $30.10 |
| 08/31/2005 | $26.10 |
| 09/01/2005 | $0.00 |
| 09/02/2005 | $0.00 |
| 09/03/2005 | $0.00 |
| 09/04/2005 | $0.00 |

Printed: 12/21/2005

## Average Daily Balance For Pauper Filing
### For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005

Page 3 of 4

SBI: 00350322          NAME:   SERPA, JOSE

| Date | Balance |
|---|---|
| 09/05/2005 | $0.00 |
| 09/06/2005 | $0.00 |
| 09/07/2005 | $0.00 |
| 09/08/2005 | $40.00 |
| 09/09/2005 | $34.75 |
| 09/10/2005 | $34.75 |
| 09/11/2005 | $34.75 |
| 09/12/2005 | $34.75 |
| 09/13/2005 | $34.75 |
| 09/14/2005 | $34.75 |
| 09/15/2005 | $20.85 |
| 09/16/2005 | $20.85 |
| 09/17/2005 | $20.85 |
| 09/18/2005 | $20.85 |
| 09/19/2005 | $20.85 |
| 09/20/2005 | $20.85 |
| 09/21/2005 | $20.85 |
| 09/22/2005 | $20.00 |
| 09/23/2005 | $20.00 |
| 09/24/2005 | $20.00 |
| 09/25/2005 | $20.00 |
| 09/26/2005 | $20.00 |
| 09/27/2005 | $20.00 |
| 09/28/2005 | $20.00 |
| 09/29/2005 | $20.00 |
| 09/30/2005 | $20.00 |
| 10/01/2005 | $20.00 |
| 10/02/2005 | $20.00 |
| 10/03/2005 | $20.00 |
| 10/04/2005 | $20.00 |
| 10/05/2005 | $40.00 |
| 10/06/2005 | $101.49 |
| 10/07/2005 | $101.49 |
| 10/08/2005 | $101.49 |
| 10/09/2005 | $101.49 |
| 10/10/2005 | $101.49 |
| 10/11/2005 | $101.49 |
| 10/12/2005 | $101.49 |
| 10/13/2005 | $81.39 |
| 10/14/2005 | $81.39 |
| 10/15/2005 | $81.39 |
| 10/16/2005 | $81.39 |
| 10/17/2005 | $31.39 |
| 10/18/2005 | $31.39 |
| 10/19/2005 | $31.39 |
| 10/20/2005 | $20.36 |
| 10/21/2005 | $20.36 |
| 10/22/2005 | $20.36 |

Printed: 12/21/2005

## Average Daily Balance For Pauper Filing
For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005

Page 4 of 4

SBI: 00350322         NAME:   SERPA, JOSE

| Date | Balance |
|---|---|
| 10/23/2005 | $20.36 |
| 10/24/2005 | $20.36 |
| 10/25/2005 | $20.36 |
| 10/26/2005 | $20.36 |
| 10/27/2005 | $15.84 |
| 10/28/2005 | $15.84 |
| 10/29/2005 | $15.84 |
| 10/30/2005 | $15.84 |
| 10/31/2005 | $15.84 |
| 11/01/2005 | $15.84 |
| 11/02/2005 | $15.84 |
| 11/03/2005 | $11.85 |
| 11/04/2005 | $32.01 |
| 11/05/2005 | $32.01 |
| 11/06/2005 | $32.01 |
| 11/07/2005 | $32.01 |
| 11/08/2005 | $21.01 |
| 11/09/2005 | $21.01 |
| 11/10/2005 | $0.83 |
| 11/11/2005 | $0.83 |
| 11/12/2005 | $0.83 |
| 11/13/2005 | $0.83 |
| 11/14/2005 | $0.83 |
| 11/15/2005 | $0.83 |
| 11/16/2005 | $0.83 |
| 11/17/2005 | $0.83 |
| 11/18/2005 | $0.83 |
| 11/19/2005 | $0.83 |
| 11/20/2005 | $0.83 |
| 11/21/2005 | $0.83 |
| 11/22/2005 | $0.83 |
| 11/23/2005 | $0.83 |
| 11/24/2005 | $0.83 |
| 11/25/2005 | $0.83 |
| 11/26/2005 | $0.83 |
| 11/27/2005 | $0.83 |
| 11/28/2005 | $0.83 |
| 11/29/2005 | $0.83 |
| 11/30/2005 | $0.83 |

Summary for 'SBI' = 00350322 (183 detail records)      **Average Daily Balance:   $18.80**

# Prior Month -- Individual Statement

Date Printed: 12/21/2005                                                                 Page 1 of 1

## For Month of June 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00350322 | SERPA | JOSE | | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Payroll | | 6/7/2005 | $16.74 | $0.00 | $0.00 | $0.00 | $16.74 |
| Commissary | | 6/9/2005 | ($16.35) | $0.00 | $0.00 | $0.00 | $0.39 |
| Visit MO | TONY SERPA | 6/23/2005 | $40.00 | $0.00 | $0.00 | $0.00 | $40.39 |
| | | | | | | Ending Mth Balance: | $40.39 |

# Prior Month -- Individual Statement

Date Printed: 12/21/2005   Page 1 of 1

## For Month of July 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $40.39 |
|---|---|---|---|---|---|---|
| 00350322 | SERPA | JOSE | | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Payroll | | 7/1/2005 | $12.24 | $0.00 | $0.00 | $0.00 | $52.63 |
| Pay-To | TIARA FLONNONY | 7/5/2005 | ($50.00) | $0.00 | $0.00 | $0.00 | $2.63 |
| Commissary | | 7/7/2005 | ($2.53) | $0.00 | $0.00 | $0.00 | $0.10 |
| Visit MO | JACKSON? | 7/13/2005 | $50.00 | $0.00 | $0.00 | $0.00 | $50.10 |
| Pay-To | PAULINE AYALA | 7/19/2005 | ($50.00) | $0.00 | $0.00 | $0.00 | $0.10 |
| | | | | | | Ending Mth Balance: | $0.10 |

# Prior Month -- Individual Statement

Date Printed: 12/21/2005                                                                                     Page 1 of 1

## For Month of August 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.10 |
|---|---|---|---|---|---|---|
| 00350322 | SERPA | JOSE | | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Payroll | | 8/5/2005 | $14.76 | $0.00 | $0.00 | $0.00 | $14.86 |
| Commissary | | 8/11/2005 | ($14.77) | $0.00 | $0.00 | $0.00 | $0.09 |
| Visit MO | SADIE JACKSON | 8/15/2005 | $35.00 | $0.00 | $0.00 | $0.00 | $35.09 |
| Commissary | | 8/18/2005 | ($34.99) | $0.00 | $0.00 | $0.00 | $0.10 |
| Visit MO | ANTONIO SERPA | 8/29/2005 | $30.00 | $0.00 | $0.00 | $0.00 | $30.10 |
| Medical | | 8/31/2005 | $0.00 | ($4.00) | $0.00 | $0.00 | $30.10 |
| Medical | | 8/31/2005 | ($4.00) | $0.00 | $0.00 | $0.00 | $26.10 |
| | | | | | | **Ending Mth Balance:** | **$26.10** |

## Prior Month -- Individual Statement

Date Printed: 12/21/2005                                                                 Page 1 of 1

## For Month of September 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $26.10 |
|---|---|---|---|---|---|---|
| 00350322 | SERPA | JOSE | | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 9/1/2005 | ($26.10) | $0.00 | $0.00 | $0.00 | $0.00 |
| Payroll | | 9/8/2005 | $40.00 | $0.00 | $0.00 | $0.00 | $40.00 |
| Pay-To | | 9/9/2005 | ($5.25) | $0.00 | $0.00 | $0.00 | $34.75 |
| Commissary | | 9/15/2005 | ($13.90) | $0.00 | $0.00 | $0.00 | $20.85 |
| Visit CK | GWENDOLYN JACKS | 9/21/2005 | $0.00 | $0.00 | $0.00 | $50.00 | $20.85 |
| Commissary | | 9/22/2005 | ($0.85) | $0.00 | $0.00 | $0.00 | $20.00 |

**Ending Mth Balance:** $20.00

# Prior Month -- Individual Statement

Date Printed: 12/21/2005     Page 1 of 1

## For Month of October 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $20.00 |
|---|---|---|---|---|---|---|
| 00350322 | SERPA | JOSE | | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Visit MO | GWEN JACKSON | 10/5/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $40.00 |
| Visit CK | GWENDOLYN JACKS | 10/6/2005 | $50.00 | $0.00 | $0.00 | $0.00 | $90.00 |
| Commissary | | 10/6/2005 | ($19.55) | $0.00 | $0.00 | $0.00 | $70.45 |
| Payroll | | 10/6/2005 | $31.04 | $0.00 | $0.00 | $0.00 | $101.49 |
| Commissary | | 10/13/2005 | ($20.10) | $0.00 | $0.00 | $0.00 | $81.39 |
| Pay-To | TIARA FLONNARY | 10/17/2005 | ($50.00) | $0.00 | $0.00 | $0.00 | $31.39 |
| Commissary | | 10/20/2005 | ($11.03) | $0.00 | $0.00 | $0.00 | $20.36 |
| Commissary | | 10/27/2005 | ($4.52) | $0.00 | $0.00 | $0.00 | $15.84 |
| | | | | | Ending Mth Balance: | | $15.84 |

# Prior Month -- Individual Statement

Date Printed: 12/21/2005     Page 1 of 1

## For Month of November 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $15.84 |
|---|---|---|---|---|---|---|
| 00350322 | SERPA | JOSE | | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 11/3/2005 | ($3.99) | $0.00 | $0.00 | $0.00 | $11.85 |
| Payroll | | 11/4/2005 | $20.16 | $0.00 | $0.00 | $0.00 | $32.01 |
| Pay-To | | 11/8/2005 | ($5.00) | $0.00 | $0.00 | $0.00 | $27.01 |
| Pay-To | M ULLAH | 11/8/2005 | ($6.00) | $0.00 | $0.00 | $0.00 | $21.01 |
| Commissary | | 11/10/2005 | ($20.18) | $0.00 | $0.00 | $0.00 | $0.83 |
| | | | | | | **Ending Mth Balance:** | **$0.83** |



I/M: Jose Seppa BLDG. West West
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

SBI 300322

Clerk
U.S. District Court
Lock Box 18
844 King Street
Wilmington, DE