Printed: 12/21/2005         ***Average Daily Balance For Pauper Filing***         Page 1 of 4
*For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005*

SBI: 00163663          NAME:   WILSON, JAMES A J

| Date | Balance |
|---|---|
| 06/01/2005 | $301.99 |
| 06/02/2005 | $327.47 |
| 06/03/2005 | $352.47 |
| 06/04/2005 | $352.47 |
| 06/05/2005 | $352.47 |
| 06/06/2005 | $352.47 |
| 06/07/2005 | $400.87 |
| 06/08/2005 | $400.87 |
| 06/09/2005 | $390.72 |
| 06/10/2005 | $430.72 |
| 06/11/2005 | $430.72 |
| 06/12/2005 | $426.72 |
| 06/13/2005 | $426.72 |
| 06/14/2005 | $426.72 |
| 06/15/2005 | $426.72 |
| 06/16/2005 | $152.23 |
| 06/17/2005 | $152.23 |
| 06/18/2005 | $152.23 |
| 06/19/2005 | $152.23 |
| 06/20/2005 | $152.23 |
| 06/21/2005 | $152.23 |
| 06/22/2005 | $152.23 |
| 06/23/2005 | $108.29 |
| 06/24/2005 | $108.29 |
| 06/25/2005 | $108.29 |
| 06/26/2005 | $108.29 |
| 06/27/2005 | $308.29 |
| 06/28/2005 | $357.14 |
| 06/29/2005 | $357.14 |
| 06/30/2005 | $632.14 |
| 07/01/2005 | $430.14 |
| 07/02/2005 | $430.14 |
| 07/03/2005 | $430.14 |
| 07/04/2005 | $430.14 |
| 07/05/2005 | $30.14 |
| 07/06/2005 | $80.14 |
| 07/07/2005 | $61.77 |
| 07/08/2005 | $11.77 |
| 07/09/2005 | $11.77 |
| 07/10/2005 | $11.77 |
| 07/11/2005 | $11.77 |
| 07/12/2005 | $61.77 |
| 07/13/2005 | $61.77 |
| 07/14/2005 | $45.12 |
| 07/15/2005 | $45.12 |
| 07/16/2005 | $45.12 |
| 07/17/2005 | $45.12 |
| 07/18/2005 | $45.12 |



05-823 (KAJ)

FILED
DEC 2 9 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Printed: 12/21/2005

## Average Daily Balance For Pauper Filing

For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005

Page 2 of 4

SBI: 00163663        NAME:   WILSON, JAMES A J

| Date | Balance |
|---|---|
| 07/19/2005 | $45.12 |
| 07/20/2005 | $70.12 |
| 07/21/2005 | $34.56 |
| 07/22/2005 | $84.56 |
| 07/23/2005 | $84.56 |
| 07/24/2005 | $84.56 |
| 07/25/2005 | $84.56 |
| 07/26/2005 | $84.56 |
| 07/27/2005 | $78.34 |
| 07/28/2005 | $46.15 |
| 07/29/2005 | $46.15 |
| 07/30/2005 | $46.15 |
| 07/31/2005 | $46.15 |
| 08/01/2005 | $31.15 |
| 08/02/2005 | $31.15 |
| 08/03/2005 | $31.15 |
| 08/04/2005 | $0.00 |
| 08/05/2005 | $96.20 |
| 08/06/2005 | $96.20 |
| 08/07/2005 | $96.20 |
| 08/08/2005 | $226.20 |
| 08/09/2005 | $26.20 |
| 08/10/2005 | $26.20 |
| 08/11/2005 | $0.00 |
| 08/12/2005 | $40.00 |
| 08/13/2005 | $40.00 |
| 08/14/2005 | $40.00 |
| 08/15/2005 | $40.00 |
| 08/16/2005 | $40.00 |
| 08/17/2005 | $40.00 |
| 08/18/2005 | $116.34 |
| 08/19/2005 | $116.34 |
| 08/20/2005 | $116.34 |
| 08/21/2005 | $116.34 |
| 08/22/2005 | $116.34 |
| 08/23/2005 | $116.34 |
| 08/24/2005 | $116.34 |
| 08/25/2005 | $106.68 |
| 08/26/2005 | $406.68 |
| 08/27/2005 | $406.68 |
| 08/28/2005 | $406.68 |
| 08/29/2005 | $404.38 |
| 08/30/2005 | $404.38 |
| 08/31/2005 | $404.38 |
| 09/01/2005 | $388.23 |
| 09/02/2005 | $388.23 |
| 09/03/2005 | $388.23 |
| 09/04/2005 | $388.23 |

Printed: 12/21/2005

**Average Daily Balance For Pauper Filing**
*For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005*

Page 3 of 4

SBI: 00163663      NAME:    WILSON, JAMES A J

| Date | Balance |
|---|---|
| 09/05/2005 | $388.23 |
| 09/06/2005 | $438.23 |
| 09/07/2005 | $438.23 |
| 09/08/2005 | $470.98 |
| 09/09/2005 | $570.98 |
| 09/10/2005 | $570.98 |
| 09/11/2005 | $570.98 |
| 09/12/2005 | $170.98 |
| 09/13/2005 | $490.98 |
| 09/14/2005 | $490.98 |
| 09/15/2005 | $486.98 |
| 09/16/2005 | $486.98 |
| 09/17/2005 | $486.98 |
| 09/18/2005 | $486.98 |
| 09/19/2005 | $486.98 |
| 09/20/2005 | $486.98 |
| 09/21/2005 | $486.98 |
| 09/22/2005 | $469.66 |
| 09/23/2005 | $469.66 |
| 09/24/2005 | $469.66 |
| 09/25/2005 | $469.66 |
| 09/26/2005 | $469.66 |
| 09/27/2005 | $663.66 |
| 09/28/2005 | $663.66 |
| 09/29/2005 | $627.75 |
| 09/30/2005 | $627.75 |
| 10/01/2005 | $627.75 |
| 10/02/2005 | $627.75 |
| 10/03/2005 | $377.75 |
| 10/04/2005 | $467.75 |
| 10/05/2005 | $467.75 |
| 10/06/2005 | $479.85 |
| 10/07/2005 | $479.85 |
| 10/08/2005 | $479.85 |
| 10/09/2005 | $479.85 |
| 10/10/2005 | $479.85 |
| 10/11/2005 | $479.85 |
| 10/12/2005 | $479.85 |
| 10/13/2005 | $479.85 |
| 10/14/2005 | $779.85 |
| 10/15/2005 | $779.85 |
| 10/16/2005 | $779.85 |
| 10/17/2005 | $929.85 |
| 10/18/2005 | $929.85 |
| 10/19/2005 | $929.85 |
| 10/20/2005 | $908.87 |
| 10/21/2005 | $908.87 |
| 10/22/2005 | $908.87 |

Printed: 12/21/2005

*Average Daily Balance For Pauper Filing*
*For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005*

Page 4 of 4

SBI: *00163663*    NAME:    WILSON, JAMES A J

| Date | Balance |
|---|---|
| 10/23/2005 | $908.87 |
| 10/24/2005 | $373.87 |
| 10/25/2005 | $373.87 |
| 10/26/2005 | $373.87 |
| 10/27/2005 | $354.11 |
| 10/28/2005 | $354.11 |
| 10/29/2005 | $354.11 |
| 10/30/2005 | $348.11 |
| 10/31/2005 | $348.11 |
| 11/01/2005 | $388.11 |
| 11/02/2005 | $388.11 |
| 11/03/2005 | $368.97 |
| 11/04/2005 | $415.17 |
| 11/05/2005 | $415.17 |
| 11/06/2005 | $415.17 |
| 11/07/2005 | $415.17 |
| 11/08/2005 | $509.17 |
| 11/09/2005 | $509.17 |
| 11/10/2005 | $654.37 |
| 11/11/2005 | $654.37 |
| 11/12/2005 | $654.37 |
| 11/13/2005 | $654.37 |
| 11/14/2005 | $654.37 |
| 11/15/2005 | $654.37 |
| 11/16/2005 | $724.37 |
| 11/17/2005 | $687.23 |
| 11/18/2005 | $687.23 |
| 11/19/2005 | $687.23 |
| 11/20/2005 | $687.23 |
| 11/21/2005 | $687.23 |
| 11/22/2005 | $687.23 |
| 11/23/2005 | $687.23 |
| 11/24/2005 | $687.23 |
| 11/25/2005 | $767.23 |
| 11/26/2005 | $767.23 |
| 11/27/2005 | $767.23 |
| 11/28/2005 | $767.23 |
| 11/29/2005 | $766.54 |
| 11/30/2005 | $766.54 |

Summary for 'SBI' =  00163663 (183 detail records)    **Average Daily Balance:    $368.60**

# Prior Month -- Individual Statement

Date Printed: 12/21/2005   Page 1 of 1

## For Month of June 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $751.99 |
|---|---|---|---|---|---|---|
| 00163663 | WILSON | JAMES | A | J | | |
| Current Location: | MERIT EAST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Pay-To | GLORIA RUE - CHILD | 6/1/2005 | ($500.00) | $0.00 | $0.00 | $0.00 | $251.99 |
| Visit MO | JANET PURNELL | 6/1/2005 | $50.00 | $0.00 | $0.00 | $0.00 | $301.99 |
| Mail MO | BESSIE WILSON | 6/2/2005 | $50.00 | $0.00 | $0.00 | $0.00 | $351.99 |
| Commissary | | 6/2/2005 | ($24.52) | $0.00 | $0.00 | $0.00 | $327.47 |
| Visit MO | JANET PURNELL | 6/3/2005 | $25.00 | $0.00 | $0.00 | $0.00 | $352.47 |
| Payroll | | 6/7/2005 | $48.40 | $0.00 | $0.00 | $0.00 | $400.87 |
| Commissary | | 6/9/2005 | ($10.15) | $0.00 | $0.00 | $0.00 | $390.72 |
| Mail MO | CHRISSY HOLMES | 6/10/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $410.72 |
| Mail MO | CHRISSY GUINN | 6/10/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $430.72 |
| Medical No Sh | | 6/12/2005 | $0.00 | ($4.00) | $0.00 | $0.00 | $430.72 |
| Medical No Sh | | 6/12/2005 | ($4.00) | $0.00 | $0.00 | $0.00 | $426.72 |
| Postage | | 6/14/2005 | $0.00 | $0.00 | ($1.15) | $0.00 | $426.72 |
| Commissary | | 6/16/2005 | ($24.49) | $0.00 | $0.00 | $0.00 | $402.23 |
| Pay-To | CLERK OF DISTRICT | 6/16/2005 | ($250.00) | $0.00 | $0.00 | $0.00 | $152.23 |
| Commissary | | 6/23/2005 | ($43.94) | $0.00 | $0.00 | $0.00 | $108.29 |
| Mail MO | BESSIE WILSON | 6/27/2005 | $200.00 | $0.00 | $0.00 | $0.00 | $308.29 |
| Postage | | 6/28/2005 | ($1.15) | $0.00 | $0.00 | $0.00 | $307.14 |
| Mail MO | KING | 6/28/2005 | $50.00 | $0.00 | $0.00 | $0.00 | $357.14 |
| Mail MO | DEGRAW | 6/30/2005 | $125.00 | $0.00 | $0.00 | $0.00 | $482.14 |
| Mail MO | MISSIE HAYSE | 6/30/2005 | $150.00 | $0.00 | $0.00 | $0.00 | $632.14 |
| | | | | | | Ending Mth Balance: | $632.14 |

## Prior Month -- Individual Statement

Date Printed: 12/21/2005                                                                 Page 1 of 1

### For Month of July 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $632.14 |
|---|---|---|---|---|---|---|
| 00163663 | WILSON | JAMES | A | J | | |
| Current Location: | MERIT EAST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Pay-To | DOVIA LEE | 7/1/2005 | ($250.00) | $0.00 | $0.00 | $0.00 | $382.14 |
| Payroll | | 7/1/2005 | $44.00 | $0.00 | $0.00 | $0.00 | $426.14 |
| Visit CK | MEDICAL REIMB | 7/1/2005 | $4.00 | $0.00 | $0.00 | $0.00 | $430.14 |
| Pay-To | GLORIA RUE | 7/5/2005 | ($400.00) | $0.00 | $0.00 | $0.00 | $30.14 |
| Postage | | 7/6/2005 | $0.00 | $0.00 | ($0.23) | $0.00 | $30.14 |
| Mail MO | DEGRAU? | 7/6/2005 | $50.00 | $0.00 | $0.00 | $0.00 | $80.14 |
| Commissary | | 7/7/2005 | ($18.37) | $0.00 | $0.00 | $0.00 | $61.77 |
| Pay-To | J P COURT | 7/8/2005 | ($50.00) | $0.00 | $0.00 | $0.00 | $11.77 |
| Mail MO | MIKE KING | 7/12/2005 | $50.00 | $0.00 | $0.00 | $0.00 | $61.77 |
| Medical | | 7/14/2005 | $0.00 | ($2.00) | $0.00 | $0.00 | $61.77 |
| Medical | | 7/14/2005 | ($2.00) | $0.00 | $0.00 | $0.00 | $59.77 |
| Pay-To | J P COURT CHECK R | 7/14/2005 | $50.00 | $0.00 | $0.00 | $0.00 | $109.77 |
| Commissary | | 7/14/2005 | ($34.65) | $0.00 | $0.00 | $0.00 | $75.12 |
| Pay-To | J P COURT #16 | 7/14/2005 | ($30.00) | $0.00 | $0.00 | $0.00 | $45.12 |
| Postage | | 7/15/2005 | $0.00 | $0.00 | ($1.84) | $0.00 | $45.12 |
| Mail MO | BESSIE SMITH | 7/20/2005 | $25.00 | $0.00 | $0.00 | $0.00 | $70.12 |
| Commissary | | 7/21/2005 | ($35.56) | $0.00 | $0.00 | $0.00 | $34.56 |
| Visit MO | VICTORIA SMITH | 7/22/2005 | $50.00 | $0.00 | $0.00 | $0.00 | $84.56 |
| Postage | | 7/27/2005 | $0.00 | $0.00 | ($4.15) | $0.00 | $84.56 |
| Postage | | 7/27/2005 | ($0.23) | $0.00 | $0.00 | $0.00 | $84.33 |
| Postage | | 7/27/2005 | ($1.84) | $0.00 | $0.00 | $0.00 | $82.49 |
| Postage | | 7/27/2005 | ($4.15) | $0.00 | $0.00 | $0.00 | $78.34 |
| Commissary | | 7/28/2005 | ($32.19) | $0.00 | $0.00 | $0.00 | $46.15 |
| | | | | | Ending Mth Balance: | | $46.15 |

# Prior Month -- Individual Statement

Date Printed: 12/21/2005

Page 1 of 1

## For Month of August 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $46.15 |
|---|---|---|---|---|---|---|
| 00163663 | WILSON | JAMES | A | J | | |
| Current Location: | MERIT EAST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Pay-To | J P COURT NO 16 | 8/1/2005 | ($15.00) | $0.00 | $0.00 | $0.00 | $31.15 |
| Commissary | | 8/4/2005 | ($31.15) | $0.00 | $0.00 | $0.00 | $0.00 |
| Payroll | | 8/5/2005 | $46.20 | $0.00 | $0.00 | $0.00 | $46.20 |
| Visit MO | VICTORIA SMITH | 8/5/2005 | $50.00 | $0.00 | $0.00 | $0.00 | $96.20 |
| Visit MO | E. DARLING | 8/8/2005 | $80.00 | $0.00 | $0.00 | $0.00 | $176.20 |
| Visit MO | MELISSA ? | 8/8/2005 | $50.00 | $0.00 | $0.00 | $0.00 | $226.20 |
| Pay-To | GLORIA RUE | 8/9/2005 | ($200.00) | $0.00 | $0.00 | $0.00 | $26.20 |
| Commissary | | 8/11/2005 | ($26.20) | $0.00 | $0.00 | $0.00 | $0.00 |
| Visit MO | N. STUART | 8/12/2005 | $40.00 | $0.00 | $0.00 | $0.00 | $40.00 |
| Mail MO | ROBERT FREDERICK | 8/18/2005 | $100.00 | $0.00 | $0.00 | $0.00 | $140.00 |
| Commissary | | 8/18/2005 | ($23.66) | $0.00 | $0.00 | $0.00 | $116.34 |
| Postage | | 8/22/2005 | $0.00 | $0.00 | ($2.30) | $0.00 | $116.34 |
| Commissary | | 8/25/2005 | ($9.66) | $0.00 | $0.00 | $0.00 | $106.68 |
| Mail MO | SANDRA ROBERTS | 8/26/2005 | $200.00 | $0.00 | $0.00 | $0.00 | $306.68 |
| Mail MO | SANDRA ROBERTS | 8/26/2005 | $100.00 | $0.00 | $0.00 | $0.00 | $406.68 |
| Postage | | 8/29/2005 | ($2.30) | $0.00 | $0.00 | $0.00 | $404.38 |
| | | | | | Ending Mth Balance: | | $404.38 |

## Prior Month -- Individual Statement

Date Printed: 12/21/2005                                              Page 1 of 1

### For Month of September 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $404.38 |
|---|---|---|---|---|---|---|
| 00163663 | WILSON | JAMES | A | J | | |
| Current Location: | MERIT EAST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 9/1/2005 | ($16.15) | $0.00 | $0.00 | $0.00 | $388.23 |
| Mail MO | BESSIE WILSON SMI | 9/6/2005 | $50.00 | $0.00 | $0.00 | $0.00 | $438.23 |
| Commissary | | 9/8/2005 | ($17.85) | $0.00 | $0.00 | $0.00 | $420.38 |
| Payroll | | 9/8/2005 | $50.60 | $0.00 | $0.00 | $0.00 | $470.98 |
| Mail MO | JOHN ? JR | 9/8/2005 | $100.00 | $0.00 | $0.00 | $0.00 | $570.98 |
| Pay-To | GLORIA RUE | 9/12/2005 | ($400.00) | $0.00 | $0.00 | $0.00 | $170.98 |
| Visit MO | ELSIE DARLING | 9/13/2005 | $120.00 | $0.00 | $0.00 | $0.00 | $290.98 |
| Mail MO | SANDRA ROBERTS | 9/13/2005 | $200.00 | $0.00 | $0.00 | $0.00 | $490.98 |
| Medical | | 9/15/2005 | $0.00 | ($4.00) | $0.00 | $0.00 | $490.98 |
| Medical | | 9/15/2005 | ($4.00) | $0.00 | $0.00 | $0.00 | $486.98 |
| Commissary | | 9/22/2005 | ($42.32) | $0.00 | $0.00 | $0.00 | $444.66 |
| Mail MO | TANJE ANDERSON | 9/22/2005 | $25.00 | $0.00 | $0.00 | $0.00 | $469.66 |
| Medical | | 9/27/2005 | $0.00 | ($6.00) | $0.00 | $0.00 | $469.66 |
| Medical | | 9/27/2005 | ($6.00) | $0.00 | $0.00 | $0.00 | $463.66 |
| Mail MO | SANDRA ROBERTS | 9/27/2005 | $200.00 | $0.00 | $0.00 | $0.00 | $663.66 |
| Commissary | | 9/29/2005 | ($35.91) | $0.00 | $0.00 | $0.00 | $627.75 |
| Postage | | 9/30/2005 | $0.00 | $0.00 | ($0.23) | $0.00 | $627.75 |
| | | | | | Ending Mth Balance: | | $627.75 |

## Prior Month -- Individual Statement

Date Printed: 12/21/2005

Page 1 of 1

### For Month of October 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $627.75 |
|---|---|---|---|---|---|---|
| 00163663 | WILSON | JAMES | A | J | | |
| Current Location: | MERIT EAST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Visit MO | KATHY GRAY | 10/3/2005 | $50.00 | $0.00 | $0.00 | $0.00 | $677.75 |
| Pay-To | GLORIA RUE | 10/3/2005 | ($300.00) | $0.00 | $0.00 | $0.00 | $377.75 |
| Mail MO | BESIE SMITH | 10/4/2005 | $40.00 | $0.00 | $0.00 | $0.00 | $417.75 |
| Mail MO | D. HALL | 10/5/2005 | $50.00 | $0.00 | $0.00 | $0.00 | $467.75 |
| Commissary | | 10/5/2005 | ($31.90) | $0.00 | $0.00 | $0.00 | $435.85 |
| Payroll | | 10/6/2005 | $44.00 | $0.00 | $0.00 | $0.00 | $479.85 |
| Pay-To | RETURNED PAY-TO | 10/11/2005 | $300.00 | $0.00 | $0.00 | $0.00 | $779.85 |
| Mail MO | SANDRA ROBERTS | 10/17/2005 | $150.00 | $0.00 | $0.00 | $0.00 | $929.85 |
| Commissary | | 10/20/2005 | ($20.98) | $0.00 | $0.00 | $0.00 | $908.87 |
| Postage | | 10/21/2005 | $0.00 | ($3.20) | $0.00 | $0.00 | $908.87 |
| Pay-To | LONELL STURGIS | 10/24/2005 | ($535.00) | $0.00 | $0.00 | $0.00 | $373.87 |
| Postage | | 10/27/2005 | ($0.23) | $0.00 | $0.00 | $0.00 | $373.64 |
| Postage | | 10/27/2005 | ($3.20) | $0.00 | $0.00 | $0.00 | $370.44 |
| Commissary | | 10/27/2005 | ($16.33) | $0.00 | $0.00 | $0.00 | $354.11 |
| Medical | | 10/30/2005 | $0.00 | ($6.00) | $0.00 | $0.00 | $354.11 |
| Medical | | 10/30/2005 | ($6.00) | $0.00 | $0.00 | $0.00 | $348.11 |
| | | | | | Ending Mth Balance: | | $348.11 |

# Prior Month -- Individual Statement

Date Printed: 12/21/2005            Page 1 of 1

## For Month of November 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $348.11 |
|---|---|---|---|---|---|---|
| 00163663 | WILSON | JAMES | A | J | | |
| Current Location: | MERIT EAST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Mail MO | JOYCE JOHNSON | 11/?/2005 | $40.00 | $0.00 | $0.00 | $0.00 | $388.11 |
| Postage | | 11/?/2005 | $0.00 | $0.00 | ($0.46) | $0.00 | $388.11 |
| Commissary | | 11/?/2005 | ($19.14) | $0.00 | $0.00 | $0.00 | $368.97 |
| Payroll | | 11/?/2005 | $46.20 | $0.00 | $0.00 | $0.00 | $415.17 |
| Visit MO | KATHY GRAY | 11/?/2005 | $100.00 | $0.00 | $0.00 | $0.00 | $515.17 |
| Pay-To | M ULLAH | 11/?/2005 | ($6.00) | $0.00 | $0.00 | $0.00 | $509.17 |
| Postage | | 11/?/2005 | $0.00 | $0.00 | ($0.23) | $0.00 | $509.17 |
| Mail MO | DAWN TOOMEY | 11/10/2005 | $100.00 | $0.00 | $0.00 | $0.00 | $609.17 |
| Mail MO | CHERYL LEWIS | 11/10/2005 | $50.00 | $0.00 | $0.00 | $0.00 | $659.17 |
| Commissary | | 11/10/2005 | ($4.80) | $0.00 | $0.00 | $0.00 | $654.37 |
| Mail MO | VALARIE MATTHEWS | 11/?/2005 | $40.00 | $0.00 | $0.00 | $0.00 | $694.37 |
| Mail MO | BEV ? | 11/?/2005 | $30.00 | $0.00 | $0.00 | $0.00 | $724.37 |
| Medical | | 11/?/2005 | $0.00 | ($6.00) | $0.00 | $0.00 | $724.37 |
| Medical | | 11/?/2005 | ($6.00) | $0.00 | $0.00 | $0.00 | $718.37 |
| Commissary | | 11/?/2005 | ($31.14) | $0.00 | $0.00 | $0.00 | $687.23 |
| Visit MO | B W SMITH | 11/?/2005 | $30.00 | $0.00 | $0.00 | $0.00 | $717.23 |
| Visit MO | HOPE TIMMONS | 11/25/2005 | $50.00 | $0.00 | $0.00 | $0.00 | $767.23 |
| Postage | | 11/?/2005 | ($0.46) | $0.00 | $0.00 | $0.00 | $766.77 |
| Postage | | 11/?/2005 | ($0.23) | $0.00 | $0.00 | $0.00 | $766.54 |
| | | | | | Ending Mth Balance: | | $766.54 |



I/M James A. Wilson     BLDG: Merit/East
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE    19947

U.S. District Court

844 N. King St, Lockbox 19

Wilm, De. 19801-3570