## *Average Daily Balance For Pauper Filing*
### *For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005*

**SBI: 00300363**        **NAME:    MORRIS, ANTHONY**

| Date | Balance |
|------|---------|
| 06/01/2005 | $0.02 |
| 06/02/2005 | $0.02 |
| 06/03/2005 | $0.02 |
| 06/04/2005 | $0.02 |
| 06/05/2005 | $0.02 |
| 06/06/2005 | $0.02 |
| 06/07/2005 | $19.64 |
| 06/08/2005 | $19.64 |
| 06/09/2005 | $10.78 |
| 06/10/2005 | $10.78 |
| 06/11/2005 | $10.78 |
| 06/12/2005 | $10.78 |
| 06/13/2005 | $10.78 |
| 06/14/2005 | $10.78 |
| 06/15/2005 | $10.78 |
| 06/16/2005 | $3.89 |
| 06/17/2005 | $3.89 |
| 06/18/2005 | $3.89 |
| 06/19/2005 | $0.00 |
| 06/20/2005 | $0.00 |
| 06/21/2005 | $0.00 |
| 06/22/2005 | $0.00 |
| 06/23/2005 | $0.00 |
| 06/24/2005 | $0.00 |
| 06/25/2005 | $0.00 |
| 06/26/2005 | $0.00 |
| 06/27/2005 | $49.89 |
| 06/28/2005 | $49.89 |
| 06/29/2005 | $49.89 |
| 06/30/2005 | $49.89 |
| 07/01/2005 | $66.55 |
| 07/02/2005 | $66.55 |
| 07/03/2005 | $66.55 |
| 07/04/2005 | $66.55 |
| 07/05/2005 | $66.55 |
| 07/06/2005 | $66.55 |
| 07/07/2005 | $10.37 |
| 07/08/2005 | $10.37 |
| 07/09/2005 | $10.37 |
| 07/10/2005 | $10.37 |
| 07/11/2005 | $30.37 |
| 07/12/2005 | $30.37 |
| 07/13/2005 | $30.37 |
| 07/14/2005 | $17.15 |
| 07/15/2005 | $17.15 |
| 07/16/2005 | $17.15 |
| 07/17/2005 | $17.15 |
| 07/18/2005 | $27.15 |



05-823 (KAJ)

FILED

JAN - 3 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

*Average Daily Balance For Pauper Filing*
*For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005*

**SBI: 00300363        NAME:    MORRIS, ANTHONY**

| Date | Balance |
|------|---------|
| 07/19/2005 | $27.15 |
| 07/20/2005 | $27.15 |
| 07/21/2005 | $15.66 |
| 07/22/2005 | $40.66 |
| 07/23/2005 | $40.66 |
| 07/24/2005 | $40.66 |
| 07/25/2005 | $40.66 |
| 07/26/2005 | $40.66 |
| 07/27/2005 | $60.66 |
| 07/28/2005 | $46.78 |
| 07/29/2005 | $46.78 |
| 07/30/2005 | $46.78 |
| 07/31/2005 | $46.78 |
| 08/01/2005 | $46.78 |
| 08/02/2005 | $46.78 |
| 08/03/2005 | $46.78 |
| 08/04/2005 | $37.42 |
| 08/05/2005 | $64.78 |
| 08/06/2005 | $64.78 |
| 08/07/2005 | $64.78 |
| 08/08/2005 | $64.78 |
| 08/09/2005 | $61.28 |
| 08/10/2005 | $61.28 |
| 08/11/2005 | $153.62 |
| 08/12/2005 | $153.62 |
| 08/13/2005 | $153.62 |
| 08/14/2005 | $153.62 |
| 08/15/2005 | $153.62 |
| 08/16/2005 | $153.62 |
| 08/17/2005 | $153.62 |
| 08/18/2005 | $129.25 |
| 08/19/2005 | $129.25 |
| 08/20/2005 | $129.25 |
| 08/21/2005 | $129.25 |
| 08/22/2005 | $129.25 |
| 08/23/2005 | $129.25 |
| 08/24/2005 | $129.25 |
| 08/25/2005 | $114.13 |
| 08/26/2005 | $114.13 |
| 08/27/2005 | $114.13 |
| 08/28/2005 | $114.13 |
| 08/29/2005 | $114.13 |
| 08/30/2005 | $114.13 |
| 08/31/2005 | $114.13 |
| 09/01/2005 | $122.55 |
| 09/02/2005 | $122.55 |
| 09/03/2005 | $122.55 |
| 09/04/2005 | $122.55 |

Printed: 12/14/2005

*Average Daily Balance For Pauper Filing*

Page 3 of 4

**For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005**

**SBI: 00300363**        **NAME:**    **MORRIS, ANTHONY**

| Date | Balance |
|------|---------|
| 09/05/2005 | $122.55 |
| 09/06/2005 | $122.55 |
| 09/07/2005 | $122.55 |
| 09/08/2005 | $148.01 |
| 09/09/2005 | $144.51 |
| 09/10/2005 | $144.51 |
| 09/11/2005 | $144.51 |
| 09/12/2005 | $144.51 |
| 09/13/2005 | $144.51 |
| 09/14/2005 | $144.51 |
| 09/15/2005 | $142.75 |
| 09/16/2005 | $142.75 |
| 09/17/2005 | $142.75 |
| 09/18/2005 | $142.75 |
| 09/19/2005 | $142.75 |
| 09/20/2005 | $142.75 |
| 09/21/2005 | $142.75 |
| 09/22/2005 | $140.76 |
| 09/23/2005 | $140.76 |
| 09/24/2005 | $140.76 |
| 09/25/2005 | $140.76 |
| 09/26/2005 | $140.76 |
| 09/27/2005 | $140.76 |
| 09/28/2005 | $140.76 |
| 09/29/2005 | $122.76 |
| 09/30/2005 | $122.76 |
| 10/01/2005 | $122.76 |
| 10/02/2005 | $122.76 |
| 10/03/2005 | $122.76 |
| 10/04/2005 | $122.76 |
| 10/05/2005 | $132.76 |
| 10/06/2005 | $151.61 |
| 10/07/2005 | $151.61 |
| 10/08/2005 | $151.61 |
| 10/09/2005 | $151.61 |
| 10/10/2005 | $151.61 |
| 10/11/2005 | $151.61 |
| 10/12/2005 | $151.61 |
| 10/13/2005 | $150.05 |
| 10/14/2005 | $150.05 |
| 10/15/2005 | $150.05 |
| 10/16/2005 | $150.05 |
| 10/17/2005 | $150.05 |
| 10/18/2005 | $150.05 |
| 10/19/2005 | $150.05 |
| 10/20/2005 | $148.04 |
| 10/21/2005 | $148.04 |
| 10/22/2005 | $148.04 |

Printed:  12/14/2005

### *Average Daily Balance For Pauper Filing*
#### *For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005*

Page 4 of 4

**SBI:  00300363**          **NAME:    MORRIS, ANTHONY**

| Date | Balance |
|------|---------|
| 10/23/2005 | $148.04 |
| 10/24/2005 | $148.04 |
| 10/25/2005 | $148.04 |
| 10/26/2005 | $148.04 |
| 10/27/2005 | $126.58 |
| 10/28/2005 | $126.58 |
| 10/29/2005 | $126.58 |
| 10/30/2005 | $126.58 |
| 10/31/2005 | $126.58 |
| 11/01/2005 | $126.58 |
| 11/02/2005 | $126.58 |
| 11/03/2005 | $106.83 |
| 11/04/2005 | $146.03 |
| 11/05/2005 | $146.03 |
| 11/06/2005 | $146.03 |
| 11/07/2005 | $146.03 |
| 11/08/2005 | $146.03 |
| 11/09/2005 | $146.03 |
| 11/10/2005 | $126.74 |
| 11/11/2005 | $126.74 |
| 11/12/2005 | $126.74 |
| 11/13/2005 | $126.74 |
| 11/14/2005 | $26.74 |
| 11/15/2005 | $26.74 |
| 11/16/2005 | $26.74 |
| 11/17/2005 | $10.25 |
| 11/18/2005 | $10.25 |
| 11/19/2005 | $10.25 |
| 11/20/2005 | $10.25 |
| 11/21/2005 | $10.25 |
| 11/22/2005 | $10.25 |
| 11/23/2005 | $10.25 |
| 11/24/2005 | $10.25 |
| 11/25/2005 | $10.25 |
| 11/26/2005 | $10.25 |
| 11/27/2005 | $10.25 |
| 11/28/2005 | $10.25 |
| 11/29/2005 | $9.56 |
| 11/30/2005 | $9.56 |

*Summary for 'SBI' =  00300363 (183 detail records)*          **Average Daily Balance:**     **$83.53**

# Prior Month -- Individual Statement

Date Printed:  12/14/2005                                                                                      Page 1 of 1

## For Month of June 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.02 |
|---|---|---|---|---|---|---|
| 00300363 | MORRIS | ANTHONY | | | | |
| Current Location:     MERIT WEST | | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Payroll | | 6/7/2005 | $19.62 | $0.00 | $0.00 | $0.00 | $19.64 |
| Commissary | | 6/9/2005 | ($8.86) | $0.00 | $0.00 | $0.00 | $10.78 |
| Commissary | | 6/16/2005 | ($6.89) | $0.00 | $0.00 | $0.00 | $3.89 |
| Medical | | 6/19/2005 | $0.00 | ($4.00) | $0.00 | $0.00 | $3.89 |
| Medical | | 6/19/2005 | ($3.89) | ($0.11) | $0.00 | $0.00 | $0.00 |
| Visit MO | TIMOTHY MORRIS | 6/27/2005 | $50.00 | $0.00 | $0.00 | $0.00 | $50.00 |
| Medical | | 6/27/2005 | ($0.11) | $0.00 | $0.00 | $0.00 | $49.89 |
| | | | | | Ending Mth Balance: | | $49.89 |

# Prior Month -- Individual Statement

Date Printed:  12/14/2005                                                                                    Page 1 of 1

## For Month of July 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $49.89 |
|---|---|---|---|---|---|---|
| 00300363 | MORRIS | ANTHONY | | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Pay-To | | 7/1/2005 | ($3.50) | $0.00 | $0.00 | $0.00 | $46.39 |
| Payroll | | 7/1/2005 | $20.16 | $0.00 | $0.00 | $0.00 | $66.55 |
| Commissary | | 7/7/2005 | ($56.18) | $0.00 | $0.00 | $0.00 | $10.37 |
| Mail MO | DAVID GEYER | 7/11/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $30.37 |
| Commissary | | 7/14/2005 | ($13.22) | $0.00 | $0.00 | $0.00 | $17.15 |
| Visit MO | TIMOTHY MORRIS | 7/18/2005 | $10.00 | $0.00 | $0.00 | $0.00 | $27.15 |
| Commissary | | 7/21/2005 | ($11.49) | $0.00 | $0.00 | $0.00 | $15.66 |
| Visit MO | TIMOTHY MORRIS | 7/22/2005 | $25.00 | $0.00 | $0.00 | $0.00 | $40.66 |
| Mail MO | DAVID GEYER | 7/27/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $60.66 |
| Commissary | | 7/28/2005 | ($13.88) | $0.00 | $0.00 | $0.00 | $46.78 |
| | | | | | Ending Mth Balance: | | $46.78 |

# Prior Month -- Individual Statement

Date Printed: 12/14/2005                                                                                      Page 1 of 1

## For Month of August 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $46.78 |
|-----|-----------|------------|----|--------|------------------|--------|
| 00300363 | MORRIS | ANTHONY | | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|--------|------|------|------------------------------|--------------|------------------|--------------|---------|
| Commissary | | 8/4/2005 | ($9.36) | $0.00 | $0.00 | $0.00 | $37.42 |
| Payroll | | 8/5/2005 | $27.36 | $0.00 | $0.00 | $0.00 | $64.78 |
| Pay-To | | 8/9/2005 | ($3.50) | $0.00 | $0.00 | $0.00 | $61.28 |
| Visit MO | JOHNETA MORRIS | 8/11/2005 | $95.00 | $0.00 | $0.00 | $0.00 | $156.28 |
| Commissary | | 8/11/2005 | ($2.66) | $0.00 | $0.00 | $0.00 | $153.62 |
| Commissary | | 8/18/2005 | ($24.37) | $0.00 | $0.00 | $0.00 | $129.25 |
| Commissary | | 8/25/2005 | ($15.12) | $0.00 | $0.00 | $0.00 | $114.13 |
| | | | | | Ending Mth Balance: | | $114.13 |

# Prior Month -- Individual Statement

Date Printed:  12/14/2005                                                                              Page 1 of 1

## For Month of September 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $114.13 |
|-----|-----------|------------|----|--------|------------------|---------|
| 00300363 | MORRIS | ANTHONY | | | | |
| Current Location:    MERIT WEST | | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|--------|------|------|------------------------------|--------------|------------------|--------------|---------|
| Commissary | | 9/1/2005 | ($11.58) | $0.00 | $0.00 | $0.00 | $102.55 |
| Mail MO | DAVID GEYER | 9/1/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $122.55 |
| Commissary | | 9/8/2005 | ($15.14) | $0.00 | $0.00 | $0.00 | $107.41 |
| Payroll | | 9/8/2005 | $40.60 | $0.00 | $0.00 | $0.00 | $148.01 |
| Pay-To | | 9/9/2005 | ($3.50) | $0.00 | $0.00 | $0.00 | $144.51 |
| Commissary | | 9/15/2005 | ($1.76) | $0.00 | $0.00 | $0.00 | $142.75 |
| Commissary | | 9/22/2005 | ($1.99) | $0.00 | $0.00 | $0.00 | $140.76 |
| Commissary | | 9/29/2005 | ($18.00) | $0.00 | $0.00 | $0.00 | $122.76 |
| | | | | | Ending Mth Balance: | | $122.76 |

# Prior Month -- Individual Statement

Date Printed: 12/14/2005                                                                    Page 1 of 1

## For Month of October 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $122.76 |
|---|---|---|---|---|---|---|
| 00300363 | MORRIS | ANTHONY | | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Mail MO | DAVID GEGER | 10/5/2005 | $10.00 | $0.00 | $0.00 | $0.00 | $132.76 |
| Pay-To | | 10/6/2005 | ($3.50) | $0.00 | $0.00 | $0.00 | $129.26 |
| Commissary | | 10/6/2005 | ($18.25) | $0.00 | $0.00 | $0.00 | $111.01 |
| Payroll | | 10/6/2005 | $40.60 | $0.00 | $0.00 | $0.00 | $151.61 |
| Copies | | 10/7/2005 | $0.00 | $0.00 | ($1.25) | $0.00 | $151.61 |
| Commissary | | 10/13/2005 | ($1.56) | $0.00 | $0.00 | $0.00 | $150.05 |
| Commissary | | 10/20/2005 | ($12.01) | $0.00 | $0.00 | $0.00 | $138.04 |
| Mail MO | DAVID GEYER | 10/20/2005 | $10.00 | $0.00 | $0.00 | $0.00 | $148.04 |
| Commissary | | 10/27/2005 | ($20.21) | $0.00 | $0.00 | $0.00 | $127.83 |
| Copies | | 10/27/2005 | ($1.25) | $0.00 | $0.00 | $0.00 | $126.58 |
| | | | | | Ending Mth Balance: | | $126.58 |

# Prior Month -- Individual Statement

Date Printed: 12/14/2005                                                                   Page 1 of 1

## For Month of November 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $126.58 |
|-----|-----------|------------|-----|--------|------------------|---------|
| 00300363 | MORRIS | ANTHONY | | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|--------|------|------|------------------------------|--------------|------------------|--------------|---------|
| Commissary | | 11/3/2005 | ($19.75) | $0.00 | $0.00 | $0.00 | $106.83 |
| Payroll | | 11/4/2005 | $39.20 | $0.00 | $0.00 | $0.00 | $146.03 |
| Commissary | | 11/10/2005 | ($19.29) | $0.00 | $0.00 | $0.00 | $126.74 |
| Pay-To | KATHY GRAY | 11/14/2005 | ($100.00) | $0.00 | $0.00 | $0.00 | $26.74 |
| Mail MO | D. GEYER | 11/17/2005 | $10.00 | $0.00 | $0.00 | $0.00 | $36.74 |
| Commissary | | 11/17/2005 | ($26.49) | $0.00 | $0.00 | $0.00 | $10.25 |
| Postage | | 11/22/2005 | $0.00 | $0.00 | ($0.69) | $0.00 | $10.25 |
| Postage | | 11/29/2005 | ($0.69) | $0.00 | $0.00 | $0.00 | $9.56 |
| | | | | | Ending Mth Balance: | | $9.56 |

Monk BLDG: Merit - West

RECTIONAL INSTITUTION

. 500

OWN, DELAWARE   19947   S.B.I 300303

Clerk
U.S. District Court
Lock Box 18
844 N. King Street
Wilmington DE 19801

U.S. POSTAGE
$00.600
PB 2230370
DEC 30 05
19947

1945
7999
7427