Printed: 12/28/2005

### *Average Daily Balance For Pauper Filing*
**For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005**

Page 1 of 4

**SBI: 00124570**        **NAME:    DICKENS, LAWRENCE**

| Date | Balance |
|------|---------|
| 06/01/2005 | $28.35 |
| 06/02/2005 | $9.44 |
| 06/03/2005 | $34.44 |
| 06/04/2005 | $34.44 |
| 06/05/2005 | $34.44 |
| 06/06/2005 | $34.44 |
| 06/07/2005 | $76.44 |
| 06/08/2005 | $76.44 |
| 06/09/2005 | $62.37 |
| 06/10/2005 | $62.37 |
| 06/11/2005 | $62.37 |
| 06/12/2005 | $62.37 |
| 06/13/2005 | $62.37 |
| 06/14/2005 | $62.37 |
| 06/15/2005 | $62.37 |
| 06/16/2005 | $51.54 |
| 06/17/2005 | $51.54 |
| 06/18/2005 | $51.54 |
| 06/19/2005 | $51.54 |
| 06/20/2005 | $51.54 |
| 06/21/2005 | $51.54 |
| 06/22/2005 | $51.54 |
| 06/23/2005 | $29.86 |
| 06/24/2005 | $29.86 |
| 06/25/2005 | $29.86 |
| 06/26/2005 | $29.86 |
| 06/27/2005 | $29.86 |
| 06/28/2005 | $29.40 |
| 06/29/2005 | $29.40 |
| 06/30/2005 | $29.40 |
| 07/01/2005 | $64.05 |
| 07/02/2005 | $64.05 |
| 07/03/2005 | $64.05 |
| 07/04/2005 | $64.05 |
| 07/05/2005 | $64.05 |
| 07/06/2005 | $64.05 |
| 07/07/2005 | $45.81 |
| 07/08/2005 | $45.81 |
| 07/09/2005 | $45.81 |
| 07/10/2005 | $45.81 |
| 07/11/2005 | $45.81 |
| 07/12/2005 | $45.81 |
| 07/13/2005 | $45.81 |
| 07/14/2005 | $74.59 |
| 07/15/2005 | $74.59 |
| 07/16/2005 | $74.59 |
| 07/17/2005 | $74.59 |
| 07/18/2005 | $74.59 |



05-823

FILED

JAN - 3 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

*Average Daily Balance For Pauper Filing*
*For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005*

**SBI: 00124570          NAME:     DICKENS, LAWRENCE**

| Date | Balance |
|------|---------|
| 07/19/2005 | $74.59 |
| 07/20/2005 | $74.59 |
| 07/21/2005 | $45.67 |
| 07/22/2005 | $45.67 |
| 07/23/2005 | $45.67 |
| 07/24/2005 | $45.67 |
| 07/25/2005 | $45.67 |
| 07/26/2005 | $45.67 |
| 07/27/2005 | $45.44 |
| 07/28/2005 | $26.59 |
| 07/29/2005 | $26.59 |
| 07/30/2005 | $26.59 |
| 07/31/2005 | $26.59 |
| 08/01/2005 | $26.59 |
| 08/02/2005 | $26.59 |
| 08/03/2005 | $26.59 |
| 08/04/2005 | $0.11 |
| 08/05/2005 | $42.11 |
| 08/06/2005 | $42.11 |
| 08/07/2005 | $42.11 |
| 08/08/2005 | $42.11 |
| 08/09/2005 | $42.11 |
| 08/10/2005 | $42.11 |
| 08/11/2005 | $32.01 |
| 08/12/2005 | $32.01 |
| 08/13/2005 | $32.01 |
| 08/14/2005 | $32.01 |
| 08/15/2005 | $537.01 |
| 08/16/2005 | $537.01 |
| 08/17/2005 | $537.01 |
| 08/18/2005 | $516.02 |
| 08/19/2005 | $1,216.02 |
| 08/20/2005 | $1,216.02 |
| 08/21/2005 | $1,216.02 |
| 08/22/2005 | $1,187.02 |
| 08/23/2005 | $1,187.02 |
| 08/24/2005 | $1,187.02 |
| 08/25/2005 | $1,164.17 |
| 08/26/2005 | $1,064.17 |
| 08/27/2005 | $1,064.17 |
| 08/28/2005 | $1,064.17 |
| 08/29/2005 | $1,064.17 |
| 08/30/2005 | $1,064.17 |
| 08/31/2005 | $1,060.17 |
| 09/01/2005 | $1,046.18 |
| 09/02/2005 | $1,046.18 |
| 09/03/2005 | $1,046.18 |
| 09/04/2005 | $1,046.18 |

Printed: 12/28/2005                                                                    Page 3 of 4

## *Average Daily Balance For Pauper Filing*
### *For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005*

**SBI: 00124570**          **NAME:**     **DICKENS, LAWRENCE**

| Date | Balance |
|------|---------|
| 09/05/2005 | $1,046.18 |
| 09/06/2005 | $1,046.18 |
| 09/07/2005 | $1,046.18 |
| 09/08/2005 | $1,098.76 |
| 09/09/2005 | $1,098.76 |
| 09/10/2005 | $1,098.76 |
| 09/11/2005 | $1,098.76 |
| 09/12/2005 | $848.76 |
| 09/13/2005 | $848.76 |
| 09/14/2005 | $848.76 |
| 09/15/2005 | $848.76 |
| 09/16/2005 | $848.76 |
| 09/17/2005 | $848.76 |
| 09/18/2005 | $848.76 |
| 09/19/2005 | $848.76 |
| 09/20/2005 | $848.76 |
| 09/21/2005 | $848.76 |
| 09/22/2005 | $844.35 |
| 09/23/2005 | $844.35 |
| 09/24/2005 | $844.35 |
| 09/25/2005 | $844.35 |
| 09/26/2005 | $844.35 |
| 09/27/2005 | $844.35 |
| 09/28/2005 | $844.35 |
| 09/29/2005 | $844.35 |
| 09/30/2005 | $844.35 |
| 10/01/2005 | $844.35 |
| 10/02/2005 | $844.35 |
| 10/03/2005 | $844.35 |
| 10/04/2005 | $802.77 |
| 10/05/2005 | $802.77 |
| 10/06/2005 | $714.45 |
| 10/07/2005 | $714.45 |
| 10/08/2005 | $714.45 |
| 10/09/2005 | $714.45 |
| 10/10/2005 | $714.45 |
| 10/11/2005 | $697.18 |
| 10/12/2005 | $697.18 |
| 10/13/2005 | $697.18 |
| 10/14/2005 | $697.18 |
| 10/15/2005 | $697.18 |
| 10/16/2005 | $697.18 |
| 10/17/2005 | $697.18 |
| 10/18/2005 | $677.19 |
| 10/19/2005 | $677.19 |
| 10/20/2005 | $677.19 |
| 10/21/2005 | $677.19 |
| 10/22/2005 | $677.19 |

Printed: 12/28/2005

## *Average Daily Balance For Pauper Filing*
### *For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005*

Page 4 of 4

**SBI: 00124570**          **NAME:**     **DICKENS, LAWRENCE**

| Date | Balance |
|------|---------|
| 10/23/2005 | $677.19 |
| 10/24/2005 | $677.19 |
| 10/25/2005 | $655.01 |
| 10/26/2005 | $655.01 |
| 10/27/2005 | $654.78 |
| 10/28/2005 | $654.78 |
| 10/29/2005 | $654.78 |
| 10/30/2005 | $654.78 |
| 10/31/2005 | $654.78 |
| 11/01/2005 | $629.56 |
| 11/02/2005 | $629.56 |
| 11/03/2005 | $629.56 |
| 11/04/2005 | $629.56 |
| 11/05/2005 | $629.56 |
| 11/06/2005 | $629.56 |
| 11/07/2005 | $629.56 |
| 11/08/2005 | $600.20 |
| 11/09/2005 | $600.20 |
| 11/10/2005 | $600.20 |
| 11/11/2005 | $600.20 |
| 11/12/2005 | $600.20 |
| 11/13/2005 | $600.20 |
| 11/14/2005 | $600.20 |
| 11/15/2005 | $600.20 |
| 11/16/2005 | $500.20 |
| 11/17/2005 | $500.20 |
| 11/18/2005 | $572.20 |
| 11/19/2005 | $572.20 |
| 11/20/2005 | $572.20 |
| 11/21/2005 | $572.20 |
| 11/22/2005 | $528.94 |
| 11/23/2005 | $461.04 |
| 11/24/2005 | $461.04 |
| 11/25/2005 | $461.04 |
| 11/26/2005 | $461.04 |
| 11/27/2005 | $461.04 |
| 11/28/2005 | $461.04 |
| 11/29/2005 | $429.18 |
| 11/30/2005 | $429.18 |

*Summary for 'SBI' =  00124570 (183 detail records)*          **Average Daily Balance:     $473.93**

# Prior Month -- Individual Statement

Date Printed: 12/28/2005                                                                                      Page 1 of 1

## For Month of June 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $48.35 |
|-----|-----------|------------|-----|--------|------------------|--------|
| 00124570 | DICKENS | LAWRENCE | | | | |
| Current Location: | MEDIUM A | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|--------|------|------|------------------------------|--------------|------------------|--------------|---------|
| Pay-To | MUSIC CHRISTIAN.C | 6/1/2005 | ($20.00) | $0.00 | $0.00 | $0.00 | $28.35 |
| Commissary | | 6/2/2005 | ($18.91) | $0.00 | $0.00 | $0.00 | $9.44 |
| Visit MO | SHERON DICKENS | 6/3/2005 | $25.00 | $0.00 | $0.00 | $0.00 | $34.44 |
| Postage | | 6/6/2005 | $0.00 | $0.00 | ($0.46) | $0.00 | $34.44 |
| Payroll | | 6/7/2005 | $42.00 | $0.00 | $0.00 | $0.00 | $76.44 |
| Commissary | | 6/9/2005 | ($14.07) | $0.00 | $0.00 | $0.00 | $62.37 |
| Commissary | | 6/16/2005 | ($10.83) | $0.00 | $0.00 | $0.00 | $51.54 |
| Commissary | | 6/23/2005 | ($21.68) | $0.00 | $0.00 | $0.00 | $29.86 |
| Postage | | 6/28/2005 | ($0.46) | $0.00 | $0.00 | $0.00 | $29.40 |
| | | | | | | Ending Mth Balance: | $29.40 |

# Prior Month -- Individual Statement

Date Printed:  12/28/2005                                                                                            Page 1 of 1

## For Month of July 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $29.40 |
|---|---|---|---|---|---|---|
| 00124570 | DICKENS | LAWRENCE | | | | |
| Current Location:  MEDIUM A | | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Pay-To | | 7/1/2005 | ($8.75) | $0.00 | $0.00 | $0.00 | $20.65 |
| Payroll | | 7/1/2005 | $43.40 | $0.00 | $0.00 | $0.00 | $64.05 |
| Commissary | | 7/7/2005 | ($18.24) | $0.00 | $0.00 | $0.00 | $45.81 |
| Postage | | 7/13/2005 | $0.00 | $0.00 | ($0.23) | $0.00 | $45.81 |
| Visit MO | D. BENDER | 7/14/2005 | $40.00 | $0.00 | $0.00 | $0.00 | $85.81 |
| Commissary | | 7/14/2005 | ($11.22) | $0.00 | $0.00 | $0.00 | $74.59 |
| Commissary | | 7/21/2005 | ($28.92) | $0.00 | $0.00 | $0.00 | $45.67 |
| Postage | | 7/27/2005 | ($0.23) | $0.00 | $0.00 | $0.00 | $45.44 |
| Commissary | | 7/28/2005 | ($18.85) | $0.00 | $0.00 | $0.00 | $26.59 |
| | | | | | Ending Mth Balance: | | $26.59 |

# Prior Month -- Individual Statement

Date Printed:  12/28/2005                                                                    Page 1 of 1

## For Month of August 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $26.59 |
|-----|-----------|------------|-----|--------|------------------|--------|
| 00124570 | DICKENS | LAWRENCE | | | | |
| Current Location: | MEDIUM A | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|--------|------|------|------------------------------|--------------|------------------|--------------|---------|
| Commissary | | 8/4/2005 | ($26.48) | $0.00 | $0.00 | $0.00 | $0.11 |
| Payroll | | 8/5/2005 | $42.00 | $0.00 | $0.00 | $0.00 | $42.11 |
| Commissary | | 8/11/2005 | ($10.10) | $0.00 | $0.00 | $0.00 | $32.01 |
| Mail MO | TYNNELL? | 8/15/2005 | $500.00 | $0.00 | $0.00 | $0.00 | $532.01 |
| Pay-To | FRANCHITO DISMUK | 8/15/2005 | $5.00 | $0.00 | $0.00 | $0.00 | $537.01 |
| Commissary | | 8/18/2005 | ($20.99) | $0.00 | $0.00 | $0.00 | $516.02 |
| Pay-To | FEDELIA DEPUTY | 8/19/2005 | ($300.00) | $0.00 | $0.00 | $0.00 | $216.02 |
| Mail MO | MIYOSH TUNIELL | 8/19/2005 | $500.00 | $0.00 | $0.00 | $0.00 | $716.02 |
| Mail MO | MIYOSH TUNIELL | 8/19/2005 | $500.00 | $0.00 | $0.00 | $0.00 | $1,216.02 |
| Pay-To | STEELERS DIGEST | 8/22/2005 | ($29.00) | $0.00 | $0.00 | $0.00 | $1,187.02 |
| Commissary | | 8/25/2005 | ($22.85) | $0.00 | $0.00 | $0.00 | $1,164.17 |
| Pay-To | WILMINGTON TRUST | 8/26/2005 | ($100.00) | $0.00 | $0.00 | $0.00 | $1,064.17 |
| Medical No Sh | | 8/31/2005 | $0.00 | ($4.00) | $0.00 | $0.00 | $1,064.17 |
| Medical No Sh | | 8/31/2005 | ($4.00) | $0.00 | $0.00 | $0.00 | $1,060.17 |
| | | | | | Ending Mth Balance: | | $1,060.17 |

# Prior Month -- Individual Statement

Date Printed: 12/28/2005                                                    Page 1 of 1

## For Month of September 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $1,060.17 |
|---|---|---|---|---|---|---|
| 00124570 | DICKENS | LAWRENCE | | | | |

Current Location:    MEDIUM A

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 9/1/2005 | ($13.99) | $0.00 | $0.00 | $0.00 | $1,046.18 |
| Commissary | | 9/8/2005 | ($10.82) | $0.00 | $0.00 | $0.00 | $1,035.36 |
| Mail CK | ART FUND | 9/8/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $1,055.36 |
| Payroll | | 9/8/2005 | $43.40 | $0.00 | $0.00 | $0.00 | $1,098.76 |
| Pay-To | WILMINGTON TRUST | 9/12/2005 | ($250.00) | $0.00 | $0.00 | $0.00 | $848.76 |
| Commissary | | 9/22/2005 | ($4.41) | $0.00 | $0.00 | $0.00 | $844.35 |
| | | | | | | Ending Mth Balance: | $844.35 |

# Prior Month -- Individual Statement

Date Printed: 12/28/2005                                                                 Page 1 of 1

## For Month of October 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $844.35 |
|---|---|---|---|---|---|---|
| 00124570 | DICKENS | LAWRENCE | | | | |
| Current Location: | MEDIUM A | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 10/4/2005 | ($41.58) | $0.00 | $0.00 | $0.00 | $802.77 |
| Payroll | | 10/6/2005 | $26.60 | $0.00 | $0.00 | $0.00 | $829.37 |
| Pay-To | WILMINGTON TRUST | 10/6/2005 | ($100.00) | $0.00 | $0.00 | $0.00 | $729.37 |
| Pay-To | DREAM PRODUCTS I | 10/6/2005 | ($14.92) | $0.00 | $0.00 | $0.00 | $714.45 |
| Commissary | | 10/11/2005 | ($17.27) | $0.00 | $0.00 | $0.00 | $697.18 |
| Postage | | 10/12/2005 | $0.00 | $0.00 | ($0.23) | $0.00 | $697.18 |
| Commissary | | 10/18/2005 | ($19.99) | $0.00 | $0.00 | $0.00 | $677.19 |
| Commissary | | 10/25/2005 | ($22.18) | $0.00 | $0.00 | $0.00 | $655.01 |
| Postage | | 10/27/2005 | ($0.23) | $0.00 | $0.00 | $0.00 | $654.78 |
| | | | | | Ending Mth Balance: | | $654.78 |

## Prior Month -- Individual Statement

Date Printed:  12/28/2005                                                      Page 1 of 1

## For Month of November 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $654.78 |
|---|---|---|---|---|---|---|
| 00124570 | DICKENS | LAWRENCE | | | | |
| Current Location: | MEDIUM A | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 11/1/2005 | ($25.22) | $0.00 | $0.00 | $0.00 | $629.56 |
| Commissary | | 11/8/2005 | ($29.36) | $0.00 | $0.00 | $0.00 | $600.20 |
| Pay-To | WILMINGTON TRUST | 11/16/2005 | ($100.00) | $0.00 | $0.00 | $0.00 | $500.20 |
| Copies | | 11/18/2005 | $0.00 | $0.00 | ($2.00) | $0.00 | $500.20 |
| Copies | | 11/18/2005 | $0.00 | $0.00 | ($1.25) | $0.00 | $500.20 |
| Reimburseme | ART PROGRAM | 11/18/2005 | $72.00 | $0.00 | $0.00 | $0.00 | $572.20 |
| Commissary | | 11/22/2005 | ($43.26) | $0.00 | $0.00 | $0.00 | $528.94 |
| Pay-To | GOSPEL LEGENDS C | 11/23/2005 | ($67.90) | $0.00 | $0.00 | $0.00 | $461.04 |
| Commissary | | 11/29/2005 | ($28.61) | $0.00 | $0.00 | $0.00 | $432.43 |
| Copies | | 11/29/2005 | ($2.00) | $0.00 | $0.00 | $0.00 | $430.43 |
| Copies | | 11/29/2005 | ($1.25) | $0.00 | $0.00 | $0.00 | $429.18 |
| | | | | | Ending Mth Balance: | | $429.18 |

1325 U.S.PO
7969 $00.
7419

U.S. District Court
Office of the Clerk
844 N. King St. Lockbox 18
Wilmington, DE
19801-3570



U.S.M.S.
X-RAY

I/M: Lawrence B. Dickens BLDG. MEDIUM
SUSSEX CORRECTIONAL INSTITUTION
#124570
P.O. BOX 500
GEORGETOWN, DELAWARE 19947