Printed: 12/28/2005

## Average Daily Balance For Pauper Filing
### For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005

Page 1 of 4

SBI: 00155123    NAME:   JOHNSON, JAMES E

| Date | Balance |
|---|---|
| 06/01/2005 | $4.71 |
| 06/02/2005 | $1.56 |
| 06/03/2005 | $1.56 |
| 06/04/2005 | $1.56 |
| 06/05/2005 | $1.56 |
| 06/06/2005 | $1.56 |
| 06/07/2005 | $107.24 |
| 06/08/2005 | $107.24 |
| 06/09/2005 | $103.31 |
| 06/10/2005 | $103.31 |
| 06/11/2005 | $103.31 |
| 06/12/2005 | $103.31 |
| 06/13/2005 | $103.31 |
| 06/14/2005 | $103.31 |
| 06/15/2005 | $103.31 |
| 06/16/2005 | $145.76 |
| 06/17/2005 | $145.76 |
| 06/18/2005 | $145.76 |
| 06/19/2005 | $145.76 |
| 06/20/2005 | $15.76 |
| 06/21/2005 | $15.76 |
| 06/22/2005 | $15.76 |
| 06/23/2005 | $0.00 |
| 06/24/2005 | $0.00 |
| 06/25/2005 | $0.00 |
| 06/26/2005 | $0.00 |
| 06/27/2005 | $0.00 |
| 06/28/2005 | $0.00 |
| 06/29/2005 | $0.00 |
| 06/30/2005 | $0.00 |
| 07/01/2005 | $52.80 |
| 07/02/2005 | $52.80 |
| 07/03/2005 | $52.80 |
| 07/04/2005 | $52.80 |
| 07/05/2005 | $52.80 |
| 07/06/2005 | $52.80 |
| 07/07/2005 | $42.60 |
| 07/08/2005 | $42.60 |
| 07/09/2005 | $42.60 |
| 07/10/2005 | $42.60 |
| 07/11/2005 | $42.60 |
| 07/12/2005 | $42.60 |
| 07/13/2005 | $542.60 |
| 07/14/2005 | $534.22 |
| 07/15/2005 | $634.22 |
| 07/16/2005 | $634.22 |
| 07/17/2005 | $634.22 |
| 07/18/2005 | $634.22 |

05-823 (KAJ)



FILED
JAN -3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Printed: 12/28/2005

## Average Daily Balance For Pauper Filing
*For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005*

Page 2 of 4

**SBI:** 00155123    **NAME:** JOHNSON, JAMES E

| Date | Balance |
|---|---|
| 07/19/2005 | $634.22 |
| 07/20/2005 | $134.22 |
| 07/21/2005 | $113.41 |
| 07/22/2005 | $673.41 |
| 07/23/2005 | $673.41 |
| 07/24/2005 | $673.41 |
| 07/25/2005 | $673.41 |
| 07/26/2005 | $673.41 |
| 07/27/2005 | $673.41 |
| 07/28/2005 | $660.51 |
| 07/29/2005 | $660.51 |
| 07/30/2005 | $660.51 |
| 07/31/2005 | $660.51 |
| 08/01/2005 | $60.51 |
| 08/02/2005 | $60.51 |
| 08/03/2005 | $60.51 |
| 08/04/2005 | $25.79 |
| 08/05/2005 | $78.27 |
| 08/06/2005 | $78.27 |
| 08/07/2005 | $78.27 |
| 08/08/2005 | $78.27 |
| 08/09/2005 | $203.27 |
| 08/10/2005 | $203.27 |
| 08/11/2005 | $201.44 |
| 08/12/2005 | $1.44 |
| 08/13/2005 | $1.44 |
| 08/14/2005 | $1.44 |
| 08/15/2005 | $1.44 |
| 08/16/2005 | $1.44 |
| 08/17/2005 | $1.44 |
| 08/18/2005 | $0.57 |
| 08/19/2005 | $0.57 |
| 08/20/2005 | $0.57 |
| 08/21/2005 | $0.57 |
| 08/22/2005 | $0.57 |
| 08/23/2005 | $0.57 |
| 08/24/2005 | $0.57 |
| 08/25/2005 | $0.57 |
| 08/26/2005 | $0.57 |
| 08/27/2005 | $0.57 |
| 08/28/2005 | $0.57 |
| 08/29/2005 | $50.57 |
| 08/30/2005 | $50.57 |
| 08/31/2005 | $50.57 |
| 09/01/2005 | $28.10 |
| 09/02/2005 | $28.10 |
| 09/03/2005 | $28.10 |
| 09/04/2005 | $28.10 |

Printed: 12/28/2005    *Average Daily Balance For Pauper Filing*    Page 3 of 4
*For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005*

SBI: 00155123          NAME:    JOHNSON, JAMES E

| Date | Balance |
|---|---|
| 09/05/2005 | $28.10 |
| 09/06/2005 | $28.10 |
| 09/07/2005 | $28.10 |
| 09/08/2005 | $73.76 |
| 09/09/2005 | $73.76 |
| 09/10/2005 | $73.76 |
| 09/11/2005 | $73.76 |
| 09/12/2005 | $73.76 |
| 09/13/2005 | $73.76 |
| 09/14/2005 | $73.76 |
| 09/15/2005 | $66.18 |
| 09/16/2005 | $66.18 |
| 09/17/2005 | $66.18 |
| 09/18/2005 | $66.18 |
| 09/19/2005 | $16.18 |
| 09/20/2005 | $16.18 |
| 09/21/2005 | $16.18 |
| 09/22/2005 | $14.86 |
| 09/23/2005 | $14.86 |
| 09/24/2005 | $14.86 |
| 09/25/2005 | $14.86 |
| 09/26/2005 | $14.86 |
| 09/27/2005 | $14.86 |
| 09/28/2005 | $14.86 |
| 09/29/2005 | $10.81 |
| 09/30/2005 | $110.81 |
| 10/01/2005 | $110.81 |
| 10/02/2005 | $110.81 |
| 10/03/2005 | $110.81 |
| 10/04/2005 | $110.81 |
| 10/05/2005 | $110.81 |
| 10/06/2005 | $112.00 |
| 10/07/2005 | $112.00 |
| 10/08/2005 | $112.00 |
| 10/09/2005 | $112.00 |
| 10/10/2005 | $106.00 |
| 10/11/2005 | $106.00 |
| 10/12/2005 | $106.00 |
| 10/13/2005 | $104.14 |
| 10/14/2005 | $144.14 |
| 10/15/2005 | $144.14 |
| 10/16/2005 | $144.14 |
| 10/17/2005 | $74.14 |
| 10/18/2005 | $74.14 |
| 10/19/2005 | $174.14 |
| 10/20/2005 | $166.84 |
| 10/21/2005 | $166.84 |
| 10/22/2005 | $166.84 |


Printed: 12/28/2005

*Average Daily Balance For Pauper Filing*

Page 4 of 4

*For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005*

**SBI:** 00155123    **NAME:** JOHNSON, JAMES E

| Date | Balance |
| --- | --- |
| 10/23/2005 | $166.84 |
| 10/24/2005 | $16.84 |
| 10/25/2005 | $16.84 |
| 10/26/2005 | $16.84 |
| 10/27/2005 | $6.97 |
| 10/28/2005 | $6.97 |
| 10/29/2005 | $6.97 |
| 10/30/2005 | $6.97 |
| 10/31/2005 | $6.97 |
| 11/01/2005 | $126.97 |
| 11/02/2005 | $126.97 |
| 11/03/2005 | $117.16 |
| 11/04/2005 | $172.84 |
| 11/05/2005 | $172.84 |
| 11/06/2005 | $172.84 |
| 11/07/2005 | $172.84 |
| 11/08/2005 | $172.84 |
| 11/09/2005 | $172.84 |
| 11/10/2005 | $159.43 |
| 11/11/2005 | $159.43 |
| 11/12/2005 | $159.43 |
| 11/13/2005 | $159.43 |
| 11/14/2005 | $109.43 |
| 11/15/2005 | $109.43 |
| 11/16/2005 | $109.43 |
| 11/17/2005 | $71.81 |
| 11/18/2005 | $71.81 |
| 11/19/2005 | $71.81 |
| 11/20/2005 | $71.81 |
| 11/21/2005 | $71.81 |
| 11/22/2005 | $71.81 |
| 11/23/2005 | $71.81 |
| 11/24/2005 | $71.81 |
| 11/25/2005 | $71.81 |
| 11/26/2005 | $71.81 |
| 11/27/2005 | $71.81 |
| 11/28/2005 | $121.81 |
| 11/29/2005 | $121.81 |
| 11/30/2005 | $121.81 |

*Summary for 'SBI' = 00155123 (183 detail records)*    **Average Daily Balance:** $122.07

# Prior Month -- Individual Statement

Date Printed: 12/28/2005                                                                 Page 1 of 1

## For Month of June 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $4.71 |
|---|---|---|---|---|---|---|
| 00155123 | JOHNSON | JAMES | E | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 6/2/2005 | ($3.15) | $0.00 | $0.00 | $0.00 | $1.56 |
| Mail MO | BOB HITCHENS | 6/7/2005 | $100.00 | $0.00 | $0.00 | $0.00 | $101.56 |
| Payroll | | 6/7/2005 | $55.68 | $0.00 | $0.00 | $0.00 | $157.24 |
| Pay-To | LINDA POLK | 6/7/2005 | ($50.00) | $0.00 | $0.00 | $0.00 | $107.24 |
| Commissary | | 6/9/2005 | ($3.93) | $0.00 | $0.00 | $0.00 | $103.31 |
| Commissary | | 6/16/2005 | ($0.55) | $0.00 | $0.00 | $0.00 | $102.76 |
| Mail MO | NONE | 6/16/2005 | $43.00 | $0.00 | $0.00 | $0.00 | $145.76 |
| Pay-To | PHYLLIS ROWE | 6/20/2005 | ($130.00) | $0.00 | $0.00 | $0.00 | $15.76 |
| Commissary | | 6/23/2005 | ($15.76) | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | Ending Mth Balance: | $0.00 |

# Prior Month -- Individual Statement

Date Printed: 12/28/2005                                                      Page 1 of 1

## For Month of July 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00155123 | JOHNSON | JAMES | E | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Payroll | | 7/1/2005 | $52.80 | $0.00 | $0.00 | $0.00 | $52.80 |
| Commissary | | 7/7/2005 | ($10.20) | $0.00 | $0.00 | $0.00 | $42.60 |
| Mail MO | MICHAEL KING | 7/13/2005 | $500.00 | $0.00 | $0.00 | $0.00 | $542.60 |
| Commissary | | 7/14/2005 | ($8.38) | $0.00 | $0.00 | $0.00 | $534.22 |
| Visit MO | COX? | 7/15/2005 | $100.00 | $0.00 | $0.00 | $0.00 | $634.22 |
| Pay-To | PHYLLIS ROWE | 7/20/2005 | ($500.00) | $0.00 | $0.00 | $0.00 | $134.22 |
| Commissary | | 7/21/2005 | ($20.81) | $0.00 | $0.00 | $0.00 | $113.41 |
| Visit MO | JOE RINGGOLD | 7/22/2005 | $60.00 | $0.00 | $0.00 | $0.00 | $173.41 |
| Visit MO | NONE | 7/22/2005 | $500.00 | $0.00 | $0.00 | $0.00 | $673.41 |
| Commissary | | 7/28/2005 | ($12.90) | $0.00 | $0.00 | $0.00 | $660.51 |
| | | | | | Ending Mth Balance: | | $660.51 |

# Prior Month -- Individual Statement

Date Printed: 12/28/2005 　　　　　　　　　　　　　　　　　　　　　　　　Page 1 of 1

## For Month of August 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $660.51 |
|---|---|---|---|---|---|---|
| 00155123 | JOHNSON | JAMES | E | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Pay-To | PHYLLIS ROWE | 8/1/2005 | ($600.00) | $0.00 | $0.00 | $0.00 | $60.51 |
| Commissary | | 8/4/2005 | ($34.72) | $0.00 | $0.00 | $0.00 | $25.79 |
| Payroll | | 8/5/2005 | $52.48 | $0.00 | $0.00 | $0.00 | $78.27 |
| Mail MO | DONNA CHEEZUM? | 8/9/2005 | $125.00 | $0.00 | $0.00 | $0.00 | $203.27 |
| Commissary | | 8/11/2005 | ($1.83) | $0.00 | $0.00 | $0.00 | $201.44 |
| Pay-To | PHYLLIS ROWE | 8/12/2005 | ($200.00) | $0.00 | $0.00 | $0.00 | $1.44 |
| Commissary | | 8/18/2005 | ($0.87) | $0.00 | $0.00 | $0.00 | $0.57 |
| Visit MO | TONY SERPA | 8/29/2005 | $50.00 | $0.00 | $0.00 | $0.00 | $50.57 |
| | | | | | | Ending Mth Balance: | $50.57 |

# Prior Month -- Individual Statement

Date Printed: 12/28/2005

Page 1 of 1

## For Month of September 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $50.57 |
|---|---|---|---|---|---|---|
| 00155123 | JOHNSON | JAMES | E | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 9/1/2005 | ($22.47) | $0.00 | $0.00 | $0.00 | $28.10 |
| Commissary | | 9/8/2005 | ($11.62) | $0.00 | $0.00 | $0.00 | $16.48 |
| Payroll | | 9/8/2005 | $57.28 | $0.00 | $0.00 | $0.00 | $73.76 |
| Commissary | | 9/15/2005 | ($7.58) | $0.00 | $0.00 | $0.00 | $66.18 |
| Pay-To | PHYLLIS ROWE | 9/19/2005 | ($50.00) | $0.00 | $0.00 | $0.00 | $16.18 |
| Commissary | | 9/22/2005 | ($1.32) | $0.00 | $0.00 | $0.00 | $14.86 |
| Commissary | | 9/29/2005 | ($4.05) | $0.00 | $0.00 | $0.00 | $10.81 |
| Visit MO | DENISE JOHNSON | 9/30/2005 | $100.00 | $0.00 | $0.00 | $0.00 | $110.81 |
| | | | | | | Ending Mth Balance: | $110.81 |

# Prior Month -- Individual Statement

Date Printed: 12/28/2005

Page 1 of 1

## For Month of October 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $110.81 |
|---|---|---|---|---|---|---|
| 00155123 | JOHNSON | JAMES | E | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 10/6/2005 | ($53.85) | $0.00 | $0.00 | $0.00 | $56.96 |
| Payroll | | 10/6/2005 | $55.04 | $0.00 | $0.00 | $0.00 | $112.00 |
| Medical No Sh | | 10/10/2005 | $0.00 | ($6.00) | $0.00 | $0.00 | $112.00 |
| Medical No Sh | | 10/10/2005 | ($6.00) | $0.00 | $0.00 | $0.00 | $106.00 |
| Commissary | | 10/13/2005 | ($1.86) | $0.00 | $0.00 | $0.00 | $104.14 |
| Visit MO | DENISE EVANS | 10/14/2005 | $40.00 | $0.00 | $0.00 | $0.00 | $144.14 |
| Mail MO | SONYA BUTLER | 10/17/2005 | $30.00 | $0.00 | $0.00 | $0.00 | $174.14 |
| Mail CK | EDWARD BOOTH | 10/17/2005 | $0.00 | $0.00 | $0.00 | $120.00 | $174.14 |
| Pay-To | PHYLLIS ROWE | 10/17/2005 | ($100.00) | $0.00 | $0.00 | $0.00 | $74.14 |
| Mail MO | MICHELLE HITCHENS | 10/19/2005 | $100.00 | $0.00 | $0.00 | $0.00 | $174.14 |
| Commissary | | 10/20/2005 | ($7.30) | $0.00 | $0.00 | $0.00 | $166.84 |
| Pay-To | PHYLLIS ROWE | 10/24/2005 | ($150.00) | $0.00 | $0.00 | $0.00 | $16.84 |
| Commissary | | 10/27/2005 | ($9.87) | $0.00 | $0.00 | $0.00 | $6.97 |

**Ending Mth Balance:** $6.97

## Prior Month -- Individual Statement

Date Printed: 12/28/2005 　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1 of 1

## For Month of November 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $6.97 |
|---|---|---|---|---|---|---|
| 00155123 | JOHNSON | JAMES | E | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Mail CK | EDWARD BOOTH | 11/1/2005 | $120.00 | $0.00 | $0.00 | $0.00 | $126.97 |
| Commissary | | 11/3/2005 | ($9.81) | $0.00 | $0.00 | $0.00 | $117.16 |
| Payroll | | 11/4/2005 | $55.68 | $0.00 | $0.00 | $0.00 | $172.84 |
| Commissary | | 11/10/2005 | ($13.41) | $0.00 | $0.00 | $0.00 | $159.43 |
| Pay-To | PHYLLIS ROWE | 11/14/2005 | ($100.00) | $0.00 | $0.00 | $0.00 | $59.43 |
| Mail MO | TAMMY WINTERD? | 11/14/2005 | $50.00 | $0.00 | $0.00 | $0.00 | $109.43 |
| Commissary | | 11/17/2005 | ($37.62) | $0.00 | $0.00 | $0.00 | $71.81 |
| Visit MO | FAMILY | 11/28/2005 | $50.00 | $0.00 | $0.00 | $0.00 | $121.81 |
| | | | | | | Ending Mth Balance: | $121.81 |

I/M: James Johnson
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

Clerk
U.S. District Court
Lockbox 18
844 N. King Street
Wilmington, DE 19801