Printed: 12/28/2005

**Average Daily Balance For Pauper Filing**
*For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005*

Page 1 of 4

SBI: 00258693        NAME:    SPIVEY, KEVIN

| Date | Balance |
| --- | --- |
| 06/01/2005 | $0.00 |
| 06/02/2005 | $0.00 |
| 06/03/2005 | $0.00 |
| 06/04/2005 | $0.00 |
| 06/05/2005 | $0.00 |
| 06/06/2005 | $0.00 |
| 06/07/2005 | $68.34 |
| 06/08/2005 | $68.34 |
| 06/09/2005 | $21.22 |
| 06/10/2005 | $21.22 |
| 06/11/2005 | $21.22 |
| 06/12/2005 | $21.22 |
| 06/13/2005 | $21.22 |
| 06/14/2005 | $21.22 |
| 06/15/2005 | $21.22 |
| 06/16/2005 | $16.98 |
| 06/17/2005 | $16.98 |
| 06/18/2005 | $16.98 |
| 06/19/2005 | $16.98 |
| 06/20/2005 | $16.98 |
| 06/21/2005 | $16.98 |
| 06/22/2005 | $16.98 |
| 06/23/2005 | $4.40 |
| 06/24/2005 | $4.40 |
| 06/25/2005 | $4.40 |
| 06/26/2005 | $4.40 |
| 06/27/2005 | $4.40 |
| 06/28/2005 | $4.40 |
| 06/29/2005 | $4.40 |
| 06/30/2005 | $4.40 |
| 07/01/2005 | $39.96 |
| 07/02/2005 | $39.96 |
| 07/03/2005 | $39.96 |
| 07/04/2005 | $39.96 |
| 07/05/2005 | $39.96 |
| 07/06/2005 | $39.96 |
| 07/07/2005 | $5.72 |
| 07/08/2005 | $5.72 |
| 07/09/2005 | $5.72 |
| 07/10/2005 | $5.72 |
| 07/11/2005 | $5.72 |
| 07/12/2005 | $5.72 |
| 07/13/2005 | $5.72 |
| 07/14/2005 | $5.72 |
| 07/15/2005 | $5.72 |
| 07/16/2005 | $5.72 |
| 07/17/2005 | $5.72 |
| 07/18/2005 | $5.72 |

05-823(KAJ)

FILED
JAN - 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Printed: 12/28/2005

## Average Daily Balance For Pauper Filing

*For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005*

Page 2 of 4

SBI: 00258693    NAME:  SPIVEY, KEVIN

| Date | Balance |
|---|---|
| 07/19/2005 | $5.72 |
| 07/20/2005 | $5.72 |
| 07/21/2005 | $5.04 |
| 07/22/2005 | $5.04 |
| 07/23/2005 | $5.04 |
| 07/24/2005 | $5.04 |
| 07/25/2005 | $5.04 |
| 07/26/2005 | $5.04 |
| 07/27/2005 | $54.81 |
| 07/28/2005 | $51.74 |
| 07/29/2005 | $96.74 |
| 07/30/2005 | $96.74 |
| 07/31/2005 | $96.74 |
| 08/01/2005 | $96.74 |
| 08/02/2005 | $96.74 |
| 08/03/2005 | $96.74 |
| 08/04/2005 | $42.94 |
| 08/05/2005 | $93.10 |
| 08/06/2005 | $93.10 |
| 08/07/2005 | $93.10 |
| 08/08/2005 | $93.10 |
| 08/09/2005 | $93.10 |
| 08/10/2005 | $93.10 |
| 08/11/2005 | $107.98 |
| 08/12/2005 | $107.98 |
| 08/13/2005 | $107.98 |
| 08/14/2005 | $107.98 |
| 08/15/2005 | $107.98 |
| 08/16/2005 | $107.98 |
| 08/17/2005 | $107.98 |
| 08/18/2005 | $70.08 |
| 08/19/2005 | $35.08 |
| 08/20/2005 | $35.08 |
| 08/21/2005 | $35.08 |
| 08/22/2005 | $35.08 |
| 08/23/2005 | $35.08 |
| 08/24/2005 | $35.08 |
| 08/25/2005 | $11.21 |
| 08/26/2005 | $41.21 |
| 08/27/2005 | $41.21 |
| 08/28/2005 | $41.21 |
| 08/29/2005 | $41.21 |
| 08/30/2005 | $41.21 |
| 08/31/2005 | $41.21 |
| 09/01/2005 | $15.59 |
| 09/02/2005 | $15.59 |
| 09/03/2005 | $15.59 |
| 09/04/2005 | $15.59 |

Printed: 12/28/2005

## Average Daily Balance For Pauper Filing
*For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005*

Page 3 of 4

SBI: 00258693     NAME: SPIVEY, KEVIN

| Date | Balance |
|---|---|
| 09/05/2005 | $15.59 |
| 09/06/2005 | $15.59 |
| 09/07/2005 | $15.59 |
| 09/08/2005 | $43.08 |
| 09/09/2005 | $43.08 |
| 09/10/2005 | $43.08 |
| 09/11/2005 | $43.08 |
| 09/12/2005 | $43.08 |
| 09/13/2005 | $43.08 |
| 09/14/2005 | $43.08 |
| 09/15/2005 | $20.24 |
| 09/16/2005 | $20.24 |
| 09/17/2005 | $20.24 |
| 09/18/2005 | $20.24 |
| 09/19/2005 | $20.24 |
| 09/20/2005 | $20.24 |
| 09/21/2005 | $20.24 |
| 09/22/2005 | $1.69 |
| 09/23/2005 | $1.69 |
| 09/24/2005 | $1.69 |
| 09/25/2005 | $1.69 |
| 09/26/2005 | $1.69 |
| 09/27/2005 | $1.69 |
| 09/28/2005 | $1.69 |
| 09/29/2005 | $1.69 |
| 09/30/2005 | $1.69 |
| 10/01/2005 | $1.69 |
| 10/02/2005 | $1.69 |
| 10/03/2005 | $1.69 |
| 10/04/2005 | $1.69 |
| 10/05/2005 | $1.69 |
| 10/06/2005 | $40.09 |
| 10/07/2005 | $40.09 |
| 10/08/2005 | $40.09 |
| 10/09/2005 | $40.09 |
| 10/10/2005 | $40.09 |
| 10/11/2005 | $40.09 |
| 10/12/2005 | $40.09 |
| 10/13/2005 | $13.07 |
| 10/14/2005 | $13.07 |
| 10/15/2005 | $13.07 |
| 10/16/2005 | $13.07 |
| 10/17/2005 | $13.07 |
| 10/18/2005 | $13.07 |
| 10/19/2005 | $13.07 |
| 10/20/2005 | $3.80 |
| 10/21/2005 | $3.80 |
| 10/22/2005 | $3.80 |

Printed: 12/28/2005

## Average Daily Balance For Pauper Filing
### For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005

Page 4 of 4

SBI: 00258693        NAME:   SPIVEY, KEVIN

| Date | Balance |
|---|---|
| 10/23/2005 | $3.80 |
| 10/24/2005 | $3.80 |
| 10/25/2005 | $3.80 |
| 10/26/2005 | $23.80 |
| 10/27/2005 | $6.65 |
| 10/28/2005 | $6.65 |
| 10/29/2005 | $6.65 |
| 10/30/2005 | $6.65 |
| 10/31/2005 | $6.65 |
| 11/01/2005 | $6.65 |
| 11/02/2005 | $6.65 |
| 11/03/2005 | $2.97 |
| 11/04/2005 | $41.37 |
| 11/05/2005 | $41.37 |
| 11/06/2005 | $41.37 |
| 11/07/2005 | $41.37 |
| 11/08/2005 | $41.37 |
| 11/09/2005 | $41.37 |
| 11/10/2005 | $16.03 |
| 11/11/2005 | $16.03 |
| 11/12/2005 | $16.03 |
| 11/13/2005 | $16.03 |
| 11/14/2005 | $16.03 |
| 11/15/2005 | $16.03 |
| 11/16/2005 | $16.03 |
| 11/17/2005 | $1.53 |
| 11/18/2005 | $1.53 |
| 11/19/2005 | $1.53 |
| 11/20/2005 | $1.53 |
| 11/21/2005 | $1.53 |
| 11/22/2005 | $1.53 |
| 11/23/2005 | $1.53 |
| 11/24/2005 | $1.53 |
| 11/25/2005 | $1.53 |
| 11/26/2005 | $1.53 |
| 11/27/2005 | $1.53 |
| 11/28/2005 | $1.53 |
| 11/29/2005 | $1.53 |
| 11/30/2005 | $1.53 |

Summary for 'SBI' = 00258693 (183 detail records)         **Average Daily Balance:    $26.22**

## Prior Month -- Individual Statement

Date Printed: 12/28/2005    Page 1 of 1

## For Month of June 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00258693 | SPIVEY | KEVIN | | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Medical | | 6/7/2005 | ($0.86) | $0.00 | $0.00 | $0.00 | ($0.86) |
| Mail MO | DANIEL ? | 6/7/2005 | $30.00 | $0.00 | $0.00 | $0.00 | $29.14 |
| Payroll | | 6/7/2005 | $39.20 | $0.00 | $0.00 | $0.00 | $68.34 |
| Commissary | | 6/9/2005 | ($47.12) | $0.00 | $0.00 | $0.00 | $21.22 |
| Commissary | | 6/16/2005 | ($4.24) | $0.00 | $0.00 | $0.00 | $16.98 |
| Commissary | | 6/23/2005 | ($12.58) | $0.00 | $0.00 | $0.00 | $4.40 |
| | | | | | | Ending Mth Balance: | $4.40 |

# Prior Month -- Individual Statement

Date Printed: 12/28/2005                                                                 Page 1 of 1

## For Month of July 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $4.40 |
|---|---|---|---|---|---|---|
| 00258693 | SPIVEY | KEVIN | | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Pay-To | | 7/1/2005 | ($7.00) | $0.00 | $0.00 | $0.00 | ($2.60) |
| Payroll | | 7/1/2005 | $42.56 | $0.00 | $0.00 | $0.00 | $39.96 |
| Medical | | 7/7/2005 | $0.00 | ($4.00) | $0.00 | $0.00 | $39.96 |
| Medical | | 7/7/2005 | ($4.00) | $0.00 | $0.00 | $0.00 | $35.96 |
| Commissary | | 7/7/2005 | ($30.24) | $0.00 | $0.00 | $0.00 | $5.72 |
| Commissary | | 7/21/2005 | ($0.68) | $0.00 | $0.00 | $0.00 | $5.04 |
| Postage | | 7/25/2005 | $0.00 | $0.00 | ($0.23) | $0.00 | $5.04 |
| Mail MO | DONAL TYREE | 7/27/2005 | $50.00 | $0.00 | $0.00 | $0.00 | $55.04 |
| Postage | | 7/27/2005 | ($0.23) | $0.00 | $0.00 | $0.00 | $54.81 |
| Commissary | | 7/28/2005 | ($3.07) | $0.00 | $0.00 | $0.00 | $51.74 |
| Mail MO | ATOYA TYREE | 7/29/2005 | $45.00 | $0.00 | $0.00 | $0.00 | $96.74 |
| | | | | | Ending Mth Balance: | | $96.74 |

## Prior Month -- Individual Statement

Date Printed: 12/28/2005                                                                 Page 1 of 1

### For Month of August 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $96.74 |
|---|---|---|---|---|---|---|
| 00258693 | SPIVEY | KEVIN | | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 8/4/2005 | ($53.80) | $0.00 | $0.00 | $0.00 | $42.94 |
| Payroll | | 8/5/2005 | $50.16 | $0.00 | $0.00 | $0.00 | $93.10 |
| Mail MO | PAUL DUTTON | 8/11/2005 | $40.00 | $0.00 | $0.00 | $0.00 | $133.10 |
| Commissary | | 8/11/2005 | ($25.12) | $0.00 | $0.00 | $0.00 | $107.98 |
| Commissary | | 8/18/2005 | ($37.90) | $0.00 | $0.00 | $0.00 | $70.08 |
| Pay-To | ATOYA TYREE | 8/19/2005 | ($35.00) | $0.00 | $0.00 | $0.00 | $35.08 |
| Commissary | | 8/25/2005 | ($23.87) | $0.00 | $0.00 | $0.00 | $11.21 |
| Visit MO | D. TYREE | 8/26/2005 | $30.00 | $0.00 | $0.00 | $0.00 | $41.21 |
| | | | | | | **Ending Mth Balance:** | **$41.21** |

## Prior Month -- Individual Statement

Date Printed: 12/28/2005              Page 1 of 1

### For Month of September 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $41.21 |
|---|---|---|---|---|---|---|
| 00258693 | SPIVEY | KEVIN | | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 9/1/2005 | ($25.62) | $0.00 | $0.00 | $0.00 | $15.59 |
| Commissary | | 9/8/2005 | ($10.91) | $0.00 | $0.00 | $0.00 | $4.68 |
| Payroll | | 9/8/2005 | $38.40 | $0.00 | $0.00 | $0.00 | $43.08 |
| Commissary | | 9/15/2005 | ($22.84) | $0.00 | $0.00 | $0.00 | $20.24 |
| Commissary | | 9/22/2005 | ($18.55) | $0.00 | $0.00 | $0.00 | $1.69 |
| | | | | | | **Ending Mth Balance:** | **$1.69** |

## Prior Month -- Individual Statement

Date Printed: 12/28/2005 　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1 of 1

## For Month of October 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $1.69 |
|---|---|---|---|---|---|---|
| 00258693 | SPIVEY | KEVIN | | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Payroll | | 10/6/2005 | $38.40 | $0.00 | $0.00 | $0.00 | $40.09 |
| Commissary | | 10/13/2005 | ($27.02) | $0.00 | $0.00 | $0.00 | $13.07 |
| Commissary | | 10/20/2005 | ($9.27) | $0.00 | $0.00 | $0.00 | $3.80 |
| Mail MO | ATOYA TYREE | 10/26/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $23.80 |
| Commissary | | 10/27/2005 | ($17.15) | $0.00 | $0.00 | $0.00 | $6.65 |
| | | | | | | Ending Mth Balance: | $6.65 |

# Prior Month -- Individual Statement

Date Printed: 12/28/2005                      Page 1 of 1

## For Month of November 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $6.65 |
|---|---|---|---|---|---|---|
| 00258693 | SPIVEY | KEVIN | | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 11/3/2005 | ($3.68) | $0.00 | $0.00 | $0.00 | $2.97 |
| Payroll | | 11/4/2005 | $38.40 | $0.00 | $0.00 | $0.00 | $41.37 |
| Commissary | | 11/10/2005 | ($25.34) | $0.00 | $0.00 | $0.00 | $16.03 |
| Commissary | | 11/17/2005 | ($14.50) | $0.00 | $0.00 | $0.00 | $1.53 |
| | | | | | | **Ending Mth Balance:** | **$1.53** |



clerks office
US District court
LockBox 18
844 N. King st   Wilm. DE.
19801

256693
I/M: Kevin Savey BLDG. Merit w
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947