Printed: 12/28/2005

## Average Daily Balance For Pauper Filing
### For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005

Page 1 of 4

SBI: 00137575          NAME:   WILLIAMS, GILBERT J J

| Date | Balance |
|---|---|
| 06/01/2005 | $0.00 |
| 06/02/2005 | $0.00 |
| 06/03/2005 | $0.00 |
| 06/04/2005 | $0.00 |
| 06/05/2005 | $0.00 |
| 06/06/2005 | $0.00 |
| 06/07/2005 | $16.02 |
| 06/08/2005 | $16.02 |
| 06/09/2005 | $0.00 |
| 06/10/2005 | $0.00 |
| 06/11/2005 | $0.00 |
| 06/12/2005 | $0.00 |
| 06/13/2005 | $30.00 |
| 06/14/2005 | $30.00 |
| 06/15/2005 | $30.00 |
| 06/16/2005 | $0.21 |
| 06/17/2005 | $20.21 |
| 06/18/2005 | $20.21 |
| 06/19/2005 | $20.21 |
| 06/20/2005 | $20.21 |
| 06/21/2005 | $20.21 |
| 06/22/2005 | $20.21 |
| 06/23/2005 | $0.13 |
| 06/24/2005 | $40.13 |
| 06/25/2005 | $40.13 |
| 06/26/2005 | $40.13 |
| 06/27/2005 | $40.13 |
| 06/28/2005 | $40.13 |
| 06/29/2005 | $40.13 |
| 06/30/2005 | $40.13 |
| 07/01/2005 | $57.41 |
| 07/02/2005 | $57.41 |
| 07/03/2005 | $57.41 |
| 07/04/2005 | $57.41 |
| 07/05/2005 | $57.41 |
| 07/06/2005 | $57.41 |
| 07/07/2005 | $0.10 |
| 07/08/2005 | $0.10 |
| 07/09/2005 | $0.10 |
| 07/10/2005 | $0.10 |
| 07/11/2005 | $0.10 |
| 07/12/2005 | $0.10 |
| 07/13/2005 | $0.10 |
| 07/14/2005 | $0.10 |
| 07/15/2005 | $15.10 |
| 07/16/2005 | $15.10 |
| 07/17/2005 | $15.10 |
| 07/18/2005 | $15.10 |



05-823

FILED
JAN - 5 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Printed: 12/28/2005

## Average Daily Balance For Pauper Filing
### For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005

Page 2 of 4

SBI: 00137575        NAME:   WILLIAMS, GILBERT J J

| Date | Balance |
| --- | --- |
| 07/19/2005 | $15.10 |
| 07/20/2005 | $15.10 |
| 07/21/2005 | $0.17 |
| 07/22/2005 | $0.17 |
| 07/23/2005 | $0.17 |
| 07/24/2005 | $0.17 |
| 07/25/2005 | $15.17 |
| 07/26/2005 | $15.17 |
| 07/27/2005 | $15.17 |
| 07/28/2005 | $0.20 |
| 07/29/2005 | $0.20 |
| 07/30/2005 | $0.20 |
| 07/31/2005 | $0.20 |
| 08/01/2005 | $25.20 |
| 08/02/2005 | $25.20 |
| 08/03/2005 | $25.20 |
| 08/04/2005 | $0.00 |
| 08/05/2005 | $21.42 |
| 08/06/2005 | $21.42 |
| 08/07/2005 | $21.42 |
| 08/08/2005 | $21.42 |
| 08/09/2005 | $21.42 |
| 08/10/2005 | $21.42 |
| 08/11/2005 | $0.07 |
| 08/12/2005 | $0.07 |
| 08/13/2005 | $0.07 |
| 08/14/2005 | $0.07 |
| 08/15/2005 | $0.07 |
| 08/16/2005 | $0.07 |
| 08/17/2005 | $0.07 |
| 08/18/2005 | $0.07 |
| 08/19/2005 | $0.07 |
| 08/20/2005 | $0.07 |
| 08/21/2005 | $0.07 |
| 08/22/2005 | $0.07 |
| 08/23/2005 | $0.07 |
| 08/24/2005 | $0.07 |
| 08/25/2005 | $0.07 |
| 08/26/2005 | $20.07 |
| 08/27/2005 | $20.07 |
| 08/28/2005 | $20.07 |
| 08/29/2005 | $20.07 |
| 08/30/2005 | $20.07 |
| 08/31/2005 | $20.07 |
| 09/01/2005 | $0.00 |
| 09/02/2005 | $0.00 |
| 09/03/2005 | $0.00 |
| 09/04/2005 | $0.00 |

Printed: 12/28/2005

## Average Daily Balance For Pauper Filing
### For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005

Page 3 of 4

SBI: 00137575        NAME:   WILLIAMS, GILBERT J J

| Date | Balance |
|---|---|
| 09/05/2005 | $0.00 |
| 09/06/2005 | $20.00 |
| 09/07/2005 | $20.00 |
| 09/08/2005 | $26.64 |
| 09/09/2005 | $26.64 |
| 09/10/2005 | $26.64 |
| 09/11/2005 | $26.64 |
| 09/12/2005 | $26.64 |
| 09/13/2005 | $26.64 |
| 09/14/2005 | $26.64 |
| 09/15/2005 | $0.37 |
| 09/16/2005 | $25.37 |
| 09/17/2005 | $25.37 |
| 09/18/2005 | $25.37 |
| 09/19/2005 | $25.37 |
| 09/20/2005 | $25.37 |
| 09/21/2005 | $25.37 |
| 09/22/2005 | $0.04 |
| 09/23/2005 | $0.04 |
| 09/24/2005 | $0.04 |
| 09/25/2005 | $0.04 |
| 09/26/2005 | $0.04 |
| 09/27/2005 | $0.04 |
| 09/28/2005 | $0.04 |
| 09/29/2005 | $0.04 |
| 09/30/2005 | $0.04 |
| 10/01/2005 | $0.04 |
| 10/02/2005 | $0.04 |
| 10/03/2005 | $0.04 |
| 10/04/2005 | $0.04 |
| 10/05/2005 | $0.04 |
| 10/06/2005 | $21.10 |
| 10/07/2005 | $36.10 |
| 10/08/2005 | $36.10 |
| 10/09/2005 | $36.10 |
| 10/10/2005 | $36.10 |
| 10/11/2005 | $36.10 |
| 10/12/2005 | $36.10 |
| 10/13/2005 | $0.10 |
| 10/14/2005 | $15.10 |
| 10/15/2005 | $15.10 |
| 10/16/2005 | $15.10 |
| 10/17/2005 | $15.10 |
| 10/18/2005 | $15.10 |
| 10/19/2005 | $15.10 |
| 10/20/2005 | $0.28 |
| 10/21/2005 | $0.28 |
| 10/22/2005 | $0.28 |

Printed: 12/28/2005

## Average Daily Balance For Pauper Filing
*For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005*

Page 4 of 4

SBI: 00137575    NAME:    WILLIAMS, GILBERT J J

| Date | Balance |
|---|---|
| 10/23/2005 | $0.28 |
| 10/24/2005 | $0.28 |
| 10/25/2005 | $0.28 |
| 10/26/2005 | $0.28 |
| 10/27/2005 | $0.28 |
| 10/28/2005 | $0.28 |
| 10/29/2005 | $0.28 |
| 10/30/2005 | $0.28 |
| 10/31/2005 | $0.28 |
| 11/01/2005 | $15.28 |
| 11/02/2005 | $15.28 |
| 11/03/2005 | $15.28 |
| 11/04/2005 | $56.24 |
| 11/05/2005 | $56.24 |
| 11/06/2005 | $56.24 |
| 11/07/2005 | $56.24 |
| 11/08/2005 | $56.24 |
| 11/09/2005 | $56.24 |
| 11/10/2005 | $1.34 |
| 11/11/2005 | $1.34 |
| 11/12/2005 | $1.34 |
| 11/13/2005 | $1.34 |
| 11/14/2005 | $1.34 |
| 11/15/2005 | $1.34 |
| 11/16/2005 | $1.34 |
| 11/17/2005 | $0.19 |
| 11/18/2005 | $25.19 |
| 11/19/2005 | $25.19 |
| 11/20/2005 | $25.19 |
| 11/21/2005 | $25.19 |
| 11/22/2005 | $25.19 |
| 11/23/2005 | $25.19 |
| 11/24/2005 | $25.19 |
| 11/25/2005 | $25.19 |
| 11/26/2005 | $25.19 |
| 11/27/2005 | $25.19 |
| 11/28/2005 | $25.19 |
| 11/29/2005 | $25.19 |
| 11/30/2005 | $25.19 |

Summary for 'SBI' = 00137575 (183 detail records)    **Average Daily Balance:    $15.11**

## Prior Month -- Individual Statement

Date Printed: 12/28/2005                                                                 Page 1 of 1

## For Month of June 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00137575 | WILLIAMS | GILBERT | J | J | | |
| **Current Location:** | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Payroll | | 6/7/2005 | $16.02 | $0.00 | $0.00 | $0.00 | $16.02 |
| Commissary | | 6/9/2005 | ($16.02) | $0.00 | $0.00 | $0.00 | $0.00 |
| Mail MO | GARDNER WILLIAMS | 6/13/2005 | $30.00 | $0.00 | $0.00 | $0.00 | $30.00 |
| Commissary | | 6/16/2005 | ($29.79) | $0.00 | $0.00 | $0.00 | $0.21 |
| Visit MO | GILBERT WILLIAMS | 6/17/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $20.21 |
| Commissary | | 6/23/2005 | ($20.08) | $0.00 | $0.00 | $0.00 | $0.13 |
| Visit MO | MARILYN HALL | 6/24/2005 | $40.00 | $0.00 | $0.00 | $0.00 | $40.13 |
| | | | | | | **Ending Mth Balance:** | **$40.13** |

## Prior Month -- Individual Statement

Date Printed: 12/28/2005                                                                 Page 1 of 1

## For Month of July 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $40.13 |
|---|---|---|---|---|---|---|
| 00137575 | WILLIAMS | GILBERT | J | J | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Payroll | | 7/1/2005 | $17.28 | $0.00 | $0.00 | $0.00 | $57.41 |
| Commissary | | 7/7/2005 | ($57.31) | $0.00 | $0.00 | $0.00 | $0.10 |
| Visit MO | MARILYN HALL | 7/15/2005 | $15.00 | $0.00 | $0.00 | $0.00 | $15.10 |
| Commissary | | 7/21/2005 | ($14.93) | $0.00 | $0.00 | $0.00 | $0.17 |
| Visit MO | MARILYN HALL | 7/25/2005 | $15.00 | $0.00 | $0.00 | $0.00 | $15.17 |
| Commissary | | 7/28/2005 | ($14.97) | $0.00 | $0.00 | $0.00 | $0.20 |

Ending Mth Balance: $0.20

## Prior Month -- Individual Statement

Date Printed: 12/28/2005                                                                 Page 1 of 1

## For Month of August 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.20 |
|---|---|---|---|---|---|---|
| 00137575 | WILLIAMS | GILBERT | J | J | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Visit MO | CANNON | 8/1/2005 | $25.00 | $0.00 | $0.00 | $0.00 | $25.20 |
| Commissary | | 8/4/2005 | ($25.20) | $0.00 | $0.00 | $0.00 | $0.00 |
| Payroll | | 8/5/2005 | $21.42 | $0.00 | $0.00 | $0.00 | $21.42 |
| Commissary | | 8/11/2005 | ($21.35) | $0.00 | $0.00 | $0.00 | $0.07 |
| Visit MO | CANNON | 8/26/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $20.07 |
| | | | | | | Ending Mth Balance: | $20.07 |

## Prior Month -- Individual Statement

Date Printed: 12/28/2005              Page 1 of 1

### For Month of September 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $20.07 |
|---|---|---|---|---|---|---|
| 00137575 | WILLIAMS | GILBERT | J | J | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 9/1/2005 | ($20.07) | $0.00 | $0.00 | $0.00 | $0.00 |
| Mail MO | GARDNER WILLIAMS | 9/6/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $20.00 |
| Commissary | | 9/8/2005 | ($20.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| Payroll | | 9/8/2005 | $26.64 | $0.00 | $0.00 | $0.00 | $26.64 |
| Commissary | | 9/15/2005 | ($26.27) | $0.00 | $0.00 | $0.00 | $0.37 |
| Visit MO | M. HALL & V. CANNO | 9/16/2005 | $25.00 | $0.00 | $0.00 | $0.00 | $25.37 |
| Commissary | | 9/22/2005 | ($25.33) | $0.00 | $0.00 | $0.00 | $0.04 |

Ending Mth Balance:    $0.04

## Prior Month -- Individual Statement

Date Printed: 12/28/2005                      Page 1 of 1

### For Month of October 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.04 |
|---|---|---|---|---|---|---|
| 00137575 | WILLIAMS | GILBERT | J | J | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Payroll | | 10/6/2005 | $21.06 | $0.00 | $0.00 | $0.00 | $21.10 |
| Visit MO | CANNON | 10/7/2005 | $15.00 | $0.00 | $0.00 | $0.00 | $36.10 |
| Commissary | | 10/13/2005 | ($36.00) | $0.00 | $0.00 | $0.00 | $0.10 |
| Visit MO | MARILYN HALL | 10/14/2005 | $15.00 | $0.00 | $0.00 | $0.00 | $15.10 |
| Commissary | | 10/20/2005 | ($14.82) | $0.00 | $0.00 | $0.00 | $0.28 |
| | | | | | | Ending Mth Balance: | $0.28 |

# Prior Month -- Individual Statement

Date Printed: 12/28/2005

Page 1 of 1

## For Month of November 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.28 |
|---|---|---|---|---|---|---|
| 00137575 | WILLIAMS | GILBERT | J | J | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Visit MO | MARILYN HALL | 11/1/2005 | $15.00 | $0.00 | $0.00 | $0.00 | $15.28 |
| Payroll | | 11/4/2005 | $40.96 | $0.00 | $0.00 | $0.00 | $56.24 |
| Commissary | | 11/10/2005 | ($54.90) | $0.00 | $0.00 | $0.00 | $1.34 |
| Commissary | | 11/17/2005 | ($1.15) | $0.00 | $0.00 | $0.00 | $0.19 |
| Visit MO | GILDA DILLARD | 11/18/2005 | $25.00 | $0.00 | $0.00 | $0.00 | $25.19 |
| | | | | | | Ending Mth Balance: | $25.19 |