Printed: 12/16/2005

*Average Daily Balance For Pauper Filing*
*For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005*

Page 1 of 4

SBI: 00282852       NAME:   YOUNG, DARUS E

| Date | Balance |
|---|---|
| 06/01/2005 | $0.75 |
| 06/02/2005 | $0.75 |
| 06/03/2005 | $0.75 |
| 06/04/2005 | $0.75 |
| 06/05/2005 | $0.75 |
| 06/06/2005 | $0.75 |
| 06/07/2005 | $5.09 |
| 06/08/2005 | $5.09 |
| 06/09/2005 | $0.03 |
| 06/10/2005 | $0.03 |
| 06/11/2005 | $0.03 |
| 06/12/2005 | $0.03 |
| 06/13/2005 | $50.03 |
| 06/14/2005 | $50.03 |
| 06/15/2005 | $50.03 |
| 06/16/2005 | $2.52 |
| 06/17/2005 | $2.52 |
| 06/18/2005 | $2.52 |
| 06/19/2005 | $2.52 |
| 06/20/2005 | $2.52 |
| 06/21/2005 | $2.52 |
| 06/22/2005 | $2.52 |
| 06/23/2005 | $2.52 |
| 06/24/2005 | $2.52 |
| 06/25/2005 | $2.52 |
| 06/26/2005 | $2.52 |
| 06/27/2005 | $2.52 |
| 06/28/2005 | $2.52 |
| 06/29/2005 | $2.52 |
| 06/30/2005 | $2.52 |
| 07/01/2005 | $1.97 |
| 07/02/2005 | $1.97 |
| 07/03/2005 | $1.97 |
| 07/04/2005 | $1.97 |
| 07/05/2005 | $1.97 |
| 07/06/2005 | $1.97 |
| 07/07/2005 | $1.97 |
| 07/08/2005 | $1.97 |
| 07/09/2005 | $1.97 |
| 07/10/2005 | $1.97 |
| 07/11/2005 | $1.97 |
| 07/12/2005 | $1.97 |
| 07/13/2005 | $1.97 |
| 07/14/2005 | $0.05 |
| 07/15/2005 | $0.05 |
| 07/16/2005 | $0.05 |
| 07/17/2005 | $0.05 |
| 07/18/2005 | $0.05 |

05-823



FILED
JAN - 5 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Printed: 12/16/2005

## Average Daily Balance For Pauper Filing
*For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005*

Page 2 of 4

SBI: 00282852        NAME:   YOUNG, DARUS E

| Date | Balance |
|---|---|
| 07/19/2005 | $0.05 |
| 07/20/2005 | $0.05 |
| 07/21/2005 | $0.05 |
| 07/22/2005 | $0.05 |
| 07/23/2005 | $0.05 |
| 07/24/2005 | $0.05 |
| 07/25/2005 | $0.05 |
| 07/26/2005 | $0.05 |
| 07/27/2005 | $0.05 |
| 07/28/2005 | $0.05 |
| 07/29/2005 | $0.05 |
| 07/30/2005 | $0.05 |
| 07/31/2005 | $0.05 |
| 08/01/2005 | $0.05 |
| 08/02/2005 | $0.05 |
| 08/03/2005 | $0.05 |
| 08/04/2005 | $0.05 |
| 08/05/2005 | $12.65 |
| 08/06/2005 | $12.65 |
| 08/07/2005 | $12.65 |
| 08/08/2005 | $12.65 |
| 08/09/2005 | $12.65 |
| 08/10/2005 | $12.65 |
| 08/11/2005 | $2.65 |
| 08/12/2005 | $2.65 |
| 08/13/2005 | $2.65 |
| 08/14/2005 | $2.65 |
| 08/15/2005 | $2.65 |
| 08/16/2005 | $2.65 |
| 08/17/2005 | $2.65 |
| 08/18/2005 | $2.65 |
| 08/19/2005 | $2.65 |
| 08/20/2005 | $2.65 |
| 08/21/2005 | $2.65 |
| 08/22/2005 | $2.65 |
| 08/23/2005 | $2.65 |
| 08/24/2005 | $2.65 |
| 08/25/2005 | $2.65 |
| 08/26/2005 | $2.65 |
| 08/27/2005 | $2.65 |
| 08/28/2005 | $2.65 |
| 08/29/2005 | $0.36 |
| 08/30/2005 | $0.36 |
| 08/31/2005 | $0.36 |
| 09/01/2005 | $0.36 |
| 09/02/2005 | $0.36 |
| 09/03/2005 | $0.36 |
| 09/04/2005 | $0.36 |

Printed: 12/16/2005

## Average Daily Balance For Pauper Filing
*For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005*

Page 3 of 4

**SBI:** 00282852          **NAME:**   YOUNG, DARUS E

| Date | Balance |
| --- | --- |
| 09/05/2005 | $0.36 |
| 09/06/2005 | $0.36 |
| 09/07/2005 | $0.36 |
| 09/08/2005 | $11.70 |
| 09/09/2005 | $11.70 |
| 09/10/2005 | $11.70 |
| 09/11/2005 | $11.70 |
| 09/12/2005 | $11.70 |
| 09/13/2005 | $11.70 |
| 09/14/2005 | $11.70 |
| 09/15/2005 | $0.00 |
| 09/16/2005 | $0.00 |
| 09/17/2005 | $0.00 |
| 09/18/2005 | $0.00 |
| 09/19/2005 | $0.00 |
| 09/20/2005 | $0.00 |
| 09/21/2005 | $0.00 |
| 09/22/2005 | $0.00 |
| 09/23/2005 | $0.00 |
| 09/24/2005 | $0.00 |
| 09/25/2005 | $0.00 |
| 09/26/2005 | $0.00 |
| 09/27/2005 | $0.00 |
| 09/28/2005 | $0.00 |
| 09/29/2005 | $0.00 |
| 09/30/2005 | $0.00 |
| 10/01/2005 | $0.00 |
| 10/02/2005 | $0.00 |
| 10/03/2005 | $0.00 |
| 10/04/2005 | $0.00 |
| 10/05/2005 | $0.00 |
| 10/06/2005 | $14.54 |
| 10/07/2005 | $14.54 |
| 10/08/2005 | $14.54 |
| 10/09/2005 | $14.54 |
| 10/10/2005 | $14.54 |
| 10/11/2005 | $14.54 |
| 10/12/2005 | $14.54 |
| 10/13/2005 | $2.98 |
| 10/14/2005 | $2.98 |
| 10/15/2005 | $2.98 |
| 10/16/2005 | $2.98 |
| 10/17/2005 | $2.98 |
| 10/18/2005 | $2.98 |
| 10/19/2005 | $2.98 |
| 10/20/2005 | $0.14 |
| 10/21/2005 | $0.14 |
| 10/22/2005 | $0.14 |

Printed: 12/16/2005

*Average Daily Balance For Pauper Filing*
*For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005*

Page 4 of 4

SBI: 00282852    NAME:   YOUNG, DARUS E

| Date | Balance |
|---|---|
| 10/23/2005 | $0.14 |
| 10/24/2005 | $0.14 |
| 10/25/2005 | $0.14 |
| 10/26/2005 | $0.14 |
| 10/27/2005 | $0.14 |
| 10/28/2005 | $0.14 |
| 10/29/2005 | $0.14 |
| 10/30/2005 | $0.14 |
| 10/31/2005 | $0.14 |
| 11/01/2005 | $0.14 |
| 11/02/2005 | $0.14 |
| 11/03/2005 | $0.14 |
| 11/04/2005 | $8.96 |
| 11/05/2005 | $8.96 |
| 11/06/2005 | $8.96 |
| 11/07/2005 | $8.96 |
| 11/08/2005 | $8.96 |
| 11/09/2005 | $8.96 |
| 11/10/2005 | $0.00 |
| 11/11/2005 | $0.00 |
| 11/12/2005 | $0.00 |
| 11/13/2005 | $0.00 |
| 11/14/2005 | $0.00 |
| 11/15/2005 | $0.00 |
| 11/16/2005 | $0.00 |
| 11/17/2005 | $0.00 |
| 11/18/2005 | $0.00 |
| 11/19/2005 | $0.00 |
| 11/20/2005 | $0.00 |
| 11/21/2005 | $0.00 |
| 11/22/2005 | $0.00 |
| 11/23/2005 | $0.00 |
| 11/24/2005 | $0.00 |
| 11/25/2005 | $0.00 |
| 11/26/2005 | $0.00 |
| 11/27/2005 | $0.00 |
| 11/28/2005 | $0.00 |
| 11/29/2005 | $0.00 |
| 11/30/2005 | $0.00 |

Summary for 'SBI' = 00282852 (183 detail records)    **Average Daily Balance:**    $3.37

## Prior Month -- Individual Statement

Date Printed: 12/16/2005        Page 1 of 1

### For Month of June 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.75 |
|---|---|---|---|---|---|---|
| 00282852 | YOUNG | DARUS | E | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Pay-To | | 6/7/2005 | ($7.00) | $0.00 | $0.00 | $0.00 | ($6.25) |
| Payroll | | 6/7/2005 | $11.34 | $0.00 | $0.00 | $0.00 | $5.09 |
| Commissary | | 6/9/2005 | ($5.06) | $0.00 | $0.00 | $0.00 | $0.03 |
| Visit MO | VALERIE MANN | 6/13/2005 | $50.00 | $0.00 | $0.00 | $0.00 | $50.03 |
| Commissary | | 6/16/2005 | ($47.51) | $0.00 | $0.00 | $0.00 | $2.52 |
| | | | | | | **Ending Mth Balance:** | **$2.52** |

# Prior Month -- Individual Statement

Date Printed: 12/16/2005　　　　　　　　　　　　　　　　　　　　　　　　Page 1 of 1

## For Month of July 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $2.52 |
|---|---|---|---|---|---|---|
| 00282852 | YOUNG | DARUS | E | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Pay-To | | 7/1/2005 | ($12.25) | $0.00 | $0.00 | $0.00 | ($9.73) |
| Payroll | | 7/1/2005 | $11.70 | $0.00 | $0.00 | $0.00 | $1.97 |
| Commissary | | 7/14/2005 | ($1.92) | $0.00 | $0.00 | $0.00 | $0.05 |
| | | | | | Ending Mth Balance: | | $0.05 |

# Prior Month -- Individual Statement

Date Printed: 12/16/2005            Page 1 of 1

## For Month of August 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.05 |
|---|---|---|---|---|---|---|
| 00282852 | YOUNG | DARUS | E | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Payroll | | 8/5/2005 | $12.60 | $0.00 | $0.00 | $0.00 | $12.65 |
| Commissary | | 8/11/2005 | ($10.00) | $0.00 | $0.00 | $0.00 | $2.65 |
| Postage | | 8/12/2005 | $0.00 | $0.00 | ($2.06) | $0.00 | $2.65 |
| Postage | | 8/23/2005 | $0.00 | $0.00 | ($0.23) | $0.00 | $2.65 |
| Postage | | 8/29/2005 | ($2.06) | $0.00 | $0.00 | $0.00 | $0.59 |
| Postage | | 8/29/2005 | ($0.23) | $0.00 | $0.00 | $0.00 | $0.36 |

                                                             **Ending Mth Balance:**    $0.36

# Prior Month -- Individual Statement

Date Printed: 12/16/2005                                                                                     Page 1 of 1

## For Month of September 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.36 |
|---|---|---|---|---|---|---|
| 00282852 | YOUNG | DARUS | E | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Payroll | | 9/8/2005 | $11.34 | $0.00 | $0.00 | $0.00 | $11.70 |
| Commissary | | 9/15/2005 | ($11.70) | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | Ending Mth Balance: | | $0.00 |

# Prior Month -- Individual Statement

Date Printed: 12/16/2005                                                                 Page 1 of 1

## For Month of October 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00282852 | YOUNG | DARUS | E | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Medical | | 10/2/2005 | $0.00 | ($4.00) | $0.00 | $0.00 | $0.00 |
| Medical | | 10/6/2005 | ($4.00) | $0.00 | $0.00 | $0.00 | ($4.00) |
| Payroll | | 10/6/2005 | $18.54 | $0.00 | $0.00 | $0.00 | $14.54 |
| Commissary | | 10/13/2005 | ($11.56) | $0.00 | $0.00 | $0.00 | $2.98 |
| Commissary | | 10/20/2005 | ($2.84) | $0.00 | $0.00 | $0.00 | $0.14 |
| | | | | | **Ending Mth Balance:** | | **$0.14** |

## Prior Month -- Individual Statement

Date Printed: 12/16/2005            Page 1 of 1

### For Month of November 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.14 |
|---|---|---|---|---|---|---|
| 00282852 | YOUNG | DARUS | E | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Payroll | | 11/4/2005 | $8.82 | $0.00 | $0.00 | $0.00 | $8.96 |
| Commissary | | 11/10/2005 | ($8.96) | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | Ending Mth Balance: | $0.00 |