Printed: 12/14/2005          *Average Daily Balance For Pauper Filing*          Page 1 of 4
*For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005*

SBI: *00171250*          NAME:    *JACKSON, GEORGE A*

| Date | Balance |
|---|---|
| 06/01/2005 | $14.03 |
| 06/02/2005 | $14.03 |
| 06/03/2005 | $14.03 |
| 06/04/2005 | $14.03 |
| 06/05/2005 | $14.03 |
| 06/06/2005 | $1.98 |
| 06/07/2005 | $60.94 |
| 06/08/2005 | $56.94 |
| 06/09/2005 | $25.42 |
| 06/10/2005 | $25.42 |
| 06/11/2005 | $25.42 |
| 06/12/2005 | $25.42 |
| 06/13/2005 | $25.42 |
| 06/14/2005 | $25.42 |
| 06/15/2005 | $25.42 |
| 06/16/2005 | $18.92 |
| 06/17/2005 | $18.92 |
| 06/18/2005 | $18.92 |
| 06/19/2005 | $18.92 |
| 06/20/2005 | $18.92 |
| 06/21/2005 | $18.92 |
| 06/22/2005 | $18.92 |
| 06/23/2005 | $18.92 |
| 06/24/2005 | $18.92 |
| 06/25/2005 | $18.92 |
| 06/26/2005 | $18.92 |
| 06/27/2005 | $18.92 |
| 06/28/2005 | $13.17 |
| 06/29/2005 | $13.17 |
| 06/30/2005 | $13.17 |
| 07/01/2005 | $69.93 |
| 07/02/2005 | $69.93 |
| 07/03/2005 | $69.93 |
| 07/04/2005 | $69.93 |
| 07/05/2005 | $69.93 |
| 07/06/2005 | $58.14 |
| 07/07/2005 | $24.78 |
| 07/08/2005 | $24.78 |
| 07/09/2005 | $24.78 |
| 07/10/2005 | $24.78 |
| 07/11/2005 | $24.78 |
| 07/12/2005 | $20.78 |
| 07/13/2005 | $20.78 |
| 07/14/2005 | $13.83 |
| 07/15/2005 | $13.83 |
| 07/16/2005 | $13.83 |
| 07/17/2005 | $13.83 |
| 07/18/2005 | $13.83 |

05-823



FILED
JAN - 5 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Printed: 12/14/2005

## Average Daily Balance For Pauper Filing
For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005

Page 2 of 4

SBI: 00171250     NAME:     JACKSON, GEORGE A

| Date | Balance |
| --- | --- |
| 07/19/2005 | $13.83 |
| 07/20/2005 | $13.83 |
| 07/21/2005 | $13.83 |
| 07/22/2005 | $13.83 |
| 07/23/2005 | $13.83 |
| 07/24/2005 | $13.83 |
| 07/25/2005 | $93.83 |
| 07/26/2005 | $93.83 |
| 07/27/2005 | $91.43 |
| 07/28/2005 | $60.77 |
| 07/29/2005 | $60.77 |
| 07/30/2005 | $60.77 |
| 07/31/2005 | $60.77 |
| 08/01/2005 | $60.77 |
| 08/02/2005 | $60.77 |
| 08/03/2005 | $60.77 |
| 08/04/2005 | $23.72 |
| 08/05/2005 | $85.76 |
| 08/06/2005 | $85.76 |
| 08/07/2005 | $85.76 |
| 08/08/2005 | $49.81 |
| 08/09/2005 | $49.81 |
| 08/10/2005 | $69.81 |
| 08/11/2005 | $44.18 |
| 08/12/2005 | $44.18 |
| 08/13/2005 | $44.18 |
| 08/14/2005 | $44.18 |
| 08/15/2005 | $44.18 |
| 08/16/2005 | $44.18 |
| 08/17/2005 | $44.18 |
| 08/18/2005 | $23.69 |
| 08/19/2005 | $23.69 |
| 08/20/2005 | $23.69 |
| 08/21/2005 | $23.69 |
| 08/22/2005 | $23.69 |
| 08/23/2005 | $23.69 |
| 08/24/2005 | $23.69 |
| 08/25/2005 | $12.01 |
| 08/26/2005 | $12.01 |
| 08/27/2005 | $12.01 |
| 08/28/2005 | $12.01 |
| 08/29/2005 | $10.51 |
| 08/30/2005 | $10.51 |
| 08/31/2005 | $10.51 |
| 09/01/2005 | $10.51 |
| 09/02/2005 | $10.51 |
| 09/03/2005 | $10.51 |
| 09/04/2005 | $10.51 |

Printed: 12/14/2005

## Average Daily Balance For Pauper Filing
*For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005*

Page 3 of 4

SBI: 00171250          NAME:     JACKSON, GEORGE A

| Date | Balance |
|---|---|
| 09/05/2005 | $10.51 |
| 09/06/2005 | $10.51 |
| 09/07/2005 | $10.51 |
| 09/08/2005 | $56.59 |
| 09/09/2005 | $56.59 |
| 09/10/2005 | $56.59 |
| 09/11/2005 | $56.59 |
| 09/12/2005 | $56.59 |
| 09/13/2005 | $56.59 |
| 09/14/2005 | $76.59 |
| 09/15/2005 | $76.59 |
| 09/16/2005 | $76.59 |
| 09/17/2005 | $76.59 |
| 09/18/2005 | $76.59 |
| 09/19/2005 | $76.59 |
| 09/20/2005 | $76.59 |
| 09/21/2005 | $76.59 |
| 09/22/2005 | $33.47 |
| 09/23/2005 | $33.47 |
| 09/24/2005 | $33.47 |
| 09/25/2005 | $33.47 |
| 09/26/2005 | $33.47 |
| 09/27/2005 | $29.97 |
| 09/28/2005 | $29.97 |
| 09/29/2005 | $16.93 |
| 09/30/2005 | $16.93 |
| 10/01/2005 | $16.93 |
| 10/02/2005 | $16.93 |
| 10/03/2005 | $16.93 |
| 10/04/2005 | $0.44 |
| 10/05/2005 | $0.44 |
| 10/06/2005 | $66.44 |
| 10/07/2005 | $66.44 |
| 10/08/2005 | $66.44 |
| 10/09/2005 | $66.44 |
| 10/10/2005 | $66.44 |
| 10/11/2005 | $66.44 |
| 10/12/2005 | $86.44 |
| 10/13/2005 | $52.47 |
| 10/14/2005 | $52.47 |
| 10/15/2005 | $52.47 |
| 10/16/2005 | $52.47 |
| 10/17/2005 | $22.47 |
| 10/18/2005 | $22.47 |
| 10/19/2005 | $22.47 |
| 10/20/2005 | $18.48 |
| 10/21/2005 | $18.48 |
| 10/22/2005 | $18.48 |

Printed: 12/14/2005

## Average Daily Balance For Pauper Filing
### For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005

Page 4 of 4

SBI: 00171250   NAME: JACKSON, GEORGE A

| Date | Balance |
|---|---|
| 10/23/2005 | $18.48 |
| 10/24/2005 | $18.48 |
| 10/25/2005 | $18.48 |
| 10/26/2005 | $18.48 |
| 10/27/2005 | $17.79 |
| 10/28/2005 | $17.79 |
| 10/29/2005 | $17.79 |
| 10/30/2005 | $17.79 |
| 10/31/2005 | $17.79 |
| 11/01/2005 | $0.59 |
| 11/02/2005 | $0.59 |
| 11/03/2005 | $0.59 |
| 11/04/2005 | $169.67 |
| 11/05/2005 | $169.67 |
| 11/06/2005 | $169.67 |
| 11/07/2005 | $169.67 |
| 11/08/2005 | $169.67 |
| 11/09/2005 | $169.67 |
| 11/10/2005 | $151.02 |
| 11/11/2005 | $151.02 |
| 11/12/2005 | $151.02 |
| 11/13/2005 | $151.02 |
| 11/14/2005 | $151.02 |
| 11/15/2005 | $151.02 |
| 11/16/2005 | $151.02 |
| 11/17/2005 | $125.85 |
| 11/18/2005 | $125.85 |
| 11/19/2005 | $125.85 |
| 11/20/2005 | $125.85 |
| 11/21/2005 | $75.85 |
| 11/22/2005 | $75.85 |
| 11/23/2005 | $75.85 |
| 11/24/2005 | $75.85 |
| 11/25/2005 | $75.85 |
| 11/26/2005 | $75.85 |
| 11/27/2005 | $75.85 |
| 11/28/2005 | $75.85 |
| 11/29/2005 | $73.55 |
| 11/30/2005 | $73.55 |

Summary for 'SBI' = 00171250 (183 detail records)   **Average Daily Balance:** $47.67

# Prior Month -- Individual Statement

Date Printed: 12/14/2005                                                                                 Page 1 of 1

## For Month of June 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $14.03 |
|---|---|---|---|---|---|---|
| 00171250 | JACKSON | GEORGE | A | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Pay-To | CLERK OF DISTRICT | 6/6/2005 | ($12.05) | $0.00 | $0.00 | $0.00 | $1.98 |
| Payroll | | 6/7/2005 | $58.96 | $0.00 | $0.00 | $0.00 | $60.94 |
| Copies | | 6/8/2005 | $0.00 | $0.00 | ($5.75) | $0.00 | $60.94 |
| Pay-To | LIFERS GROUP | 6/8/2005 | ($4.00) | $0.00 | $0.00 | $0.00 | $56.94 |
| Commissary | | 6/9/2005 | ($31.52) | $0.00 | $0.00 | $0.00 | $25.42 |
| Commissary | | 6/16/2005 | ($6.50) | $0.00 | $0.00 | $0.00 | $18.92 |
| Copies | | 6/28/2005 | ($5.75) | $0.00 | $0.00 | $0.00 | $13.17 |
| | | | | | **Ending Mth Balance:** | | **$13.17** |

# Prior Month -- Individual Statement

Date Printed: 12/14/2005  Page 1 of 1

## For Month of July 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $13.17 |
|---|---|---|---|---|---|---|
| 00171250 | JACKSON | GEORGE | A | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Payroll | | 7/1/2005 | $56.76 | $0.00 | $0.00 | $0.00 | $69.93 |
| Pay-To | CLERK OF DISTRICT | 7/6/2005 | ($11.79) | $0.00 | $0.00 | $0.00 | $58.14 |
| Commissary | | 7/7/2005 | ($33.36) | $0.00 | $0.00 | $0.00 | $24.78 |
| Copies | | 7/8/2005 | $0.00 | $0.00 | ($2.00) | $0.00 | $24.78 |
| Medical | | 7/12/2005 | $0.00 | ($4.00) | $0.00 | $0.00 | $24.78 |
| Medical | | 7/12/2005 | ($4.00) | $0.00 | $0.00 | $0.00 | $20.78 |
| Postage | | 7/13/2005 | $0.00 | $0.00 | ($0.40) | $0.00 | $20.78 |
| Commissary | | 7/14/2005 | ($6.95) | $0.00 | $0.00 | $0.00 | $13.83 |
| Mail MO | M. EVERETT | 7/25/2005 | $80.00 | $0.00 | $0.00 | $0.00 | $93.83 |
| Copies | | 7/27/2005 | ($2.00) | $0.00 | $0.00 | $0.00 | $91.83 |
| Postage | | 7/27/2005 | ($0.40) | $0.00 | $0.00 | $0.00 | $91.43 |
| Commissary | | 7/28/2005 | ($30.66) | $0.00 | $0.00 | $0.00 | $60.77 |

Ending Mth Balance: $60.77

# Prior Month -- Individual Statement

Date Printed: 12/14/2005                                                                 Page 1 of 1

## For Month of August 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $60.77 |
|---|---|---|---|---|---|---|
| 00171250 | JACKSON | GEORGE | A | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 8/4/2005 | ($9.70) | $0.00 | $0.00 | $0.00 | $51.07 |
| Pay-To | CLERK OF DISTRICT | 8/4/2005 | ($27.35) | $0.00 | $0.00 | $0.00 | $23.72 |
| Payroll | | 8/5/2005 | $62.04 | $0.00 | $0.00 | $0.00 | $85.76 |
| Pay-To | CLERK US DISTRICT | 8/8/2005 | ($12.00) | $0.00 | $0.00 | $0.00 | $73.76 |
| Pay-To | DELTA PUBLISHING | 8/8/2005 | ($23.95) | $0.00 | $0.00 | $0.00 | $49.81 |
| Copies | | 8/10/2005 | $0.00 | $0.00 | ($1.50) | $0.00 | $49.81 |
| Mail MO | M. EVERETT | 8/10/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $69.81 |
| Commissary | | 8/11/2005 | ($25.63) | $0.00 | $0.00 | $0.00 | $44.18 |
| Commissary | | 8/18/2005 | ($20.49) | $0.00 | $0.00 | $0.00 | $23.69 |
| Commissary | | 8/25/2005 | ($5.68) | $0.00 | $0.00 | $0.00 | $18.01 |
| Medical | | 8/25/2005 | $0.00 | ($6.00) | $0.00 | $0.00 | $18.01 |
| Medical | | 8/25/2005 | ($6.00) | $0.00 | $0.00 | $0.00 | $12.01 |
| Copies | | 8/29/2005 | ($1.50) | $0.00 | $0.00 | $0.00 | $10.51 |
| Copies | | 8/30/2005 | $0.00 | $0.00 | ($2.25) | $0.00 | $10.51 |
| | | | | | **Ending Mth Balance:** | | **$10.51** |

## Prior Month -- Individual Statement

Date Printed: 12/14/2005            Page 1 of 1

### For Month of September 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $10.51 |
|---|---|---|---|---|---|---|
| 00171250 | JACKSON | GEORGE | A | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Payroll | | 9/8/2005 | $62.48 | $0.00 | $0.00 | $0.00 | $72.99 |
| Pay-To | CLERK OF DISTRICT | 9/8/2005 | ($16.40) | $0.00 | $0.00 | $0.00 | $56.59 |
| Mail MO | MARIAN EVERETT | 9/14/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $76.59 |
| Commissary | | 9/22/2005 | ($43.12) | $0.00 | $0.00 | $0.00 | $33.47 |
| Copies | | 9/23/2005 | $0.00 | $0.00 | ($1.25) | $0.00 | $33.47 |
| Copies | | 9/27/2005 | ($2.25) | $0.00 | $0.00 | $0.00 | $31.22 |
| Copies | | 9/27/2005 | ($1.25) | $0.00 | $0.00 | $0.00 | $29.97 |
| Commissary | | 9/29/2005 | ($13.04) | $0.00 | $0.00 | $0.00 | $16.93 |
| | | | | | Ending Mth Balance: | | $16.93 |

# Prior Month -- Individual Statement

Date Printed: 12/14/2005                                    Page 1 of 1

## For Month of October 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $16.93 |
|---|---|---|---|---|---|---|
| 00171250 | JACKSON | GEORGE | A | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Misc | US DISTRICT COURT | 10/4/2005 | ($16.49) | $0.00 | $0.00 | $0.00 | $0.44 |
| Payroll | | 10/6/2005 | $66.00 | $0.00 | $0.00 | $0.00 | $66.44 |
| Mail MO | MARIAN EVERETT | 10/12/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $86.44 |
| Commissary | | 10/13/2005 | ($33.97) | $0.00 | $0.00 | $0.00 | $52.47 |
| Pay-To | PATRICIA WILLIAMS | 10/17/2005 | ($30.00) | $0.00 | $0.00 | $0.00 | $22.47 |
| Postage | | 10/19/2005 | $0.00 | $0.00 | ($0.69) | $0.00 | $22.47 |
| Commissary | | 10/20/2005 | ($3.99) | $0.00 | $0.00 | $0.00 | $18.48 |
| Postage | | 10/27/2005 | ($0.69) | $0.00 | $0.00 | $0.00 | $17.79 |
| | | | | | | **Ending Mth Balance:** | **$17.79** |

# Prior Month -- Individual Statement

Date Printed: 12/14/2005                                                                 Page 1 of 1

## For Month of November 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $17.79 |
|---|---|---|---|---|---|---|
| 00171250 | JACKSON | GEORGE | A | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Misc | US DISTRICT COURT | 11/1/2005 | ($17.20) | $0.00 | $0.00 | $0.00 | $0.59 |
| Postage | | 11/4/2005 | $0.00 | $0.00 | ($0.23) | $0.00 | $0.59 |
| Payroll | | 11/4/2005 | $69.08 | $0.00 | $0.00 | $0.00 | $69.67 |
| Mail MO | D. GILSON | 11/4/2005 | $100.00 | $0.00 | $0.00 | $0.00 | $169.67 |
| Commissary | | 11/10/2005 | ($18.65) | $0.00 | $0.00 | $0.00 | $151.02 |
| Postage | | 11/14/2005 | $0.00 | $0.00 | ($1.15) | $0.00 | $151.02 |
| Commissary | | 11/17/2005 | ($25.17) | $0.00 | $0.00 | $0.00 | $125.85 |
| Postage | | 11/18/2005 | $0.00 | $0.00 | ($0.69) | $0.00 | $125.85 |
| Pay-To | PATRICIA WILLIAMS | 11/21/2005 | ($70.00) | $0.00 | $0.00 | $0.00 | $55.85 |
| Mail MO | MARIAN EVERETT | 11/21/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $75.85 |
| Postage | | 11/29/2005 | $0.00 | $0.00 | ($0.23) | $0.00 | $75.85 |
| Postage | | 11/29/2005 | ($0.23) | $0.00 | $0.00 | $0.00 | $75.62 |
| Postage | | 11/29/2005 | ($0.69) | $0.00 | $0.00 | $0.00 | $74.93 |
| Postage | | 11/29/2005 | ($1.15) | $0.00 | $0.00 | $0.00 | $73.78 |
| Postage | | 11/29/2005 | ($0.23) | $0.00 | $0.00 | $0.00 | $73.55 |
| Postage | | 11/30/2005 | $0.00 | $0.00 | ($1.15) | $0.00 | $73.55 |
| Postage | | 11/30/2005 | $0.00 | $0.00 | ($2.07) | $0.00 | $73.55 |
| | | | | | | Ending Mth Balance: | $73.55 |