ATT:

OFFICE OF THE CLERK
U.S. DISTRICT COURT

C.A. No 105-CV 00823. KAJ

INMATE ACCOUNT STATEMENT

I HOWARD S PARKER SBI #165324 SENDING THIS ACCOUNT STATEMENT TO THE OFFICE OF THE CLERK U.S. DISTRICT COURT I'm POINTING OUT A TYPING ERROR ON STATEMENT HOWARD E PARKER THAT IS INCORRECT MY CORRECT NAME IS HOWARD S PARKER AS ON NOTORIZED FORM

Thank you

HOWARD S PARKER
Howard S Parker
P.O. BOX 500
GEORGETOWN DE
19947

FILED
JAN -9 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE