Printed: 12/30/2005

**Average Daily Balance For Pauper Filing**

Page 1 of 4

*For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005*

SBI: 00165324        NAME:    PARKER, HOWARD E

05-823



FILED
JAN -9 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| Date | Balance |
|---|---|
| 06/01/2005 | $4.51 |
| 06/02/2005 | $4.51 |
| 06/03/2005 | $4.51 |
| 06/04/2005 | $4.51 |
| 06/05/2005 | $4.51 |
| 06/06/2005 | $4.51 |
| 06/07/2005 | $35.31 |
| 06/08/2005 | $35.31 |
| 06/09/2005 | $3.04 |
| 06/10/2005 | $3.04 |
| 06/11/2005 | $3.04 |
| 06/12/2005 | $3.04 |
| 06/13/2005 | $3.04 |
| 06/14/2005 | $3.04 |
| 06/15/2005 | $3.04 |
| 06/16/2005 | $0.04 |
| 06/17/2005 | $0.04 |
| 06/18/2005 | $0.04 |
| 06/19/2005 | $0.04 |
| 06/20/2005 | $0.04 |
| 06/21/2005 | $0.04 |
| 06/22/2005 | $0.04 |
| 06/23/2005 | $0.04 |
| 06/24/2005 | $0.04 |
| 06/25/2005 | $0.04 |
| 06/26/2005 | $0.04 |
| 06/27/2005 | $0.04 |
| 06/28/2005 | $0.04 |
| 06/29/2005 | $0.04 |
| 06/30/2005 | $0.04 |
| 07/01/2005 | $49.64 |
| 07/02/2005 | $49.64 |
| 07/03/2005 | $49.64 |
| 07/04/2005 | $49.64 |
| 07/05/2005 | $49.64 |
| 07/06/2005 | $49.64 |
| 07/07/2005 | $25.46 |
| 07/08/2005 | $25.46 |
| 07/09/2005 | $25.46 |
| 07/10/2005 | $25.46 |
| 07/11/2005 | $25.46 |
| 07/12/2005 | $25.46 |
| 07/13/2005 | $25.46 |
| 07/14/2005 | $25.46 |
| 07/15/2005 | $25.46 |
| 07/16/2005 | $25.46 |
| 07/17/2005 | $25.46 |
| 07/18/2005 | $25.46 |

Printed: 12/30/2005

## Average Daily Balance For Pauper Filing
*For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005*

Page 2 of 4

SBI: 00165324          NAME:    PARKER, HOWARD E

| Date | Balance |
| --- | --- |
| 07/19/2005 | $25.46 |
| 07/20/2005 | $25.46 |
| 07/21/2005 | $25.46 |
| 07/22/2005 | $25.46 |
| 07/23/2005 | $25.46 |
| 07/24/2005 | $25.46 |
| 07/25/2005 | $25.46 |
| 07/26/2005 | $25.46 |
| 07/27/2005 | $25.46 |
| 07/28/2005 | $25.46 |
| 07/29/2005 | $25.46 |
| 07/30/2005 | $25.46 |
| 07/31/2005 | $25.46 |
| 08/01/2005 | $25.46 |
| 08/02/2005 | $0.46 |
| 08/03/2005 | $0.46 |
| 08/04/2005 | $0.46 |
| 08/05/2005 | $47.18 |
| 08/06/2005 | $47.18 |
| 08/07/2005 | $47.18 |
| 08/08/2005 | $17.18 |
| 08/09/2005 | $17.18 |
| 08/10/2005 | $17.18 |
| 08/11/2005 | $2.45 |
| 08/12/2005 | $2.45 |
| 08/13/2005 | $2.45 |
| 08/14/2005 | $2.45 |
| 08/15/2005 | $2.45 |
| 08/16/2005 | $2.45 |
| 08/17/2005 | $2.45 |
| 08/18/2005 | $2.45 |
| 08/19/2005 | $2.45 |
| 08/20/2005 | $2.45 |
| 08/21/2005 | $2.45 |
| 08/22/2005 | $2.45 |
| 08/23/2005 | $2.45 |
| 08/24/2005 | $2.45 |
| 08/25/2005 | $0.83 |
| 08/26/2005 | $0.83 |
| 08/27/2005 | $0.83 |
| 08/28/2005 | $0.83 |
| 08/29/2005 | $0.83 |
| 08/30/2005 | $0.83 |
| 08/31/2005 | $0.83 |
| 09/01/2005 | $0.83 |
| 09/02/2005 | $0.83 |
| 09/03/2005 | $0.83 |
| 09/04/2005 | $0.83 |

Printed: 12/30/2005

## Average Daily Balance For Pauper Filing
### For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005

Page 3 of 4

SBI: 00165324    NAME: PARKER, HOWARD E

| Date | Balance |
| --- | --- |
| 09/05/2005 | $0.83 |
| 09/06/2005 | $0.83 |
| 09/07/2005 | $0.83 |
| 09/08/2005 | $56.51 |
| 09/09/2005 | $56.51 |
| 09/10/2005 | $56.51 |
| 09/11/2005 | $56.51 |
| 09/12/2005 | $56.51 |
| 09/13/2005 | $56.51 |
| 09/14/2005 | $56.51 |
| 09/15/2005 | $17.92 |
| 09/16/2005 | $17.92 |
| 09/17/2005 | $17.92 |
| 09/18/2005 | $17.92 |
| 09/19/2005 | $17.92 |
| 09/20/2005 | $17.92 |
| 09/21/2005 | $17.92 |
| 09/22/2005 | $2.06 |
| 09/23/2005 | $2.06 |
| 09/24/2005 | $2.06 |
| 09/25/2005 | $2.06 |
| 09/26/2005 | $2.06 |
| 09/27/2005 | $2.06 |
| 09/28/2005 | $2.06 |
| 09/29/2005 | $2.06 |
| 09/30/2005 | $2.06 |
| 10/01/2005 | $2.06 |
| 10/02/2005 | $2.06 |
| 10/03/2005 | $2.06 |
| 10/04/2005 | $2.06 |
| 10/05/2005 | $2.06 |
| 10/06/2005 | $42.38 |
| 10/07/2005 | $42.38 |
| 10/08/2005 | $42.38 |
| 10/09/2005 | $42.38 |
| 10/10/2005 | $42.38 |
| 10/11/2005 | $42.38 |
| 10/12/2005 | $42.38 |
| 10/13/2005 | $16.34 |
| 10/14/2005 | $16.34 |
| 10/15/2005 | $16.34 |
| 10/16/2005 | $16.34 |
| 10/17/2005 | $16.34 |
| 10/18/2005 | $16.34 |
| 10/19/2005 | $16.34 |
| 10/20/2005 | $1.39 |
| 10/21/2005 | $1.39 |
| 10/22/2005 | $1.39 |

Printed: 12/30/2005

### Average Daily Balance For Pauper Filing
*For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005*

Page 4 of 4

SBI: 00165324          NAME:   PARKER, HOWARD E

| Date | Balance |
|---|---|
| 10/23/2005 | $1.39 |
| 10/24/2005 | $1.39 |
| 10/25/2005 | $1.39 |
| 10/26/2005 | $1.39 |
| 10/27/2005 | $0.36 |
| 10/28/2005 | $0.36 |
| 10/29/2005 | $0.36 |
| 10/30/2005 | $0.36 |
| 10/31/2005 | $0.36 |
| 11/01/2005 | $0.36 |
| 11/02/2005 | $0.36 |
| 11/03/2005 | $0.36 |
| 11/04/2005 | $18.72 |
| 11/05/2005 | $18.72 |
| 11/06/2005 | $18.72 |
| 11/07/2005 | $28.72 |
| 11/08/2005 | $28.72 |
| 11/09/2005 | $28.72 |
| 11/10/2005 | $3.31 |
| 11/11/2005 | $3.31 |
| 11/12/2005 | $3.31 |
| 11/13/2005 | $3.31 |
| 11/14/2005 | $3.31 |
| 11/15/2005 | $3.31 |
| 11/16/2005 | $3.31 |
| 11/17/2005 | $0.46 |
| 11/18/2005 | $0.46 |
| 11/19/2005 | $0.46 |
| 11/20/2005 | $0.46 |
| 11/21/2005 | $0.46 |
| 11/22/2005 | $0.46 |
| 11/23/2005 | $0.46 |
| 11/24/2005 | $0.46 |
| 11/25/2005 | $0.46 |
| 11/26/2005 | $0.46 |
| 11/27/2005 | $0.46 |
| 11/28/2005 | $0.46 |
| 11/29/2005 | $0.46 |
| 11/30/2005 | $0.46 |

Summary for 'SBI' = 00165324 (183 detail records)          **Average Daily Balance:    $13.47**

## Prior Month -- Individual Statement

Date Printed: 12/30/2005

Page 1 of 1

### For Month of June 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00165324 | PARKER | HOWARD | E | | | |
| Current Location: | MEDIUM B | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Payroll | | 6/7/2005 | $52.80 | $0.00 | $0.00 | $0.00 | $52.80 |
| Pay-To | TAWANDA BANKS | 6/7/2005 | ($22.00) | $0.00 | $0.00 | $0.00 | $30.80 |
| Commissary | | 6/9/2005 | ($32.27) | $0.00 | $0.00 | $0.00 | ($1.47) |
| Commissary | | 6/16/2005 | ($3.00) | $0.00 | $0.00 | $0.00 | ($4.47) |
| | | | | | Ending Mth Balance: | | ($4.47) |

## Prior Month -- Individual Statement

Date Printed: 12/30/2005

Page 1 of 1

### For Month of July 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00165324 | PARKER | HOWARD | E | | | |
| Current Location: | MEDIUM B | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Payroll | | 7/1/2005 | $49.60 | $0.00 | $0.00 | $0.00 | $49.60 |
| Commissary | | 7/7/2005 | ($24.18) | $0.00 | $0.00 | $0.00 | $25.42 |
| | | | | | | Ending Mth Balance: | $25.42 |

## Prior Month -- Individual Statement

Date Printed: 12/30/2005

Page 1 of 1

### For Month of August 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00165324 | PARKER | HOWARD | E | | | |
| Current Location: | MEDIUM B | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Pay-To | RHONDA STREET | 8/2/2005 | ($25.00) | $0.00 | $0.00 | $0.00 | ($25.00) |
| Payroll | | 8/5/2005 | $46.72 | $0.00 | $0.00 | $0.00 | $21.72 |
| Pay-To | TAWANDA BANKS | 8/8/2005 | ($30.00) | $0.00 | $0.00 | $0.00 | ($8.28) |
| Commissary | | 8/11/2005 | ($14.73) | $0.00 | $0.00 | $0.00 | ($23.01) |
| Commissary | | 8/25/2005 | ($1.62) | $0.00 | $0.00 | $0.00 | ($24.63) |

Ending Mth Balance: ($24.63)

# Prior Month -- Individual Statement

Date Printed: 12/30/2005                                                                 Page 1 of 1

## For Month of September 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00165324 | PARKER | HOWARD | E | | | |
| Current Location: | MEDIUM B | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Payroll | | 9/8/2005 | $55.68 | $0.00 | $0.00 | $0.00 | $55.68 |
| Commissary | | 9/15/2005 | ($38.59) | $0.00 | $0.00 | $0.00 | $17.09 |
| Commissary | | 9/22/2005 | ($15.86) | $0.00 | $0.00 | $0.00 | $1.23 |
| | | | | | Ending Mth Balance: | | $1.23 |

## Prior Month -- Individual Statement

Date Printed: 12/30/2005                                                                 Page 1 of 1

### For Month of October 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00165324 | PARKER | HOWARD | E | | | |
| Current Location: | MEDIUM B | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Payroll | | 10/6/2005 | $40.32 | $0.00 | $0.00 | $0.00 | $40.32 |
| Commissary | | 10/13/2005 | ($26.04) | $0.00 | $0.00 | $0.00 | $14.28 |
| Commissary | | 10/20/2005 | ($14.95) | $0.00 | $0.00 | $0.00 | ($0.67) |
| Commissary | | 10/27/2005 | ($1.03) | $0.00 | $0.00 | $0.00 | ($1.70) |
| | | | | | | Ending Mth Balance: | ($1.70) |

# Prior Month -- Individual Statement

Date Printed: 12/30/2005    Page 1 of 1

## For Month of November 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00165324 | PARKER | HOWARD | E | | | |
| Current Location: | MEDIUM B | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Payroll | | 11/4/2005 | $18.36 | $0.00 | $0.00 | $0.00 | $18.36 |
| Mail MO | BERNICE PARKER | 11/7/2005 | $10.00 | $0.00 | $0.00 | $0.00 | $28.36 |
| Commissary | | 11/10/2005 | ($25.41) | $0.00 | $0.00 | $0.00 | $2.95 |
| Commissary | | 11/17/2005 | ($2.85) | $0.00 | $0.00 | $0.00 | $0.10 |
| | | | | | | Ending Mth Balance: | $0.10 |

I/M: Howard S. Parker SBI# 165324
BLDG: MED / B-Tier
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

```
1805   U.S. POSTAGE   PB 2230370
7979   $00.830        JAN 06 06
8960   FROM ZIP CODE  19947
```

Office of The Clerk
U.S. District Court
844 N. King Street Lockbox 18
Wilmington, Delaware
19801-3570

LEGAL MAIL