Printed: 12/30/2005

## Average Daily Balance For Pauper Filing
### For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005

Page 2 of 4

SBI: 00211182          NAME:    QUILLEN, CHARLES D

| Date | Balance |
|---|---|
| 07/19/2005 | $63.79 |
| 07/20/2005 | $63.79 |
| 07/21/2005 | $63.79 |
| 07/22/2005 | $69.79 |
| 07/23/2005 | $69.79 |
| 07/24/2005 | $69.79 |
| 07/25/2005 | $69.79 |
| 07/26/2005 | $69.79 |
| 07/27/2005 | $69.79 |
| 07/28/2005 | $69.79 |
| 07/29/2005 | $69.79 |
| 07/30/2005 | $69.79 |
| 07/31/2005 | $69.79 |
| 08/01/2005 | $69.79 |
| 08/02/2005 | $69.79 |
| 08/03/2005 | $69.79 |
| 08/04/2005 | $68.01 |
| 08/05/2005 | $114.21 |
| 08/06/2005 | $114.21 |
| 08/07/2005 | $114.21 |
| 08/08/2005 | $114.21 |
| 08/09/2005 | $114.21 |
| 08/10/2005 | $192.21 |
| 08/11/2005 | $187.41 |
| 08/12/2005 | $187.41 |
| 08/13/2005 | $187.41 |
| 08/14/2005 | $187.41 |
| 08/15/2005 | $187.41 |
| 08/16/2005 | $2.41 |
| 08/17/2005 | $2.41 |
| 08/18/2005 | $2.41 |
| 08/19/2005 | $2.41 |
| 08/20/2005 | $2.41 |
| 08/21/2005 | $2.41 |
| 08/22/2005 | $2.41 |
| 08/23/2005 | $2.41 |
| 08/24/2005 | $2.41 |
| 08/25/2005 | $2.41 |
| 08/26/2005 | $2.41 |
| 08/27/2005 | $2.41 |
| 08/28/2005 | $2.41 |
| 08/29/2005 | $2.41 |
| 08/30/2005 | $2.41 |
| 08/31/2005 | $2.41 |
| 09/01/2005 | $2.41 |
| 09/02/2005 | $2.41 |
| 09/03/2005 | $2.41 |
| 09/04/2005 | $2.41 |



05-823 (LAJ)

FILED
JAN 10 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Printed: 12/30/2005

*Average Daily Balance For Pauper Filing*
*For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005*

Page 3 of 4

SBI: 00211182   NAME:   QUILLEN, CHARLES D

| Date | Balance |
|---|---|
| 09/05/2005 | $2.41 |
| 09/06/2005 | $2.41 |
| 09/07/2005 | $2.41 |
| 09/08/2005 | $51.05 |
| 09/09/2005 | $51.05 |
| 09/10/2005 | $51.05 |
| 09/11/2005 | $51.05 |
| 09/12/2005 | $51.05 |
| 09/13/2005 | $51.05 |
| 09/14/2005 | $54.05 |
| 09/15/2005 | $51.85 |
| 09/16/2005 | $51.85 |
| 09/17/2005 | $51.85 |
| 09/18/2005 | $51.85 |
| 09/19/2005 | $26.85 |
| 09/20/2005 | $26.85 |
| 09/21/2005 | $26.85 |
| 09/22/2005 | $25.08 |
| 09/23/2005 | $25.08 |
| 09/24/2005 | $25.08 |
| 09/25/2005 | $25.08 |
| 09/26/2005 | $25.08 |
| 09/27/2005 | $25.08 |
| 09/28/2005 | $25.08 |
| 09/29/2005 | $25.08 |
| 09/30/2005 | $25.08 |
| 10/01/2005 | $25.08 |
| 10/02/2005 | $25.08 |
| 10/03/2005 | $25.08 |
| 10/04/2005 | $25.08 |
| 10/05/2005 | $25.08 |
| 10/06/2005 | $66.91 |
| 10/07/2005 | $66.91 |
| 10/08/2005 | $66.91 |
| 10/09/2005 | $66.91 |
| 10/10/2005 | $66.91 |
| 10/11/2005 | $66.91 |
| 10/12/2005 | $66.91 |
| 10/13/2005 | $64.55 |
| 10/14/2005 | $64.55 |
| 10/15/2005 | $64.55 |
| 10/16/2005 | $64.55 |
| 10/17/2005 | $64.55 |
| 10/18/2005 | $64.55 |
| 10/19/2005 | $64.55 |
| 10/20/2005 | $64.55 |
| 10/21/2005 | $64.55 |
| 10/22/2005 | $64.55 |

Printed: 12/30/2005

## Average Daily Balance For Pauper Filing
For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005

Page 4 of 4

SBI: 00211182   NAME:   QUILLEN, CHARLES D

| Date | Balance |
|---|---|
| 10/23/2005 | $64.55 |
| 10/24/2005 | $64.55 |
| 10/25/2005 | $64.55 |
| 10/26/2005 | $64.55 |
| 10/27/2005 | $67.55 |
| 10/28/2005 | $67.55 |
| 10/29/2005 | $67.55 |
| 10/30/2005 | $67.55 |
| 10/31/2005 | $67.55 |
| 11/01/2005 | $67.55 |
| 11/02/2005 | $67.55 |
| 11/03/2005 | $67.55 |
| 11/04/2005 | $113.75 |
| 11/05/2005 | $113.75 |
| 11/06/2005 | $113.75 |
| 11/07/2005 | $113.75 |
| 11/08/2005 | $113.75 |
| 11/09/2005 | $113.75 |
| 11/10/2005 | $113.75 |
| 11/11/2005 | $113.75 |
| 11/12/2005 | $113.75 |
| 11/13/2005 | $113.75 |
| 11/14/2005 | $3.75 |
| 11/15/2005 | $3.75 |
| 11/16/2005 | $3.75 |
| 11/17/2005 | $9.75 |
| 11/18/2005 | $9.75 |
| 11/19/2005 | $9.75 |
| 11/20/2005 | $9.75 |
| 11/21/2005 | $9.75 |
| 11/22/2005 | $9.75 |
| 11/23/2005 | $9.75 |
| 11/24/2005 | $9.75 |
| 11/25/2005 | $9.75 |
| 11/26/2005 | $9.75 |
| 11/27/2005 | $9.75 |
| 11/28/2005 | $9.75 |
| 11/29/2005 | $9.75 |
| 11/30/2005 | $9.75 |

Summary for 'SBI' = 00211182 (183 detail records)   **Average Daily Balance:   $50.25**

## Prior Month -- Individual Statement

Date Printed: 12/30/2005            Page 1 of 1

### For Month of June 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00211182 | QUILLEN | CHARLES | D | | | |
| Current Location: | MERIT EAST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Pay-To | | 6/7/2005 | ($3.50) | $0.00 | $0.00 | $0.00 | ($3.50) |
| Payroll | | 6/7/2005 | $48.40 | $0.00 | $0.00 | $0.00 | $44.90 |
| Commissary | | 6/9/2005 | ($7.32) | $0.00 | $0.00 | $0.00 | $37.58 |
| Mail CK | DELAWARE CENTER | 6/23/2005 | $0.00 | $0.00 | $0.00 | $6.00 | $37.58 |
| Mail CK | CORRECTION | 6/23/2005 | $0.00 | $0.00 | $0.00 | ($6.00) | $37.58 |
| Mail CK | DELAWARE CENTER | 6/23/2005 | $6.00 | $0.00 | $0.00 | $0.00 | $43.58 |
| Commissary | | 6/23/2005 | ($3.44) | $0.00 | $0.00 | $0.00 | $40.14 |
| | | | | | Ending Mth Balance: | | $40.14 |

## Prior Month -- Individual Statement

Date Printed: 12/30/2005                                                                 Page 1 of 1

## For Month of July 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00211182 | QUILLEN | CHARLES | D | | | |
| Current Location: | MERIT EAST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Payroll | | 7/1/2005 | $44.00 | $0.00 | $0.00 | $0.00 | $44.00 |
| Medical | | 7/5/2005 | $0.00 | ($4.00) | $0.00 | $0.00 | $44.00 |
| Medical | | 7/5/2005 | ($4.00) | $0.00 | $0.00 | $0.00 | $40.00 |
| Commissary | | 7/7/2005 | ($5.25) | $0.00 | $0.00 | $0.00 | $34.75 |
| Mail CK | DELAWARE CENTER | 7/8/2005 | $6.00 | $0.00 | $0.00 | $0.00 | $40.75 |
| Mail CK | CORRECTION | 7/8/2005 | ($6.00) | $0.00 | $0.00 | $0.00 | $34.75 |
| Pay-To | RAY SMITH | 7/13/2005 | ($50.00) | $0.00 | $0.00 | $0.00 | ($15.25) |
| Mail MO | N/A | 7/19/2005 | $38.00 | $0.00 | $0.00 | $0.00 | $22.75 |
| Visit CK | PEER EDUCATOR | 7/22/2005 | $6.00 | $0.00 | $0.00 | $0.00 | $28.75 |
| | | | | | | Ending Mth Balance: | $28.75 |

## Prior Month -- Individual Statement

Date Printed: 12/30/2005                      Page 1 of 1

### For Month of August 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00211182 | QUILLEN | CHARLES | D | | | |
| Current Location: | MERIT EAST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 8/4/2005 | ($1.78) | $0.00 | $0.00 | $0.00 | ($1.78) |
| Payroll | | 8/5/2005 | $46.20 | $0.00 | $0.00 | $0.00 | $44.42 |
| Visit CK | PEER EDUCATOR | 8/10/2005 | $3.00 | $0.00 | $0.00 | $0.00 | $47.42 |
| Mail MO | NONE | 8/10/2005 | $75.00 | $0.00 | $0.00 | $0.00 | $122.42 |
| Commissary | | 8/11/2005 | ($4.80) | $0.00 | $0.00 | $0.00 | $117.62 |
| Pay-To | RAY SMITH | 8/16/2005 | ($185.00) | $0.00 | $0.00 | $0.00 | ($67.38) |
| | | | | | | **Ending Mth Balance:** | **($67.38)** |

# Prior Month -- Individual Statement

Date Printed: 12/30/2005                                                                 Page 1 of 1

## For Month of September 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00211182 | QUILLEN | CHARLES | D | | | |
| Current Location: | MERIT EAST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 9/8/2005 | ($1.96) | $0.00 | $0.00 | $0.00 | ($1.96) |
| Payroll | | 9/8/2005 | $50.60 | $0.00 | $0.00 | $0.00 | $48.64 |
| Visit CK | PEER EDUCATOR | 9/14/2005 | $3.00 | $0.00 | $0.00 | $0.00 | $51.64 |
| Commissary | | 9/15/2005 | ($2.20) | $0.00 | $0.00 | $0.00 | $49.44 |
| Pay-To | RAY SMITH | 9/19/2005 | ($25.00) | $0.00 | $0.00 | $0.00 | $24.44 |
| Commissary | | 9/22/2005 | ($1.77) | $0.00 | $0.00 | $0.00 | $22.67 |
| | | | | | | **Ending Mth Balance:** | **$22.67** |

# Prior Month -- Individual Statement

Date Printed: 12/30/2005                                                                 Page 1 of 1

## For Month of October 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00211182 | QUILLEN | CHARLES | D | | | |
| Current Location: | MERIT EAST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 10/6/2005 | ($2.17) | $0.00 | $0.00 | $0.00 | ($2.17) |
| Payroll | | 10/6/2005 | $44.00 | $0.00 | $0.00 | $0.00 | $41.83 |
| Commissary | | 10/13/2005 | ($2.36) | $0.00 | $0.00 | $0.00 | $39.47 |
| Mail CK | PEER EDUCATOR | 10/27/2005 | $3.00 | $0.00 | $0.00 | $0.00 | $42.47 |
| | | | | | | Ending Mth Balance: | $42.47 |

# Prior Month -- Individual Statement

Date Printed: 12/30/2005                                                                 Page 1 of 1

## For Month of November 2005

| SBI      | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|----------|-----------|------------|----|--------|------------------|-------|
| 00211182 | QUILLEN   | CHARLES    | D  |        |                  |       |
| Current Location: | MERIT EAST | | | | | |

| Source  | Name             | Date       | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance   |
|---------|------------------|------------|------------------------------|--------------|------------------|--------------|-----------|
| Payroll |                  | 11/4/2005  | $46.20                       | $0.00        | $0.00            | $0.00        | $46.20    |
| Pay-To  | D & C Q WELDING  | 11/14/2005 | ($110.00)                    | $0.00        | $0.00            | $0.00        | ($63.80)  |
| Misc    | PEER EDUCATOR PY | 11/17/2005 | $6.00                        | $0.00        | $0.00            | $0.00        | ($57.80)  |
|         |                  |            |                              |              | **Ending Mth Balance:** |        | ($57.80)  |

I/M: Charles D. Quillen BLDG: Merit
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

U.S. POSTAGE $00.630 JAN 09 06
PB2230370
19947

U.S. District Court
844 N. King St.
Lockbox 19
Wilmington, DE.
19801-3570