Printed: 1/5/2006

## Average Daily Balance For Pauper Filing
*For Days the Individual was in Residence at SCI from 7/1/2005 through 12/31/2005*

Page 1 of 4

**SBI:** 00147772    **NAME:** GREEN, JEROME L

| Date | Balance |
|---|---|
| 07/01/2005 | $44.58 |
| 07/02/2005 | $44.58 |
| 07/03/2005 | $44.58 |
| 07/04/2005 | $44.58 |
| 07/05/2005 | $44.58 |
| 07/06/2005 | $44.58 |
| 07/07/2005 | $36.31 |
| 07/08/2005 | $36.31 |
| 07/09/2005 | $36.31 |
| 07/10/2005 | $36.31 |
| 07/11/2005 | $36.31 |
| 07/12/2005 | $36.31 |
| 07/13/2005 | $1.31 |
| 07/14/2005 | $1.31 |
| 07/15/2005 | $1.31 |
| 07/16/2005 | $1.31 |
| 07/17/2005 | $1.31 |
| 07/18/2005 | $1.31 |
| 07/19/2005 | $1.31 |
| 07/20/2005 | $1.31 |
| 07/21/2005 | $1.31 |
| 07/22/2005 | $1.31 |
| 07/23/2005 | $1.31 |
| 07/24/2005 | $1.31 |
| 07/25/2005 | $1.31 |
| 07/26/2005 | $1.31 |
| 07/27/2005 | $1.31 |
| 07/28/2005 | $1.31 |
| 07/29/2005 | $1.31 |
| 07/30/2005 | $1.31 |
| 07/31/2005 | $1.31 |
| 08/01/2005 | $1.31 |
| 08/02/2005 | $1.31 |
| 08/03/2005 | $1.31 |
| 08/04/2005 | $1.31 |
| 08/05/2005 | $50.59 |
| 08/06/2005 | $50.59 |
| 08/07/2005 | $50.59 |
| 08/08/2005 | $50.59 |
| 08/09/2005 | $50.59 |
| 08/10/2005 | $50.59 |
| 08/11/2005 | $23.98 |
| 08/12/2005 | $23.98 |
| 08/13/2005 | $23.98 |
| 08/14/2005 | $23.98 |
| 08/15/2005 | $23.98 |
| 08/16/2005 | $23.98 |
| 08/17/2005 | $23.98 |

05-823 ((A))

FILED
JAN 11 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Printed: 1/5/2006

**Average Daily Balance For Pauper Filing**
For Days the Individual was in Residence at SCI from 7/1/2005 through 12/31/2005

Page 2 of 4

SBI: 00147772     NAME:   GREEN, JEROME L

| Date | Balance |
|---|---|
| 08/18/2005 | $7.89 |
| 08/19/2005 | $7.89 |
| 08/20/2005 | $7.89 |
| 08/21/2005 | $7.89 |
| 08/22/2005 | $7.89 |
| 08/23/2005 | $7.89 |
| 08/24/2005 | $7.89 |
| 08/25/2005 | $1.19 |
| 08/26/2005 | $1.19 |
| 08/27/2005 | $1.19 |
| 08/28/2005 | $1.19 |
| 08/29/2005 | $1.19 |
| 08/30/2005 | $1.19 |
| 08/31/2005 | $1.19 |
| 09/01/2005 | $1.19 |
| 09/02/2005 | $1.19 |
| 09/03/2005 | $1.19 |
| 09/04/2005 | $1.19 |
| 09/05/2005 | $1.19 |
| 09/06/2005 | $1.19 |
| 09/07/2005 | $1.19 |
| 09/08/2005 | $49.83 |
| 09/09/2005 | $49.83 |
| 09/10/2005 | $49.83 |
| 09/11/2005 | $49.83 |
| 09/12/2005 | $49.83 |
| 09/13/2005 | $49.83 |
| 09/14/2005 | $49.83 |
| 09/15/2005 | $2.09 |
| 09/16/2005 | $2.09 |
| 09/17/2005 | $2.09 |
| 09/18/2005 | $2.09 |
| 09/19/2005 | $2.09 |
| 09/20/2005 | $2.09 |
| 09/21/2005 | $2.09 |
| 09/22/2005 | $2.09 |
| 09/23/2005 | $2.09 |
| 09/24/2005 | $2.09 |
| 09/25/2005 | $2.09 |
| 09/26/2005 | $2.09 |
| 09/27/2005 | $2.09 |
| 09/28/2005 | $2.09 |
| 09/29/2005 | $0.07 |
| 09/30/2005 | $0.07 |
| 10/01/2005 | $0.07 |
| 10/02/2005 | $0.07 |
| 10/03/2005 | $0.07 |
| 10/04/2005 | $0.07 |

Printed: 1/5/2006

## Average Daily Balance For Pauper Filing
For Days the Individual was in Residence at SCI from 7/1/2005 through 12/31/2005

Page 3 of 4

**SBI:** 00147772          **NAME:** GREEN, JEROME L

| Date | Balance |
|---|---|
| 10/05/2005 | $0.07 |
| 10/06/2005 | $42.63 |
| 10/07/2005 | $42.63 |
| 10/08/2005 | $42.63 |
| 10/09/2005 | $42.63 |
| 10/10/2005 | $42.63 |
| 10/11/2005 | $42.63 |
| 10/12/2005 | $42.63 |
| 10/13/2005 | $0.00 |
| 10/14/2005 | $0.00 |
| 10/15/2005 | $0.00 |
| 10/16/2005 | $0.00 |
| 10/17/2005 | $0.00 |
| 10/18/2005 | $0.00 |
| 10/19/2005 | $0.00 |
| 10/20/2005 | $0.00 |
| 10/21/2005 | $0.00 |
| 10/22/2005 | $0.00 |
| 10/23/2005 | $0.00 |
| 10/24/2005 | $0.00 |
| 10/25/2005 | $0.00 |
| 10/26/2005 | $0.00 |
| 10/27/2005 | $0.00 |
| 10/28/2005 | $0.00 |
| 10/29/2005 | $0.00 |
| 10/30/2005 | $0.00 |
| 10/31/2005 | $0.00 |
| 11/01/2005 | $0.00 |
| 11/02/2005 | $0.00 |
| 11/03/2005 | $0.00 |
| 11/04/2005 | $20.16 |
| 11/05/2005 | $20.16 |
| 11/06/2005 | $20.16 |
| 11/07/2005 | $20.16 |
| 11/08/2005 | $20.16 |
| 11/09/2005 | $20.16 |
| 11/10/2005 | $0.38 |
| 11/11/2005 | $0.38 |
| 11/12/2005 | $0.38 |
| 11/13/2005 | $0.38 |
| 11/14/2005 | $0.38 |
| 11/15/2005 | $0.38 |
| 11/16/2005 | $0.38 |
| 11/17/2005 | $35.38 |
| 11/18/2005 | $35.38 |
| 11/19/2005 | $35.38 |
| 11/20/2005 | $35.38 |
| 11/21/2005 | $35.38 |

Printed: 1/5/2006

## Average Daily Balance For Pauper Filing
For Days the Individual was in Residence at SCI from 7/1/2005 through 12/31/2005

Page 4 of 4

SBI: 00147772        NAME:   GREEN, JEROME L

| Date | Balance |
|---|---|
| 11/22/2005 | $35.38 |
| 11/23/2005 | $35.38 |
| 11/24/2005 | $35.38 |
| 11/25/2005 | $35.38 |
| 11/26/2005 | $35.38 |
| 11/27/2005 | $35.38 |
| 11/28/2005 | $35.38 |
| 11/29/2005 | $35.38 |
| 11/30/2005 | $35.38 |
| 12/01/2005 | $35.38 |
| 12/02/2005 | $35.38 |
| 12/03/2005 | $35.38 |
| 12/04/2005 | $35.38 |
| 12/05/2005 | $35.38 |
| 12/06/2005 | $41.68 |
| 12/07/2005 | $61.68 |
| 12/08/2005 | $28.17 |
| 12/09/2005 | $28.17 |
| 12/10/2005 | $28.17 |
| 12/11/2005 | $28.17 |
| 12/12/2005 | $28.17 |
| 12/13/2005 | $28.17 |
| 12/14/2005 | $28.17 |
| 12/15/2005 | $28.17 |
| 12/16/2005 | $28.17 |
| 12/17/2005 | $28.17 |
| 12/18/2005 | $28.17 |
| 12/19/2005 | $28.17 |
| 12/20/2005 | $28.17 |
| 12/21/2005 | $28.17 |
| 12/22/2005 | $0.14 |
| 12/23/2005 | $0.14 |
| 12/24/2005 | $0.14 |
| 12/25/2005 | $0.14 |
| 12/26/2005 | $0.14 |
| 12/27/2005 | $0.14 |
| 12/28/2005 | $0.14 |
| 12/29/2005 | $0.14 |
| 12/30/2005 | $0.14 |
| 12/31/2005 | $0.14 |

Summary for 'SBI' = 00147772 (184 detail records)         **Average Daily Balance:   $16.47**

# Prior Month -- Individual Statement

Date Printed: 1/5/2006     Page 1 of 1

## For Month of July 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.42 |
|---|---|---|---|---|---|---|
| 00147772 | GREEN | JEROME | L | | | |
| Current Location: | MERIT EAST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Payroll | | 7/1/2005 | $44.16 | $0.00 | $0.00 | $0.00 | $44.58 |
| Commissary | | 7/7/2005 | ($8.27) | $0.00 | $0.00 | $0.00 | $36.31 |
| Pay-To | TIARA FLONNORY | 7/13/2005 | ($35.00) | $0.00 | $0.00 | $0.00 | $1.31 |
| | | | | | | Ending Mth Balance: | $1.31 |

# Prior Month -- Individual Statement

Date Printed: 1/5/2006                         Page 1 of 1

## For Month of August 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $1.31 |
|---|---|---|---|---|---|---|
| 00147772 | GREEN | JEROME | L | | | |
| Current Location: | MERIT EAST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Payroll | | 8/5/2005 | $49.28 | $0.00 | $0.00 | $0.00 | $50.59 |
| Commissary | | 8/11/2005 | ($26.61) | $0.00 | $0.00 | $0.00 | $23.98 |
| Commissary | | 8/18/2005 | ($16.09) | $0.00 | $0.00 | $0.00 | $7.89 |
| Commissary | | 8/25/2005 | ($6.70) | $0.00 | $0.00 | $0.00 | $1.19 |
| | | | | | | Ending Mth Balance: | $1.19 |

## Prior Month -- Individual Statement

Date Printed: 1/5/2006                                                                 Page 1 of 1

## For Month of September 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $1.19 |
|---|---|---|---|---|---|---|
| 00147772 | GREEN | JEROME | L | | | |
| Current Location: | MERIT EAST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Payroll | | 9/8/2005 | $48.64 | $0.00 | $0.00 | $0.00 | $49.83 |
| Commissary | | 9/15/2005 | ($47.74) | $0.00 | $0.00 | $0.00 | $2.09 |
| Commissary | | 9/29/2005 | ($2.02) | $0.00 | $0.00 | $0.00 | $0.07 |
| | | | | | Ending Mth Balance: | | $0.07 |

## Prior Month -- Individual Statement

Date Printed: 1/5/2006

Page 1 of 1

### For Month of October 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.07 |
|---|---|---|---|---|---|---|
| 00147772 | GREEN | JEROME | L | | | |
| Current Location: | MERIT EAST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Payroll | | 10/6/2005 | $42.56 | $0.00 | $0.00 | $0.00 | $42.63 |
| Commissary | | 10/13/2005 | ($42.63) | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | Ending Mth Balance: | $0.00 |

## Prior Month -- Individual Statement

Date Printed: 1/5/2006                                                                 Page 1 of 1

## For Month of November 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00147772 | GREEN | JEROME | L | | | |
| Current Location: | MERIT EAST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Payroll | | 11/4/2005 | $20.16 | $0.00 | $0.00 | $0.00 | $20.16 |
| Commissary | | 11/10/2005 | ($19.78) | $0.00 | $0.00 | $0.00 | $0.38 |
| Pay-To | FLONNORY STALE D | 11/17/2005 | $35.00 | $0.00 | $0.00 | $0.00 | $35.38 |
| | | | | | | Ending Mth Balance: | $35.38 |

# Prior Month -- Individual Statement

Date Printed: 1/5/2006                                                                                       Page 1 of 1

## For Month of December 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $35.38 |
|---|---|---|---|---|---|---|
| 00147772 | GREEN | JEROME | L | | | |
| Current Location: | MERIT EAST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Payroll | | 12/6/2005 | $6.30 | $0.00 | $0.00 | $0.00 | $41.68 |
| Mail MO | STARKEY | 12/7/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $61.68 |
| Commissary | | 12/8/2005 | ($33.51) | $0.00 | $0.00 | $0.00 | $28.17 |
| Commissary | | 12/22/2005 | ($28.03) | $0.00 | $0.00 | $0.00 | $0.14 |
| | | | | | Ending Mth Balance: | | $0.14 |