Printed: 12/30/2005

## Average Daily Balance For Pauper Filing
For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005

Page 1 of 4

SBI: 00169921        NAME:   WRIGHT, ADRAIN M

| Date | Balance |
| --- | --- |
| 06/01/2005 | $0.99 |
| 06/02/2005 | $0.00 |
| 06/03/2005 | $0.00 |
| 06/04/2005 | $0.00 |
| 06/05/2005 | $0.00 |
| 06/06/2005 | $0.00 |
| 06/07/2005 | $16.43 |
| 06/08/2005 | $16.43 |
| 06/09/2005 | $1.61 |
| 06/10/2005 | $1.61 |
| 06/11/2005 | $1.61 |
| 06/12/2005 | $1.61 |
| 06/13/2005 | $1.61 |
| 06/14/2005 | $1.61 |
| 06/15/2005 | $1.61 |
| 06/16/2005 | $1.61 |
| 06/17/2005 | $1.61 |
| 06/18/2005 | $1.61 |
| 06/19/2005 | $1.61 |
| 06/20/2005 | $1.61 |
| 06/21/2005 | $1.61 |
| 06/22/2005 | $1.61 |
| 06/23/2005 | $1.61 |
| 06/24/2005 | $1.61 |
| 06/25/2005 | $1.61 |
| 06/26/2005 | $1.61 |
| 06/27/2005 | $1.61 |
| 06/28/2005 | $0.01 |
| 06/29/2005 | $0.01 |
| 06/30/2005 | $0.01 |
| 07/01/2005 | $0.01 |
| 07/02/2005 | $0.01 |
| 07/03/2005 | $0.01 |
| 07/04/2005 | $0.01 |
| 07/05/2005 | $0.01 |
| 07/06/2005 | $0.01 |
| 07/07/2005 | $0.01 |
| 07/08/2005 | $0.01 |
| 07/09/2005 | $0.01 |
| 07/10/2005 | $0.01 |
| 07/11/2005 | $0.01 |
| 07/12/2005 | $0.01 |
| 07/13/2005 | $0.01 |
| 07/14/2005 | $0.01 |
| 07/15/2005 | $0.01 |
| 07/16/2005 | $0.01 |
| 07/17/2005 | $0.01 |
| 07/18/2005 | $0.01 |

05-823 (LAJ)



FILED
JAN 11 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Printed: 12/30/2005

## Average Daily Balance For Pauper Filing
For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005

Page 2 of 4

SBI: 00169921         NAME:    WRIGHT, ADRAIN M

| Date | Balance |
|---|---|
| 07/19/2005 | $0.01 |
| 07/20/2005 | $0.01 |
| 07/21/2005 | $0.01 |
| 07/22/2005 | $20.01 |
| 07/23/2005 | $20.01 |
| 07/24/2005 | $20.01 |
| 07/25/2005 | $20.01 |
| 07/26/2005 | $20.01 |
| 07/27/2005 | $20.01 |
| 07/28/2005 | $5.65 |
| 07/29/2005 | $5.65 |
| 07/30/2005 | $5.65 |
| 07/31/2005 | $5.65 |
| 08/01/2005 | $5.65 |
| 08/02/2005 | $5.65 |
| 08/03/2005 | $5.65 |
| 08/04/2005 | $5.65 |
| 08/05/2005 | $5.65 |
| 08/06/2005 | $5.65 |
| 08/07/2005 | $5.65 |
| 08/08/2005 | $5.65 |
| 08/09/2005 | $5.65 |
| 08/10/2005 | $5.65 |
| 08/11/2005 | $5.65 |
| 08/12/2005 | $5.65 |
| 08/13/2005 | $5.65 |
| 08/14/2005 | $5.65 |
| 08/15/2005 | $5.65 |
| 08/16/2005 | $5.65 |
| 08/17/2005 | $5.65 |
| 08/18/2005 | $3.36 |
| 08/19/2005 | $3.36 |
| 08/20/2005 | $3.36 |
| 08/21/2005 | $3.36 |
| 08/22/2005 | $3.36 |
| 08/23/2005 | $3.36 |
| 08/24/2005 | $3.36 |
| 08/25/2005 | $3.36 |
| 08/26/2005 | $3.36 |
| 08/27/2005 | $3.36 |
| 08/28/2005 | $3.36 |
| 08/29/2005 | $3.36 |
| 08/30/2005 | $3.36 |
| 08/31/2005 | $3.36 |
| 09/01/2005 | $3.36 |
| 09/02/2005 | $3.36 |
| 09/03/2005 | $3.36 |
| 09/04/2005 | $3.36 |

Printed: 12/30/2005

### Average Daily Balance For Pauper Filing
For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005

Page 3 of 4

SBI: 00169921   NAME: WRIGHT, ADRAIN M

| Date | Balance |
|---|---|
| 09/05/2005 | $3.36 |
| 09/06/2005 | $3.36 |
| 09/07/2005 | $3.36 |
| 09/08/2005 | $3.36 |
| 09/09/2005 | $3.36 |
| 09/10/2005 | $3.36 |
| 09/11/2005 | $3.36 |
| 09/12/2005 | $3.36 |
| 09/13/2005 | $3.36 |
| 09/14/2005 | $3.36 |
| 09/15/2005 | $3.36 |
| 09/16/2005 | $3.36 |
| 09/17/2005 | $3.36 |
| 09/18/2005 | $3.36 |
| 09/19/2005 | $3.36 |
| 09/20/2005 | $3.36 |
| 09/21/2005 | $3.36 |
| 09/22/2005 | $3.36 |
| 09/23/2005 | $3.36 |
| 09/24/2005 | $3.36 |
| 09/25/2005 | $3.36 |
| 09/26/2005 | $3.36 |
| 09/27/2005 | $3.36 |
| 09/28/2005 | $3.36 |
| 09/29/2005 | $3.36 |
| 09/30/2005 | $3.36 |
| 10/01/2005 | $3.36 |
| 10/02/2005 | $3.36 |
| 10/03/2005 | $3.36 |
| 10/04/2005 | $3.36 |
| 10/05/2005 | $3.36 |
| 10/06/2005 | $3.36 |
| 10/07/2005 | $3.36 |
| 10/08/2005 | $3.36 |
| 10/09/2005 | $3.36 |
| 10/10/2005 | $3.36 |
| 10/11/2005 | $3.36 |
| 10/12/2005 | $3.36 |
| 10/13/2005 | $3.36 |
| 10/14/2005 | $3.36 |
| 10/15/2005 | $3.36 |
| 10/16/2005 | $3.36 |
| 10/17/2005 | $3.36 |
| 10/18/2005 | $3.36 |
| 10/19/2005 | $3.36 |
| 10/20/2005 | $3.36 |
| 10/21/2005 | $3.36 |
| 10/22/2005 | $3.36 |

Printed: 12/30/2005

## Average Daily Balance For Pauper Filing
### For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005

Page 4 of 4

SBI: 00169921          NAME:    WRIGHT, ADRAIN M

| Date | Balance |
|---|---|
| 10/23/2005 | $3.36 |
| 10/24/2005 | $3.36 |
| 10/25/2005 | $3.36 |
| 10/26/2005 | $3.36 |
| 10/27/2005 | $2.20 |
| 10/28/2005 | $2.20 |
| 10/29/2005 | $2.20 |
| 10/30/2005 | $2.20 |
| 10/31/2005 | $2.20 |
| 11/01/2005 | $2.20 |
| 11/02/2005 | $2.20 |
| 11/03/2005 | $2.20 |
| 11/04/2005 | $2.20 |
| 11/05/2005 | $2.20 |
| 11/06/2005 | $2.20 |
| 11/07/2005 | $2.20 |
| 11/08/2005 | $2.20 |
| 11/09/2005 | $2.20 |
| 11/10/2005 | $2.20 |
| 11/11/2005 | $2.20 |
| 11/12/2005 | $2.20 |
| 11/13/2005 | $2.20 |
| 11/14/2005 | $2.20 |
| 11/15/2005 | $2.20 |
| 11/16/2005 | $2.20 |
| 11/17/2005 | $0.64 |
| 11/18/2005 | $0.64 |
| 11/19/2005 | $0.64 |
| 11/20/2005 | $0.64 |
| 11/21/2005 | $0.64 |
| 11/22/2005 | $0.64 |
| 11/23/2005 | $0.64 |
| 11/24/2005 | $0.64 |
| 11/25/2005 | $0.64 |
| 11/26/2005 | $0.64 |
| 11/27/2005 | $0.64 |
| 11/28/2005 | $0.64 |
| 11/29/2005 | $0.64 |
| 11/30/2005 | $0.64 |

Summary for 'SBI' = 00169921 (183 detail records)          **Average Daily Balance:    $3.24**

# Prior Month -- Individual Statement

Date Printed: 12/30/2005 — Page 1 of 1

## For Month of June 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00169921 | WRIGHT | ADRAIN | M | | | |
| Current Location: | MEDIUM C | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Medical | | 6/2/2005 | ($0.99) | ($3.01) | $0.00 | $0.00 | ($0.99) |
| Medical | | 6/2/2005 | $0.00 | ($4.00) | $0.00 | $0.00 | ($0.99) |
| Medical | | 6/7/2005 | ($3.01) | $0.00 | $0.00 | $0.00 | ($4.00) |
| Payroll | | 6/7/2005 | $19.44 | $0.00 | $0.00 | $0.00 | $15.44 |
| Postage-Com | | 6/8/2005 | $0.00 | $0.00 | ($1.60) | $0.00 | $15.44 |
| Commissary | | 6/9/2005 | ($14.82) | $0.00 | $0.00 | $0.00 | $0.62 |
| Postage-Com | | 6/28/2005 | ($1.60) | $0.00 | $0.00 | $0.00 | ($0.98) |
| | | | | | Ending Mth Balance: | | ($0.98) |

## Prior Month -- Individual Statement

Date Printed: 12/30/2005            Page 1 of 1

### For Month of July 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.01 |
|---|---|---|---|---|---|---|
| 00169921 | WRIGHT | ADRAIN | M | | | |
| Current Location: | MEDIUM C | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Mail MO | H. WRIGHT SMITH | 7/22/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $20.01 |
| Commissary | | 7/28/2005 | ($14.36) | $0.00 | $0.00 | $0.00 | $5.65 |
| | | | | | | Ending Mth Balance: | $5.65 |

## Prior Month -- Individual Statement

Date Printed: 12/30/2005    Page 1 of 1

## For Month of August 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00169921 | WRIGHT | ADRAIN | M | | | |
| Current Location: MEDIUM C | | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 8/18/2005 | ($2.29) | $0.00 | $0.00 | $0.00 | ($2.29) |
| | | | | | | Ending Mth Balance: | ($2.29) |

## Individual Statement - No Transactions This Month

Date Printed: 12/30/2005                                                                 Page 1 of 1

## For Month of September 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00169921 | WRIGHT | ADRAIN | M | | | |
| Current Location: | MEDIUM C | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

|  |  |  |  |  | Ending Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|

## Prior Month -- Individual Statement

Date Printed: 12/30/2005            Page 1 of 1

### For Month of October 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00169921 | WRIGHT | ADRAIN | M | | | |
| Current Location: | MEDIUM C | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 10/27/2005 | ($1.16) | $0.00 | $0.00 | $0.00 | ($1.16) |
| | | | | | | Ending Mth Balance: | ($1.16) |

# Prior Month -- Individual Statement

Date Printed: 12/30/2005                                                                                              Page 1 of 1

## For Month of November 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00169921 | WRIGHT | ADRAIN | M | | | |
| Current Location: | MEDIUM C | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 11/17/2005 | ($1.56) | $0.00 | $0.00 | $0.00 | ($1.56) |
| | | | | | | Ending Mth Balance: | ($1.56) |