UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GEORGE A. JACKSON, et al          :

      Plaintiff                 :

v.                                :     C.A. No.  05-823- KAJ

STANLEY TAYLOR, et al             :

      Defendants                :

FILED

JAN 17 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## MOTION TO AMEND

Come Now, Plaintiffs, pro se, moves this Court to Amend the original complaint by adding John F. Davis as an additional plaintiff, and states as follow:

1.  John F. Davis was classify to work in the Main Kitchen Unit nearly 3 years ago, and continue to work at the present time as head baker.

2.  Mr. Davis name was inadvertedly off the original complaint when it was apparently type by oversight.

3.  Mr. Davis submitted his IFP and account statement that was received and dated by this Court on January 5, 2006.

4.  On January 11, 2006, Mr. Davis received his IFP and account statement from the Clerk Office indicating his name was not listed on the typed complaint.

5.  Plaintiffs ask the Court to allow Mr. Davis named to be adding to the Original complaint, and the defendants would not be prejudice by it.

6.  Plaintiffs has enclose Mr. Davis' IFP and account statement.

DATED: 1/12/2006

George A. Jackson, et al
Susser Correctional Institution
P.O. BOX 500
Georgetown, DE 19947

OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 10, 2006

TO:  John F. Davis
     SBI# 00263753
     SCI
     P.O. Box 500
     Georgetown, DE 19947

**RE: Return of IFP and Account Statement**

Dear Mr. Davis:

The Clerk's Office is in receipt of the above referenced papers (enclosed and returned herewith). Please be advised that our records do not reflect your name as a plaintiff in case 05-823, George Jackson, et al. v. Stanley Taylor, et al.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc:  Alpha File

I/M: George N. Jackson BLDG: plant
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE  19947

1236  U.S. POSTAGE  PB 2 2 3 0 3 7 0
7910  $ 00.870   JAN 13 06
1053  FROM ZIP CODE   19947

Clerk
U.S. District Court
Lock box 18
844 N. King Street
Wilmington DE 19801