Printed: 12/29/2005

### Average Daily Balance For Pauper Filing
*For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005*

Page 1 of 4

*SBI: 00263753*          *NAME:     DAVIS, JOHN F*

OS-823 (KAJ)

2005 JAN 17 PM 4:?

| Date | Balance |
|------|---------|
| 06/01/2005 | $155.96 |
| 06/02/2005 | $155.96 |
| 06/03/2005 | $155.96 |
| 06/04/2005 | $155.96 |
| 06/05/2005 | $155.96 |
| 06/06/2005 | $155.96 |
| 06/07/2005 | $208.88 |
| 06/08/2005 | $208.88 |
| 06/09/2005 | $180.88 |
| 06/10/2005 | $180.88 |
| 06/11/2005 | $180.88 |
| 06/12/2005 | $180.88 |
| 06/13/2005 | $180.88 |
| 06/14/2005 | $180.88 |
| 06/15/2005 | $180.88 |
| 06/16/2005 | $180.88 |
| 06/17/2005 | $180.88 |
| 06/18/2005 | $180.88 |
| 06/19/2005 | $180.88 |
| 06/20/2005 | $180.88 |
| 06/21/2005 | $180.88 |
| 06/22/2005 | $180.88 |
| 06/23/2005 | $180.88 |
| 06/24/2005 | $180.88 |
| 06/25/2005 | $180.88 |
| 06/26/2005 | $180.88 |
| 06/27/2005 | $180.88 |
| 06/28/2005 | $180.88 |
| 06/29/2005 | $180.88 |
| 06/30/2005 | $180.88 |
| 07/01/2005 | $236.32 |
| 07/02/2005 | $236.32 |
| 07/03/2005 | $236.32 |
| 07/04/2005 | $236.32 |
| 07/05/2005 | $236.32 |
| 07/06/2005 | $236.32 |
| 07/07/2005 | $215.55 |
| 07/08/2005 | $215.55 |
| 07/09/2005 | $215.55 |
| 07/10/2005 | $215.55 |
| 07/11/2005 | $215.55 |
| 07/12/2005 | $175.55 |
| 07/13/2005 | $175.55 |
| 07/14/2005 | $175.55 |
| 07/15/2005 | $175.55 |
| 07/16/2005 | $175.55 |
| 07/17/2005 | $175.55 |
| 07/18/2005 | $175.55 |

***Average Daily Balance For Pauper Filing***
*For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005*

**SBI: 00263753     NAME:     DAVIS, JOHN F**

| Date | Balance |
|---|---|
| 07/19/2005 | $175.55 |
| 07/20/2005 | $175.55 |
| 07/21/2005 | $171.22 |
| 07/22/2005 | $171.22 |
| 07/23/2005 | $171.22 |
| 07/24/2005 | $171.22 |
| 07/25/2005 | $171.22 |
| 07/26/2005 | $171.22 |
| 07/27/2005 | $171.22 |
| 07/28/2005 | $171.22 |
| 07/29/2005 | $171.22 |
| 07/30/2005 | $171.22 |
| 07/31/2005 | $171.22 |
| 08/01/2005 | $171.22 |
| 08/02/2005 | $171.22 |
| 08/03/2005 | $171.22 |
| 08/04/2005 | $171.22 |
| 08/05/2005 | $226.66 |
| 08/06/2005 | $226.66 |
| 08/07/2005 | $226.66 |
| 08/08/2005 | $226.66 |
| 08/09/2005 | $226.66 |
| 08/10/2005 | $226.66 |
| 08/11/2005 | $226.66 |
| 08/12/2005 | $226.66 |
| 08/13/2005 | $226.66 |
| 08/14/2005 | $226.66 |
| 08/15/2005 | $226.66 |
| 08/16/2005 | $226.66 |
| 08/17/2005 | $222.66 |
| 08/18/2005 | $211.46 |
| 08/19/2005 | $211.46 |
| 08/20/2005 | $211.46 |
| 08/21/2005 | $211.46 |
| 08/22/2005 | $211.46 |
| 08/23/2005 | $211.46 |
| 08/24/2005 | $211.46 |
| 08/25/2005 | $210.48 |
| 08/26/2005 | $210.48 |
| 08/27/2005 | $210.48 |
| 08/28/2005 | $210.48 |
| 08/29/2005 | $210.48 |
| 08/30/2005 | $210.48 |
| 08/31/2005 | $210.48 |
| 09/01/2005 | $210.48 |
| 09/02/2005 | $210.48 |
| 09/03/2005 | $210.48 |
| 09/04/2005 | $210.48 |

*Average Daily Balance For Pauper Filing*
*For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005*

**SBI: 00263753**          **NAME:**    **DAVIS, JOHN F**

| Date | Balance |
|------|---------|
| 09/05/2005 | $210.48 |
| 09/06/2005 | $210.48 |
| 09/07/2005 | $210.48 |
| 09/08/2005 | $241.82 |
| 09/09/2005 | $241.82 |
| 09/10/2005 | $241.82 |
| 09/11/2005 | $241.82 |
| 09/12/2005 | $241.82 |
| 09/13/2005 | $241.82 |
| 09/14/2005 | $241.82 |
| 09/15/2005 | $231.94 |
| 09/16/2005 | $231.94 |
| 09/17/2005 | $231.94 |
| 09/18/2005 | $231.94 |
| 09/19/2005 | $231.94 |
| 09/20/2005 | $231.94 |
| 09/21/2005 | $231.94 |
| 09/22/2005 | $230.07 |
| 09/23/2005 | $230.07 |
| 09/24/2005 | $230.07 |
| 09/25/2005 | $230.07 |
| 09/26/2005 | $230.07 |
| 09/27/2005 | $230.07 |
| 09/28/2005 | $230.07 |
| 09/29/2005 | $230.07 |
| 09/30/2005 | $230.07 |
| 10/01/2005 | $230.07 |
| 10/02/2005 | $230.07 |
| 10/03/2005 | $230.07 |
| 10/04/2005 | $230.07 |
| 10/05/2005 | $230.07 |
| 10/06/2005 | $255.49 |
| 10/07/2005 | $255.49 |
| 10/08/2005 | $255.49 |
| 10/09/2005 | $255.49 |
| 10/10/2005 | $255.49 |
| 10/11/2005 | $255.49 |
| 10/12/2005 | $255.49 |
| 10/13/2005 | $251.84 |
| 10/14/2005 | $251.84 |
| 10/15/2005 | $251.84 |
| 10/16/2005 | $251.84 |
| 10/17/2005 | $251.84 |
| 10/18/2005 | $251.84 |
| 10/19/2005 | $251.84 |
| 10/20/2005 | $251.84 |
| 10/21/2005 | $251.84 |
| 10/22/2005 | $251.84 |

*Average Daily Balance For Pauper Filing*
*For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005*

**SBI: 00263753        NAME:    DAVIS, JOHN F**

| Date | Balance |
|------|---------|
| 10/23/2005 | $251.84 |
| 10/24/2005 | $251.84 |
| 10/25/2005 | $251.84 |
| 10/26/2005 | $251.84 |
| 10/27/2005 | $250.00 |
| 10/28/2005 | $250.00 |
| 10/29/2005 | $250.00 |
| 10/30/2005 | $250.00 |
| 10/31/2005 | $250.00 |
| 11/01/2005 | $250.00 |
| 11/02/2005 | $250.00 |
| 11/03/2005 | $225.13 |
| 11/04/2005 | $285.25 |
| 11/05/2005 | $285.25 |
| 11/06/2005 | $285.25 |
| 11/07/2005 | $285.25 |
| 11/08/2005 | $285.25 |
| 11/09/2005 | $285.25 |
| 11/10/2005 | $280.60 |
| 11/11/2005 | $280.60 |
| 11/12/2005 | $280.60 |
| 11/13/2005 | $280.60 |
| 11/14/2005 | $280.60 |
| 11/15/2005 | $280.60 |
| 11/16/2005 | $280.60 |
| 11/17/2005 | $280.60 |
| 11/18/2005 | $280.60 |
| 11/19/2005 | $280.60 |
| 11/20/2005 | $280.60 |
| 11/21/2005 | $280.60 |
| 11/22/2005 | $280.60 |
| 11/23/2005 | $280.60 |
| 11/24/2005 | $280.60 |
| 11/25/2005 | $280.60 |
| 11/26/2005 | $280.60 |
| 11/27/2005 | $280.60 |
| 11/28/2005 | $280.60 |
| 11/29/2005 | $280.60 |
| 11/30/2005 | $280.60 |

*Summary for 'SBI' = 00263753 (183 detail records)*        **Average Daily Balance:    $222.83**

# Prior Month -- Individual Statement

Date Printed: 12/29/2005

Page 1 of 1

## For Month of June 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | | $155.96 |
|-----|-----------|-----------|-----|--------|------------------|---|---------|
| 00263753 | DAVIS | JOHN | F | | | | |
| **Current Location:** | MERIT WEST | | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|--------|------|------|------------------------------|--------------|------------------|--------------|---------|
| Payroll | | 6/7/2005 | $52.92 | $0.00 | $0.00 | $0.00 | $208.88 |
| Commissary | | 6/9/2005 | ($28.00) | $0.00 | $0.00 | $0.00 | $180.88 |
| | | | | | | **Ending Mth Balance:** | $180.88 |

# Prior Month -- Individual Statement

Date Printed: 12/29/2005

## For Month of July 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|-----|-----------|------------|----|--------|------------------|-------|
| 00263753 | DAVIS | JOHN | F | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|--------|------|------|------------------------------|--------------|------------------|--------------|---------|
| Payroll | | 7/1/2005 | $55.44 | $0.00 | $0.00 | $0.00 | $55.44 |
| Commissary | | 7/7/2005 | ($20.77) | $0.00 | $0.00 | $0.00 | $34.67 |
| Pay-To | TIARA FLONNORY | 7/12/2005 | ($40.00) | $0.00 | $0.00 | $0.00 | ($5.33) |
| Commissary | | 7/21/2005 | ($4.33) | $0.00 | $0.00 | $0.00 | ($9.66) |
| | | | | | | Ending Mth Balance: | ($9.66) |

# Prior Month -- Individual Statement

Date Printed: 12/29/2005

## For Month of August 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00263753 | DAVIS | JOHN | F | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Payroll | | 8/5/2005 | $55.44 | $0.00 | $0.00 | $0.00 | $55.44 |
| Medical | | 8/17/2005 | $0.00 | ($4.00) | $0.00 | $0.00 | $55.44 |
| Medical | | 8/17/2005 | ($4.00) | $0.00 | $0.00 | $0.00 | $51.44 |
| Commissary | | 8/18/2005 | ($11.20) | $0.00 | $0.00 | $0.00 | $40.24 |
| Commissary | | 8/25/2005 | ($0.98) | $0.00 | $0.00 | $0.00 | $39.26 |
| | | | | | | Ending Mth Balance: | $39.26 |

# Prior Month -- Individual Statement

Date Printed:  12/29/2005                                                                 Page 1 of 1

## For Month of September 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00263753 | DAVIS | JOHN | F | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 9/8/2005 | ($24.10) | $0.00 | $0.00 | $0.00 | ($24.10) |
| Payroll | | 9/8/2005 | $55.44 | $0.00 | $0.00 | $0.00 | $31.34 |
| Commissary | | 9/15/2005 | ($9.88) | $0.00 | $0.00 | $0.00 | $21.46 |
| Commissary | | 9/22/2005 | ($1.87) | $0.00 | $0.00 | $0.00 | $19.59 |
| | | | | | | Ending Mth Balance: | $19.59 |

# Prior Month -- Individual Statement

Date Printed: 12/29/2005

Page 1 of 1

## For Month of October 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | | $0.00 |
|-----|-----------|------------|----|--------|------------------|--|-------|
| 00263753 | DAVIS | JOHN | F | | | | |
| **Current Location:** | MERIT WEST | | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|--------|------|------|------------------------------|--------------|------------------|--------------|---------|
| Commissary | | 10/6/2005 | ($27.50) | $0.00 | $0.00 | $0.00 | ($27.50) |
| Payroll | | 10/6/2005 | $52.92 | $0.00 | $0.00 | $0.00 | $25.42 |
| Commissary | | 10/13/2005 | ($3.65) | $0.00 | $0.00 | $0.00 | $21.77 |
| Commissary | | 10/27/2005 | ($1.84) | $0.00 | $0.00 | $0.00 | $19.93 |
| | | | | | | **Ending Mth Balance:** | $19.93 |

# Prior Month -- Individual Statement

Date Printed: 12/29/2005

Page 1 of 1

## For Month of November 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | | $0.00 |
|---|---|---|---|---|---|---|---|
| 00263753 | DAVIS | JOHN | F | | | | |
| Current Location: | MERIT WEST | | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 11/3/2005 | ($24.87) | $0.00 | $0.00 | $0.00 | ($24.87) |
| Payroll | | 11/4/2005 | $60.12 | $0.00 | $0.00 | $0.00 | $35.25 |
| Commissary | | 11/10/2005 | ($4.65) | $0.00 | $0.00 | $0.00 | $30.60 |
| | | | | | | Ending Mth Balance: | $30.60 |