IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GEORGE A. JACKSON, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civ. No. 05-823-KAJ ) |
| STANLEY TAYLOR, et al., | ) ) ) |
| Defendants. | ) |

**ORDER**

The plaintiffs, proceeding *pro se*, move the court to amend their complaint to add John F. Davis as an additional plaintiff. (D.I. 62). "A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served." Fed. R. Civ. P. 15(a). To date, the parties have not yet been served.

The court notes that the motion to amend filed on behalf of all the plaintiffs is signed only by plaintiff George A. Jackson. Pleadings filed on behalf of all the plaintiffs **must** be signed by all the plaintiffs. Therefore, the motion is **DENIED** without prejudice. Plaintiffs are given leave to file a new motion to amend, which must be appropriately signed by all the plaintiffs. The motion shall be filed within 30 days from the date of this order.

The plaintiffs are forewarned that future pleadings filed on behalf of all the plaintiffs and that are not signed by all the plaintiffs will be stricken.

_____
UNITED STATES DISTRICT JUDGE

January 20, 2006
Wilmington, Delaware