IN THE NAME OF ALLAH, THE BENEFICENT, TH E MERCIFUL,

1/19/06

Dear Clerk: this letter comes to inform you to take me off of Civ.No 05-823-KAJ

James A. Wilson 163663

thank u very much

I/M: James Wilson BLDG: ment/East
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

```
*(?)*  U.S. POSTAGE  PB2230370*
1156                 JAN 20 06*
7930  $00.390       19947
3054
```

Office of the Clerk
United States District
Court
844 N. King St, Lockbox 18
Wilm, DE. 19801-3570