IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GEORGE A. JACKSON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civ. No. 05-823-KAJ |
| | ) |
| STANLEY TAYLOR, et al., | ) |
| | ) |
| Defendants. | ) |

ORDER

Plaintiff James A. Wilson, ("Wilson"), SBI #163663, an inmate at Sussex Correctional Institute, is one of 31 plaintiffs who filed this action alleging violations of their constitutional rights. Wilson proceeds *pro se*, requested, and was denied leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (D.I. 38, 61).

Wilson now informs the Court that he wishes to be removed from Civ. No. 05-823-KAJ. (D.I. 64). The Court construes this request as a motion to voluntarily dismiss pursuant to Fed. R. Civ. Pro. 41(a). The motion is GRANTED.

IT IS ORDERED that the claims brought by Wilson are DISMISSED WITHOUT PREJUDICE and he is dismissed as a party plaintiff.

UNITED STATES DISTRICT JUDGE

DATED: 1/25/06