Anthony Morris #300363
S.C.I.
P.O Box 500
Georgetown, DE 19947

January 27, 2006

Clerk
U.S. District Court:

FILED
JAN 30 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RE: Jackson et al. v. Taylor et al.
C.A. No 05-823-KAJ

Dear Clerk:
I am a plaintiff in the above-reference case. But I am the only plaintiff that do not receive court documents or orders. I sent the required information. Please look into this matter.

Anthony Morris

I/M: Anthony Mopt BLDG: MenPt
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947 S.B.I 300303

Office of the Clerk
United States District Court
844 N. King Street, Lock 18
Wilmington, DE
19801-3570