OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

February 1, 2006

**Anthony Morris**
SBI# 300363
S.C.I.
P.O. Box 500
Georgetown, DE 19947

    RE:    Letter Received 1/30/06

          <u>Jackson et al v. Taylor et al</u>

          CA 05-823 KAJ

Dear Mr. Morris :

      This office received a letter from you informing the Clerk that you have not been receiving orders in the above matter. Please note that we have identified and corrected the problem and you should now receive copies of all future orders issued by the Court.

      We appreciate your bringing this matter to our attention. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                              Sincerely,

                              PETER T. DALLEO
                              CLERK

/rwc
cc: Pro-Se Law Clerk

Anthony Morris #300363
SCI
P.O Box 500
Georgetown, DE 19947

January 27, 2006

Clerk
U.S. District Court:

FILED
JAN 30 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RE: Jackson et al v. Taylor et al
C.A. No 05-823-KAJ

Dear Clerk:

I am a plaintiff in the above-referenced case. But I am the only plaintiff that do not Receive court documents or orders. I sent the Required information. Please look into this matter.

Anthony Morris