Printed: 12/21/2005

## Average Daily Balance For Pauper Filing
*For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005*

Page 1 of 4

SBI: *00188191*        NAME:    TRUITT, VERNON M

| Date | Balance |
|---|---|
| 06/01/2005 | $15.31 |
| 06/02/2005 | $15.31 |
| 06/03/2005 | $15.31 |
| 06/04/2005 | $15.31 |
| 06/05/2005 | $15.31 |
| 06/06/2005 | $0.30 |
| 06/07/2005 | $63.90 |
| 06/08/2005 | $63.90 |
| 06/09/2005 | $63.90 |
| 06/10/2005 | $63.90 |
| 06/11/2005 | $63.90 |
| 06/12/2005 | $63.90 |
| 06/13/2005 | $0.54 |
| 06/14/2005 | $0.54 |
| 06/15/2005 | $0.54 |
| 06/16/2005 | $0.54 |
| 06/17/2005 | $0.54 |
| 06/18/2005 | $0.54 |
| 06/19/2005 | $0.54 |
| 06/20/2005 | $0.54 |
| 06/21/2005 | $0.54 |
| 06/22/2005 | $0.54 |
| 06/23/2005 | $30.54 |
| 06/24/2005 | $30.54 |
| 06/25/2005 | $30.54 |
| 06/26/2005 | $30.54 |
| 06/27/2005 | $30.54 |
| 06/28/2005 | $30.08 |
| 06/29/2005 | $30.08 |
| 06/30/2005 | $30.08 |
| 07/01/2005 | $81.93 |
| 07/02/2005 | $81.93 |
| 07/03/2005 | $81.93 |
| 07/04/2005 | $81.93 |
| 07/05/2005 | $21.18 |
| 07/06/2005 | $21.18 |
| 07/07/2005 | $21.18 |
| 07/08/2005 | $81.18 |
| 07/09/2005 | $81.18 |
| 07/10/2005 | $81.18 |
| 07/11/2005 | $60.47 |
| 07/12/2005 | $60.47 |
| 07/13/2005 | $60.47 |
| 07/14/2005 | $60.47 |
| 07/15/2005 | $60.47 |
| 07/16/2005 | $60.47 |
| 07/17/2005 | $60.47 |
| 07/18/2005 | $60.47 |

05-823 (KAJ)



FILED
FEB 10 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Printed: 12/21/2005

*Average Daily Balance For Pauper Filing*
For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005

Page 2 of 4

SBI: *00188191*     NAME:    *TRUITT, VERNON M*

| Date | Balance |
|---|---|
| 07/19/2005 | $60.47 |
| 07/20/2005 | $60.47 |
| 07/21/2005 | $29.16 |
| 07/22/2005 | $29.16 |
| 07/23/2005 | $29.16 |
| 07/24/2005 | $29.16 |
| 07/25/2005 | $49.16 |
| 07/26/2005 | $49.16 |
| 07/27/2005 | $48.93 |
| 07/28/2005 | $0.00 |
| 07/29/2005 | $0.00 |
| 07/30/2005 | $0.00 |
| 07/31/2005 | $0.00 |
| 08/01/2005 | $0.00 |
| 08/02/2005 | $0.00 |
| 08/03/2005 | $0.00 |
| 08/04/2005 | $0.00 |
| 08/05/2005 | $41.84 |
| 08/06/2005 | $41.84 |
| 08/07/2005 | $41.84 |
| 08/08/2005 | $41.84 |
| 08/09/2005 | $41.84 |
| 08/10/2005 | $41.84 |
| 08/11/2005 | $6.03 |
| 08/12/2005 | $26.03 |
| 08/13/2005 | $26.03 |
| 08/14/2005 | $26.03 |
| 08/15/2005 | $26.03 |
| 08/16/2005 | $26.03 |
| 08/17/2005 | $26.03 |
| 08/18/2005 | $8.57 |
| 08/19/2005 | $28.57 |
| 08/20/2005 | $28.57 |
| 08/21/2005 | $28.57 |
| 08/22/2005 | $28.57 |
| 08/23/2005 | $28.57 |
| 08/24/2005 | $28.57 |
| 08/25/2005 | $0.02 |
| 08/26/2005 | $0.02 |
| 08/27/2005 | $0.02 |
| 08/28/2005 | $0.02 |
| 08/29/2005 | $0.02 |
| 08/30/2005 | $0.02 |
| 08/31/2005 | $0.02 |
| 09/01/2005 | $0.02 |
| 09/02/2005 | $20.02 |
| 09/03/2005 | $20.02 |
| 09/04/2005 | $20.02 |

Printed: 12/21/2005

## Average Daily Balance For Pauper Filing
### For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005

Page 3 of 4

SBI: *00188191*    NAME:    TRUITT, VERNON M

| Date | Balance |
|---|---|
| 09/05/2005 | $20.02 |
| 09/06/2005 | $20.02 |
| 09/07/2005 | $20.02 |
| 09/08/2005 | $26.90 |
| 09/09/2005 | $46.90 |
| 09/10/2005 | $46.90 |
| 09/11/2005 | $46.90 |
| 09/12/2005 | $46.90 |
| 09/13/2005 | $46.90 |
| 09/14/2005 | $46.90 |
| 09/15/2005 | $0.37 |
| 09/16/2005 | $20.37 |
| 09/17/2005 | $20.37 |
| 09/18/2005 | $20.37 |
| 09/19/2005 | $20.37 |
| 09/20/2005 | $20.37 |
| 09/21/2005 | $20.37 |
| 09/22/2005 | $0.00 |
| 09/23/2005 | $40.00 |
| 09/24/2005 | $40.00 |
| 09/25/2005 | $40.00 |
| 09/26/2005 | $40.00 |
| 09/27/2005 | $40.00 |
| 09/28/2005 | $40.00 |
| 09/29/2005 | $0.00 |
| 09/30/2005 | $0.00 |
| 10/01/2005 | $0.00 |
| 10/02/2005 | $0.00 |
| 10/03/2005 | $0.00 |
| 10/04/2005 | $0.00 |
| 10/05/2005 | $0.00 |
| 10/06/2005 | $21.42 |
| 10/07/2005 | $41.42 |
| 10/08/2005 | $41.42 |
| 10/09/2005 | $41.42 |
| 10/10/2005 | $41.42 |
| 10/11/2005 | $41.42 |
| 10/12/2005 | $41.42 |
| 10/13/2005 | $2.86 |
| 10/14/2005 | $2.86 |
| 10/15/2005 | $2.86 |
| 10/16/2005 | $2.86 |
| 10/17/2005 | $2.86 |
| 10/18/2005 | $2.86 |
| 10/19/2005 | $2.86 |
| 10/20/2005 | $0.20 |
| 10/21/2005 | $20.20 |
| 10/22/2005 | $20.20 |

Printed: 12/21/2005

**Average Daily Balance For Pauper Filing**

Page 4 of 4

For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005

SBI: 00188191   NAME:   TRUITT, VERNON M

| Date | Balance |
|---|---|
| 10/23/2005 | $20.20 |
| 10/24/2005 | $20.20 |
| 10/25/2005 | $20.20 |
| 10/26/2005 | $20.20 |
| 10/27/2005 | $19.97 |
| 10/28/2005 | $19.97 |
| 10/29/2005 | $19.97 |
| 10/30/2005 | $19.97 |
| 10/31/2005 | $39.97 |
| 11/01/2005 | $39.97 |
| 11/02/2005 | $39.97 |
| 11/03/2005 | $39.97 |
| 11/04/2005 | $66.43 |
| 11/05/2005 | $66.43 |
| 11/06/2005 | $66.43 |
| 11/07/2005 | $61.43 |
| 11/08/2005 | $56.43 |
| 11/09/2005 | $56.43 |
| 11/10/2005 | $0.81 |
| 11/11/2005 | $0.81 |
| 11/12/2005 | $0.81 |
| 11/13/2005 | $0.81 |
| 11/14/2005 | $0.81 |
| 11/15/2005 | $0.81 |
| 11/16/2005 | $0.81 |
| 11/17/2005 | $0.81 |
| 11/18/2005 | $0.81 |
| 11/19/2005 | $0.81 |
| 11/20/2005 | $0.81 |
| 11/21/2005 | $0.81 |
| 11/22/2005 | $0.81 |
| 11/23/2005 | $0.81 |
| 11/24/2005 | $0.81 |
| 11/25/2005 | $0.81 |
| 11/26/2005 | $0.81 |
| 11/27/2005 | $0.81 |
| 11/28/2005 | $20.81 |
| 11/29/2005 | $20.81 |
| 11/30/2005 | $20.81 |

Summary for 'SBI' = 00188191 (183 detail records)    **Average Daily Balance:**   $25.67

## Prior Month -- Individual Statement

Date Printed: 12/21/2005 

Page 1 of 1

### For Month of June 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $40.31 |
|---|---|---|---|---|---|---|
| 00188191 | TRUITT | VERNON | M | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Pay-To | SHARON DESHIELDS | 6/1/2005 | ($25.00) | $0.00 | $0.00 | $0.00 | $15.31 |
| Postage | | 6/2/2005 | $0.00 | $0.00 | ($0.23) | $0.00 | $15.31 |
| Commissary | | 6/6/2005 | ($15.01) | $0.00 | $0.00 | $0.00 | $0.30 |
| Visit MO | ELEANOR TRUITT | 6/7/2005 | $30.00 | $0.00 | $0.00 | $0.00 | $30.30 |
| Payroll | | 6/7/2005 | $33.60 | $0.00 | $0.00 | $0.00 | $63.90 |
| Postage | | 6/13/2005 | $0.00 | $0.00 | ($0.23) | $0.00 | $63.90 |
| Commissary | | 6/13/2005 | ($63.36) | $0.00 | $0.00 | $0.00 | $0.54 |
| Visit MO | ELEANOR TRUITT | 6/23/2005 | $30.00 | $0.00 | $0.00 | $0.00 | $30.54 |
| Postage | | 6/28/2005 | ($0.23) | $0.00 | $0.00 | $0.00 | $30.31 |
| Postage | | 6/28/2005 | ($0.23) | $0.00 | $0.00 | $0.00 | $30.08 |
| Postage | | 6/29/2005 | $0.00 | $0.00 | ($0.23) | $0.00 | $30.08 |
| | | | | | | Ending Mth Balance: | $30.08 |

## Prior Month -- Individual Statement

Date Printed: 12/21/2005                                           Page 1 of 1

### For Month of July 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $30.08 |
|---|---|---|---|---|---|---|
| 00188191 | TRUITT | VERNON | M | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Pay-To | | 7/1/2005 | ($1.75) | $0.00 | $0.00 | $0.00 | $28.33 |
| Visit MO | ELEANOR TRUITT | 7/1/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $48.33 |
| Payroll | | 7/1/2005 | $33.60 | $0.00 | $0.00 | $0.00 | $81.93 |
| Commissary | | 7/5/2005 | ($60.75) | $0.00 | $0.00 | $0.00 | $21.18 |
| Visit MO | ELEANOR TRUITT | 7/8/2005 | $60.00 | $0.00 | $0.00 | $0.00 | $81.18 |
| Commissary | | 7/11/2005 | ($20.71) | $0.00 | $0.00 | $0.00 | $60.47 |
| Commissary | | 7/21/2005 | ($31.31) | $0.00 | $0.00 | $0.00 | $29.16 |
| Visit MO | ELEANOR TRUITT | 7/25/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $49.16 |
| Postage | | 7/27/2005 | ($0.23) | $0.00 | $0.00 | $0.00 | $48.93 |
| Commissary | | 7/28/2005 | ($48.93) | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | **Ending Mth Balance:** | **$0.00** |

## Prior Month -- Individual Statement

Date Printed: 12/21/2005                                                                 Page 1 of 1

## For Month of August 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00188191 | TRUITT | VERNON | M | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Visit MO | L. HUGHES | 8/5/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $20.00 |
| Payroll | | 8/5/2005 | $21.84 | $0.00 | $0.00 | $0.00 | $41.84 |
| Commissary | | 8/11/2005 | ($35.81) | $0.00 | $0.00 | $0.00 | $6.03 |
| Visit MO | ELEANOR TRUITT | 8/12/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $26.03 |
| Commissary | | 8/18/2005 | ($17.46) | $0.00 | $0.00 | $0.00 | $8.57 |
| Visit MO | ELEANOR TRUITT | 8/19/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $28.57 |
| Commissary | | 8/25/2005 | ($28.55) | $0.00 | $0.00 | $0.00 | $0.02 |
| | | | | | **Ending Mth Balance:** | | **$0.02** |

## Prior Month -- Individual Statement

Date Printed: 12/21/2005  Page 1 of 1

### For Month of September 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.02 |
|---|---|---|---|---|---|---|
| 00188191 | TRUITT | VERNON | M | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medieal Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Visit MO | ELEANOR TRUITT | 9/2/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $20.02 |
| Commissary | | 9/8/2005 | ($19.58) | $0.00 | $0.00 | $0.00 | $0.44 |
| Payroll | | 9/8/2005 | $26.46 | $0.00 | $0.00 | $0.00 | $26.90 |
| Visit MO | ELEANOR TRUITT | 9/9/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $46.90 |
| Commissary | | 9/15/2005 | ($46.53) | $0.00 | $0.00 | $0.00 | $0.37 |
| Visit MO | ELEANOR TRUITT | 9/16/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $20.37 |
| Commissary | | 9/22/2005 | ($20.37) | $0.00 | $0.00 | $0.00 | $0.00 |
| Visit MO | ELEANOR TRUITT | 9/23/2005 | $40.00 | $0.00 | $0.00 | $0.00 | $40.00 |
| Commissary | | 9/29/2005 | ($40.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | Ending Mth Balance: | $0.00 |

## Prior Month -- Individual Statement

Date Printed: 12/21/2005                   Page 1 of 1

### For Month of October 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00188191 | TRUITT | VERNON | M | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Payroll | | 10/6/2005 | $21.42 | $0.00 | $0.00 | $0.00 | $21.42 |
| Visit MO | ELEANOR TRUITT | 10/7/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $41.42 |
| Commissary | | 10/13/2005 | ($38.56) | $0.00 | $0.00 | $0.00 | $2.86 |
| Commissary | | 10/20/2005 | ($2.66) | $0.00 | $0.00 | $0.00 | $0.20 |
| Visit MO | ELEANOR TRUITT | 10/21/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $20.20 |
| Postage | | 10/24/2005 | $0.00 | $0.00 | ($0.23) | $0.00 | $20.20 |
| Postage | | 10/27/2005 | ($0.23) | $0.00 | $0.00 | $0.00 | $19.97 |
| Visit MO | ELEANOR TRUITT | 10/31/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $39.97 |
| | | | | | | Ending Mth Balance: | $39.97 |

# Prior Month -- Individual Statement

Date Printed: 12/21/2005          Page 1 of 1

## For Month of November 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $39.97 |
|---|---|---|---|---|---|---|
| 00188191 | TRUITT | VERNON | M | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Payroll | | 11/4/2005 | $26.46 | $0.00 | $0.00 | $0.00 | $66.43 |
| Visit MO | ELEANOR TRUITT | 11/7/2005 | $25.00 | $0.00 | $0.00 | $0.00 | $91.43 |
| Pay-To | SHANIKA BAILEY | 11/7/2005 | ($30.00) | $0.00 | $0.00 | $0.00 | $61.43 |
| Pay-To | | 11/8/2005 | ($5.00) | $0.00 | $0.00 | $0.00 | $56.43 |
| Commissary | | 11/10/2005 | ($55.62) | $0.00 | $0.00 | $0.00 | $0.81 |
| Visit MO | ELEANOR TRUITT | 11/28/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $20.81 |
| | | | | | | **Ending Mth Balance:** | **$20.81** |

#186191
I/M: Vernon M. Truitt BLDG. Merit West
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

Clerk
U.S. District Court
Lock Box 18
844 N. King Street
Wilmington, DE 19801