IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GEORGE A. JACKSON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. No. 05-823-KAJ |
| ) | |
| STANLEY TAYLOR, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

WHEREAS, the plaintiffs filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on December 8, 2005, the Court entered an order requiring each plaintiff to file, within 30 days from the date the order was sent, leave to proceed *in forma pauperis* and to submit a certified copy of his prison trust fund account statement or the institutional equivalent for the six-month period immediately preceding the filing of the complaint, or the plaintiff would be dismissed from the action without prejudice (D.I. 3);

WHEREAS, to date, the required documents have not been received from plaintiffs Paxton Lee Foreman, William Turnage, Jerry Weston, and Kashawn Weston;

THEREFORE, at Wilmington this 21st day of February, 2006, IT IS HEREBY ORDERED that plaintiffs Paxton Lee Foreman, William Turnage, Jerry Weston, and Kashawn Weston are **DISMISSED FROM THIS ACTION WITHOUT PREJUDICE**.

These four plaintiffs are not required to pay the $250.00 filing fee.

_____
UNITED STATES DISTRICT JUDGE