IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GEORGE A. JACKSON, et al.,          )
                                    )
            Plaintiffs,             )
                                    )
      v.                            )  Civ. No. 05-823-KAJ
                                    )
STANLEY TAYLOR, et al.,             )
                                    )
            Defendants.             )

FILED

FEB 2 1 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RENEWAL MOTION TO AMEND

The plaintiffs, proceeding pro se, hereby moves pursuant to Fed. R. Civ. Pro.
15(a) the Honorable Court to amend their complaint to add John F. Davis as an
additional plaintiff and respectfully represents:

1. On December 1, 2005 a Complaint was filed pursuant to 42:1983 against
Stanley Taylor, Joyce Talley, Tony Figario, Carl Anson, Delaware Department of
Corrections- filed by George A. Jackson, Darus Young, Charles Blizzard.  There
were also an additional 28 named plaintiff included.

2. The 31 named plaintiffs are similary situated since they all presently
work, or have worked in the Main Kitchen Unit at the Sussex Correctional Institution
under work conditions they believed are unconstitutional.

3. John F. Davis is an inmate kitchen worker, who is assigned as a baker at
the Main Kitchen Unit at Sussex Correctional Institution. and was not a

4. John F. Davis named was inadvertely ommitted from the Original Complaint
due to oversight of the current plaintiffs.

5. Since filing of the original complaint, the folowing named plaintiffs have
been moved to different locations of the prison as followed: Samuel Jones, Adrain
Wright, Howard Parker, Lawrence B. Dickens, Eldon Potts, and Kashawn Weston have all
been moved to the Medium Building.  Roderick Brown has been moved to the Key Building.

6. John F. Davis and the remainder plaintiffs are still housed in the Merit Building since the original filing of the complaint.

7. Based on the different location of plaintiffs, John F. Davis is unable to obtain the signatures of the plaintiffs listed in paragraph #5 due to prison regulations that forbids any communication with inmates in other buildings that is not authorized. Unauthorized Communication 2.14 (Rules of Conduct) Therefore, inmate Davis cannot obtain the necessary signatures without the Court's assistance.

8. Therefore, John F. Davis and the signed plaintiffs asked that the Court assist the plaintiffs in this matter, and allow John F. Davis to be added to the original complaint.

DATED: 1/31/06

John Davis
George A. Jackson
Darius Young
Frank Williams
Carl Walke
[signature]
[signature]
William [signature]
Joseph White
Jose Ceepa
Darwin Sauge
Gilbert Williams
Anthony Morris
Jerry Weston

Vernon M. L.
[signature]
Charles F. Blizzard
Roy Williamson
Richue Reynolds
Charle Quillen
Roger Thomas

*All Merit Building Plaintiffs*

I/M George Jackson Merit
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE   19947

1436  U.S. POSTAGE  PB 22230370
7901  $ 00.390    FEB 17 06
0787              19947

U.S. District Court
Lockbox 18
844 N. King Street
Wilmington, DE
19801