IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GEORGE A. JACKSON, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civ. No. 05-823-KAJ ) |
| STANLEY TAYLOR, et al., | ) ) |
| Defendants. | ) ) |

**ORDER**

The plaintiffs, proceeding *pro se*, filed a renewed motion to amend their complaint to add John F. Davis as an additional plaintiff. (D.I. 70.) "A party may amend the party's pleading <u>once</u> as a matter of course at any time before a responsive pleading is served." Fed. R. Civ. P. 15(a). To date, the parties have not yet been served.

The motion is **GRANTED**. John Davis shall file with the Court, within 30 days from the date of this order, leave to proceed *in forma pauperis* and submit a certified copy of his prison trust fund account statement or the institutional equivalent for the six-month period immediately preceding the filing of the complaint, or he will be dismissed as a plaintiff.

/s/ Kent A. Jordan
UNITED STATES DISTRICT JUDGE

DATED: 2/28/06