Printed: 2/13/2006

*Average Daily Balance For Pauper Filing*
*For Days the Individual was in Residence at SCI from 8/1/2005 through 1/31/2006*

Page 1 of 4

**SBI:** *00263753*   **NAME:**   *DAVIS, JOHN F*

| Date | Balance |
|---|---|
| 08/01/2005 | $171.22 |
| 08/02/2005 | $171.22 |
| 08/03/2005 | $171.22 |
| 08/04/2005 | $171.22 |
| 08/05/2005 | $226.66 |
| 08/06/2005 | $226.66 |
| 08/07/2005 | $226.66 |
| 08/08/2005 | $226.66 |
| 08/09/2005 | $226.66 |
| 08/10/2005 | $226.66 |
| 08/11/2005 | $226.66 |
| 08/12/2005 | $226.66 |
| 08/13/2005 | $226.66 |
| 08/14/2005 | $226.66 |
| 08/15/2005 | $226.66 |
| 08/16/2005 | $226.66 |
| 08/17/2005 | $222.66 |
| 08/18/2005 | $211.46 |
| 08/19/2005 | $211.46 |
| 08/20/2005 | $211.46 |
| 08/21/2005 | $211.46 |
| 08/22/2005 | $211.46 |
| 08/23/2005 | $211.46 |
| 08/24/2005 | $211.46 |
| 08/25/2005 | $210.48 |
| 08/26/2005 | $210.48 |
| 08/27/2005 | $210.48 |
| 08/28/2005 | $210.48 |
| 08/29/2005 | $210.48 |
| 08/30/2005 | $210.48 |
| 08/31/2005 | $210.48 |
| 09/01/2005 | $210.48 |
| 09/02/2005 | $210.48 |
| 09/03/2005 | $210.48 |
| 09/04/2005 | $210.48 |
| 09/05/2005 | $210.48 |
| 09/06/2005 | $210.48 |
| 09/07/2005 | $210.48 |
| 09/08/2005 | $241.82 |
| 09/09/2005 | $241.82 |
| 09/10/2005 | $241.82 |
| 09/11/2005 | $241.82 |
| 09/12/2005 | $241.82 |
| 09/13/2005 | $241.82 |
| 09/14/2005 | $241.82 |
| 09/15/2005 | $231.94 |
| 09/16/2005 | $231.94 |
| 09/17/2005 | $231.94 |

05-823(KAJ)



FILED
FEB 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Printed: 2/13/2006         *Average Daily Balance For Pauper Filing*         Page 2 of 4
*For Days the Individual was in Residence at SCI from 8/1/2005 through 1/31/2006*

SBI: *00263753*          NAME:    DAVIS, JOHN F

| Date | Balance |
|---|---|
| 09/18/2005 | $231.94 |
| 09/19/2005 | $231.94 |
| 09/20/2005 | $231.94 |
| 09/21/2005 | $231.94 |
| 09/22/2005 | $230.07 |
| 09/23/2005 | $230.07 |
| 09/24/2005 | $230.07 |
| 09/25/2005 | $230.07 |
| 09/26/2005 | $230.07 |
| 09/27/2005 | $230.07 |
| 09/28/2005 | $230.07 |
| 09/29/2005 | $230.07 |
| 09/30/2005 | $230.07 |
| 10/01/2005 | $230.07 |
| 10/02/2005 | $230.07 |
| 10/03/2005 | $230.07 |
| 10/04/2005 | $230.07 |
| 10/05/2005 | $230.07 |
| 10/06/2005 | $255.49 |
| 10/07/2005 | $255.49 |
| 10/08/2005 | $255.49 |
| 10/09/2005 | $255.49 |
| 10/10/2005 | $255.49 |
| 10/11/2005 | $255.49 |
| 10/12/2005 | $255.49 |
| 10/13/2005 | $251.84 |
| 10/14/2005 | $251.84 |
| 10/15/2005 | $251.84 |
| 10/16/2005 | $251.84 |
| 10/17/2005 | $251.84 |
| 10/18/2005 | $251.84 |
| 10/19/2005 | $251.84 |
| 10/20/2005 | $251.84 |
| 10/21/2005 | $251.84 |
| 10/22/2005 | $251.84 |
| 10/23/2005 | $251.84 |
| 10/24/2005 | $251.84 |
| 10/25/2005 | $251.84 |
| 10/26/2005 | $251.84 |
| 10/27/2005 | $250.00 |
| 10/28/2005 | $250.00 |
| 10/29/2005 | $250.00 |
| 10/30/2005 | $250.00 |
| 10/31/2005 | $250.00 |
| 11/01/2005 | $250.00 |
| 11/02/2005 | $250.00 |
| 11/03/2005 | $225.13 |
| 11/04/2005 | $285.25 |

Printed: 2/13/2006

## Average Daily Balance For Pauper Filing
### For Days the Individual was in Residence at SCI from 8/1/2005 through 1/31/2006

Page 3 of 4

**SBI:** 00263753       **NAME:** DAVIS, JOHN F

| Date | Balance |
|---|---|
| 11/05/2005 | $285.25 |
| 11/06/2005 | $285.25 |
| 11/07/2005 | $285.25 |
| 11/08/2005 | $285.25 |
| 11/09/2005 | $285.25 |
| 11/10/2005 | $280.60 |
| 11/11/2005 | $280.60 |
| 11/12/2005 | $280.60 |
| 11/13/2005 | $280.60 |
| 11/14/2005 | $280.60 |
| 11/15/2005 | $280.60 |
| 11/16/2005 | $280.60 |
| 11/17/2005 | $280.60 |
| 11/18/2005 | $280.60 |
| 11/19/2005 | $280.60 |
| 11/20/2005 | $280.60 |
| 11/21/2005 | $280.60 |
| 11/22/2005 | $280.60 |
| 11/23/2005 | $280.60 |
| 11/24/2005 | $280.60 |
| 11/25/2005 | $280.60 |
| 11/26/2005 | $280.60 |
| 11/27/2005 | $280.60 |
| 11/28/2005 | $280.60 |
| 11/29/2005 | $280.60 |
| 11/30/2005 | $280.60 |
| 12/01/2005 | $255.44 |
| 12/02/2005 | $255.44 |
| 12/03/2005 | $255.44 |
| 12/04/2005 | $255.44 |
| 12/05/2005 | $255.44 |
| 12/06/2005 | $322.40 |
| 12/07/2005 | $322.40 |
| 12/08/2005 | $320.35 |
| 12/09/2005 | $320.35 |
| 12/10/2005 | $320.35 |
| 12/11/2005 | $320.35 |
| 12/12/2005 | $320.35 |
| 12/13/2005 | $320.35 |
| 12/14/2005 | $320.35 |
| 12/15/2005 | $320.35 |
| 12/16/2005 | $320.35 |
| 12/17/2005 | $320.35 |
| 12/18/2005 | $320.35 |
| 12/19/2005 | $320.35 |
| 12/20/2005 | $320.35 |
| 12/21/2005 | $320.35 |
| 12/22/2005 | $320.35 |

Printed: 2/13/2006   *Average Daily Balance For Pauper Filing*   Page 4 of 4
*For Days the Individual was in Residence at SCI from 8/1/2005 through 1/31/2006*

SBI: 00263753          NAME:    DAVIS, JOHN F

| Date | Balance |
|---|---|
| 12/23/2005 | $320.35 |
| 12/24/2005 | $320.35 |
| 12/25/2005 | $320.35 |
| 12/26/2005 | $320.35 |
| 12/27/2005 | $320.35 |
| 12/28/2005 | $320.35 |
| 12/29/2005 | $320.35 |
| 12/30/2005 | $320.35 |
| 12/31/2005 | $320.35 |
| 01/01/2006 | $320.35 |
| 01/02/2006 | $320.35 |
| 01/03/2006 | $320.35 |
| 01/04/2006 | $320.35 |
| 01/05/2006 | $320.35 |
| 01/06/2006 | $320.35 |
| 01/07/2006 | $320.35 |
| 01/08/2006 | $320.35 |
| 01/09/2006 | $382.99 |
| 01/10/2006 | $382.99 |
| 01/11/2006 | $382.99 |
| 01/12/2006 | $353.41 |
| 01/13/2006 | $353.41 |
| 01/14/2006 | $353.41 |
| 01/15/2006 | $353.41 |
| 01/16/2006 | $353.41 |
| 01/17/2006 | $353.41 |
| 01/18/2006 | $353.41 |
| 01/19/2006 | $350.43 |
| 01/20/2006 | $350.43 |
| 01/21/2006 | $350.43 |
| 01/22/2006 | $350.43 |
| 01/23/2006 | $350.43 |
| 01/24/2006 | $350.43 |
| 01/25/2006 | $350.20 |
| 01/26/2006 | $350.20 |
| 01/27/2006 | $350.20 |
| 01/28/2006 | $350.20 |
| 01/29/2006 | $350.20 |
| 01/30/2006 | $350.20 |
| 01/31/2006 | $350.20 |

Summary for 'SBI' = 00263753 (184 detail records)          **Average Daily Balance:   $270.84**

## Prior Month -- Individual Statement

Date Printed: 2/13/2006

Page 1 of 1

## For Month of August 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $171.22 |
|---|---|---|---|---|---|---|
| 00263753 | DAVIS | JOHN | F | | | |
| Current Location: | KEY C | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Payroll | | 8/5/2005 | $55.44 | $0.00 | $0.00 | $0.00 | $226.66 |
| Medical | | 8/17/2005 | $0.00 | ($4.00) | $0.00 | $0.00 | $226.66 |
| Medical | | 8/17/2005 | ($4.00) | $0.00 | $0.00 | $0.00 | $222.66 |
| Commissary | | 8/18/2005 | ($11.20) | $0.00 | $0.00 | $0.00 | $211.46 |
| Commissary | | 8/25/2005 | ($0.98) | $0.00 | $0.00 | $0.00 | $210.48 |
| | | | | | Ending Mth Balance: | | $210.48 |

## Prior Month -- Individual Statement

Date Printed: 2/13/2006   Page 1 of 1

## For Month of September 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $210.48 |
|---|---|---|---|---|---|---|
| 00263753 | DAVIS | JOHN | F | | | |
| Current Location: | KEY C | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 9/8/2005 | ($24.10) | $0.00 | $0.00 | $0.00 | $186.38 |
| Payroll | | 9/8/2005 | $55.44 | $0.00 | $0.00 | $0.00 | $241.82 |
| Commissary | | 9/15/2005 | ($9.88) | $0.00 | $0.00 | $0.00 | $231.94 |
| Commissary | | 9/22/2005 | ($1.87) | $0.00 | $0.00 | $0.00 | $230.07 |
| | | | | | | Ending Mth Balance: | $230.07 |

## Prior Month -- Individual Statement

Date Printed: 2/13/2006                                                                 Page 1 of 1

### For Month of October 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $230.07 |
|---|---|---|---|---|---|---|
| 00263753 | DAVIS | JOHN | F | | | |
| Current Location: | KEY C | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 10/6/2005 | ($27.50) | $0.00 | $0.00 | $0.00 | $202.57 |
| Payroll | | 10/6/2005 | $52.92 | $0.00 | $0.00 | $0.00 | $255.49 |
| Commissary | | 10/13/2005 | ($3.65) | $0.00 | $0.00 | $0.00 | $251.84 |
| Commissary | | 10/27/2005 | ($1.84) | $0.00 | $0.00 | $0.00 | $250.00 |
| | | | | | | Ending Mth Balance: | $250.00 |

## Prior Month -- Individual Statement

Date Printed: 2/13/2006            Page 1 of 1

### For Month of November 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $250.00 |
|---|---|---|---|---|---|---|
| 00263753 | DAVIS | JOHN | F | | | |
| Current Location: | KEY C | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 11/3/2005 | ($24.87) | $0.00 | $0.00 | $0.00 | $225.13 |
| Payroll | | 11/4/2005 | $60.12 | $0.00 | $0.00 | $0.00 | $285.25 |
| Commissary | | 11/10/2005 | ($4.65) | $0.00 | $0.00 | $0.00 | $280.60 |
| | | | | | | Ending Mth Balance: | $280.60 |

## Prior Month -- Individual Statement

Date Printed: 2/13/2006            Page 1 of 1

### For Month of December 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $280.60 |
|---|---|---|---|---|---|---|
| 00263753 | DAVIS | JOHN | F | | | |
| Current Location: | KEY C | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 12/1/2005 | ($25.16) | $0.00 | $0.00 | $0.00 | $255.44 |
| Payroll | | 12/6/2005 | $66.96 | $0.00 | $0.00 | $0.00 | $322.40 |
| Commissary | | 12/8/2005 | ($2.05) | $0.00 | $0.00 | $0.00 | $320.35 |
| | | | | | | Ending Mth Balance: | $320.35 |

## Prior Month -- Individual Statement

Date Printed: 2/13/2006  Page 1 of 1

## For Month of January 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $320.35 |
|---|---|---|---|---|---|---|
| 00263753 | DAVIS | JOHN | F | | | |
| Current Location: | KEY C | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Postage | | 1/4/2006 | $0.00 | $0.00 | ($0.23) | $0.00 | $320.35 |
| Payroll | | 1/9/2006 | $62.64 | $0.00 | $0.00 | $0.00 | $382.99 |
| Commissary | | 1/12/2006 | ($29.58) | $0.00 | $0.00 | $0.00 | $353.41 |
| Commissary | | 1/19/2006 | ($2.98) | $0.00 | $0.00 | $0.00 | $350.43 |
| Postage | | 1/25/2006 | ($0.23) | $0.00 | $0.00 | $0.00 | $350.20 |
| | | | | | | Ending Mth Balance: | $350.20 |

I/M: John Davis BLDG: P.I Key South C quad
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947
(S.B.I.) 263753

U.S.M.S.
X-RAY

U.S. POSTAGE $00.870
PB 2230370
FEB 24 06
19947

CLERK U.S. DISTRICT
Lockbox 18
844 N. King St.
Wilmington DE,
19801