IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

GEORGE A. JACKSON, et al., )
)
    Plaintiff, )
)
v. ) Civil Action No. 05-823-KAJ
)
STANLEY TAYLOR, et al., )
)
    Defendants. )

**AUTHORIZATION**

FILED
MAR 10 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

    I, Darus Young, SBI #282852, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $4.14 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated March 6, 2006.

    This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: 3-7-06 , 2006.

                                                          Signature of Plaintiff

George N. Jackson Merit
IMC BLDG.
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

X-RAY

U.S. District Court
Lock box 18
844 N. King Street
Wilmington, DE
19801

1926 U.S. POSTAGE
7911  $00.87⁰
5854  MAR