IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

GEORGE A. JACKSON, et al.,       )
                                 )
          Plaintiff,             )
                                 )
          v.                     )  Civil Action No. 05-823-KAJ
                                 )
STANLEY TAYLOR, et al.,          )
                                 )
          Defendants.            )

**AUTHORIZATION**

```
FILED

MAR 1 0 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```

     I, Gilbert Williams, SBI #137575, request and authorize the
agency holding me in custody to disburse to the Clerk of the
Court the initial partial filing fee of $9.26 and the subsequent
payments pursuant to 28 U.S.C. § 1915(b) and required by the
Court's order dated March 6, 2006.

     This authorization is furnished to the Clerk of Court in
connection with the filing of a civil action, and I understand
that the filing fee for the complaint is $250.00.  I also
understand that the entire filing fee may be deducted from my
trust account regardless of the outcome of my civil action.  This
authorization shall apply to any other agency into whose custody
I may be transferred.

Date: _____ 3 - 7 _____ , 2006.


                              _____
                              Signature of Plaintiff

INM. GEORGE N. JACKSON
RIDG. place F
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

X-RAY

U.S. District Court
Lock box 18
844 N. King Street
Wilmington, De
19801.