IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

GEORGE A. JACKSON, et al., )
)
    Plaintiff, )
)
v. ) Civil Action No. 05-823-KAJ
)
STANLEY TAYLOR, et al., )
)
    Defendants. )

AUTHORIZATION

FILED
MAR 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I, Eldon Potts, SBI #211193, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $9.26 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated March 6, 2006.

    This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _____MARCH 8_____, 2006.

                                      _Eldon T. Potts_____
                                        Signature of Plaintiff

SBI # 211193
I/M: Elton E. Potts BLDG: Medium A-Tier
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

1446  U.S. POSTAGE  PB 22230370
7931  $00.390        MAR 10 06
6286  FROM ZIP        19947

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570