IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

GEORGE A. JACKSON, et al.,      )
                                )
            Plaintiff,          )
                                )
            v.                  )  Civil Action No  05-823-KAJ
                                )
STANLEY TAYLOR, et al.,         )
                                )
            Defendants.         )

**AUTHORIZATION**

I, Jose Serpa, SBI #350322, request and authorize the agency
holding me in custody to disburse to the Clerk of the Court the
initial partial filing fee of $9.26 and the subsequent payments
pursuant to 28 U.S.C. § 1915(b) and required by the Court's order
dated March 6, 2006.

This authorization is furnished to the Clerk of Court in
connection with the filing of a civil action, and I understand
that the filing fee for the complaint is $250.00.  I also
understand that the entire filing fee may be deducted from my
trust account regardless of the outcome of my civil action.  This
authorization shall apply to any other agency into whose custody
I may be transferred.

Date: _____ , 2006.



_____
Signature of Plaintiff

I/M: George Jackson: Merit
BLDG:

SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE  19947

U.S. DISTRICT COURT
LOCKBOX 18
844 N. KING STREET
Wilmington, DE
19801