C. A. NO. 05-823-KAJ   03/12/06

To whom it may Concern:

Can you please dismiss me from - Civ. NO. 05-823-KAJ. I no longer want to be included in this law suit.

Sincerely,

Charles D. Quillen

Charles D. Quillen

SBI# 00211182

P.O. Box 500

Georgetown, DE  19947

FILED

MAR 21 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE  RG

Scanned

U.S. District Court
Lock box 18
844 N. King ST
Wilmington, DE
19801