

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE  19947

TELEPHONE: (302) 856-5280

April 7, 2006

Peter T. Dalleo, Clerk
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
Lockbox 18
844 King Street
Wilmington, DE 19801-3570

Dear Clerk of the Court:

Please find attached CK# 45062 in the amount of $234.99 from Sussex Correctional Institution for the listed inmate civil actions. If you should have any questions, please feel free to contact me at the number listed below. Thank you for your time and assistance.

CIVIL ACTION 05-823-KAJ  $250.00

| NAME | SBI NUMBER | AMT. TO BE APLLIED | BALANCE |
|---|---|---|---|
| Joseph White | 00082985 | $7.30 | $1.96 |
| Lawrence Dickens | 00124570 | $9.26 | Paid in Full |
| Gilbert Williams | 00137575 | $9.26 | Paid in Full |
| Jerome Green | 00147772 | $9.26 | Paid in Full |
| James Johnson | 00155123 | $9.26 | Paid in Full |
| Charles Sanders | 00160428 | $9.26 | Paid in Full |
| Howard Parker | 00165324 | $9.26 | Paid in Full |
| Charles Blizzard | 00166670 | $9.26 | Paid in Full |
| Adrian Wright | 00169921 | $1.31 | $7.94 |
| George Jackson | 00171250 | $9.26 | Paid in Full |
| Timothy Malloy | 00171278 | $9.26 | Paid in Full |
| Carl Walker | 00173378 | $9.26 | Paid in Full |
| Vernon Truitt | 00188191 | $9.26 | Paid in Full |
| Charles Quillen | 00211182 | $9.26 | Paid in Full |
| Eldon Potts | 00211193 | $9.26 | Paid in Full |
| Darwin Savage | 00232561 | $9.26 | Paid in Full |
| Kevin Spivey | 00258693 | $9.26 | Paid in Full |
| Frank Williams Jr | 00261867 | $9.26 | Paid in Full |
| John Davis | 00263753 | $9.26 | Paid in Full |
| Rique Reynolds | 00266486 | $9.26 | Paid in Full |
| Darus Young | 00282852 | $4.14 | $5.11 |



| Roy Williamson | 00291856 | $9.26 | Paid in Full |
| Roger Thomas | 00292590 | $9.26 | Paid in Full |
| Anthony Morris | 00300363 | $9.26 | Paid in Full |
| Roderick Brown | 00315954 | $9.26 | Paid in Full |
| Jose Serpa | 00350322 | $9.26 | Paid in Full |
| Samuel Jones | 00465297 | $9.26 | Paid in Full |

Sincerely,

*Phyllis Redden* (signature)

Phyllis Redden
Accounting Specialist
Business Office
856-5281 ext. 6124

CC: File         45062
Attachment: Check #45023