4/12/06.

C. A. NO.   05 -823 - KAJ

To whom it may Concern.,

Can you please "dismiss" me from C. V. NO. 05 -823 - KAJ. I no longer want or wish to be included in this law suit.

FILED

APR 1 4 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Sincerely,
Adrian S Wright

Adrian S. Wright-
SBI# 00169921
P.O. Box. 500.
Georgetown, DE. 19947.

I/M: Adrian Wright BLDG: Medium, C-Tir.
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

U.S. POSTAGE
$00.390
1436
7982
5852
PB2230370
APR 13 06
19947
FROM ZIP CODE

U.S.M.S.
X-RAY

* Office of the Clerk.
United States District Court.
844 N. King St. Lockbox 18.
Wilmington De.
19801 - 3570