FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2006 APR 17 PM 1:50

RG scanned

UNITED STATES POSTAL SERVICE

NIXIE SECTION
WILMINGTON DE 19850-9708

Clerk of the Court
United States District Court
844 N. King Street Lockbox 18
Wilmington DE 19801-3570

FOUND LOOSE IN THE MAIL



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

GEORGE A. JACKSON, et al.,           )
                                     )
        Plaintiff,                   )
                                     )
    v.                               ) Civil Action No. 05-823-KAJ
                                     )
STANLEY TAYLOR, et al.,              )
                                     )
        Defendants.                  )

### AUTHORIZATION

I, Jerome Green, SBI #147772, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $8.87 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated March 6, 2006.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: April 3, 2006.



_____
Signature of Plaintiff

FILED
APR 12 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M: Jerome Green #141712 BLDG: P-1-A
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570

U.S. POSTAGE $00.390 APR 06 06
19947

U.S.M.S. X-RAY