## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GEORGE A. JACKSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-823-KAJ |
| | ) | |
| STANLEY TAYLOR, et al., | ) | JURY TRIAL REQUESTED |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS TAYLOR, TALLEY AND ANSON'S ANSWER TO THE COMPLAINT

COME NOW Defendants Stanley Taylor, Joyce Talley and Carl Anson ("Defendants"), by and through the undersigned counsel, and hereby answer the Complaint:

II. Exhaustion of Administrative Remedies

    A.    Admitted.

    B.    Admitted.

    C.

        1.    Admitted.

        2.    Admitted.

III. Defendants

    1.    Admitted that as of the date of the filing of this Answer, Defendant Stanley Taylor is the Commissioner of the Delaware Department of Correction ("DOC").

    2.    Admitted that as of the date of the filing of this Answer, Defendant Joyce Talley is Bureau Chief of Management Services for DOC.

    3.    Denied that Tony Figario is the Chief of Inspections/Security for DOC.

    [4.]    Denied that Defendant Carl Anson is Chief of Maintenance at the Sussex Correctional Institution ("SCI")

    [5.].    Because DOC has been dismissed as a Defendant from this action, no response is required.

IV.    Statement of Claim

As to sentence beginning "This is a class action:" Denied that this matter is a class action or that it meets the requirements of Fed. R. Civ. P. 23. Further denied that the current Plaintiffs have standing to assert claims on behalf of individuals who have not been recognized as plaintiffs in this action.

    A.    Physical Plant

Admitted that the kitchen consists of older and newer sections, both of which are equipped with commercial cooking and other equipment. The remaining allegations set forth in this paragraph are denied.

    B.    Inadequate Ventilation

Paragraph beginning "Well before the filing:" Denied.

Paragraph beginning "Defendants Taylor:" Denied.

Paragraph beginning "The consequences of failing:" Denied.

    [C.]    Deliberate Indifference

Paragraph beginning "Defendants fail:" Denied.

Paragraph beginning "Defendants have not:" Denied.

    [D.]    No Adequate Remedy at Law

Paragraph beginning "As a proximate result:" Denied.

## **RELIEF**

1. It is specifically denied that Plaintiffs are entitled to compensatory, punitive or any monetary damages.

2. It is specifically denied that Plaintiffs are entitled to injunctive, declaratory or any other relief.

3. It is specifically denied that Plaintiffs are entitled to attorneys' fees.

## **AFFIRMATIVE DEFENSES**

4. Plaintiffs have failed to state a claim upon which relief can be granted.

5. Defendants are immune from liability under the Eleventh Amendment.

6. Defendants are entitled to qualified immunity.

7. As to any claims under state law, Defendants are entitled to immunity under the State Tort Claims Act, 10 *Del. C.* § 4001, *et seq.*

8. As to any claims under state law, Defendants are entitled to sovereign immunity in their official capacities.

9. Defendants cannot be held liable in the absence of personal involvement for the alleged constitutional deprivations.

10. To the extent that Plaintiffs seek to hold Defendants liable based on supervisory responsibilities, the doctrine of *respondeat superior* or vicarious liability is not a basis for liability in an action under 42 *U.S.C.* § 1983.

11. Defendants, in their official capacities, are not liable for alleged violations of Plaintiffs' constitutional rights as they are not "persons" within the meaning of 42 *U.S.C.* § 1983.

12. Insufficiency of service of process.

13. Insufficiency of process.

14. Lack of jurisdiction over the person and subject matter.

15. This cause of action is barred by the applicable statute of limitations.

16. These *pro se* Plaintiffs cannot represent their fellow inmates in a class action.

WHEREFORE, Defendants Stanley Taylor, Joyce Talley and Carl Anson respectfully request that judgment be entered in their favor and against Plaintiffs as to all claims and that attorney fees be awarded to them.

                                        STATE OF DELAWARE
                                        DEPARTMENT OF JUSTICE

                                        /s/ Eileen Kelly
                                        Eileen Kelly, I.D. #2884
                                        Deputy Attorney General
                                        Carvel State Office Building
                                        820 North French Street, 6th Floor
                                        Wilmington, Delaware 19801
                                        (302) 577-8400
                                        eileen.kelly@state.de.us
Date: September 8, 2006             Attorney for Defendants Stanley Taylor,
                                        Joyce Talley and Carl Anson

5

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2006, I electronically filed *Defendants Stanley Taylor, Joyce Talley and Carl Anson's Answer to the Complaint* with the Clerk of Court using CM/ECF. I hereby certify that on September 8, 2006, I have mailed by United States Postal Service, the document to the non-registered parties on the attached list.

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us

*List of Non-Registered Parties*

George A. Jackson
SBI No.: 171250
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE  19947

Darus Young
SBI No.: 282852
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE  19947

Charles Blizzard
SBI No.: 166670
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE  19947

Frank Williams
SBI No.: 261867
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE  19947

Roy R. Williamson
SBI No.: 291856
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE  19947

Anthony Morris
SBI No.: 300363
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE  19947

Carl Walker
SBI No.: 173378
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE  19947

Samuel Jones
SBI No.: 465297
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE  19947

Darwin A. Savage
SBI No.: 232561
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE  19947

Adrain Wright
SBI No.: 169921
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE  19947

Gilbert Williams
SBI No.: 137575
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE  19947

Charles B. Sanders
SBI No.: 160428
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE  19947

Joseph White
SBI No.: 082985
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE  19947

Timothy L. Malloy
SBI No.: 171278
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE  19947

Howard Parker
SBI No.: 165324
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE  19947

Kevin Spivey
SBI No.: 258693
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE  19947

James Johnson
SBI No.: 155123
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE  19947

Roderick Brown
SBI No.: 315954
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE  19947

Roger Thomas
SBI No.: 292590
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE  19947

Lawrence B. Dickens
SBI No.: 124570
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE  19947

Eldon Potts
SBI No.: 211193
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE  19947

Jerome Green
SBI No.: 147772
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE  19947

Rique Reynolds
SBI No.: 266486
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE  19947

Vernon Truitt
SBI No.: 188191
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE  19947

Jose Serpa
SBI No.: 350322
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE  19947

John F. Davis
SBI No.: 263753
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE  19947