George A. Jackson, et al
SBI# 171250
SCI
P.O. Box 500
Georgetown, DE  19947

Clerk of Court
U.S. District Court
Lockbox 18
844 N. King Street
Wilmington, DE  19801

RE:    Jackson et al, v. Taylor et al    C.A. No. 05-823-KAJ

Dear Clerk of Court:

   I went to the prison law library on September 7, 2006, whereas I prepared an amended complaint adding 10 new defendants in the above-reference case. I also filled out U.S Marshall 285 forms and enclosed them with the amended complaints to be sent to the U.S. District Court and a copies of the amended complaint to the Attorney General office.

   I ask to be allowed to take the legal documents back to my housing unit to place in U.S. mailbox, in which the said mail would be pick up that night and mailed out on September 8, 2006. My request was denied by the Chief law library officer. I was informed that it would be only mailed out through the law library.

   On September 8, 2006, I wrote the mailroom to find out when the mailed was sent out of the prison, and I was informed by the mailed personnel that it was only pick up on Friday 8th, 2006, but was not mailed out until September 11, 2006. (Ex. "A")

   Could you please provide me with a photocopy of the front and back of the envelopes that the Court received enclosing the Amended Complaint and U.S. Marshall 285 forms for verification that those are the same envelopes that I prepared.

FILED
SEP 1 3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

George A. Jackson et al
SBI# 171250
SCI
P.O.Box 500
Georgetown, DE  19947

Scanned- BD  9/13/06

cc:
   Eileen Kelly, I.D. #2884
   Deputy Attorney General

I/M: George D. Jackson
BLDG: X
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

U.S. POSTAGE $00.390
SEP 12 06
19947
PB 2230370
1426 7946 6093

Clerk of Court
U.S. District Court
LockBox 18
844 N. King Street
Wilmington DE 19801