GEORGE JACKSON
SBI #171250
S.C.I

September, 8, 2006

TO: Mailroom

I forward ~~to~~ Two (2) legal documents to the U.S. District Court by mailing them through the Law Library on September 7, 2006. I have a due date on September 10, 2006. Could you please informed me on what date the mailroom Received my legal mail, and forward it to the U.S. District Court. I need to be able to verify that I forward the mail before the due date.    Thank you

George Jackson

The mail was picked up from Law Library box on Spt 08, 2006 + mailed on Spt 11, 2006

EX "A"