George A. Jackson, et al
SBI#171250
SCI
P.O. Box 500
Georgetown, DE  19947

October 12, 2006

Clerk of Court
U.S. District Court
Lockbox 18
844 North King Street

RE:  Civil Action No. 05-823 KAJ



Dear Clerk of Court:

    I received the the Supplemental Service Order today to amend the complaint to add ten new defendants (D.I. 117).  But I am somewhat confused as to the documents that needs to be sent.

    Plaintiffs have already completed and forward to the Clerk of Court, 10.U.S Marshall-285 forms for the newly added defendants, as well as for the Attorney General of the State of Delaware.  Also in the package was one copy of the ameneded complaint for each newly defenant and the Attorney General.

    Therefore, plaintiffs are now submitting the a copy of the complaint (D.I.2), upon each of the newly added defendants so identified in each 285 form.  Please informed me if the Clerk's Office is already in reciept of the other documents.

George A. Jackson
SBI# 171250
SCI
P.O.Box 500
Georgetown, DE  19947

GEORGE A. JACKSON
I/M: _____ BLDG. Mer. +
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

Clerk of Court
U.S. District Court
Lock box 18
844 N. King Street
Wilmington, DE. 19801

