OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

October 23, 2006

TO: George A. Jackson
    SBI #171250
    SCI
    P.O. Box 500
    Georgetown, DE 19947

   **RE: USM 285 Forms; 05-823(KAJ)**

Dear Mr. Jackson:

   A letter has been received by the Clerk's Office enclosing service copies of DI 2 in the above mentioned case. Per the Supplemental Service Order dated 10/10/06, you need to submit USM 285 forms for the newly added defendants Michael Knight, Chris Senato, Joseph Atkins, Debbie Melvin, Richard Cockett, Richard Manuel, Darrell Mullins, Wenston White, Steven Raynor and Bethany Evans.  Enclosed please find 10 USM 285 forms to be completed and submitted to the Clerk's Office.

   Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                   Sincerely,

/bad                               PETER T. DALLEO
                                   CLERK

cc: The Honorable Kent A. Jordan
enc: 10 USM 285 forms