IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GEORGE A. JACKSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-823-*** |
| | ) | |
| STANLEY TAYLOR, et al., | ) | JURY TRIAL REQUESTED |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

This _____ day of _____, 200__,  IT IS HEREBY ORDERED, that Defendants' Motion for Enlargement of Time is **GRANTED** and, Defendants shall file a response to Plaintiffs' Discovery Requests on or before January 23, 2007.

                                                                                     _____
                                                                                                        Judge