IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GEORGE A. JACKSON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C. A. No. 05-823-*** |
| ) | |
| STANLEY TAYLOR, et al., ) | JURY TRIAL REQUESTED |
| ) | |
| Defendants. ) | |

## ORDER

This ___21___ day of ___December___, 2006, IT IS HEREBY ORDERED, that Defendants' Motion for Enlargement of Time is **GRANTED** and, Defendants shall file a response to Plaintiffs' Discovery Requests on or before January 23, 2007.

_____
Judge