# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GEORGE A. JACKSON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C. A. No. 05-823-*** |
| | ) |
| STANLEY TAYLOR, et al., | ) JURY TRIAL REQUESTED |
| | ) |
| Defendants. | ) |

VERIFICATION AS TO ANSWERS:

I hereby declare under penalty of perjury that the attached Defendants' Responses to Plaintiff's Interrogatories are true and correct.

*/s/ Stanley Taylor*

Stanley Taylor

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GEORGE A. JACKSON, et al., | ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C. A. No. 05-823-*** |
| STANLEY TAYLOR, et al., | ) ) | JURY TRIAL REQUESTED |
| Defendants. | ) ) | |

VERIFICATION AS TO ANSWERS:

I hereby declare under penalty of perjury that the attached Defendants' Responses to Plaintiff's Interrogatories are true and correct.

*[signature]*
Joyce Talley

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GEORGE A. JACKSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-823-*** |
| | ) | |
| STANLEY TAYLOR, et al., | ) | JURY TRIAL REQUESTED |
| | ) | |
| Defendants. | ) | |

VERIFICATION AS TO ANSWERS:

I hereby declare under penalty of perjury that the attached Defendants' Responses to Plaintiff's Interrogatories are true and correct.

*Carl Anson*
Carl Anson