Date: 08/19/2006
P.O. Box 5003
GEORGETOWN DE, 19947
Phone No. 302-856-5280

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : JACKSON, GEORGE A | SBI# : 00171250 | Institution : SCI |
| Grievance # : 15430 | Grievance Date : 07/19/2005 | Category : Individual |
| Status : Resolved | Resolution Status : Level 3 | Resol. Date : 10/11/2005 |
| Grievance Type: Job Issues | Incident Date : 07/19/2005 | Incident Time : 00:01 |
| IGC : Atallian, Michael J | Housing Location : MERIT, WEST, Cell 302, Bed A | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate states that the kitchen creates a hazardous work condition caused by inadequate ventilation system. Says this defunct system allows for the spread of air borne and food borne diseases, says workers are constantly experiencing daily symptoms of heat exhaustion from the depravation of adequat ventilation.

**Remedy Requested :** To have the kitchen unit exhaustion system designed, constructed, maintained and operated according to OSHA standards, and compensate inmate workers for the irreparabale damages suffered for the delay/denial of a safe and healthy work environment.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

Medical Grievance : NO             Date Received by Medical Unit :
Investigation Sent :                Investigation Sent To :
Grievance Amount :

PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

Date: 08/16/2006

# INFORMAL RESOLUTION

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : JACKSON, GEORGE A | SBI# : 00171250 | Institution : SCI |
| Grievance # : 15430 | Grievance Date : 07/19/2005 | Category : Individual |
| Status : Resolved | Resolution Status: Level 3 | Inmate Status : |
| Grievance Type: Job Issues | Incident Date : 07/19/2005 | Incident Time : 00:01 |
| IGC : Atallian, Michael J | Housing Location :MERIT, WEST, Cell 302, Bed A | |

### INFORMAL RESOLUTION

Offender's Signature: _____

Date : _____

Witness (Officer) : _____

000002

SUSSEX Correctional Institution
PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

Date: 06/19/2006

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : JACKSON, GEORGE A | SBI# : 00171250 | Institution : SCI |
| Grievance # : 15430 | Grievance Date : 07/19/2005 | Category : Individual |
| Status : Resolved | Resolution Status : Level 3 | Inmate Status : |
| Grievance Type: Job Issues | Incident Date : 07/19/2005 | Incident Time : 00:01 |
| IGC : Atallian, Michael J | Housing Location : MERIT, WEST, Cell 302, Bed A | |

### IGC

**Medical Provider:**                                   **Date Assigned**

**Comments:**

Inmate states that the ventilation system for that side of the kitchen has been broken for years.

Spoke to C. Senato in the kitchen he says that the exaust fan is working on that side of the kitchen, it is being cleaned to make it work better.

[ ] Forward to MGC                    [ ] Warden Notified

[x] Forward to RGC                    Date Forwarded to RGC/MGC : 07/22/2005

[x] Offender Signature Captured       Date Offender Signed       :

Sussex Correctional Institution
PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

Date: 08/16/2006

# GRIEVANCE INFORMATION - RGC

## OFFENDER GRIEVANCE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| Offender Name : JACKSON, GEORGE A | | SBI# : 00171250 | | Institution : SCI | |
| Grievance # : 15430 | | Grievance Date : 07/19/2005 | | Category : Individual | |
| Status : Resolved | | Resolution Status : Level 3 | | Inmate Status : | |
| Grievance Type: Job Issues | | Incident Date : 07/19/2005 | | Incident Time : 00:01 | |
| IGC : Atallian, Michael J | | Housing Location : MERIT, WEST, Cell 302, Bed A | | | |

## RGC

Date Received : 07/22/2005       Date of Recommendation: 07/27/2005

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| Inmate | 00223153 | PARKER, TREMAYNE L | Uphold |
| Inmate | 00195859 | KEIS, RONALD L J | Uphold |
| Staff | | Hudson, Mary L | Uphold |
| Staff | | Hickman, Kendall W III | Uphold |
| Staff | | West, Darrick E | Abstain |

### VOTE COUNT

Uphold : 4       Deny : 0       Abstain : 1

### TIE BREAKER

| Person Type | SBI # | Name | Vote |
|---|---|---|---|

### RECOMMENDATION

Committee recommends that the institution evaluate the air unit in the kitchen to see if it is adequate.

SCI Sussex Correctional Institution
PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

## GRIEVANCE INFORMATION - WARDEN

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : JACKSON, GEORGE A | SBI# : 00171250 | Institution : SCI |
| Grievance # : 15430 | Grievance Date : 07/19/2005 | Category : Individual |
| Status : Resolved | Resolution Status : Level 3 | Inmate Status : |
| Grievance Type: Job Issues | Incident Date : 07/19/2005 | Incident Time : 00:01 |
| IGC : Atallian, Michael J | Housing Location : MERIT, WEST, Cell 302, Bed A | |

### REFERRED TO

Due Date :            Referred to:            Name:

Type of Information Requested :

### DECISION

Date Received   : 07/27/2005
Decision Date   : 07/27/2005        Vote : Uphold
Comments        : Maintenance will check to ensure units are working.


WARDEN / WARDEN'S DESIGNEE SIGNATURE                                DATE

I WISH TO APPEAL THIS TO THE BUREAU GRIEVANCE OFFICER (B.G.O.)   YES:_____   NO:_____


GRIEVANT'S SIGNATURE                                                DATE


I.G.C. SIGNATURE                                                    DATE

SCI Sussex Correctional Institution
PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

# GRIEVANCE INFORMATION - Appeal

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| Offender Name : JACKSON, GEORGE A | SBI# : 00171250 | Institution : SCI |
| Grievance # : 15430 | Grievance Date : 07/19/2005 | Category : Individual |
| Status : Resolved | Resolution Status : Level 3 | Inmate Status : |
| Grievance Type: Job Issues | Incident Date : 07/19/2005 | Incident Time : 00:01 |
| IGC : Atallian, Michael J | Housing Location : MERIT, WEST, Cell 302, Bed A | |

### APPEAL REQUEST

The inadequate ventilation system as the SCI kitchen has been an ongoing problem that has been alowed to create insanitary and hazardous work place for inmates. I worked in the kitchen since November 30, 1992, and had made repeated complaints over the years, but nothing happens. The inadequate ventilation and lack of air flow undermines the health of the inmates and sanitation of the prison. Other areas of the kitchen is also seriously affected are the inmate bathrooms, breakroom, and the complete old side of the kitchen.

### REMEDY REQUEST

Date: 08/18/2006
PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

# GRIEVANCE INFORMATION - BGO

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| Offender Name : JACKSON, GEORGE A | SBI# : 00171250 | Institution : SCI |
| Grievance # : 15430 | Grievance Date : 07/19/2005 | Category : Individual |
| Status : Resolved | Resolution Status : Level 3 | Inmate Status : |
| Grievance Type: Job Issues | Incident Date : 07/19/2005 | Incident Time : 00:01 |
| IGC : Atallian, Michael J | Housing Location : MERIT, WEST, Cell 302, Bed A | |

**REFERRED TO**

Due Date : 08/22/2005    Referred to: Person    Name: Knight, Michael J

Type of Information Requested :
Please review and comment. Thanks.

**DECISION**

Date Received : 08/09/2005

Decision Date : 09/12/2005    Vote : Uphold

Comments :

I concur with the Warden's decision concerning continuous maintenance of equipment. Also, note that BOP 4.4 is an attempt to find administrative remedies; it has no authority to award compensation to offenders for "irreparable damages" claims.

SCI Sussex Correctional Institution
PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

Date: 08/16/2006

## GRIEVANCE INFORMATION - Bureau Chief

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : JACKSON, GEORGE A | SBI# : 00171250 | Institution : SCI |
| Grievance # : 15430 | Grievance Date : 07/19/2005 | Category : Individual |
| Status : Resolved | Resolution Status : Level 3 | Inmate Status : |
| Grievance Type: Job Issues | Incident Date : 07/19/2005 | Incident Time : 00:01 |
| IGC : Atallian, Michael J | Housing Location : MERIT, WEST, Cell 302, Bed A | |

### DECISION

Decision Date: 10/11/2005    Vote : Uphold

Comments :