## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

GEORGE A. JACKSON, et al.,     )
          )
     Plaintiffs,     )
          )
     v.     )     C. A. No. 05-823-***
          )
STANLEY TAYLOR, et al.,     )     JURY TRIAL REQUESTED
          )
     Defendants.     )

## <u>DEFENDANTS' ANSWER TO THE AMENDED COMPLAINT</u>

COME NOW Defendants Richard Crockett and Steven Raynor ("Defendants"),

by and through the undersigned counsel, and hereby answer the Amended Complaint:

II.    <u>Exhaustion of Administrative Remedies</u>

    A.    Admitted.

    B.    Admitted as to George Jackson.

    C.

        1.    Admitted as to George Jackson.

        2.    Admitted as to George Jackson.

III.    <u>Defendants</u>

    1.    Denied that as of the date of the filing of this Answer, Defendant Stanley

Taylor is the Commissioner of the Delaware Department of Correction ("DOC").

    2.    Admitted that as of the date of the filing of this Answer, Defendant Joyce

Talley is Bureau Chief of Management Services for DOC.

    3.    Denied that Tony Figario is the Chief of Inspections/Security for DOC.

[4.]    Denied that Defendant Carl Anson is Chief of Maintenance at the Sussex Correctional Institution ("SCI")

[5.]    Because DOC has been dismissed as a Defendant from this action, no response is required.

[6.]    Admitted that as of the date of the filing of this Answer, Defendant Michael Knight is the Correctional Food Service Administrator for the Delaware Department of Correction.  The remaining allegations are denied, except that it is admitted that, as of the date of the filing of this Answer, Defendants Chris Senato, Debbie Melvin, *Robert* Manuel, Bethany Evans, Wenston White and Steven Raynor are employed as food service staff at SCI.  Admitted that Richard Crockett is employed by DOC as food service staff, but denied that he is employed at SCI.  Darrell Mullins has not been served with the Amended Complaint and this Answer is not filed on his behalf.

IV.    Statement of Claim

1.    Denied that this matter is a class action or that it meets the requirements of Fed. R. Civ. P. 23.  Further denied that the current Plaintiffs have standing to assert claims on behalf of individuals who have not been recognized as plaintiffs in this action.

2.    (Physical Plant).  Admitted that the kitchen consists of older and newer sections, both of which are equipped with commercial cooking and other equipment.  The remaining allegations set forth in this paragraph are denied.

3.    (Inadequate Ventilation).  Denied.

4.    Denied.

5.    Denied.

6.    Denied.

7.    Denied.

8.    Denied.

9.    Denied.

10.    Denied.

11.    Denied.

## RELIEF

1.    It is specifically denied that Plaintiffs are entitled to compensatory, punitive or any monetary damages.

2.    It is specifically denied that Plaintiffs are entitled to injunctive, declaratory or any other relief.

3.    It is specifically denied that Plaintiffs are entitled to attorneys' fees.

## AFFIRMATIVE DEFENSES

4.    Plaintiffs have failed to state a claim upon which relief can be granted.

5.    Defendants are immune from liability under the Eleventh Amendment.

6.    Defendants are entitled to qualified immunity.

7.    As to any claims under state law, Defendants are entitled to immunity under the State Tort Claims Act, 10 *Del. C.* § 4001, *et seq.*

8.    As to any claims under state law, Defendants are entitled to sovereign immunity in their official capacities.

9.    Defendants cannot be held liable in the absence of personal involvement for the alleged constitutional deprivations.

10. To the extent that Plaintiffs seek to hold Defendants liable based on supervisory responsibilities, the doctrine of *respondeat superior* or vicarious liability is not a basis for liability in an action under 42 *U.S.C.* § 1983.

11. Defendants, in their official capacities, are not liable for alleged violations of Plaintiffs' constitutional rights as they are not "persons" within the meaning of 42 *U.S.C.* § 1983.

12. Insufficiency of service of process.

13. Insufficiency of process.

14. Lack of jurisdiction over the person and subject matter.

15. This cause of action is barred by the applicable statute of limitations.

16. These *pro se* Plaintiffs cannot represent their fellow inmates in a class action.

WHEREFORE, Defendants respectfully request that judgment be entered in their favor and against Plaintiffs as to all claims and that attorney fees be awarded to them.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Eileen Kelly
Eileen Kelly, I.D. #2884
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302) 577-8400
eileen.kelly@state.de.us

Date: February 15, 2007          Attorney for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2007, I electronically filed *Defendants'*

*Answer to the Amended Complaint* with the Clerk of Court using CM/ECF.  I hereby

certify that on February 15, 2007, I have mailed by United States Postal Service, the

document to the non-registered parties on the attached service list.

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us

5

***Service List of Non-Registered Parties***

George A. Jackson
SBI No.: 171250
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE  19947

Darus Young
SBI No.: 282852
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE  19947

Charles Blizzard
SBI No.: 166670
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE  19947

Frank Williams
SBI No.: 261867
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE  19947

Roy R. Williamson
SBI No.: 291856
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE  19947

Anthony Morris
SBI No.: 300363
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE  19947

Carl Walker
SBI No.: 173378
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE  19947

Samuel Jones
SBI No.:  465297
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE  19947

Darwin A. Savage
SBI No.:  232561
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE  19947

Gilbert Williams
SBI No.:  137575
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE  19947

Charles B. Sanders
SBI No.:  160428
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE  19947

Joseph White
SBI No.:  082985
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE  19947

Timothy L. Malloy
SBI No.:  171278
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE  19947

Howard Parker
SBI No.:  165324
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE  19947

Kevin Spivey
SBI No.: 258693
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE  19947

James Johnson
SBI No.: 155123
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE  19947

Roderick Brown
SBI No.: 315954
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE  19947

Roger Thomas
SBI No.: 292590
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE  19947

Lawrence B. Dickens
SBI No.: 124570
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE  19947

Eldon Potts
SBI No.: 211193
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE  19947

Jerome Green
SBI No.: 147772
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE  19947

Rique Reynolds
SBI No.:  266486
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE  19947

Vernon Truitt
SBI No.:  188191
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE  19947

Jose Serpa
SBI No.:  350322
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE  19947

John F. Davis
SBI No.:  263753
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE  19947