IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GEORGE A. JACKSON, et al., | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | :    C. A. No. 05-823-*** |
| | : |
| STANLEY TAYLOR, et al., | : |
| | : |
| Defendants. | : |

### ORDER

At Wilmington, Delaware, this **20th** day of **February, 2007.**

IT IS ORDERED that a status/scheduling teleconference with Judge Thynge has been scheduled for **Monday, March 12, 2007 at 9:00 a.m. Eastern Time. Defense counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                                                 /s/ Mary Pat Thynge
                                                 UNITED STATES MAGISTRATE JUDGE