IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GEORGE A. JACKSON, et al., | : |
| Plaintiffs, | : |
| v. | : C. A. No. 05-823-*** |
| STANLEY TAYLOR, et al., | : |
| Defendants. | : |

## ORDER

At Wilmington, Delaware, this **23rd** day of **February, 2007.**

IT IS ORDERED that the status/scheduling teleconference with Judge Thynge scheduled for Monday, March 12, 2007 at 9:00 a.m. Eastern Time is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE