GEORGE A. JACKSON, et al.,      )
                                )
    Plaintiffs,              )
                                )
v.                              )   C. A. No. 05-823-***
                                )
STANLEY TAYLOR, et al.,         )   JURY TRIAL REQUESTED
                                )
    Defendants.              )

**VERIFICATION AS TO ANSWERS:**

I hereby declare under penalty of perjury that the attached Defendant's Responses to Plaintiff's Interrogatories are true and correct.

_____ 3-5-07
Michael Knight