IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GEORGE A. JACKSON, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | C. A. No. 05-823-*** |
| STANLEY TAYLOR, et al., | ) | JURY TRIAL REQUESTED |
| Defendants. | ) | |

VERIFICATION AS TO ANSWERS:

I hereby declare under penalty of perjury that the attached Defendant's Responses to Plaintiff's Interrogatories are true and correct.

*[signature]*
Debbie Melvin