## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

GEORGE A. JACKSON, et al.,)
)
    Plaintiffs,)
)
v.)  C. A. No. 05-823-***
)
STANLEY TAYLOR, et al.,) JURY TRIAL REQUESTED
)
    Defendants.  )

VERIFICATION AS TO ANSWERS:

    I hereby declare under penalty of perjury that the attached Defendant's Responses to Plaintiff's Interrogatories are true and correct.

*Wenston White* (signature)
Wenston White