### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GEORGE A. JACKSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-823-*** |
| | ) | |
| STANLEY TAYLOR, et al., | ) | JURY TRIAL REQUESTED |
| | ) | |
| Defendants. | ) | |

## O R D E R

This _____ day of _____, 2007, IT IS HEREBY ORDERED, that Defendants' Richard Crockett, Bethany Evans and Robert Manuel's Motion for Enlargement of Time in which to File Responses to Plaintiffs' Interrogatories is hereby **GRANTED**.

_____
Judge