IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

GEORGE A. JACKSON, et al.,                    )
                                              )
            Plaintiffs,                       )
                                              )
    v.                                        )       C. A. No. 05-823-***
                                              )
STANLEY TAYLOR, et al.,                       )       JURY TRIAL REQUESTED
                                              )
            Defendants.                       )


VERIFICATION AS TO ANSWERS:

    I hereby declare under penalty of perjury that the attached Defendant's Responses

to Plaintiff's Interrogatories are true and correct.


                                    _Bethany K Evans_ 18 Mar 07
                                         Bethany Evans