## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELWARE

GEORGE A. JACKSON, et al.,                    )
                                              )
            Plaintiffs,                       )
                                              )
    v.                                        )        C.A. No. 05-823-***
                                              )
STANLEY TAYLOR, et al.,                       )        JURY TRIAL REQUESTED
                                              )
            Defendants.                       )

### PLAINTIFF ROY WILLIAMSON 'S RESPONSE TO DEFENDANTS' INTERROGATORIES



Plaintiff Roy Williamson ("Answering Plaintiff") hereby responds to

Defendants' Interrogatories:

(1)    With respect to each and every claim in the Amended Complaint:

    (a)    Identify all facts that refute, relate to, or support your contention:

    (b)    Identify the specific behavior or conduct that you allege that each

        Defendant engaged in;

    (c)    Identify all person with knowledge of such contention or facts;

    (d)    Identify all documents that reflect, refer to or relate to such contention

        or facts.

**RESPONSE:**

    (a)    I agree to all the facts that was filed in the complaint against the

        Defendants

    (b)    Each defendant, "Senato, Adkins, White, Melvin and Rayner, Crockett,

        Evans, and Manuel" have worked  inside SCI  kitchen  during the summers

months and all of them  would spend more time in  their air

conditioned/heated office then on the floor because of the lack of air

circulation and due to the heat/cold which was unbearable .

    (c)    Mary Hudson,  is employed by the State of Delaware,

She used to work in SCI kitchen but the conditions in the kitchen drove her

to change positions from food service to counselor, and all those named in

the complaint.

    (d) The Complaint, the Grievance and all the defendants' interrogatories.

(2)    Identify all documents which you intend to offer into evidence at the trial of
this matter.

**RESPONSE:**    At this time Petitioner has no documents.

(3)    Identify all persons having knowledge of the allegation in the complaint or
answer whom you intend to call as witnesses at trial, expert witnesses.

**RESPONSE:** Mary Hudson, is employed by the State of Delaware,

She used to work in SCI kitchen but the conditions in the kitchen drove her

to change positions from food service to counselor, Erika Dixon former DOC

kitchen worker.

(4)    Identify all persons whom you intend to call as witnesses at trial, excluding
expert witness.

**RESPONSE:** See Response to Interrogatory No.3.

(5)    Identify any physical evidence which relates in any way to any of the facts alleged in the complaint or answer, or which you intend to offer in evidence at trial.

**RESPONSE:**    There is no physical evidence.

(6)    Identify each expert you expect to call to testify as a witness at trial and state for each expert,(i) the qualification of the expert, (ii) the subject matter on which the expert is expected to testify,(iii) the substance of the facts and opinions to which the expert is expected to testify and (iv) the summary of the grounds for such opinion.

**RESPONSE:** Petitioner does not have the money to hire an expert witness, will ask the court for assistance.

(7)    State the following about yourself:

    a. Full Name:                     Roy Williamson
    b. Social Security Number:        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
    c. Date of birth:                 January 8th , 1958
    d. Place of birth:                Clarendan, Jamaican
    e. Highest level of formal education:  Fourth Grade

(8)    Identify all of your criminal conviction in the past 15 years, including the court,  jurisdiction, date of conviction, date of sentencing, and the terms of the sentence.

    RESPONSE: Objection. This request has no relevance to the conductions alleged by plaintiffs claims. (Rule 26)

(9)    Identify all employment you have had in the past 15 years, including the name
       and address of each employer, name of supervisor, dates of employment, rate
       of pay, job title and responsibilities, and reason for termination.

**RESPONSE:** Objection. This request has no relevance to plaintiff's claims. (Rule 26)

(10)   Identify all physicians you have seen or been treated by in the past 10 years
       including name, office address, telephone number, dates of examination or
       treatment, and the medical problem involved, if any.

**RESPONSE:** All medical record is in the possession of the State of Delaware,
Department of Corrections.

(11)   Identify and describe all accidents, injuries and ailment you have had in the
       past 15 years, including the history of any mental illness.

**RESPONSE:** 2nd Burn on petitioner's leg – June 2004

        2nd degRee buRN oN plAiNtiff's leg – JuNe
                                                    2004

(12)   Identify in detail the precise injury or harm you allege was sustained as result
       of the allegation in the Complaint.

**RESPONSE:**    Heat exhaustion, Mental Anguish, Pain discomfort, Humiliation,
Embarrassment.

(13)    Describe any medical treatment you received as a result of the allegation in
the Complaint, Specifically addressing:

**RESPONSE:** See Response to Interrogatory No. 12.

(14)    State whether you filed a complaint or grievance at the correction institution or

with the Department of Correction about the subject matter of each and every

claim in your Complaint. If so, when were they filed, with whom were they

filed, and what was the response? If not, why not?

**RESPONSE:** Inmate George Jackson filed a grievance in which my name was signed

to. Because inmates are not allowed to file more than one grievance to a single

incident (D.O.C.)

(15)    State the total amount of compensatory damages you are claiming and the

computation used to arrive at the sum.

**RESPONSE:** Minimum of $100.000, for each day plaintiff had to work in the extreme

heat/cold conditions.

(16)    Either prior to or subsequent to the alleged incident(s) referred to in the

Amended Complaint, have you ever suffered any injuries, illness or diseases in

those portions of the body claimed by you to have been affected as alleged in

the Amended Complaint? If so, state:

    **a.**    A description of the injuries or diseases you suffered, including the

date and place of occurrence;

   **b.**     The name and addresses of all hospitals, doctors, or practitioners who rendered treatment or examination because of any such injuries or diseases.

**RESPONSE:**   None

(17)   Have you, or anyone acting on your behave, obtained from any person any statement, declaration, petition, or affidavit concerning this action or its subject matter? If so state"

   **a.**     The name and last known address of each such person; and

   **b.**     When, where, by whom and to whom each statement was made, and whether it was reduced to writing or otherwise recorded.

**RESPONSE:**   I do not know.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELWARE

GEORGE A. JACKSON, et al.,       )
                                 )
        Plaintiffs,              )
                                 )
    v.                           )   C.A. No. 05-823-***
                                 )
STANLEY TAYLOR, et al.,          )   JURY TRIAL REQUESTED
                                 )
        Defendants.              )

VERIFICATION AS TO ANSWERS:

I hereby declare under penalty of perjury that the attached Plaintiff's Responses to

Defendant's Interrogatories are true and correct.

Roy Williamson

Roy Williamson

Date: 4/1/04

### CERTIFICATE OF SERVICE

I hereby certify that on $\underline{4/1/04}$ , I mailed the Plaintiff Roy Williamson's

Response to Defendants' Interrogatories via United States Postal Service. I have mailed

the document to the following person.

Eileen Kelly
Deputy Attorney General, #2884
Department of Justice
820 N. French St. ., 6th Floor
Wilmington, DE 19801

Roy Williamson
........ BLDG. Imbert
USSEX CORRECTIONAL INSTITUTION
.O. BOX 500
EORGETOWN, DELAWARE 19947

U.S. POSTAGE    PB 223
$00.870    APR 0
1144

U.S.M.S
X-RAY

U.S. DISTRICT COURT
Lock box 18
844 N. King St.
Wilmington, De
19801