## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELWARE

| | |
|---|---|
| GEORGE A. JACKSON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 05-823-*** |
| | ) |
| STANLEY TAYLOR, et al., | ) JURY TRIAL REQUESTED |
| | ) |
| Defendants. | ) |

### PLAINTIFF RODERICK BROWN 'S RESPONSE
### TO DEFENDANTS' INTERROGATORIES

Plaintiff Roderick Brown ("Answering Plaintiff") hereby responds to

Defendants' Interrogatories:

(1)    With respect to each and every claim in the Amended Complaint:

    (a)    Identify all facts that refute, relate to, or support your contention

    (b)    Identify the specific behavior or conduct that you allege that each

        Defendant engaged in;

    (c)    Identify all person with knowledge of such contention or facts;

    (d)    Identify all documents that reflect, refer to or relate to such contention

        or facts.

### RESPONSE:

    (a)    I agree with all the allegations outlined in the complaint.

    (b)    Each defendant, "Senato, Adkins, White, Melvin and Rayner, Crockett,

        Evans, and Manuel" have worked inside SCI kitchen during the summers

        months and all of them would spend more time in their air

conditioned/heated office then on the floor because of the lack of air

circulation and due to the heat/cold which was unbearable .

(c)     Mary Hudson,  is employed by the State of Delaware,

She used to work in SCI kitchen but the conditions in the kitchen drove her

to change positions from food service to counselor,  and all those named in

the complaint.

(d) The Complaint, the Grievance and all the defendants' interrogatories.

(2)     Identify all documents which you intend to offer into evidence at the trial of
this matter.

**RESPONSE:**     At this time Petitioner has no documents.

(3)     Identify all persons having knowledge of the allegation in the complaint or
answer whom you intend to call as witnesses at trial, expert witnesses.

**RESPONSE:** Mary Hudson, is employed by the State of Delaware,

She used to work in SCI kitchen but the conditions in the kitchen drove her

to change positions from food service to counselor.

(4)     Identify all persons whom you intend to call as witnesses at trial, excluding
expert witness.

**RESPONSE:** See Response to Interrogatory No.3.

(5)     Identify any physical evidence which relates in any way to any of the facts alleged in the complaint or answer, or which you intend to offer in evidence at trial.

**RESPONSE:**     There is no physical evidence.

(5)     Identify each expert you expect to call to testify as a witness at trial and state for each expert,(i) the qualification of the expert, (ii) the subject matter on which the expert is expected to testify,(iii) the substance of the facts and opinions to which the expert is expected to testify and (iv) the summary of the grounds for such opinion.

**RESPONSE:** I do not know at this time.

(7)     State the following about yourself:

        a. Full Name:                         Roderick Brown
        b. Social Security Number:            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
        c. Date of birth:                     April, 8th, 1970
        d. Place of birth:                    Brookyln, New York
        e. Highest level of formal education: High School Diploma

(8)     Identify all of your criminal conviction in the past 15 years, including the court, jurisdiction, date of conviction, date of sentencing, and the terms of the sentence.

        RESPONSE: Objection. This request has no relevance to the conductions alleged

        by plaintiffs claims.

(9)    Identify all employment you have had in the past 15 years, including the name
       and address of each employer, name of supervisor, dates of employment, rate
       of pay, job title and responsibilities, and reason for termination.

**RESPONSE** Objection. This request has no relevance to the conductions alleged
       by plaintiffs claims.

(10)   Identify all physicians you have seen or been treated by in the past 10 years
       including name, office address, telephone number, dates of examination or
       treatment, and the medical problem involved, if any.

**RESPONSE:** Objection. This request has no relevance to the conductions alleged
       by plaintiffs claims.

(11)   Identify and describe all accidents, injuries and ailment you have had in the
       past 15 years, including the history of any mental illness.

**RESPONSE:** All medical records are in the possession of the State of Delaware and
or Department of Corrections.

(12)   Identify in detail the precise injury or harm you allege was sustained as result
       of the allegation in the Complaint.

**RESPONSE:**    The Complaint alleges the conditions in which the plaintiff was
working in, "Sweatshop "type condition, low air flow, high temperatures in the
summer months, and low temperatures in the winter.

(13)    Describe any medical treatment you received as a result of the allegation in the Complaint, Specifically addressing:

**RESPONSE:** See Response to Interrogatory No.12.

(14)    State whether you filed a complaint or grievance at the correction institution or with the Department of Correction about the subject matter of each and every claim in your Complaint.  If so, when were they filed, with whom were they filed, and what was the response? If not, why not?

**RESPONSE:** Plaintiff's name was attached to the grievance that I/M George Jackson filed because we as inmates cannot file more than one grievance on a single incident.

(15)    State the total amount of compensatory damages you are claiming and the computation used to arrive at the sum.

**RESPONSE:** Minimum of $1000.00, for each day plaintiff had to work in the extreme heat/cold conditions.

(16)    Either prior to or subsequent to the alleged incident(s) referred to in the Amended Complaint, have you ever suffered any injuries, illness or diseases in those portions of the body claimed by you to have been affected as alleged in the Amended Complaint? If so, state:

     **a.**     A description of the injuries or diseases you suffered, including the date and place of occurrence;

     **b.**     The name and addresses of all hospitals, doctors, or practitioners who rendered treatment or examination because of any such injuries or diseases.

**RESPONSE:**    See Response to Interrogatory No.12.

(17)    Have you, or anyone acting on your behave, obtained from any person any statement, declaration, petition, or affidavit concerning this action or its subject matter? If so state"

     **a.**     The name and last known address of each such person; and

     **b.**     When, where, by whom and to whom each statement was made, and whether it was reduced to writing or otherwise recorded.

**RESPONSE:**    I do not know.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELWARE

| | |
|---|---|
| GEORGE A. JACKSON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )    C.A. No. 05-823-*** |
| | ) |
| STANLEY TAYLOR, et al., | )    JURY TRIAL REQUESTED |
| | ) |
| Defendants. | |

VERIFICATION AS TO ANSWERS:

I hereby declare under penalty of perjury that the attached Plaintiff's Responses to

Defendant's Interrogatories are true and correct.

Roderick Brown
Date: 4-1-07

## *CERTIFICATE OF SERVICE*

I hereby certify that on _____, I mailed the Plaintiff Roderick Brown's

Response to Defendants' Interrogatories via United States Postal Service. I have mailed

the document to the following person.

> Eileen Kelly
> Deputy Attorney General, #2884
> Department of Justice
> 820 N. French St. ., 6th Floor
> Wilmington, DE 19801

Roderick Howard
UM BLDG. 4E11-A
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

1147 U.S. POSTAGE PB2238379
7912 $00.87° APR 03 07
1707 19947

US District CT
Lox Box 18
844 King St
Wilm, DE
19801