05cv823 ***
RECEIVED
APR - 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

26(e) of the Federal Rules of Civil Procedure.

**REQUESTS FOR PRODUCTION**

**REQUEST NO. 1:**

1. All grievances, complaints, or other correspondence relating to, regarding or arising out of the incidents alleged in the Amended Complaint, including, but not limited to, all grievances or complaints submitted by each Plaintiff to Department of Correction personnel, responses thereto, and any related correspondence between each Plaintiff and Department of Correction personnel.

**REQUEST NO. 2:**

2. All correspondence relating to, regarding or arising out of the incidents alleged in the Amended Complaint, including, but not limited to, any correspondence between friends or family members of each Plaintiff or other inmates and Department of Correction personnel.

**REQUEST NO. 3:**

3. Any statements, declarations, petitions, or affidavits relating to, regarding or arising out of the incidents alleged in the Amended Complaint and any statements, declarations, or affidavits of each Plaintiff, other inmates, or witnesses to the allegations in the Amended Complaint.

**REQUEST NO. 4:**

4. Any tests, reports, studies or any other documents relating to, regarding or arising out of the incidents alleged in the Amended Complaint.

**REQUEST NO. 5:**

5. All criminal history records for each Plaintiff from any other state besides Delaware for the past 15 years. Objection. SEE D.O.C

**REQUEST NO. 6:**

6. All medical records for each Plaintiff relating to, regarding or arising out of the incidents alleged in the Amended Complaint. Objection, SEE D.O.C

**REQUEST NO. 7:**

7. All medical records for each Plaintiff for the past 15 years.
Objection, SEE D.O.C

**REQUEST NO. 8:**

8. Any and all document(s) referenced or identified in Plaintiff's Responses to Interrogatories served contemporaneously herewith.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ Eileen Kelly
Eileen Kelly (I.D. 2884)
Deputy Attorney General
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us
Attorney for Defendants



Date

anthony Morris

I/M: Anthony Morris BLDG: merit-west
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

$0.63

District Court
Lock Box 18
844 N. King st.
Wilmington, DE
19801