2.   Identify the individual by whom it was made, the individual to whom it was

directed, and all individuals present when it was made; and

3.   Identify any document in which it was recorded, described or summarized;

and

4.   Identify any such document sought to be protected.

### INTERROGATORIES[1]

1)   With respect to each and every claim in the Amended Complaint:

(a)   Identify all facts that refute, relate to, or support your contention;

(b)   Identify the specific behavior or conduct that you allege that each Defendant

engaged in;

(c)   Identify all persons with knowledge of such contention or facts;

(d)   Identify all documents that reflect, refer to or relate to such contention or facts.

RESPONSE: *I agree with ever thing on the complant.*

---

[1] Please submit additional pages, if necessary.

3



2)    Identify all documents which you intend to offer into evidence at the trial of this
matter.    *NO Documents at this time.*

RESPONSE:

3)    Identify all persons having knowledge of the allegations in the complaint or

answer whom you intend to call as witnesses at trial, excluding expert witnesses.

RESPONSE: *Have no knowledge at this time.*

4)    Identify all persons whom you intend to call as witnesses at trial, excluding expert

witnesses.    *Do not know at this time.*

RESPONSE:

5)    Identify any physical evidence which relates in any way to any of the facts alleged

in the complaint or answer, or which you intend to offer in evidence at trial. *None at this time.*

4

RESPONSE:

6)    Identify each expert you expect to call to testify as a witness at trial and state for each such expert, (i) the qualifications of the expert, (ii) the subject matter on which the expert is expected to testify, (iii) the substance of the facts and opinions to which the expert is expected to testify and (iv) the summary of the grounds for such opinion.

RESPONSE: Have none funds.

7)    State the following about yourself:

    a.    Full name, and any other names you have gone by or used,

    b.    Social Security Number

    c.    Date of birth, and any other date of birth you may have used or given,

    d.    Place of birth

    e.    Highest level of formal education that you successfully completed

RESPONSE:
A. Anthony E Morris
B. 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
C. 6-17-81
D. New york
E. 8 grader

5

8) Identify all of your criminal convictions in the past 15 years, including the court,

jurisdiction, date of conviction, date of sentencing, and the terms of the sentence.

RESPONSE: Objection. This Request has no relevance to plaintiff's claims, request information beyond the scope of Ruler 26.

9) Identify all employment you have had in the past 15 years, including the name and

address of each employer, name of supervisor, dates of employment, rate of pay, job title and

responsibilities, and reason for termination. Objection. This Request has no

RESPONSE: relevance to plaintiff's claims, request information beyond scope of Ruler 26.

10) Identify all physicians you have seen or been treated by in the past 10 years, including

name, office address, telephone number, dates of examination or treatment, and the medical problem

involved, if any.

RESPONSE: Objection. You would have to require my medical records from D.O.C.

11) Identify and describe all accidents, injuries and ailments you have had in the past 15

years, including the history of any mental illness.

6

RESPONSE: I had a finger injury, I got a nail in my bottom of my foot, I receive many motrins,

12)    Identify in detail the precise injury or harm you allege was sustained as a result of the allegations in the Complaint. Objection. This Request no relevance to

RESPONSE: plaintiffs claims, request information beyond the scope. Due to the Heat exhaustion, mental anguise, pain and discomfort for long hour limited to Use rest room, Humiliation and embarrassment,

13)    Describe any medical treatment you received as a result of the allegations in the Complaint, specifically addressing:

a.    whether you requested any medical treatment at the Sussex Correctional Institution which you believe in any way resulted from the allegations in your complaint; and

b.    the date and method used for any request listed in subparagraph a. of this interrogatory.

RESPONSE: seek none no medical treatment other than get of work.

14)    State whether you filed a complaint or grievance at the correctional institution or with the Department of Correction about the subject matter of each and every claim in your

7

Complaint. If so, when were they filed, with whom were they filed, and what was the response?

If not, why not? *My name was attached to the grievance that IM George Jackson, because we canint filie more*

RESPONSE: *than one grievance on a this single inciklent*

15)    State the total amount of compensatory damages you are claiming and the
computation used to arrive at the sum. *100,000, — miniyum*

RESPONSE: *For each day I work under the extreme work conditions.*

16)    Either prior to or subsequent to the alleged incident(s) referred to in the Amended
Complaint, have you ever suffered any injuries, illness or diseases in those portions of the body
claimed by you to have been affected as alleged in the Amended Complaint? If so, state: *NO*

a.    A description of the injuries or diseases you suffered, including the date and
place of occurrence;

b.    The names and addresses of all hospitals, doctors, or practitioners who
rendered treatment or examination because of any such injuries or diseases.

RESPONSE:

8

17)    Have you, or anyone acting on your behalf, obtained from any person any statement,

declaration, petition, or affidavit concerning this action or its subject matter? If so, state: Do not know

    a.    The name and last known address of each such person; and

    b.    When, where, by whom and to whom each statement was made, and whether

it was reduced to writing or otherwise recorded.

RESPONSE: NO

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Eileen Kelly
Eileen Kelly (I.D. 2884)
Deputy Attorney General
820 N. French St., 6ᵗʰ Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us
Attorney for Defendants

~~Dated: March 6, 2007~~

4-3-07
Date

9

$0.63

I/M: Anthony Morris BLDG: Merit-west
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE    19947

District Court
Lock Box 18
844 N. King St.
Wilmington, DE
19801