OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo  
CLERK OF COURT

LOCKBOX 18  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801  
(302) 573-6170

April 10, 2007

*TO: Timothy L. Malloy*  
*SBI #171278*  
*SCI*  
*P.O. Box 500*  
*Georgetown, DE 19947*

*RE: Response*  
*Civ. No. 05-823 \*\*\**

*Dear Mr. Malloy:*

*The document that you presented to the court for filing on 4/10/07 in the above noted case does not form to one or more of the following: Federal Rule of Civil Procedure 5; District of Delaware Local Rules of Civil Practice and Procedure 5.2.(a) & 5.3. Any documents you present for filing must be served by you, upon **all** local counsel of record. **Furthermore, this must be indicated on an affidavit or certificate of service.***

*In addition, your document also doesn't comply with Federal Rule of Civil Procedure 10(a):*

*"Rule 10. Form of Pleadings(a) Caption; Names of Parties.*
***Every pleading shall contain a caption setting forth the name of the court, the title of the action,** the file number, and a designation as in Rule 7(a)..."*

*Please resubmit your filing in accordance with the Federal Rules of Civil Procedure by sending a corrected certificate of service or affidavit which reflects service upon **all** parties of record.*

*Sincerely,*

*/rpg*

*PETER T. DALLEO*  
*CLERK*

*cc: Vacant Judgeship*