IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

GEORGE A. JACKSON,  :
      Plaintiff,  :
      v.  :   C.A.No. 05-823-***
STANLEY TAYLOR, et al.,  :
      Defendants.  :



PLAINTIFFS' REQUEST THAT DEFENDANTS PERMIT PLAINTIFFS BD scanned
ENTRY INTO THE S.C.I. MAIN KITCHEN UNIT FOR PURPOSE OF
INSPECTION AND MEASURING, SURVEYING, PHOTOGRAPHING,
TESTING THE OPERATION OF THE EXHAUST VENTILATION UNITS.

    COME NOW Plaintiff George A. Jackson, et al., Plaintiffs' class, request pursuant Fed. R. Civ. P. Rule 34(a)(2), referring to Fed. R. Civ. P. Rule 26(b), that Defendants permit Plaintiffs entry into the S.C.I. Main Kitchen Unit for purpose of inspection and measuring, surveying, photographing, testing the operation of the exhaust ventilation units, and state the following:

    1. Plaintiff George A. Jackson, et al., representative of the Plaintiffs class, have worked in the S.C.I. Main Kitchen Unit between the years of 11/30/1992 thru 6/27/2006.

    2. The Plaintiff George A. Jackson is fully knowledgeable of the exhaust ventilation units in the S.C.I. Main Kitchen Unit. In fact, no DOC food service employee (Defendants Senato, Melvin, Manuel, Evans, White, Raynor, Atkins and Crockett) has work at the S.C.I. Main Kitchen longer than Plaintiff Jackson.

    Plaintiff George A. Jackson, et al., request that Defendants or representatives of the Defendants permit Plaintiff entry into the S.C.I. main kitchen unit during non-operative hours for the purpose of inspection and measuring, surveying, photographing, testing the operation of the Exhaust ventilation units on the "old-side" and "new-side" of the kitchen area.

4. Plaintiff George A. Jackson, et al., also asked that he be provide with a camera to photograph said exhaust ventilation units.

George A. Jackson, et al
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE  19947

DATED: 4/15/07

CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2007, I filed the enclosed Document by placing in the S.C.I. prison, U.S. Mail box to be forward to:

Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Fl.
Wilmington, DE 19801

*[signature]*
George A. Jackson, et al.,
Sussex Correctional Instution
P.O. Box 500
Georgetown, DE 19947

DATED: 4/15/07

I/M: George A. Jackson  BLDG: Med.
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

U.S. POSTAGE $00.390
APR 17 07
PB2230370
19947

U.S.M.S. X-RAY

U.S. District Court
Lockbox 18
844 N. King ST
Wilmington DE
19801