

JOSEPH R. BIDEN, III
ATTORNEY GENERAL

DEPARTMENT OF JUSTICE
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CRIMINAL DIVISION (302) 577-8500
FAX (302) 577-2496
CIVIL DIVISION (302) 577-8400
FAX (302) 577-6630
TTY (302) 577-5783

April 24, 2007

New Castle County/Civil Division

The Honorable Mary Pat Thynge
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

    Re:    Jackson, et al. v. Taylor, et al.
             C.A. No. 05-823-***

Dear Judge Thynge:

    I am writing in response to Plaintiff George Jackson's Motion for Leave to Depose Defendants in the above-referenced matter. [D.I. 164].

    Defendants are willing to cooperate in making themselves available for deposition.

    However, I do want to note that although the Motion references "Plaintiffs," only Mr. Jackson has signed the Motion. Therefore, only Mr. Jackson should be permitted to take Defendants' depositions.

    In addition, Mr. Jackson seeks a Court Order directing Defendants' counsel to initiate the scheduling and arrangement of the depositions. It is Defendants' position that Mr. Jackson is responsible for noticing the depositions and arranging for the court reporter. Further, Mr. Jackson is responsible for any expenses incurred in connection with the depositions.

    Undersigned counsel is available if the Court requires additional information.

                             Respectfully,

                             /s/ Eileen Kelly

                             Eileen Kelly
                             Deputy Attorney General

cc:    *See* Attached Service List