IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELWARE

| | |
|---|---|
| GEORGE A. JACKSON, et al., | ) |
| Plaintiffs, | ) |
| v. | ) C.A. No. 05-823-*** |
| STANLEY TAYLOR, et al., | ) JURY TRIAL REQUESTED |
| Defendants. | ) |

**PLAINTIFF TIMOTHY MALLOY'S RESPONSE**
**TO DEFENDANTS' INTERROGATORIES**

Plaintiff Timothy Malloy ("Answering Plaintiff") hereby responds to Defendants' Interrogatories:

(1) With respect to each and every claim in the Amended Complaint:

    (a) Identify all facts that refute, relate to, or support your contention:

    (b) Identify the specific behavior or conduct that you allege that each Defendant engaged in;

    (c) Identify all person with knowledge of such contention or facts;

    (d) Identify all documents that reflect, refer to or relate to such contention or facts.

**RESPONSE:**

    (a)

    (b)



FILED
APR 24 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

## CERTIFICATE OF SERVICE

I hereby certify that on 4-22-07 _____, I mailed the Plaintiff Timothy Malloy's Response to Defendants' Interrogatories via United States Postal Service. I have mailed the document to the following person.

Eileen Kelly<br>
Deputy Attorney General, #2884<br>
Department of Justice<br>
820 N. French St. ., 6th Floor<br>
Wilmington, DE 19801

*Timothy Lee Malloy* (signature)

Timothy Mallon
I/M: _____ BLDG: Merit
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

U.S POSTAGE PB 2230370
$00.390  APR 23 07
19947

U.S. District Court
Lockbox 18
844 N. King St.
Wilmington De
19801