# EXHIBIT A

EMERGENCY GRIEVANCE                    FORM #584                   RECEIVED
TO: Warden Rick Kearney                                            JUL 20 2005
                                       GRIEVANCE FORM              SCI WARDEN'S OFFICE

FACILITY: S.C.I. - KITCHEN UNIT        DATE: July 19, 2005         RECEIVED
GRIEVANT'S NAME: George A. Jackson     SBI#: 171250                JUL 21 2005
CASE#: 15430                           TIME OF INCIDENT: "Ongoing" SCI GRIEVANCE CHAIRMAN
HOUSING UNIT: Merit: West

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

The Kitchen Unit, primarily if not exclusively the diet and baker area, creates a hazardous work condition to inmate workers by exposing them to harmful levels of extreme heat and humidity caused by inadequate exhaustion ventilation system.

The cumulative impact of this defunct system, produces a grossly unsanitary work environment such as the spread of air-borne and food-borne diseases that poses a serious threat to one's health, and/or the prison population. Inmate workers are constantly experiencing daily symptoms of heat exhaustion (excessive sweating, shortness of breath, ect.) from the deprivation of an adequate ventilation at the work place.

The resulting condition ("Sweatbox") at the Kitchen Unit, as a whole, is incompatible with contemporary standards of decency, and is not related to any legitimate correctional or governmental objective.

ACTION REQUESTED BY GRIEVANT: To Have the Kitchen Unit exhaustion ventilation system, designed, constructed, maintained and operated accordingly to the Occupational Safety and Health Aministration (OSHA), Labor § 1926.57 without further delay, and compensate inmate workers for irreparable damages suffered for delayed/denial of a safe and healthy work environment. *FIRST AMENDMENT PROTECTION INVOKED*

GRIEVANT'S SIGNATURE: _George A. Jackson_  DATE: _July 19, 2005_

WAS AN INFORMAL RESOLUTION ACCEPTED?     ____(YES)   ____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____    DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

## Instructions for Submitting a Regular Grievance

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven(7) days from the date of the occurance or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be recieved during the next working day.

---

### Return of Unprocessed Grievance

<u>Intake Action</u>: This Grievance Form is being returned to the inmate under the provisions outlined in DOC Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s):

_____ **Vulgar/Abusive or Threatening Language.** The language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

_____ **Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed.   _____ Disciplinary Action   _____ Parole Decision
_____ Classification Action

_____ **Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate office to secure the information that is requested.

_____ **Duplicate Grievance(s).** This issue has been addressed previously in Grievance #_____.

_____ **Original Grievances** must be submitted to the Inmate Grievance Chairperson. Photocopies are <u>not</u> accepted.

_____ **Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

_____ **Expired filing period.** Grievance exceeds seven(7) days from date of occurrence.


_____                                      _____
Inmate Grievance Chairperson                                                                     Date


Form#: 584 (F&B)
(Reverse Revised July '99)