# EXHIBIT B

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELWARE

GEORGE A. JACKSON, et al.,    )
                      )
       Plaintiffs,       )
                      )
     v.              )    C.A. No. 05-823-***
                      )
STANLEY TAYLOR, et al.,    )    JURY TRIAL REQUESTED
                      )
      Defendants.     )

## PLAINTIFF GEORGE A. JACKSON 'S RESPONSE TO DEFENDANTS' INTERROGATORIES

Plaintiff George A. Jackson ("Answering Plaintiff") hereby responds to Defendants' Interrogatories:

(1)     With respect to each and every claim in the Amended Complaint:

     (a)    Identify all facts that refute, relate to, or support your contention:

     (b)    Identify the specific behavior or conduct that you allege that each Defendant engaged in;

     (c)    Identify all person with knowledge of such contention or facts;

     (d)    Identify all documents that reflect, refer to or relate to such contention or facts.

**RESPONSE:**

     (a)    I personally agree to all the facts stated with respect to the Amended Complaint.

     (b)    See Response to Interrogatory No. 1.

(c)  All named Plaintiffs and named Defendants, SCI Maintenance

(d)  Grievance I filed on behalf of kitchen workers, DOC staff, and the inmate population.

(2)    Identify all documents which you intend to offer into evidence at the trial of this matter.

**RESPONSE:** Inmate grievance, Warden's response- depositions of defendants -deposition of independent expert(Request for appointment)  Discovery is still active.

(3)    Identify all persons having knowledge of the allegation in the complaint or answer whom you intend to call as witnesses at trial, expert witnesses.

**RESPONSE:**  All named plaintiffs, defendants, SCI Maintenance Discovery is still active

(4)    Identify all persons whom you intend to call as witnesses at trial, excluding expert witness.

**RESPONSE:**  See Response to Interrogatory No. 3

(5)    Identify any physical evidence which relates in any way to any of the facts alleged in the complaint or answer, or which you intend to offer in evidence at trial.

**RESPONSE:**  Discovery is still active, and will supplement this Interrogatory when information is available.

(6)    Identify each expert you expect to call to testify as a witness at trial and state for each expert,(i) the qualification of the expert, (ii) the subject matter on which the expert is expected to testify,(iii) the substance of the facts and opinions to which the expert is expected to testify and (iv) the summary of the grounds for such opinion.

**RESPONSE:** At this time Plaintiffs has a pending motion in reference to obtaining an independent expert with qualifications in ventilation exhaust systems.

(7)     State the following about yourself:

    a. Full Name:                George A. Jackson
    b. Social Security Number:    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
    c. Date of birth:        01/07/61
    d. Place of birth:      Bartow, Fla.
    e. Highest level of formal education: G.E.D./ 18 college credits

(8)     Identify all of your criminal conviction in the past 15 years, including the

court,   jurisdiction, date of conviction, date of sentencing, and the terms of the

sentence.

    RESPONSE:Obection. This Request has no relevance to plaintiffs' claims,
requests information beyond the scope of Rule 26, and is not designed to
lead to discovery of admissible evidence.

(9)     Identify all employment you have had in the past 15 years, including the name

and address of each employer, name of supervisor, dates of employment, rate

of pay, job title and responsibilities, and reason for termination.

**RESPONSE:** I have worked in the SCI main kitchen from 11/30/1992 to about
6/27/2006. I performed duties as a dietitian technician. I earned about
$60.00 per month. All named defendants were consider my supervisor. My
termination was based on a mandatory job switch by the Warden.

(10)     Identify all  physicians you have seen or been treated by in the past 10 years

including name, office address, telephone number, dates of examination or

treatment, and the medical problem involved, if any.

**RESPONSE:** Through the nearly 16 years of my incarceration, various medical
providers have seen or treated me in the past 10 years. You would have
to obtain my medical records from the DOC.This information or documents
are not in my possession, custody or control.

(11)     Identify and describe all accidents, injuries and ailment you have had in the

past 15 years, including the history of any mental illness.

**RESPONSE:** Objection. This Request has no relevance to plaintiffs' claims,
request information beyond the scope of Rule 26, and is not designed to
lead to discovery of admissible evidence.

(12)    Identify in detail the precise injury or harm you allege was sustained as result

of the allegation in the Complaint. Constant heat exhaustion, extreme fatigue, humiliation, indignity and mental anguish for repeated complaints about **RESPONSE:** the excessive heat and humidity during the summer months, and the extreme cold during the winter at the work place. Defendants would stay in the air condition/heated offices and watch the kitchen workers through the window. I also suffered eye irriation from the high levels of dusts, fumes, vapors, or gases from inadequate system.

(13)    Describe any medical treatment you received as a result of the allegation in

the Complaint, Specifically addressing:

**RESPONSE:** I was seen by an eye physician, who prescribed eye drops and was taking alot of motrins for headaches.

(14)    State whether you filed a complaint or grievance at the correction institution or

with the Department of Correction about the subject matter of each and every

claim in your Complaint. If so, when were they filed, with whom were they

filed, and what was the response? If not, why not? Yes, I filed a Emergency grievance to the warden on behalf of inmate kitchen workers on July 19, 2005. **RESPONSE:** and received by his office on 7/20/2005. At the R.G.C hearing, I presented a list of singatures of kitchen workers who work or had work in the kitchen. That same list was attached to the Original Complaint D.I.2. The grievance was not return or rejected by the Warden and the Inmate Grievance Chairman. Had the grievance been return, all kitchen inmates would had filed.

(15)    State the total amount of compensatory damages you are claiming and the

computation used to arrive at the sum.

**RESPONSE:** $100,000.00 (One Hundred Thousand) Dollars-minimum. For irreparable damages suffered for delay/denial of a safe and healthy work environment each work day.

(16)    Either prior to or subsequent to the alleged incident(s) referred to in the

Amended Complaint, have you ever suffered any injuries, illness or diseases in

those portions of the body claimed by you to have been affected as alleged in

the Amended Complaint? If so, state:

**a.**       A description of the injuries or diseases you suffered, including the

date and place of occurrence;

**b.**     The name and addresses of all hospitals, doctors, or practitioners who rendered treatment or examination because of any such injuries or diseases.

**RESPONSE:**  See Response to Interrogatory No.10. Answering Plaintiff does not understand this interrogatory fully.

(17)    Have you, or anyone acting on your behave, obtained from any person any statement, declaration, petition, or affidavit concerning this action or its subject matter?  If so state"

**a.**     The name and last known address of each such person; and

**b.**     When, where, by whom and to whom each statement was made, and whether it was reduced to writing or otherwise recorded.

**RESPONSE:**  No.

–5–

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELWARE

GEORGE A. JACKSON, et al.,   )
           )
   Plaintiffs,     )
           )
   v.         )   C.A. No. 05-823-***
           )
STANLEY TAYLOR, et al.,   )   JURY TRIAL REQUESTED
           )
   Defendants.

**VERIFICATION AS TO ANSWERS:**

  I hereby declare under penalty of perjury that the attached Plaintiff's Responses to

Defendant's Interrogatories are true and correct.

               George A. Jackson

               Date: 4/10/2007

### CERTIFICATE OF SERVICE

I hereby certify that on ___4/10/2007___ , I mailed the Plaintiff George A. Jackson's

Response to Defendants' Interrogatories via United States Postal Service.  I have mailed

the document to the following person.


Eileen Kelly
Deputy Attorney General, #2884
Department of Justice
820 N. French St. ., 6th Floor
Wilmington, DE 19801

**Kelly Eileen (DOJ)**

| | |
|---|---|
| **From:** | ded_nefreply@ded.uscourts.gov |
| **Sent:** | Friday, April 13, 2007 4:38 PM |
| **To:** | ded_ecf@ded.uscourts.gov |
| **Subject:** | Activity in Case 1:05-cv-00823-*** Jackson et al v. Taylor et al Answer to Interrogatories |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

**U.S. District Court**

**District of Delaware**

**Notice of Electronic Filing**

The following transaction was entered on 4/13/2007 at 4:38 PM EDT and filed on 4/13/2007

**Case Name:** Jackson et al v. Taylor et al
**Case Number:** 1:05-cv-823
**Filer:** George A. Jackson
**Document Number:** 176

**Docket Text:**
ANSWER to Interrogatories - filed by George A. Jackson.(rwc)

**1:05-cv-823 Notice has been electronically mailed to:**
Eileen Kelly  eileen.kelly@state.de.us

**1:05-cv-823 Notice has been delivered by other means to:**

Charles Blizzard
SBI #166670
SCI
P.O. Box 500
Geogetown, DE 19947

Roderick Brown
SBI# 315954
SCI
P.O. Box 500
Georgetown, DE 19947

John F. Davis
SBI# 00263753
SCI
P.O. Box 500
Georgetown, DE 19947

6/21/2007