# EXHIBIT C

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GEORGE A. JACKSON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C. A. No. 05-823-*** |
| ) | |
| STANLEY TAYLOR, et al., ) | JURY TRIAL REQUESTED |
| ) | |
| Defendants. ) | |

## DEFENDANTS' AMENDED ANSWER TO THE AMENDED COMPLAINT

COME NOW Defendants Stanley Taylor, Joyce Talley, Carl Anson, Debbie Melvin, Wenston White, Chris Senato, Joseph Adkins, Bethany Evans, Robert Manuel and Michael Knight <u>and Richard Crockett and Steven Raynor</u> ("Defendants"), by and through the undersigned counsel, and hereby answer the <u>Amended</u> Complaint <u>[D.I. 114]</u>:

II.   Exhaustion of Administrative Remedies

    A.   Admitted.

    B.   Admitted <u>that Plaintiff George Jackson filed a grievance dated July 19, 2005 and pursued that grievance through all grievance appeal steps. Denied as to the remaining Plaintiffs.</u>

    C.

        1.   Admitted <u>that Plaintiff George Jackson filed a grievance dated July 19, 2005. Denied as to the remaining Plaintiffs.</u>

        2.   Admitted <u>that Plaintiff George Jackson filed a grievance dated July 19, 2005 and pursued that grievance through all grievance appeal steps. Denied as to the remaining Plaintiffs.</u>

III.   Defendants

1. ~~Admitted~~ <u>Denied</u> that as of the date of the filing of this <u>Amended</u> Answer, Defendant Stanley Taylor is the Commissioner of the Delaware Department of Correction ("DOC").

2. Admitted that as of the date of the filing of this Answer, Defendant Joyce Talley is Bureau Chief of Management Services for DOC.

3. Denied that Tony Figario is the Chief of Inspections/Security for DOC.

[4.] Denied that Defendant Carl Anson is Chief of Maintenance at the Sussex Correctional Institution ("SCI")

[5.] Because DOC has been dismissed as a Defendant from this action, no response is required.

[6.] Admitted that as of the date of the filing of this Answer, Defendant Michael Knight is the Correctional Food Service Administrator for the Delaware Department of Correction. The remaining allegations are denied, except that it is admitted that, as of the date of the filing of this Answer, Defendants <u>Chris Senato, Steven Raynor, Wenston White and *Robert* Manuel are employed as food service staff at SCI. Admitted that Debbie Melvin, Joseph Adkins and Richard Crockett are employed as food service staff, but denied that they are employed at SCI. Admitted that Bethany Evans is employed at SCI, but denied that she is employed as food service staff. Darrell Mullins has not been served with the Amended Complaint.</u> ~~Chris Senato, Debbie Melvin, *Robert* Manuel, Bethany Evans and Wenston White are employed as food service staff at SCI. Richard Crockett, Darrell Mullins and Steven Raynor have not been served with the Amended Complaint and this Answer is not filed on their behalf.~~

2

IV. Statement of Claim

1. Denied that this matter is a class action or that it meets the requirements of Fed. R. Civ. P. 23. Further denied that the current Plaintiffs have standing to assert claims on behalf of individuals who have not been recognized as plaintiffs in this action.

2. (Physical Plant). Admitted that the kitchen consists of older and newer sections, both of which are equipped with commercial cooking and other equipment. The remaining allegations set forth in this paragraph are denied.

3. (Inadequate Ventilation). Denied.

4. Denied.

5. Denied.

6. Denied.

7. Denied.

8. Denied.

9. Denied.

10. Denied.

11. Denied.

**RELIEF**

1. It is specifically denied that Plaintiffs are entitled to compensatory, punitive or any monetary damages.

2. It is specifically denied that Plaintiffs are entitled to injunctive, declaratory or any other relief.

3. It is specifically denied that Plaintiffs are entitled to attorneys' fees.

## AFFIRMATIVE DEFENSES

4. Plaintiffs have failed to state a claim upon which relief can be granted.

5. Defendants are immune from liability under the Eleventh Amendment.

6. Defendants are entitled to qualified immunity.

7. As to any claims under state law, Defendants are entitled to immunity under the State Tort Claims Act, 10 *Del. C.* § 4001, *et seq.*

8. As to any claims under state law, Defendants are entitled to sovereign immunity in their official capacities.

9. Defendants cannot be held liable in the absence of personal involvement for the alleged constitutional deprivations.

10. To the extent that Plaintiffs seek to hold Defendants liable based on supervisory responsibilities, the doctrine of *respondeat superior* or vicarious liability is not a basis for liability in an action under 42 *U.S.C.* § 1983.

11. Defendants, in their official capacities, are not liable for alleged violations of Plaintiffs' constitutional rights as they are not "persons" within the meaning of 42 *U.S.C.* § 1983.

12. Insufficiency of service of process.

13. Insufficiency of process.

14. Lack of jurisdiction over the person and subject matter.

15. This cause of action is barred by the applicable statute of limitations.

16. These *pro se* Plaintiffs cannot represent their fellow inmates in a class action.

17. The Plaintiffs have failed to exhaust their administrative remedies as required by the Prison Litigation Reform Act.

WHEREFORE, Defendants respectfully request that judgment be entered in their favor and against Plaintiffs as to all claims and that attorney fees be awarded to them.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Eileen Kelly
Eileen Kelly, I.D. #2884
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302) 577-8400
eileen.kelly@state.de.us
Attorney for Defendants

Date: _____