IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GEORGE A. JACKSON, et al.,           :
                                     :
            Plaintiffs,              :
                                     :
    v.                               :   C.A. No. 05-823-***
                                     :
STANLEY TAYLOR, et al.,              :
                                     :
            Defendants.              :

PLAINTIFF GEORGE A. JACKSON'S MOTION TO STRIKE
MOTION FOR LEAVE TO DEPOSED D.I. 164

FILED
JUL 24 2007
RGscam

Plaintiff, George A. Jackson, pro se, request this Court to strike the Motion for leave to Depose Defendants, and state as follows:

1. On December 1, 2005, Plaintiffs seek class status and brought this action on behalf of all individuals who have been committed to the custody of the DDOC and who have been, are now, or in the future will be, classified to work at the main kitchen unit at SCI.

2. Plaintiffs allege that there is inadequate ventilation and air flow which results in excessive heat and extreme humidity and, in turn, this causes a safety hazard to those who consume food from the kitchen operation, especially during the summer months.

3. Plaintiff George A. Jackson was under the premised that he was lead plaintiff, and therefore had to keep the case moving forward by filing motions and initiating discovery until the Court determine by order whether or not to certify the action as a class.

4. Plaintiff Jackson was acting on lack of legal knowledge to the prerequisites to a Class Action under Fed. R. Civ. P. 23.

5. Plaintiff George A. Jackson is without the financial means to incur the expense of a court reporter for the depositions. To avoid any imposition of sanctions by the Court for non-compliance with the

Court's Order, Plaintiff request that the motion for leave to depose Defendants (D.I. 164) be STRICKEN by this Court, for the above mention reasons.

6. Plaintiff Jackson would also like to apologize to the Court, Defendants' counsel, Defendants and other named Plaintiffs in this matter for my wasteful activities, inconvenience and burdensome pleadings.

WHEREFORE, Plaintiff Jackson prays that this Court STRICKEN the OORDER authorizing him to depose the Defendants.

George A. Jackson
SBI#00171250
Sussex Correctional
P.O. Box 500
Georgetown, DE 19947

DATED: 7/20/2007

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2007, I filed the attached MOTION TO STRIKE MOTION FOR LEAVE TO DEPOSED, by placing said copy in the SCI prison mail box to be forward to:

Eileen Kelly
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th FL
Wilmington, DE 19801
Attorney for Defendants

DATED: 7/20/2007

George A. Jackson

I/M Lester A. Nick Sr BLDG: MERT
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

U.S. District Court
Lockbox 18
844 N. King St
Wilmington, DE
19801