IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GEORGE A. JACKSON, et al., : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | C. A. No. 05-823-*** |
| : | |
| STANLEY TAYLOR, et al., : | |
| : | |
| Defendants. : | |

**O R D E R**

At Wilmington this **27th** day of **July, 2007**, the court previously considered Jackson's motion for leave to depose defendants and issued an order dated July 17, 2007 authorizing the taking of their deposition. D.I. 185  The court *sua sponte* has reconsidered its July 17, 2007 Order and said Order is modified as follows.

IT IS ORDERED that:

1. Since there are fourteen defendants named in this matter, Jackson may depose seven (7) defendants pursuant to Fed. R. Civ. P. 31, which allows depositions upon written questions.  On or before **August 10, 2007,** Jackson shall filed a letter with the court, which is served on defense counsel, identifying the seven defendants he plans to depose.  Only Jackson is authorized to depose the selected defendants.

2. On or before **August 24, 2007**, Jackson shall submit to the court no more than fifteen (15) written questions for each deponent.  The questions **shall be filed under seal** to be viewed only by the court and the officer before whom the deponent(s) will appear as designated in the notice of deposition.  Plaintiff **shall not** provide a service copy of the questions to defendants, the deponents or defense counsel.

3. On or before **September 7, 2007**, counsel for defendants shall contact Nancy Rebeschini, Esquire, the court's pro se law clerk, to schedule a date and time for the written depositions. The depositions shall take place at the J. Caleb Boggs Federal Building, Wilmington, Delaware.

3. The procedure for the written depositions shall be as follows: The court will issue the notice for the written depositions. The notice will include the name of the deponent and the designated officer before whom the deponent will testify. The deponent will be sworn in by the designated officer. The designated officer will read aloud to the deponent the questions as submitted by plaintiff. The designated officer will provide paper and pen so that the deponent may provide a written answer to each question. The deponent shall have the option of bringing a laptop computer to the deposition as a means of answering the questions. The court will provide a computer disc for the answers typed into the computer. The deponent will verify his written answers. The designated officer will certify the deposition, file it with the court and mail complete copies of the deposition to the plaintiff and defense counsel and/or deponents.

4. IT IS FURTHER ORDERED that in light of the modification to the Order of July 17, 2007, Jackson's motion to strike (187) is DENIED.

                                                  /S/ Mary Pat Thynge
                                                 United States Magistrate Judge