George A. Jackson
SBI#00171250
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE  19947

August 5, 2007

United States District Court
Lock Box 500
844 N. King Street
Wilmington, DE  19801

RE:   Selected seven (7) defendants

Dear Court:

Please be advise that I am providing the names of the seven defendants which the Court has grant leave for only Jackson to depose pursuant to Fed. R. Civ. P. 31, which allows depositions upon written questions. Here are the names of the following selected defendants:

Michael Knight
Chris Senato
Debbie Melvin
Joseph Adkins
Robert Manuel
Wenston White
Steven Rayner

FILED
AUG -8 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

George A. Jackson, et al.

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2007, I serve the ATTACHED LETTER by placing it in the SCI prison mail box to be forward to:

Eileen Kelly
Deputy Attorney General
820 N. French St., 6th FL
Wilmington, DE 19801
Attorney for Defendants

DATED: August 5, 2007

George A. Jackson

I/M George A. Jackson BLDG: Merit
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

00171250

U.S. District Court
Lock Box 18
844 N. King St
Wilmington DE
19801