OFFICE OF THE U.S. MAGISTRATE
**STATES DISTRICT COURT**
DISTRICT OF DELAWARE
U.S. COURTHOUSE
LMINGTON, DELAWARE 19801

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

7147 U.S. POSTAGE  P8 2250370
7963  $00.410  AUG 02 07
6667             19947

Roger Thomas

**RECEIVED**
AUG 0 1 2007
**SCI MAILROOM**

FILED
AUG 10 2 20 PM '07

NIXIE   197  CC 1      25  08/08/07
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 19801   *0927-02793-02-36

19947#0500 B093

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GEORGE A. JACKSON, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | C. A. No. 05-823-*** |
| | : | |
| STANLEY TAYLOR, et al., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

At Wilmington this **27th** day of **July, 2007**, the court previously considered Jackson's motion for leave to depose defendants and issued an order dated July 17, 2007 authorizing the taking of their deposition. D.I. 185 The court *sua sponte* has reconsidered its July 17, 2007 Order and said Order is modified as follows.

IT IS ORDERED that:

1.  Since there are fourteen defendants named in this matter, Jackson may depose seven (7) defendants pursuant to Fed. R. Civ. P. 31, which allows depositions upon written questions. On or before **August 10, 2007**, Jackson shall filed a letter with the court, which is served on defense counsel, identifying the seven defendants he plans to depose. Only Jackson is authorized to depose the selected defendants.

2.  On or before **August 24, 2007**, Jackson shall submit to the court no more than fifteen (15) written questions for each deponent. The questions **shall be filed under seal** to be viewed only by the court and the officer before whom the deponent(s) will appear as designated in the notice of deposition. Plaintiff **shall not** provide a service copy of the questions to defendants, the deponents or defense counsel.