IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GEORGE A. JACKSON, et al., | : | |
| Plaintiffs, | : | |
| v. | : | C. A. No. 05-823-*** |
| STANLEY TAYLOR, et al., | : | |
| Defendants. | : | |

## ORDER

At Wilmington this **28th** day of **August, 2007**, inconsistent with the court's previous order dated July 27, 2007 (D.I. 188), plaintiff Jackson filed his deposition questions failing to note that they were to be under seal.

Therefore, IT IS ORDERED that:

1. The deposition questions filed by plaintiff Jackson (D.I. #'s 194-200) shall be noted on the docket entries as filed under seal.

/S/ Mary Pat Thynge
United States Magistrate Judge