IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GEORGE A. JACKSON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 05-823-*** |
| | ) |
| STANLEY TAYLOR, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this *30* day of *August*, 2007;

Having received plaintiff's written questions for depositions of defendants Michael Knight, Christopher Senato, Debbie Melvin, Wenston White, Joseph Adkins, Robert Manuel and Steven Rayner (D.I. 194, 195, 196, 197, 198, 199, 200);

IT IS ORDERED that depositions upon written questions, pursuant to Fed. R. Civ. P. 31, are scheduled before Nancy Rebeschini, Esquire, pro se law clerk, as follows:

**Michael Knight, Christopher Senato, Debbie Melvin,** and **Wenston White** to be held on **Tuesday, September 25, 2007,** beginning at **10:00 a.m.**

**Joseph Adkins, Robert Manuel,** and **Steven Rayner** to be held on **Wednesday, September 26, 2007,** beginning at **10:00 a.m.**

All depositions shall take place in room 4102, on the fourth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

Honorable Mary Pat Thynge
U.S. Magistrate Judge