IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GEORGE A. JACKSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) Civil Action No. 05-823-*** | |
| | ) | |
| STANLEY TAYLOR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**AMENDED ORDER\*\***

At Wilmington this 12ᵗʰ day of September, 2007;

IT IS ORDERED that depositions upon written questions, pursuant to Fed. R.

Civ. P. 31, scheduled for **Michael Knight, Christopher Senato, Debbie Melvin,** and

**Wenston White** to be held on **Tuesday, September 25, 2007,** beginning at **10:00**

**a.m.,** and **Joseph Adkins, Robert Manuel,** and **Steven Rayner** to be held on

**Wednesday, September 26, 2007,** beginning at **10:00 a.m.** shall take place in

\*\*Chambers 2B, <u>Room 2116</u>, on the Second Floor of the J. Caleb Boggs Federal

Building, 844 King Street, Wilmington, Delaware.

Honorable Mary Pat Thynge
U.S. Magistrate Judge