Case 1:05-cv-00823-SLR-LPS    Document 206    Filed 09/21/2007    Page 1 of 2



(205)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GEORGE A. JACKSON, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 05-823-*** ) |
| STANLEY TAYLOR, et al., | ) ) |
| Defendants. | ) |

**AMENDED ORDER****

At Wilmington this 12th day of September, 2007;

IT IS ORDERED that depositions upon written questions, pursuant to Fed. R. Civ. P. 31, scheduled for **Michael Knight, Christopher Senato, Debbie Melvin,** and **Wenston White** to be held on **Tuesday, September 25, 2007,** beginning at **10:00 a.m.**, and **Joseph Adkins, Robert Manuel,** and **Steven Rayner** to be held on **Wednesday, September 26, 2007,** beginning at **10:00 a.m.** shall take place in **Chambers 2B, Room 2116,** on the Second Floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

Honorable Mary Pat Thynge
U.S. Magistrate Judge