IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GEORGE A. JACKSON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 05-823-*** (MPT) |
| | ) |
| STANLEY TAYLOR, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, the deposition of defendants Michael Knight, Chris Senato, Debbie Melvin, and Wenston White having taken place,

NOW THEREFORE, IT IS HEREBY ORDERED this 25 day of September, 2007 that deposition questions found at D.I. 195, 196, 198 and 200 are unsealed.

Honorable Mary Pat Thynge
U.S. Magistrate Judge