IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GEORGE A. JACKSON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 05-823-*** (MPT) |
| | ) |
| STANLEY TAYLOR, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, the deposition of defendants Joseph Adkins, Robert Manuel, and Steven Rayner having taken place,

NOW THEREFORE, IT IS HEREBY ORDERED this 24 day of September, 2007 that deposition questions found at D.I. 194, 197, and 199 are unsealed.

Honorable Mary Pat Thynge
U.S. Magistrate Judge