IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GEORGE A. JACKSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-823-KAJ |
| | ) | |
| STANLEY TAYLOR, et al., | ) | JURY TRIAL REQUESTED |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS MICHAEL KNIGHT AND CHRIS SENATO'S  MOTION FOR ENLARGEMENT OF TIME  OUT OF TIME PURSUANT TO FED. R. CIV. P. 6(b)(2)  TO RESPOND TO PLAINTIFFS' REQUESTS FOR PRODUCTION OF DOCUMENTS**

1. The Plaintiffs are inmates  incarcerated and under the supervision of the Delaware Department of Correction ("DOC")  mainly housed at the Sussex Correctional Institution  ("SCI") in Georgetown, Delaware but also at the Delaware Correctional Center and the Morris Community Corrections Institution.

2. On or about December 1, 2005, the inmate Plaintiffs under the direction of Plaintiff George Jackson,  ("Jackson") commenced this action by filing a Complaint pursuant to 42 U.S.C. §1983  with leave to proceed *in forma pauperis* alleging Eighth and Fourteenth Amendment Due Process violations against the following defendants: Stan Taylor, Joyce Talley and Carl Anson.  (D.I. 2).  On or about October 10, 2006, Jackson filed a Motion to Amend the Complaint to add the following DOC Defendants: Michael Knight, Chris Senato, Bethany Evans, Debbie Melvin, Richard Crockett, Richard Manuel, Wentson White and Steven Rayner. (D.I. 117).

3. Jackson has filed several discovery requests to which the Defendants have timely responded. On or about October 18, 2007, Jackson filed a *Request for Production of Documents* directed to Defendants Michael Knight and Chris Senato. (D.I. 217).

4. Due to the press of other litigation counsel was not able to file Defendants' Responses to the *Production of Documents Request* in a timely manner. In order to properly respond to Jackson's request, counsel for State Defendants requested additional information from SCI's maintenance personnel. Counsel has just received the necessary documentation from the SCI maintenance department. Counsel therefore, requests an enlargement of ten (10) days from the November 18, 2007, deadline for filing a response until today, November 28, 2007.

5. This is Defendants' first request for an extension of time for filing a Response to Jackson's *Production of Documents Request.*

6. There is no trial date scheduled in this case.

7. A form of order is attached to this motion that will grant the Defendants a ten (10) day extension from the November 18, 2007, deadline until today, November 28, 2007, in which to file Defendants' response.

WHEREFORE, the Defendants respectfully request that this Honorable Court grant their Motion and enter an Order, substantially in the form attached hereto, enlarging Defendants' time until today, November 28, 2007, in which to file a Response to Plaintiff's *Production of Documents Request.*

                                                                                 DEPARTMENT OF JUSTICE
                                                                                 STATE OF DELAWARE

                                                                                 _/s/ Catherine Damavandi_____
                                                                                 Catherine Damavandi, ID #3823
                                                                                 Deputy Attorney General
                                                                                 820 N. French St. 6th Fl.,
                                                                                 Wilmington, De 19801
                                                                                 (302)577-8400
                                                                                 Attorney for Defendants

Dated: November 28, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GEORGE A. JACKSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-823-*** |
| | ) | |
| STANLEY TAYLOR, et al., | ) | JURY TRIAL REQUESTED |
| | ) | |
| Defendants. | ) | |

## 7.1.1 CERTIFICATION OF COUNSEL

The counsel for the Defendants, Deputy Attorney General Catherine Damavandi, files this certification in compliance with Rule 7.1.1 of the Local Rules of Civil Procedure and certifies that:

1. Plaintiffs are inmates incarcerated in the Delaware Correctional system, at the Sussex Correctional Institution and the Delaware Correctional Center.

2. Since the Plaintiffs are not able to be reached by telephone counsel for the Defendants has spent no time in attempting to reach an agreement on the subject of the motion for enlargement of time.

3. She assumes the motion is opposed.

                                                                                      DEPARTMENT OF JUSTICE
                                                                                      STATE OF DELAWARE

                                                                                       /s/ Catherine Damavandi
                                                                                     Catherine Damavandi, ID #3823
                                                                                     Deputy Attorney General
                                                                                     820 N. French St. 6th Fl.,
                                                                                     Wilmington, De 19801
                                                                                     (302)577-8400
                                                                                     Attorney for Defendants

Dated: November 28, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2007, I electronically filed the attached *Defendants Michael Knight and Chris Senato's Enlargement of Time Out of Time To Respond to Plaintiffs' Request for Production of Documents* with the Clerk of Court using CM/ECF.  I hereby certify that on November  28, 2007, I have mailed by United States Postal Service, the document to the non-registered parties on the attached list.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Catherine Damavandi
Catherine Damavandi, ID#3823
Deputy Attorney General
Department of Justice
Carvel State Bldg., 6th Fl.,
820 N. French Street
Wilmington, DE  19801

*List of Non-Registered Parties*

George A. Jackson
SBI No.: 171250
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Charles Blizzard
SBI No.: 166670
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Roy R. Williamson
SBI No.: 291856
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Carl Walker
SBI No.: 173378
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Darwin A. Savage
SBI No.: 232561
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Charles B. Sanders
SBI No.: 160428
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Timothy L. Malloy
SBI No.: 171278
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Darus Young
SBI No.: 282852
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Frank Williams
SBI.: 261867
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947

Anthony Morris
SBI.: 300363
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Samuel Jones
SBI.: 465297
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947

Gilbert Williams
SBI.: 137575
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947

Joseph White
SBI.: 082985
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947

Howard Parker
SBI No.: 165324
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947

Kevin Spivey
SBI No.: 258693
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE  19947

James Johnson
SBI No.: 155123
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE  19947

Roderick Brown
SBI No.: 315954
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE  19947

Roger Thomas
SBI No.: 292590
22249 Cubbage Pond Road
Lincoln, DE 19960

Lawrence B. Dickens
SBI No.: 124570
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE  19947

Jerome Green
SBI No.: 147772
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE  19947

Rique Renynolds
SBI No.: 266486
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE  19947

Vernon Truitt
SBI No.: 188191
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE  19947

José Serpa
SBI No.: 350322
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE  19947

John F. Davis
SBI No.: 263753
SCCC
Route #6, P.O. Box 700
Georgetown, DE  19947

Eldon Potts
SBI.: 211193
Morris Community Corrections
300 Water Street
Dover, DE  19901