IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GEORGE A. JACKSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-823-*** |
| | ) | |
| STANLEY TAYLOR, et al., | ) | JURY TRIAL REQUESTED |
| | ) | |
| Defendants. | ) | |

**O R D E R**

This _____ day of _____, 200__, IT IS HEREBY ORDERED, that Defendants' Motion for Enlargement of Time Out of Time is **GRANTED** and, Defendants Knight and Senato have filed simultaneously with this Motion, Defendants' Response to Plaintiffs' Requests for Production of Documents.

                                                                         _____
                                                                                           Judge