IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GEORGE A. JACKSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-823-*** |
| | ) | |
| STANLEY TAYLOR, et al., | ) | JURY TRIAL REQUESTED |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS MICHAEL KNIGHT AND CHRIS SENATO'S RESPONSE TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS**

Defendants Michael Knight and Chris Senato ("Answering Defendants") hereby respond to Plaintiff's Request for Production of Documents ("Request for Production"):

**GENERAL OBJECTIONS**

1.  Answering Defendants object to the Request for Production to the extent that it seeks information or documents protected from disclosure by the attorney-client privilege, the work product doctrine, or any other applicable privilege.

2.  Answering Defendants object to the Request for Production to the extent that it purports to require supplementation of these responses beyond that required by Federal Rule of Civil Procedure 26(e).

3.  Answering Defendants object to the Request for Production to the extent that it purports to place duties upon them not set forth in, or contemplated by, the Federal Rules of Civil Procedure.

4.  Answering Defendants object to the Request for Production to the extent that it purports to seek information or documents not in their possession, custody or

control.

5. Answering Defendants object to the Request for Production to the extent that it seeks the production of documents equally available to Plaintiff or Plaintiff's counsel. Such documents will be identified by Defendants, but will not be produced.

6. Answering Defendants object to the Request for Production to the extent that it purports to require production of information or documents which are impractical or unduly burdensome to reproduce.

7. Answering Defendants object to the Request for Production to the extent that it seeks the production of documents generated by or received from counsel for Answering Defendants in connection with this litigation on or after the date of the acceptance of representation on the grounds that such documents are protected by attorney-client and work product privileges.

## RESPONSES

Subject to, and without waiver of the foregoing General Objections and those set forth in Answering Defendants' Responses, Answering Defendants respond, after a reasonable search, and subject to supplementation, as follows:

1. Any and all periodic preventive maintenance records that were discuss [sic] and reviewed in response to Plaintiff's George Jackson's "emergency grievance" as stated in Defendant Michael Knight's Response to Plaintiff's Interrogatories question no. 2.

**RESPONSE:** See Attached Work Orders Bates-stamped D00009 through D00030.

2. A copy of all the Annual Public Health Sanitation reports during the time period July 2003 thru July 2005, including reports of DOC inspections, as stated in

Defendant's Michael Knight's Response to Plaintiffs' Interrogatories, question no. 10, and Chris Senato's Response to Plaintiffs' Interrogatories question no. 10.

**RESPONSE:** See Attached Inspection Reports Bates-stamped D00031 through D00036.

   3.  Any and all work orders that periodic preventive maintenance was performed on the air handler (ventilation) on top of the kitchen as stated in Defendant Chris Senato's Response to Plaintiff's Interrogatories question no. 4.

**RESPONSE:** See Response to Production of Documents Request No. 1.

   4.  Produce for inspection, copying or photographing of the SCI Main kitchen logs between July 2003 thru July 2005.

**RESPONSE:** Objection. This request is vague, overly broad and unduly burdensome. Further objection that this Interrogatory has no relevance to Plaintiff's claims, requests information beyond the scope of Rule 26, and is not designed to lead to the discovery of admissible evidence. Further objection that this Interrogatory seeks production of information protected from discovery by 11 *Del. C.* §4322(a).

   5.  Any and all written/or recorded programs including Serv Safe, for the education and training of Food Service staff in the recognition avoidance and prevention of unsafe conditions applicable to the kitchen work environment to control or eliminate any hazards or other exposure to illness or injury.

**RESPONSE:** Due to copyright protections Defendants are unable to produce the booklet. The ServSafe materials state that: "ServSafe is a registered trademark of the National Restaurant Association Educational Foundation. All rights reserved. No part of this publication (ServSafe Employee Guide) may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying,

recording, or otherwise, without the prior written permission of the publisher."

6.      All written memorandum of correspondence between Defendant Michael Knight and Chris Senato regarding the Plaintiff George A. Jackson's "emergency grievance" which forms the subject matter of the complaint.

**RESPONSE:** There is no written correspondence between the Defendants regarding Plaintiff George Jackson's "emergency grievance."

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Catherine Damavandi
Catherine Damavandi, ID#3823
Deputy Attorney General
Department of Justice
State of Delaware
Carvel State Bldg., 6th Fl.,
820 N. French Street
Wilmington, DE  19801
(302)577-8400
catherine.damavandi@state.de.us

Dated: November 28, 2007

## *CERTIFICATE OF SERVICE*

I hereby certify that on November 28, 2007, I electronically filed the attached *Defendants Michael Knight and Chris Senato's Response to Plaintiffs' Request for Production of Documents* with the Clerk of Court using CM/ECF. I hereby certify that on November 28, 2007, I have mailed by United States Postal Service, the document to the non-registered parties on the attached list.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Catherine Damavandi
Catherine Damavandi, ID#3823
Deputy Attorney General
Department of Justice
Carvel State Bldg., 6th Fl.,
820 N. French Street
Wilmington, DE  19801

*List of Non-Registered Parties*

George A. Jackson
SBI No.: 171250
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Darus Young
SBI No.: 282852
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Charles Blizzard
SBI No.: 166670
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Frank Williams
SBI.: 261867
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947

Roy R. Williamson
SBI No.: 291856
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Anthony Morris
SBI.: 300363
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Carl Walker
SBI No.: 173378
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Samuel Jones
SBI.: 465297
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947

Darwin A. Savage
SBI No.: 232561
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Gilbert Williams
SBI.: 137575
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947

Charles B. Sanders
SBI No.: 160428
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Joseph White
SBI.: 082985
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947

Timothy L. Malloy
SBI No.: 171278
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Howard Parker
SBI No.: 165324
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947

Kevin Spivey
SBI No.: 258693
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

James Johnson
SBI No.: 155123
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Roderick Brown
SBI No.: 315954
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Roger Thomas
SBI No.: 292590
22249 Cubbage Pond Road
Lincoln, DE 19960

Lawrence B. Dickens
SBI No.: 124570
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Jerome Green
SBI No.: 147772
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Rique Renynolds
SBI No.: 266486
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947

Vernon Truitt
SBI No.: 188191
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

José Serpa
SBI No.: 350322
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

John F. Davis
SBI No.: 263753
SCCC
Route #6, P.O. Box 700
Georgetown, DE 19947

Eldon Potts
SBI.: 211193
Morris Community Corrections
300 Water Street
Dover, DE 19901