# EXHIBIT A
# D00009 through D00030

SCI Sussex Correctional Institution
PO Box 500
GEORGETOWN DE, 19947
Phone#: 302-856-5280

Date: 11/27/2007

# WORK ORDER LIST REPORT

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|---|---|---|---|---|---|---|
| 02-1203-1685 | Closed | 02/25/2004 | Medium | Cooling/Heating Systems | Preventative | SCI Sussex Correctional Institution |

### WORK ORDER DETAILS

**Requested By:** Zawora Ronald     **Assigned To** Calhoon Francis W     **Assign Dt.** 02/24/2004     **Completed Dt.** 02/26/2004

**Problem:** Service Heat Pump
    Filters
    OPS Check

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|---|---|---|---|---|---|---|
| 02-1203-1545 | Closed | | Medium | Cooling/Heating Systems | Preventative | SCI Sussex Correctional Institution |

### WORK ORDER DETAILS

**Requested By:** Zawora Ronald     **Assigned To** Hastings Donald     **Assign Dt.** 12/22/2003     **Completed Dt.** 12/22/2003

**Problem:** Gym Air Handler Unit

    -Check Coil
    -Check Belts
    -Lube Bearings

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|---|---|---|---|---|---|---|
| 02-1103-1406 | Closed | | Medium | Plumbing | Preventative | SCI Sussex Correctional Institution |

### WORK ORDER DETAILS

**Requested By:**     **Assigned To:**     **Assign Dt.:**     **Completed Dt.** 12/29/2003

**Problem:** Change Water Filters. (5)

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|---|---|---|---|---|---|---|
| 02-1203-1605 | Closed | | Medium | Cooling/Heating Systems | Preventative | SCI Sussex Correctional Institution |

### WORK ORDER DETAILS

**Requested By:** Zawora Ronald     **Assigned To** Baker John     **Assign Dt.** 01/08/2004     **Completed Dt.** 01/08/2004

**Problem:** Service Heat Pump
    Clean Air Filters
    Clean indoor/outdoor coils
    Lube all Motors
    OPS check

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|---|---|---|---|---|---|---|
| 02-1203-1617 | Closed | | Medium | Plumbing | Preventative | SCI Sussex Correctional Institution |

### WORK ORDER DETAILS

**Requested By:** Zawora Ronald     **Assigned To** Green Margaret L     **Assign Dt.** 02/03/2004     **Completed Dt.** 02/04/2004

**Problem:** Change Ice Maker Water Filters.

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|---|---|---|---|---|---|---|
| 02-0104-2061 | Closed | | Medium | Cooling/Heating Systems | Preventative | SCI Sussex Correctional Institution |

### WORK ORDER DETAILS

**Requested By:** Zawora Ronald     **Assigned To** Baker John     **Assign Dt.** 02/13/2004     **Completed Dt.** 02/17/2004

**Problem:** Service Air Handler Unit.
    Filters
    Coil
    Lube
    Belts
    Ops check

000009

SCI Sussex Correctional Institution
P.O. Box 500
GEORGETOWN DE, 19947
Phone#: 302-856-5280

# WORK ORDER LIST REPORT

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|-----|--------|--------------|----------|--------------|------------------|----------|
| 02-0104-1965 | Closed | | Medium | Cooling/Heating Systems | Preventative | SCI Sussex Correctional Institution |

### WORK ORDER DETAILS

**Requested By:** Zawora Ronald    **Assigned To** Walton John    **Assign Dt.** 02/11/2004    **Completed Dt.** 02/11/2004

**Problem:** Service Air Handlers
  Change Filters
  Clean Coils if Needed
  Lube Motors/Bearings
  Check/Replace Belts
  OPS check

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|-----|--------|--------------|----------|--------------|------------------|----------|
| 02-0104-1966 | Closed | | Medium | Other | Preventative | SCI Sussex Correctional Institution |

### WORK ORDER DETAILS

**Requested By:** Zawora Ronald    **Assigned To** Walton John    **Assign Dt.** 02/17/2004    **Completed Dt.** 02/17/2004

**Problem:** Service Air Compressor
  Change Oil
  Clean Air Filter
  Blow down Condensate
  Check Belts
  OPS check

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|-----|--------|--------------|----------|--------------|------------------|----------|
| 02-1203-1690 | Closed | 01/08/2004 | Medium | Plumbing | Preventative | SCI Sussex Correctional Institution |

### WORK ORDER DETAILS

**Requested By:** Zawora Ronald    **Assigned To** Hastings Donald    **Assign Dt.** 01/07/2004    **Completed Dt.** 01/08/2004

**Problem:** Change Water Filters. (5)

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|-----|--------|--------------|----------|--------------|------------------|----------|
| 02-0104-2033 | Closed | | Medium | Plumbing | Preventative | SCI Sussex Correctional Institution |

### WORK ORDER DETAILS

**Requested By:** Zawora Ronald    **Assigned To** Green Margaret L    **Assign Dt.** 02/03/2004    **Completed Dt.** 02/03/2004

**Problem:** Change Water Filters. (5)

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|-----|--------|--------------|----------|--------------|------------------|----------|
| 02-0204-2377 | Closed | | Medium | Plumbing | Preventative | SCI Sussex Correctional Institution |

### WORK ORDER DETAILS

**Requested By:** _    **Assigned To** Green Margaret L    **Assign Dt.:**    **Completed Dt.** 03/26/2004

**Problem:** Change Water Filters. (5)

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|-----|--------|--------------|----------|--------------|------------------|----------|
| 02-0204-2226 | Closed | | Medium | Cooling/Heating Systems | Preventative | SCI Sussex Correctional Institution |

### WORK ORDER DETAILS

**Requested By:** Zawora Ronald    **Assigned To** Baker John    **Assign Dt.** 02/19/2004    **Completed Dt.** 02/27/2004

**Problem:** Gym Air Handler Unit

  -Check Coil
  -Check Belts
  -Lube Bearings

U000010

SCL Sussex Correctional Institution
Date: 11/27/2007
PO BOX 500
GEORGETOWN DE, 19947
Phone#: 302-856-5280

# WORK ORDER LIST REPORT

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|-----|--------|--------------|----------|--------------|------------------|----------|
| 02-0204-2294 | Closed | | Medium | Cooling/Heating Systems | Preventative | SCI  Sussex Correctional Institution |

### WORK ORDER DETAILS

Requested By: _                     Assigned To Walton John          Assign Dt. 03/02/2004    Completed Dt. 03/02/2004

Problem: Service Heat Pump
Clean Air Filters
Clean indoor/outdoor coils
Lube all Motors
OPS check

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|-----|--------|--------------|----------|--------------|------------------|----------|
| 02-0304-2722 | Closed | | Medium | Cooling/Heating Systems | Preventative | SCI  Sussex Correctional Institution |

### WORK ORDER DETAILS

Requested By: _                     Assigned To Walton John          Assign Dt.:              Completed Dt. 04/27/2004

Problem: Service Heat Pump
Clean Air Filters
Clean indoor/outdoor coils
Lube all Motors
OPS check

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|-----|--------|--------------|----------|--------------|------------------|----------|
| 02-0304-2641 | Closed | | Medium | Cooling/Heating Systems | Preventative | SCI  Sussex Correctional Institution |

### WORK ORDER DETAILS

Requested By: _                     Assigned To Walton John          Assign Dt.:              Completed Dt. 03/24/2004

Problem: Gym Air Handler Unit

-Check Coil
-Check Belts
-Lube Bearings

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|-----|--------|--------------|----------|--------------|------------------|----------|
| 02-0204-2306 | Closed | 03/01/2004 | Medium | Plumbing | Preventative | SCI  Sussex Correctional Institution |

### WORK ORDER DETAILS

Requested By: _                     Assigned To Walton John          Assign Dt. 03/01/2004    Completed Dt. 03/01/2004

Problem: Change Ice Maker Water Filters.

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|-----|--------|--------------|----------|--------------|------------------|----------|
| 02-0404-2993 | Closed | | Medium | Cooling/Heating Systems | Preventative | SCI  Sussex Correctional Institution |

### WORK ORDER DETAILS

Requested By: _                     Assigned To Walton John          Assign Dt. 05/05/2004    Completed Dt. 05/19/2004

Problem: Gym Air Handler Unit

-Check Coil
-Check Belts
-Lube Bearings

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|-----|--------|--------------|----------|--------------|------------------|----------|
| 02-0304-2734 | Closed | | Medium | Plumbing | Preventative | SCI  Sussex Correctional Institution |

### WORK ORDER DETAILS

Requested By: _                     Assigned To Calhoon Francis W      Assign Dt.:              Completed Dt. 04/26/2004

Problem: Change Ice Maker Water Filters.

000017

SCL Sussex Correctional Institution
PO Box 500
GEORGETOWN DE, 19947
Phone#: 302-856-5280
Date: 11/27/2007

# WORK ORDER LIST REPORT

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|-----|--------|--------------|----------|--------------|------------------|----------|
| 02-0404-3082 | Closed | | Medium | Plumbing | Preventative | SCI  Sussex Correctional Institution |

## WORK ORDER DETAILS

Requested By: _                   Assigned To Walton John                   Assign Dt. 05/05/2004    Completed Dt. 05/06/2004

Problem: Change Ice Maker Water Filters.

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|-----|--------|--------------|----------|--------------|------------------|----------|
| 02-0404-3102 | Closed | | Medium | Cooling/Heating Systems | Preventative | SCI  Sussex Correctional Institution |

## WORK ORDER DETAILS

Requested By: _                   Assigned To Walton John                   Assign Dt. 05/05/2004    Completed Dt. 05/13/2004

Problem: Service Air Handlers
         Change Filters
         Clean Coils if Needed
         Lube Motors/Bearings
         Check/Replace Belts
         OPS check

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|-----|--------|--------------|----------|--------------|------------------|----------|
| 02-0404-3103 | Closed | | Medium | Other | Preventative | SCI  Sussex Correctional Institution |

## WORK ORDER DETAILS

Requested By: _                   Assigned To Calhoon Francis W                   Assign Dt. 05/05/2004    Completed Dt. 05/18/2004

Problem: Service Air Compressor
         Change Oil
         Clean Air Filter
         Blow down Condensate
         Check Belts
         OPS check

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|-----|--------|--------------|----------|--------------|------------------|----------|
| 02-0404-3070 | Closed | | Medium | Cooling/Heating Systems | Preventative | SCI  Sussex Correctional Institution |

## WORK ORDER DETAILS

Requested By: _                   Assigned To Calhoon Francis W                   Assign Dt. 05/05/2004    Completed Dt. 05/10/2004

Problem: Service Heat Pump
         Clean Air Filters
         Clean indoor/outdoor coils
         Lube all Motors
         OPS check

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|-----|--------|--------------|----------|--------------|------------------|----------|
| 02-0504-3506 | Closed | | Medium | Cooling/Heating Systems | Preventative | SCI  Sussex Correctional Institution |

## WORK ORDER DETAILS

Requested By: _                   Assigned To Calhoon Francis W                   Assign Dt. 05/20/2004    Completed Dt. 05/25/2004

Problem: Gym Air Handler Unit

         -Check Coil
         -Check Belts
         -Lube Bearings

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|-----|--------|--------------|----------|--------------|------------------|----------|
| 02-0504-3687 | Closed | | Medium | Cooling/Heating Systems | Preventative | SCI  Sussex Correctional Institution |

## WORK ORDER DETAILS

Requested By: _                   Assigned To Green Margaret L                   Assign Dt. 06/01/2004    Completed Dt. 06/01/2004

Problem: Service Heat Pump
         Clean Air Filters
         Clean indoor/outdoor coils
         Lube all Motors

000012

SCI Sussex Correctional Institution
PO Box 500
GEORGETOWN DE, 19947
Phone#: 302-856-5280

Date: 11/27/2007

## WORK ORDER LIST REPORT

### WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|---|---|---|---|---|---|---|
| 02-0504-3699 | Closed | | Medium | Plumbing | Preventative | SCI  Sussex Correctional Institution |

**WORK ORDER DETAILS**

Requested By: _    Assigned To Calhoon Francis W    Assign Dt. 06/01/2004    Completed Dt. 06/01/2004

Problem: Change Ice Maker Water Filters.

### WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|---|---|---|---|---|---|---|
| 02-0604-4096 | Closed | 06/29/2004 | Medium | Cooling/Heating Systems | Preventative | SCI  Sussex Correctional Institution |

**WORK ORDER DETAILS**

Requested By: Christian Greg    Assigned To Walton John    Assign Dt. 06/29/2004    Completed Dt. 07/08/2004

Problem: Service Heat Pump
    Clean Air Filters
    Clean indoor/outdoor coils
    Lube all Motors
    OPS check

### WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|---|---|---|---|---|---|---|
| 02-0604-4108 | Closed | 06/29/2004 | Medium | Plumbing | Preventative | SCI  Sussex Correctional Institution |

**WORK ORDER DETAILS**

Requested By: Christian Greg    Assigned To Green Margaret L    Assign Dt. 06/29/2004    Completed Dt. 07/07/2004

Problem: Change Ice Maker Water Filters.

### WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|---|---|---|---|---|---|---|
| 02-0604-4026 | Closed | | Medium | Cooling/Heating Systems | Preventative | SCI  Sussex Correctional Institution |

**WORK ORDER DETAILS**

Requested By: _    Assigned To Calhoon Francis W    Assign Dt. 06/18/2004    Completed Dt. 06/23/2004

Problem: Gym Air Handler Unit

    -Check Coil
    -Check Belts
    -Lube Bearings

### WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|---|---|---|---|---|---|---|
| 02-0704-4607 | Closed | 07/30/2004 | Medium | Cooling/Heating Systems | Preventative | SCI  Sussex Correctional Institution |

**WORK ORDER DETAILS**

Requested By: Christian Greg    Assigned To Calhoon Francis W    Assign Dt. 07/30/2004    Completed Dt. 08/03/2004

Problem: Service Heat Pump
    Clean Air Filters
    Clean indoor/outdoor coils
    Lube all Motors
    OPS check

### WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|---|---|---|---|---|---|---|
| 02-0704-4619 | Closed | 07/30/2004 | Medium | Plumbing | Preventative | SCI  Sussex Correctional Institution |

**WORK ORDER DETAILS**

Requested By: Christian Greg    Assigned To Calhoon Francis W    Assign Dt. 07/30/2004    Completed Dt. 08/03/2004

Problem: Change Ice Maker Water Filters.

000013

**SCI Sussex Correctional Institution**
**PO Box 500**
**GEORGETOWN DE, 19947**
**Phone#: 302-856-5280**

# WORK ORDER LIST REPORT

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|---|---|---|---|---|---|---|
| 02-0704-4642 | Closed | 07/30/2004 | Medium | Cooling/Heating Systems | Preventative | SCI  Sussex Correctional Institution |

## WORK ORDER DETAILS

**Requested By:** Christian Greg          **Assigned To** Green Margaret L          **Assign Dt.** 07/30/2004      **Completed Dt.** 08/16/2004

**Problem:** Service Air Handlers
         Change Filters
         Clean Coils if Needed
         Lube Motors/Bearings
         Check/Replace Belts
         OPS check

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|---|---|---|---|---|---|---|
| 02-0704-4643 | Closed | 07/30/2004 | Medium | Other | Preventative | SCI  Sussex Correctional Institution |

## WORK ORDER DETAILS

**Requested By:** Christian Greg          **Assigned To** Green Margaret L          **Assign Dt.** 07/30/2004      **Completed Dt.** 08/16/2004

**Problem:** Service Air Compressor
         Change Oil
         Clean Air Filter
         Blow down Condensate
         Check Belts
         OPS check

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|---|---|---|---|---|---|---|
| 02-0804-4967 | Closed | 08/17/2004 | Medium | Cooling/Heating Systems | Preventative | SCI  Sussex Correctional Institution |

## WORK ORDER DETAILS

**Requested By:** Christian Greg          **Assigned To** Calhoon Francis W          **Assign Dt.** 08/17/2004      **Completed Dt.** 08/17/2004

**Problem:** Gym Air Handler Unit

         -Check Coil
         -Check Belts
         -Lube Bearings

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|---|---|---|---|---|---|---|
| 02-0804-5162 | Closed | 08/30/2004 | Medium | Cooling/Heating Systems | Preventative | SCI  Sussex Correctional Institution |

## WORK ORDER DETAILS

**Requested By:** Christian Greg          **Assigned To** Green Margaret L          **Assign Dt.** 08/30/2004      **Completed Dt.** 09/30/2004

**Problem:** MSB
         Service Superior boilers; Open backs of boilers for internal visual inspection, check operations including all safeties, flame failures, blow offs, check all dampers, blower motors.

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|---|---|---|---|---|---|---|
| 02-0804-5055 | Closed | 08/30/2004 | Medium | Plumbing | Preventative | SCI  Sussex Correctional Institution |

## WORK ORDER DETAILS

**Requested By:** Christian Greg          **Assigned To** Calhoon Francis W          **Assign Dt.** 08/30/2004      **Completed Dt.** 09/07/2004

**Problem:** MSB
         Change Ice Maker Water Filters.

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|---|---|---|---|---|---|---|
| 02-0804-5043 | Closed | 08/30/2004 | Medium | Cooling/Heating Systems | Preventative | SCI  Sussex Correctional Institution |

## WORK ORDER DETAILS

**Requested By:** Christian Greg          **Assigned To** Green Margaret L          **Assign Dt.** 08/30/2004      **Completed Dt.** 09/09/2004

**Problem:** MSB  Kitchen Office

         Service Heat Pump
         Clean Air Filters
         Clean indoor/outdoor coils

000014

SCI_Sussex Correctional Institution
Date: 11/27/2007
PO Box 500
GEORGETOWN DE, 19947
Phone#: 302-856-5280

# WORK ORDER LIST REPORT

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|-----|--------|--------------|----------|--------------|------------------|----------|
| 02-0904-5407 | Closed | 09/20/2004 | Medium | Cooling/Heating Systems | Preventative | SCI  Sussex Correctional Institution |

### WORK ORDER DETAILS

Requested By: Christian Greg          Assigned To: Walton John          Assign Dt. 09/20/2004    Completed Dt. 09/20/2004

Problem: Gym Air Handler Unit

-Check Coil
-Check Belts
-Lube Bearings

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|-----|--------|--------------|----------|--------------|------------------|----------|
| 02-0904-5504 | Closed | 09/27/2004 | Medium | Plumbing | Preventative | SCI  Sussex Correctional Institution |

### WORK ORDER DETAILS

Requested By: Christian Greg          Assigned To: Green Margaret L          Assign Dt. 09/27/2004    Completed Dt. 10/25/2004

Problem: Change Ice Maker Water Filters.

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|-----|--------|--------------|----------|--------------|------------------|----------|
| 02-0904-5492 | Closed | 09/27/2004 | Medium | Cooling/Heating Systems | Preventative | SCI  Sussex Correctional Institution |

### WORK ORDER DETAILS

Requested By: Christian Greg          Assigned To: Walton John          Assign Dt. 09/27/2004    Completed Dt. 10/06/2004

Problem: Service Heat Pump
Clean Air Filters
Clean indoor/outdoor coils
Lube all Motors
OPS check

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|-----|--------|--------------|----------|--------------|------------------|----------|
| 02-0704-4500 | Closed | | Medium | Cooling/Heating Systems | Preventative | SCI  Sussex Correctional Institution |

### WORK ORDER DETAILS

Requested By: _          Assigned To: _          Assign Dt.:          Completed Dt. 09/22/2004

Problem: Gym Air Handler Unit

-Check Coil
-Check Belts
-Lube Bearings

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|-----|--------|--------------|----------|--------------|------------------|----------|
| 02-0904-5611 | Closed | 09/30/2004 | Medium | Plumbing | Preventative | SCI  Sussex Correctional Institution |

### WORK ORDER DETAILS

Requested By: Christian Greg          Assigned To: Green Margaret L          Assign Dt. 09/30/2004    Completed Dt. 10/13/2004

Problem: MSB Kitchen
Service circulator pumps: lube, check operation, check impellers if possible

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|-----|--------|--------------|----------|--------------|------------------|----------|
| 02-0804-5160 | Closed | 08/30/2004 | Medium | Cooling/Heating Systems | Preventative | SCI  Sussex Correctional Institution |

### WORK ORDER DETAILS

Requested By: Christian Greg          Assigned To: Calhoon Francis W          Assign Dt. 08/30/2004    Completed Dt. 09/20/2004

Problem: MSB
Service all exhaust fans including woodshops: lube motor, bearings as needed. check belt as applies
Reminder: take covers off of woodshop fans inside might need to be cleaned due to high dust area.

000015

SCI Sussex Correctional Institution
Date: 11/27/2007
P.O. BOX 500
GEORGETOWN DE, 19947
Phone#: 302-856-5280

# WORK ORDER LIST REPORT

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|-----|--------|--------------|----------|--------------|------------------|----------|
| 02-0804-5161 | Closed | 08/30/2004 | Medium | Cooling/Heating Systems | Preventative | SCI Sussex Correctional Institution |

**WORK ORDER DETAILS**

Requested By: Christian Greg          Assigned To: Calhoon Francis W          Assign Dt. 08/30/2004     Completed Dt. 09/20/2004

Problem: MSB   (on the flat roof)
Service all Air Handlers:  Inspect unit inside and out, lube, check belts, check coils, clean coils as needed, change / wash filters

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|-----|--------|--------------|----------|--------------|------------------|----------|
| 02-0804-5163 | Closed | 08/30/2004 | Medium | Cooling/Heating Systems | Preventative | SCI Sussex Correctional Institution |

**WORK ORDER DETAILS**

Requested By: Christian Greg          Assigned To: Walton John          Assign Dt. 08/30/2004     Completed Dt. 09/22/2004

Problem: MSB / Kitchen
Service all Kitchen air handlers, inspect unit inside & outside, check belts, coils clean coils as needed, change / wash filters as applies, lube and check all operations

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|-----|--------|--------------|----------|--------------|------------------|----------|
| 02-1004-5776 | Closed | 10/18/2004 | Medium | Cooling/Heating Systems | Preventative | SCI Sussex Correctional Institution |

**WORK ORDER DETAILS**

Requested By: Christian Greg          Assigned To: Calhoon Francis W          Assign Dt. 10/18/2004     Completed Dt. 10/19/2004

Problem: Gym Air Handler Unit

-Check Coil
-Check Belts
-Lube Bearings

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|-----|--------|--------------|----------|--------------|------------------|----------|
| 02-1004-5860 | Closed | 11/01/2004 | Medium | Cooling/Heating Systems | Preventative | SCI Sussex Correctional Institution |

**WORK ORDER DETAILS**

Requested By: Christian Greg          Assigned To: Calhoon Francis W          Assign Dt. 11/01/2004     Completed Dt. 11/17/2004

Problem: Service Heat Pump
Clean Air Filters
Clean indoor/outdoor coils
Lube all Motors
OPS check

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|-----|--------|--------------|----------|--------------|------------------|----------|
| 02-1004-5872 | Closed | 11/01/2004 | Medium | Plumbing | Preventative | SCI Sussex Correctional Institution |

**WORK ORDER DETAILS**

Requested By: Christian Greg          Assigned To: Walton John          Assign Dt. 11/01/2004     Completed Dt. 11/08/2004

Problem: Change Ice Maker Water Filters.

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|-----|--------|--------------|----------|--------------|------------------|----------|
| 02-1004-5890 | Closed | 11/01/2004 | Medium | Cooling/Heating Systems | Preventative | SCI Sussex Correctional Institution |

**WORK ORDER DETAILS**

Requested By: Christian Greg          Assigned To: Calhoon Francis W          Assign Dt. 11/01/2004     Completed Dt. 11/17/2004

Problem: Service Air Handlers
Change Filters
Clean Coils if Needed
Lube Motors/Bearings
Check/Replace Belts
OPS check

000016

SCI  Sussex Correctional Institution
PO Box 500
GEORGETOWN DE, 19947
Phone#: 302-856-5280

# WORK ORDER LIST REPORT

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|-----|--------|--------------|----------|--------------|------------------|----------|
| 02-1004-5891 | Closed | 11/01/2004 | Medium | Other | Preventative | SCI  Sussex Correctional Institution |

## WORK ORDER DETAILS

Requested By: Christian Greg      Assigned To Green Margaret L      Assign Dt. 11/01/2004      Completed Dt. 11/01/2004

Problem: Service Air Compressor
         Change Oil
         Clean Air Filter
         Blow down Condensate
         Check Belts
         OPS check

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|-----|--------|--------------|----------|--------------|------------------|----------|
| 02-1004-5977 | Closed | 11/01/2004 | Medium | Cooling/Heating Systems | Preventative | SCI  Sussex Correctional Institution |

## WORK ORDER DETAILS

Requested By: Christian Greg      Assigned To Walton John      Assign Dt. 11/01/2004      Completed Dt. 11/30/2004

Problem: MSB
         Service all exhaust fans including woodshops: lube motor, bearings as needed. check belt as applies
         Reminder: woodshop fans might need to be cleaned due to high dust area.

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|-----|--------|--------------|----------|--------------|------------------|----------|
| 02-1004-5978 | Closed | 11/01/2004 | Medium | Cooling/Heating Systems | Preventative | SCI  Sussex Correctional Institution |

## WORK ORDER DETAILS

Requested By: Christian Greg      Assigned To Calhoon Francis W      Assign Dt. 11/01/2004      Completed Dt. 11/18/2004

Problem: MSB  (on the flat roof)
         Service all Air Handlers:  Inspect unit inside and out, lube, check belts, check coils, clean coils as needed, change / wash filters

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|-----|--------|--------------|----------|--------------|------------------|----------|
| 02-1004-5979 | Closed | 11/01/2004 | Medium | Cooling/Heating Systems | Preventative | SCI  Sussex Correctional Institution |

## WORK ORDER DETAILS

Requested By: Christian Greg      Assigned To Calhoon Francis W      Assign Dt. 11/01/2004      Completed Dt. 11/18/2004

Problem: MSB / Kitchen
         Service all Kitchen air handlers, inspect unit inside & outside, check belts, coils clean coils as needed, change / wash filters as applies, lube and check all operations

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|-----|--------|--------------|----------|--------------|------------------|----------|
| 02-1104-6227 | Closed | 12/06/2004 | Medium | Plumbing | Preventative | SCI  Sussex Correctional Institution |

## WORK ORDER DETAILS

Requested By: Christian Greg      Assigned To Calhoon Francis W      Assign Dt. 12/06/2004      Completed Dt. 12/23/2004

Problem: Change Ice Maker Water Filters.

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|-----|--------|--------------|----------|--------------|------------------|----------|
| 02-1104-6119 | Closed | | Medium | Cooling/Heating Systems | Preventative | SCI  Sussex Correctional Institution |

## WORK ORDER DETAILS

Requested By: Christian Greg      Assigned To Calhoon Francis W      Assign Dt. 11/15/2004      Completed Dt. 11/18/2004

Problem: Gym Air Handler Unit

     -Check Coil
     -Check Belts
     -Lube Bearings

000017

# WORK ORDER LIST REPORT

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|-----|--------|--------------|----------|--------------|------------------|----------|
| 02-1204-6483 | Closed | | Medium | Cooling/Heating Systems | Preventative | SCI Sussex Correctional Institution |

### WORK ORDER DETAILS

**Requested By:** _    **Assigned To** Green Margaret L    **Assign Dt.** 12/15/2004    **Completed Dt.** 12/16/2004

**Problem:** Gym Air Handler Unit

    -Check Coil
    -Check Belts
    -Lube Bearings

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|-----|--------|--------------|----------|--------------|------------------|----------|
| 02-1104-6215 | Closed | 12/06/2004 | Medium | Cooling/Heating Systems | Preventative | SCI Sussex Correctional Institution |

### WORK ORDER DETAILS

**Requested By:** Christian Greg    **Assigned To** Green Margaret L    **Assign Dt.** 12/06/2004    **Completed Dt.** 12/13/2004

**Problem:** Kitchen office

    Service Heat Pump
    Clean Air Filters
    Clean indoor/outdoor coils
    Lube all Motors
    OPS check

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|-----|--------|--------------|----------|--------------|------------------|----------|
| 02-1204-6588 | Closed | 12/28/2004 | Medium | Plumbing | Preventative | SCI Sussex Correctional Institution |

### WORK ORDER DETAILS

**Requested By:** Christian Greg    **Assigned To** Green Margaret L    **Assign Dt.** 12/28/2004    **Completed Dt.** 01/14/2005

**Problem:** Multi-Security
    Change Ice Maker Water Filters.

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|-----|--------|--------------|----------|--------------|------------------|----------|
| 02-1204-6667 | Closed | 12/28/2004 | Medium | Cooling/Heating Systems | Preventative | SCI Sussex Correctional Institution |

### WORK ORDER DETAILS

**Requested By:** Christian Greg    **Assigned To** Green Margaret L    **Assign Dt.** 12/28/2004    **Completed Dt.** 01/12/2005

**Problem:** MSB
    Service all exhaust fans including woodshops; lube motor, bearings as needed. check belt as applies
    Reminder: woodshop fans might need to be cleaned due to high dust area.

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|-----|--------|--------------|----------|--------------|------------------|----------|
| 02-1204-6687 | Closed | 12/29/2004 | Medium | Plumbing | Preventative | SCI Sussex Correctional Institution |

### WORK ORDER DETAILS

**Requested By:** Christian Greg    **Assigned To** Green Margaret L    **Assign Dt.** 12/29/2004    **Completed Dt.** 01/07/2005

**Problem:** MSB Kitchen
    Service circulator pumps: lube,check operation,check impellers if possible

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|-----|--------|--------------|----------|--------------|------------------|----------|
| 02-0105-6949 | Closed | 01/27/2005 | Medium | Cooling/Heating Systems | Preventative | SCI Sussex Correctional Institution |

### WORK ORDER DETAILS

**Requested By:** Christian Greg    **Assigned To** Green Margaret L    **Assign Dt.** 01/27/2005    **Completed Dt.** 02/09/2005

**Problem:** Kitchen's office
    Service Heat Pump
    Clean Air Filters
    Clean indoor/outdoor coils
    Lube all Motors
    OPS check

000019

SCI Sussex Correctional Institution

Case 1:05-cv-00823-SLR-LPS    Document 132-2    Filed 11/28/2007    Page 12 of 23

Date: 11/27/2007

PO Box 500
GEORGETOWN DE, 19947
Phone#: 302-856-5280

# WORK ORDER LIST REPORT

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|---|---|---|---|---|---|---|
| 02-0105-6984 | Closed | 01/27/2005 | Medium | Cooling/Heating Systems | Preventative | SCI Sussex Correctional Institution |

### WORK ORDER DETAILS

**Requested By:** Christian Greg    **Assigned To** Walton John    **Assign Dt.** 01/27/2005    **Completed Dt.** 03/03/2005

**Problem:** MSB/ climate control
  Service Air Handlers
  Change Filters
  Clean Coils if Needed
  Lube Motors/Bearings
  Check/Replace Belts
  OPS check

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|---|---|---|---|---|---|---|
| 02-0105-6985 | Closed | 01/27/2005 | Medium | Other | Preventative | SCI Sussex Correctional Institution |

### WORK ORDER DETAILS

**Requested By:** Christian Greg    **Assigned To** Green Margaret L    **Assign Dt.** 01/27/2005    **Completed Dt.** 02/25/2005

**Problem:** MSB
  Service Air Compressor
  Change Oil
  Clean Air Filter
  Blow down Condensate
  Check Belts
  OPS check

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|---|---|---|---|---|---|---|
| 02-0105-6839 | Closed | 01/27/2005 | Medium | Cooling/Heating Systems | Preventative | SCI Sussex Correctional Institution |

### WORK ORDER DETAILS

**Requested By:** Christian Greg    **Assigned To** Walton John    **Assign Dt.** 01/27/2005    **Completed Dt.** 04/01/2005

**Problem:** Gym Air Handler Unit

  -Check Coil
  -Check Belts
  -Lube Bearings

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|---|---|---|---|---|---|---|
| 02-1204-6576 | Closed | 12/28/2004 | Medium | Cooling/Heating Systems | Preventative | SCI Sussex Correctional Institution |

### WORK ORDER DETAILS

**Requested By:** Christian Greg    **Assigned To** Calhoon Francis W    **Assign Dt.** 12/28/2004    **Completed Dt.** 01/06/2005

**Problem:** MSB / Kitchen Office
  Service Heat Pump
  Clean Air Filters
  Clean indoor/outdoor coils
  Lube all Motors
  OPS check

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|---|---|---|---|---|---|---|
| 02-1204-6669 | Closed | 12/28/2004 | Medium | Cooling/Heating Systems | Preventative | SCI Sussex Correctional Institution |

### WORK ORDER DETAILS

**Requested By:** Christian Greg    **Assigned To** Walton John    **Assign Dt.** 12/28/2004    **Completed Dt.** 01/12/2005

**Problem:** MSB / Kitchen roof AHU
  Service all Kitchen air handlers, inspect unit inside & outside, check belts, coils clean coils as needed, change / wash filters as applies, lube and check all operations

000019

SCI Sussex Correctional Institution
Date: 11/27/2007
P.O. Box 500
GEORGETOWN DE, 19947
Phone#: 302-856-5280

# WORK ORDER LIST REPORT

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|---|---|---|---|---|---|---|
| 02-1204-6668 | Closed | 12/28/2004 | Medium | Cooling/Heating Systems | Preventative | SCI  Sussex Correctional Institution |

### WORK ORDER DETAILS

Requested By: Christian Greg            Assigned To Walton John            Assign Dt. 12/28/2004    Completed Dt. 01/12/2005

Problem: MSB   (on the flat roof)
          Service all Air Handlers:  Inspect unit inside and out, lube, check belts, check coils, clean coils as needed, change / wash filters

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|---|---|---|---|---|---|---|
| 02-0205-7317 | Closed | 02/14/2005 | Medium | Cooling/Heating Systems | Preventative | SCI  Sussex Correctional Institution |

### WORK ORDER DETAILS

Requested By: Christian Greg            Assigned To Walton John            Assign Dt. 02/14/2005    Completed Dt. 03/22/2005

Problem: Gym Air Handler Unit

          -Check Coil
          -Check Belts
          -Lube Bearings

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|---|---|---|---|---|---|---|
| 02-0205-7424 | Closed | | Medium | Plumbing | Preventative | SCI  Sussex Correctional Institution |

### WORK ORDER DETAILS

Requested By: _            Assigned To Green Margaret L            Assign Dt. 03/03/2005    Completed Dt. 03/03/2005

Problem: Change Ice Maker Water Filters.

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|---|---|---|---|---|---|---|
| 02-0205-7539 | Closed | | Medium | Cooling/Heating Systems | Preventative | SCI  Sussex Correctional Institution |

### WORK ORDER DETAILS

Requested By: _            Assigned To Walton John            Assign Dt. 03/08/2005    Completed Dt. 03/22/2005

Problem: MSB
          Service all exhaust fans including woodshops: lube motor, bearings as needed. check belt as applies
          Reminder: woodshop fans might need to be cleaned due to high dust area.

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|---|---|---|---|---|---|---|
| 02-0205-7540 | Closed | | Medium | Cooling/Heating Systems | Preventative | SCI  Sussex Correctional Institution |

### WORK ORDER DETAILS

Requested By: _            Assigned To Green Margaret L            Assign Dt. 03/08/2005    Completed Dt. 03/22/2005

Problem: MSB   (on the flat roof)
          Service all Air Handlers:  Inspect unit inside and out, lube, check belts, check coils, clean coils as needed, change / wash filters

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|---|---|---|---|---|---|---|
| 02-0105-6961 | Closed | 01/27/2005 | Medium | Plumbing | Preventative | SCI  Sussex Correctional Institution |

### WORK ORDER DETAILS

Requested By: Christian Greg            Assigned To Walton John            Assign Dt. 01/27/2005    Completed Dt. 03/03/2005

Problem: MSB
          Change Ice Maker Water Filters.

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|---|---|---|---|---|---|---|
| 02-0305-7875 | Closed | 04/01/2005 | Medium | Cooling/Heating Systems | Preventative | SCI  Sussex Correctional Institution |

### WORK ORDER DETAILS

Requested By: Christian Greg            Assigned To Green Margaret L            Assign Dt. 04/01/2005    Completed Dt. 04/07/2005

Problem: MSB Kitchen's Office
          Service Heat Pump
          Clean Air Filters
          Clean indoor/outdoor coils

SCI Sussex Correctional Institution
P.O. Box 500
GEORGETOWN DE, 19947
Phone#: 302-856-5280

Date: 11/27/2007

# WORK ORDER LIST REPORT

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|---|---|---|---|---|---|---|
| 02-0305-7887 | Closed | 04/01/2005 | Medium | Plumbing | Preventative | SCI  Sussex Correctional Institution |

### WORK ORDER DETAILS

**Requested By:** Christian Greg     **Assigned To** Green Margaret L     **Assign Dt.** 04/01/2005     **Completed Dt.** 04/07/2005

**Problem:** MSB

Change Ice Maker Water Filters.

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|---|---|---|---|---|---|---|
| 02-0205-7412 | Closed | | Medium | Cooling/Heating Systems | Preventative | SCI  Sussex Correctional Institution |

### WORK ORDER DETAILS

**Requested By:** _     **Assigned To** Walton John     **Assign Dt.** 03/03/2005     **Completed Dt.** 03/04/2005

**Problem:** Service Heat Pump
Clean Air Filters
Clean indoor/outdoor coils
Lube all Motors
OPS check

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|---|---|---|---|---|---|---|
| 02-0305-7775 | Closed | 03/16/2005 | Medium | Cooling/Heating Systems | Preventative | SCI  Sussex Correctional Institution |

### WORK ORDER DETAILS

**Requested By:**     **Assigned To** Green Margaret L     **Assign Dt.** 03/16/2005     **Completed Dt.** 03/22/2005

**Problem:** Gym Air Handler Unit

-Check Coil
-Check Belts
-Lube Bearings

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|---|---|---|---|---|---|---|
| 02-0305-8004 | Closed | 04/01/2005 | Medium | Cooling/Heating Systems | Preventative | SCI  Sussex Correctional Institution |

### WORK ORDER DETAILS

**Requested By:** Christian Greg     **Assigned To** Calhoon Francis W     **Assign Dt.** 04/01/2005     **Completed Dt.** 04/28/2005

**Problem:** MSB
Service all DX units; clean coils inside and outside of unit, check all operations including fan and fan motor.

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|---|---|---|---|---|---|---|
| 02-0305-7993 | Closed | 04/01/2005 | Medium | Plumbing | Preventative | SCI  Sussex Correctional Institution |

### WORK ORDER DETAILS

**Requested By:** Christian Greg     **Assigned To** Walton John     **Assign Dt.** 04/01/2005     **Completed Dt.** 04/15/2005

**Problem:** MSB Kitchen
Service circulator pumps: lube,check operation,check impellers if possible

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|---|---|---|---|---|---|---|
| 02-0205-7541 | Closed | | Medium | Cooling/Heating Systems | Preventative | SCI  Sussex Correctional Institution |

### WORK ORDER DETAILS

**Requested By:** _     **Assigned To** Walton John     **Assign Dt.** 03/08/2005     **Completed Dt.** 04/01/2005

**Problem:** MSB / Kitchen
Service all Kitchen air handlers, inspect unit inside & outside, check belts, coils clean coils as needed, change / wash filters as applies, lube and check all operations

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|---|---|---|---|---|---|---|
| 02-0405-8269 | Closed | 05/04/2005 | Medium | Cooling/Heating Systems | Preventative | SCI  Sussex Correctional Institution |

### WORK ORDER DETAILS

**Requested By:** Christian Greg     **Assigned To** Calhoon Francis W     **Assign Dt.** 05/04/2005     **Completed Dt.** 05/04/2005

**Problem:** MSB -- Kitchen
Service Heat Pump

000021

SCI Sussex Correctional Institution

Date: 11/27/2007

PO Box 500

GEORGETOWN DE, 19947

Phone#: 302-856-5280

# WORK ORDER LIST REPORT

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|-----|--------|--------------|----------|--------------|------------------|----------|
| 02-0405-8344 | Closed | 05/04/2005 | Medium | Cooling/Heating Systems | Preventative | SCI Sussex Correctional Institution |

## WORK ORDER DETAILS

**Requested By:** Christian Greg      **Assigned To** Walton John      **Assign Dt.** 05/04/2005      **Completed Dt.** 05/19/2005

**Problem:** MSB

     Service all exhaust fans including woodshops: lube motor, bearings as needed. check belt as applies

     Reminder: woodshop fans might need to be cleaned due to high dust area.

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|-----|--------|--------------|----------|--------------|------------------|----------|
| 02-0405-8295 | Closed | 05/04/2005 | Medium | Other | Preventative | SCI Sussex Correctional Institution |

## WORK ORDER DETAILS

**Requested By:** Christian Greg      **Assigned To** Calhoon Francis W      **Assign Dt.** 05/04/2005      **Completed Dt.** 05/06/2005

**Problem:** MSB

     Service Air Compressor

     --Change Oil

     --Clean Air Filter

     --Blow down Condensate

     --Check Belts

     --OPS check

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|-----|--------|--------------|----------|--------------|------------------|----------|
| 02-0505-8626 | Closed | 05/31/2005 | Medium | Plumbing | Preventative | SCI Sussex Correctional Institution |

## WORK ORDER DETAILS

**Requested By:** Christian Greg      **Assigned To** Calhoon Francis W      **Assign Dt.** 05/31/2005      **Completed Dt.** 06/14/2005

**Problem:** MSB

     Service ice machines

     Change water filter

     Clean air filter

     Clean unit as needed

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|-----|--------|--------------|----------|--------------|------------------|----------|
| 02-0505-8650 | Closed | 05/31/2005 | Medium | Plumbing | Preventative | SCI Sussex Correctional Institution |

## WORK ORDER DETAILS

**Requested By:** Christian Greg      **Assigned To** Walton John      **Assign Dt.** 05/31/2005      **Completed Dt.** 06/14/2005

**Problem:** MSB - Kitchen

     Service ice machines

     -change water filters

     -clean air filter

     -check both sides of coil and clean as needed

     -clean ice grids as needed or at least 4 times an year

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|-----|--------|--------------|----------|--------------|------------------|----------|
| 02-0405-8305 | Closed | 05/04/2005 | Medium | Plumbing | Preventative | SCI Sussex Correctional Institution |

## WORK ORDER DETAILS

**Requested By:** Christian Greg      **Assigned To** Calhoon Francis W      **Assign Dt.** 05/04/2005      **Completed Dt.** 05/09/2005

**Problem:** MSB - Kitchen

     Service ice machines

     -change water filters

     -clean air filter

     -check both sides of coil and clean as needed

     -clean ice grids as needed or at least 4 times an year

000022

SCI  Sussex Correctional Institution    Date: 11/27/2007
PO Box 500
GEORGETOWN DE, 19947
Phone#: 302-856-5280

# WORK ORDER LIST REPORT

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|-----|--------|--------------|----------|--------------|------------------|----------|
| 02-0405-8192 | Closed | 04/25/2005 | Medium | Cooling/Heating Systems | Preventative | SCI  Sussex Correctional Institution |

### WORK ORDER DETAILS

Requested By: Christian Greg        Assigned To: Calhoon Francis W        Assign Dt. 04/25/2005        Completed Dt. 04/26/2005

Problem: Gym Air Handler Unit
          Change Filters
          -Check Coil
          -Check Belts
          -Lube Bearings

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|-----|--------|--------------|----------|--------------|------------------|----------|
| 02-0305-8003 | Closed | 04/01/2005 | Medium | Cooling/Heating Systems | Preventative | SCI  Sussex Correctional Institution |

### WORK ORDER DETAILS

Requested By: Christian Greg        Assigned To: Calhoon Francis W        Assign Dt. 04/01/2005        Completed Dt. 05/10/2005

Problem: MSB
          Service all THRU wall A/C units clean coils, filters, check all operations

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|-----|--------|--------------|----------|--------------|------------------|----------|
| 02-0405-8345 | Closed | 05/04/2005 | Medium | Cooling/Heating Systems | Preventative | SCI  Sussex Correctional Institution |

### WORK ORDER DETAILS

Requested By: Christian Greg        Assigned To: Calhoon Francis W        Assign Dt. 05/04/2005        Completed Dt. 05/17/2005

Problem: MSB  (on the flat roof)
          Service all Air Handlers:  Inspect unit inside and out, lube, check belts, check coils, clean coils as needed, change / wash filters

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|-----|--------|--------------|----------|--------------|------------------|----------|
| 02-0405-8346 | Closed | 05/04/2005 | Medium | Cooling/Heating Systems | Preventative | SCI  Sussex Correctional Institution |

### WORK ORDER DETAILS

Requested By: Christian Greg        Assigned To: Calhoon Francis W        Assign Dt. 05/04/2005        Completed Dt. 05/17/2005

Problem: MSB / Kitchen
          Service all Kitchen air handlers, inspect unit inside & outside, check belts, coils clean coils as needed, change / wash filters as applies,
          lube and check all operations

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|-----|--------|--------------|----------|--------------|------------------|----------|
| 02-0405-8278 | Closed | 05/04/2005 | Medium | Plumbing | Preventative | SCI  Sussex Correctional Institution |

### WORK ORDER DETAILS

Requested By: Christian Greg        Assigned To: Calhoon Francis W        Assign Dt. 05/04/2005        Completed Dt. 05/19/2005

Problem: MSB
          Service all ice machines
          --Change water filters
          --clean air filter
          --check both sides of coil and clean as neede
          --clean ice grids as needed or least 4 times an year

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|-----|--------|--------------|----------|--------------|------------------|----------|
| 02-0405-8294 | Closed | 05/04/2005 | Medium | Cooling/Heating Systems | Preventative | SCI  Sussex Correctional Institution |

### WORK ORDER DETAILS

Requested By: Christian Greg        Assigned To: Calhoon Francis W        Assign Dt. 05/04/2005        Completed Dt. 05/20/2005

Problem: MSB--Climate Control Room
          Service Air Handlers
          --Change Filters
          --Clean Coils if Needed
          --Lube Motors/Bearings
          --Check/Replace Belts
          --OPS check

000023

SCI  Sussex Correctional Institution
PO Box 500
GEORGETOWN DE, 19947
Phone#: 302-856-5280

**Date:** 11/27/2007

## WORK ORDER LIST REPORT

### WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|---|---|---|---|---|---|---|
| 02-0405-6326 | Closed | 05/04/2005 | Medium | Cooling/Heating Systems | Preventative | SCI  Sussex Correctional Institution |

### WORK ORDER DETAILS

**Requested By:** Christian Greg          **Assigned To** Calhoon Francis W          **Assign Dt.** 05/04/2005          **Completed Dt.** 05/23/2005

**Problem:** MSB
  Service exhaust fans in MSB attic one on each end.
  lube motor, bearings; check belts tightened, or replace as needed.

### WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|---|---|---|---|---|---|---|
| 02-0605-8848 | Closed | 06/13/2005 | Medium | Cooling/Heating Systems | Preventative | SCI  Sussex Correctional Institution |

### WORK ORDER DETAILS

**Requested By:** Christian Greg          **Assigned To** Calhoon Francis W          **Assign Dt.** 06/13/2005          **Completed Dt.** 06/16/2005

**Problem:** MSB -- Gym
    Air Handler Unit
    -Check Coil
    -Check Belts
    -Lube Bearings

### WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|---|---|---|---|---|---|---|
| 02-0605-8958 | Closed | 06/24/2005 | Medium | Plumbing | Preventative | SCI  Sussex Correctional Institution |

### WORK ORDER DETAILS

**Requested By:** Christian Greg          **Assigned To** Calhoon Francis W          **Assign Dt.** 06/24/2005          **Completed Dt.** 07/22/2005

**Problem:** July
    MSB - Kitchen
    Service ice machines
    -change water filters
    -clean air filter
    -check both sides of coil and clean as needed
    -clean ice grids as needed or at least 4 times a year

### WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|---|---|---|---|---|---|---|
| 02-0605-8931 | Closed | 06/24/2005 | Medium | Cooling/Heating Systems | Preventative | SCI  Sussex Correctional Institution |

### WORK ORDER DETAILS

**Requested By:** Christian Greg          **Assigned To** Walton John          **Assign Dt.** 06/24/2005          **Completed Dt.** 07/21/2005

**Problem:** July
    MSB -- Kitchen
    Service Heat Pump
    --Clean Air Filters
    --Clean indoor/outdoor coils
    --Lube all Motors
    --OPS check

### WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|---|---|---|---|---|---|---|
| 02-0605-9027 | Closed | 06/27/2005 | Medium | Cooling/Heating Systems | Preventative | SCI  Sussex Correctional Institution |

### WORK ORDER DETAILS

**Requested By:** Christian Greg          **Assigned To** Walton John          **Assign Dt.** 06/27/2005          **Completed Dt.** 07/12/2005

**Problem:** July
    MSB / Kitchen
    Service all Kitchen air handlers, inspect unit inside & outside, check belts, coils clean coils as needed, change / wash filters as applies,
    lube and check all operations

### WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|---|---|---|---|---|---|---|
| 02-0605-9033 | Closed | 06/27/2005 | Medium | Plumbing | Preventative | SCI  Sussex Correctional Institution |

### WORK ORDER DETAILS

**Requested By:** Christian Greg          **Assigned To** Walton John          **Assign Dt.** 06/27/2005          **Completed Dt.** 07/06/2005

**Problem:** July
    MSB Kitchen

000024

SCI Sussex Correctional Institution                                    Date: 11/27/2007
PO Box 500
GEORGETOWN DE, 19947
Phone#: 302-856-5280

# WORK ORDER LIST REPORT

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|---|---|---|---|---|---|---|
| 02-0505-8616 | Closed | 05/31/2005 | Medium | Cooling/Heating Systems | Preventative | SCI Sussex Correctional Institution |

### WORK ORDER DETAILS

**Requested By:** Christian Greg          **Assigned To:** Calhoon Francis W          **Assign Dt.** 05/31/2005     **Completed Dt.** 06/15/2005

**Problem:** MSB -- Kitchen
Service Heat Pump
--Clean Air Filters
--Clean indoor/outdoor coils
--Lube all Motors
--OPS check

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|---|---|---|---|---|---|---|
| 02-0605-8940 | Closed | 06/24/2005 | Medium | Plumbing | Preventative | SCI Sussex Correctional Institution |

### WORK ORDER DETAILS

**Requested By:** Christian Greg          **Assigned To:** Calhoon Francis W          **Assign Dt.** 06/24/2005     **Completed Dt.** 07/21/2005

**Problem:** July
MSB
Service all ice machines
--Change water filters
--clean air filter
--check both sides of coil and clean as neede
--clean ice grids as needed or least 4 times an year

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|---|---|---|---|---|---|---|
| 02-0605-9025 | Closed | 06/27/2005 | Medium | Cooling/Heating Systems | Preventative | SCI Sussex Correctional Institution |

### WORK ORDER DETAILS

**Requested By:** Christian Greg          **Assigned To:** Walton John          **Assign Dt.** 06/27/2005     **Completed Dt.** 07/12/2005

**Problem:** July
MSB
Service all exhaust fans including woodshops: lube motor, bearings as needed. check belt as applies
Reminder: woodshop fans might need to be cleaned due to high dust area.

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|---|---|---|---|---|---|---|
| 02-0605-9026 | Closed | 06/27/2005 | Medium | Cooling/Heating Systems | Preventative | SCI Sussex Correctional Institution |

### WORK ORDER DETAILS

**Requested By:** Christian Greg          **Assigned To:** Walton John          **Assign Dt.** 06/27/2005     **Completed Dt.** 07/12/2005

**Problem:** July
MSB   (on the flat roof)
Service all Air Handlers:  Inspect unit inside and out, lube, check belts, check coils, clean coils as needed, change / wash filters

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|---|---|---|---|---|---|---|
| 02-0705-9342 | Closed | 07/25/2005 | Medium | Other | Preventative | SCI Sussex Correctional Institution |

### WORK ORDER DETAILS

**Requested By:** Christian Greg          **Assigned To:** Calhoon Francis W          **Assign Dt.** 07/25/2005     **Completed Dt.** 08/02/2005

**Problem:** August
MSB
Service Air Compressor
--Change Oil
--Clean Air Filter
--Blow down Condensate
--Check Belts
--OPS check

DL0025

# WORK ORDER LIST REPORT

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|---|---|---|---|---|---|---|
| 02-0705-9353 | Closed | 07/25/2005 | Medium | Plumbing | Preventative | SCI  Sussex Correctional Institution |

## WORK ORDER DETAILS

Requested By: Walton John          Assigned To: Calhoon Francis W          Assign Dt. 07/25/2005          Completed Dt. 08/09/2005

Problem: August
    MSB - Kitchen
    Service ice machines
    -change water filters
    -clean air filter
    -check both sides of coil and clean as needed
    -clean ice grids as needed or at least 4 times an year

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|---|---|---|---|---|---|---|
| 02-0705-9525 | Closed | 07/29/2005 | Medium | Cooling/Heating Systems | Preventative | SCI  Sussex Correctional Institution |

## WORK ORDER DETAILS

Requested By: Christian Greg          Assigned To: Calhoon Francis W          Assign Dt. 07/29/2005          Completed Dt. 08/24/2005

Problem: August
    MSB Gym office
    service A/C window unit
    clean coils, clean condensate tray and drain
    replace filter, OPS check

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|---|---|---|---|---|---|---|
| 02-0705-9526 | Closed | 07/29/2005 | Medium | Cooling/Heating Systems | Preventative | SCI  Sussex Correctional Institution |

## WORK ORDER DETAILS

Requested By: Christian Greg          Assigned To: Calhoon Francis W          Assign Dt. 07/29/2005          Completed Dt. 08/29/2005

Problem: August
    MSB, Guard Post 7
    Service A/C window unit
    clean coils, clean condensate tray and drain
    replace filter, OPS check

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|---|---|---|---|---|---|---|
| 02-0705-9527 | Closed | 08/02/2005 | Medium | Cooling/Heating Systems | Preventative | SCI  Sussex Correctional Institution |

## WORK ORDER DETAILS

Requested By: Christian Greg          Assigned To: Calhoon Francis W          Assign Dt. 08/02/2005          Completed Dt. 08/30/2005

Problem: August
    MSB Commissary
    Service A/C window unit
    clean coils, clean condensate tray and drain
    replace filter, OPS check

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|---|---|---|---|---|---|---|
| 02-0705-9534 | Closed | | Medium | Cooling/Heating Systems | Preventative | SCI  Sussex Correctional Institution |

## WORK ORDER DETAILS

Requested By: _          Assigned To: _          Assign Dt.:          Completed Dt. 07/29/2005

Problem: MSB Commissary
    Service A/C window unit
    clean coil, clean condensate tray and drain
    replace filter, OPS check

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|---|---|---|---|---|---|---|
| 02-0805-9770 | Closed | 08/25/2005 | Medium | Plumbing | Preventative | SCI  Sussex Correctional Institution |

## WORK ORDER DETAILS

Requested By: Christian Greg          Assigned To: Walton John          Assign Dt. 08/25/2005          Completed Dt. 08/30/2005

Problem: Sept.
    MSB - Kitchen

000026

SCI Sussex Correctional Institution

Case 1:05-cv-00823-SLR-LPS   Document 32-2   Filed 11/28/2007   Page 20 of 23

P.O. Box 500
GEORGETOWN DE, 19947
Phone#: 302-856-5280

Date: 11/27/2007

# WORK ORDER LIST REPORT

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|-----|--------|--------------|----------|--------------|------------------|----------|
| 02-0805-9642 | Closed | 08/12/2005 | Medium | Cooling/Heating Systems | Preventative | SCI Sussex Correctional Institution |

### WORK ORDER DETAILS

Requested By: Christian Greg     Assigned To: Walton John     Assign Dt. 08/12/2005     Completed Dt. 08/24/2005

Problem: August
    MSB -- Gym
     Air Handler Unit
    -Check Coil
    -Check Belts
    -Lube Bearings

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|-----|--------|--------------|----------|--------------|------------------|----------|
| 02-0805-9743 | Closed | 08/25/2005 | Medium | Cooling/Heating Systems | Preventative | SCI Sussex Correctional Institution |

### WORK ORDER DETAILS

Requested By: Christian Greg     Assigned To: Calhoon Francis W     Assign Dt. 08/25/2005     Completed Dt. 08/31/2005

Problem: Sept.
    MSB -- Kitchen
    Service Heat Pump
    --Clean Air Filters
    --Clean indoor/outdoor coils
    --Lube all Motors
    --OPS check

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|-----|--------|--------------|----------|--------------|------------------|----------|
| 02-0805-9827 | Closed | 08/25/2005 | Medium | Cooling/Heating Systems | Preventative | SCI Sussex Correctional Institution |

### WORK ORDER DETAILS

Requested By: Christian Greg     Assigned To: Calhoon Francis W     Assign Dt. 08/25/2005     Completed Dt. 09/13/2005

Problem: Sept.
    MSB   (on the flat roof)
    Service all Air Handlers:  Inspect unit inside and out, lube, check belts, check coils, clean coils as needed, change / wash filters

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|-----|--------|--------------|----------|--------------|------------------|----------|
| 02-0805-9752 | Closed | 08/25/2005 | Medium | Plumbing | Preventative | SCI Sussex Correctional Institution |

### WORK ORDER DETAILS

Requested By: Christian Greg     Assigned To: Calhoon Francis W     Assign Dt. 08/25/2005     Completed Dt. 09/02/2005

Problem: Sept.
    MSB
    Service all ice machines
    --Change water filters
    --clean air filter
    --check both sides of coil and clean as neede
    --clean ice grids as needed or least 4 times an year

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|-----|--------|--------------|----------|--------------|------------------|----------|
| 02-0705-9320 | Closed | 07/25/2005 | Medium | Plumbing | Preventative | SCI Sussex Correctional Institution |

### WORK ORDER DETAILS

Requested By: Christian Greg     Assigned To: Calhoon Francis W     Assign Dt. 07/25/2005     Completed Dt. 08/08/2005

Problem: August
    MSB
    Service all ice machines
    --Change water filters
    --clean air filter
    --check both sides of coil and clean as neede
    --clean ice grids as needed or least 4 times an year

000027

SCI  Sussex Correctional Institution
Date: 11/27/2007
PO Box 500
GEORGETOWN DE, 19947
Phone#: 302-856-5280

# WORK ORDER LIST REPORT

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt | Priority | Problem Type | Maintenance Type | Facility |
|-----|--------|-------------|----------|--------------|------------------|----------|
| 02-0705-9341 | Closed | 07/25/2005 | Medium | Cooling/Heating Systems | Preventative | SCI  Sussex Correctional Institution |

## WORK ORDER DETAILS

**Requested By:** Christian Greg     **Assigned To** Walton John     **Assign Dt.** 07/25/2005     **Completed Dt.** 08/05/2005

**Problem:** August
MSB--Climate Control Room
Service Air Handlers
--Change Filters
--Clean Coils if Needed
--Lube Motors/Bearings
--Check/Replace Belts
--OPS check

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt | Priority | Problem Type | Maintenance Type | Facility |
|-----|--------|-------------|----------|--------------|------------------|----------|
| 02-0705-9310 | Closed | 07/25/2005 | Medium | Cooling/Heating Systems | Preventative | SCI  Sussex Correctional Institution |

## WORK ORDER DETAILS

**Requested By:** Christian Greg     **Assigned To** Walton John     **Assign Dt.** 07/25/2005     **Completed Dt.** 08/09/2005

**Problem:** August
MSB -- Kitchen
Service Heat Pump
--Clean Air Filters
--Clean indoor/outdoor coils
--Lube all Motors
--OPS check

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt | Priority | Problem Type | Maintenance Type | Facility |
|-----|--------|-------------|----------|--------------|------------------|----------|
| 02-0805-9906 | Closed | 08/30/2005 | Medium | Cooling/Heating Systems | Preventative | SCI  Sussex Correctional Institution |

## WORK ORDER DETAILS

**Requested By:** Christian Greg     **Assigned To** Calhoon Francis W     **Assign Dt.** 08/30/2005     **Completed Dt.** 09/08/2005

**Problem:** Sept.
MSB
Service Superior boilers; Open backs of boilers for internal visual inspection, check operations including all safeties, flame failures, blow offs, check all dampers, blower motors.

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt | Priority | Problem Type | Maintenance Type | Facility |
|-----|--------|-------------|----------|--------------|------------------|----------|
| 02-0905-10237 | Closed | 09/27/2005 | Medium | Cooling/Heating Systems | Preventative | SCI  Sussex Correctional Institution |

## WORK ORDER DETAILS

**Requested By:** Christian Greg     **Assigned To** Walton John     **Assign Dt.** 09/27/2005     **Completed Dt.** 10/05/2005

**Problem:** OCTOBER
MSB -- Kitchen
Service Heat Pump
--Clean Air Filters
--Clean indoor/outdoor coils
--Lube all Motors
--OPS check

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt | Priority | Problem Type | Maintenance Type | Facility |
|-----|--------|-------------|----------|--------------|------------------|----------|
| 02-0905-10271 | Closed | 09/27/2005 | Medium | Plumbing | Preventative | SCI  Sussex Correctional Institution |

## WORK ORDER DETAILS

**Requested By:** Christian Greg     **Assigned To** Walton John     **Assign Dt.** 09/27/2005     **Completed Dt.** 10/04/2005

**Problem:** OCTOBER
MSB - Kitchen
Service ice machines
-change water filters
-clean air filter

000029

SCI Sussex Correctional Institution
PO Box 500
GEORGETOWN DE, 19947
Phone#: 302-856-5280

# WORK ORDER LIST REPORT

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|---|---|---|---|---|---|---|
| 02-0905-10364 | Closed | 09/27/2005 | Medium | Plumbing | Preventative | SCI Sussex Correctional Institution |

## WORK ORDER DETAILS

Requested By: Christian Greg        Assigned To: Walton John        Assign Dt. 09/27/2005    Completed Dt. 10/05/2005

Problem: OCTOBER
MSB Kitchen
Service circulator pumps: lube,check operation,check impellers if possible

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|---|---|---|---|---|---|---|
| 02-0805-9968 | Closed | 08/29/2005 | Medium | Other | Preventative | SCI Sussex Correctional Institution |

## WORK ORDER DETAILS

Requested By: Christian Greg        Assigned To: Calhoon Francis W        Assign Dt. 08/29/2005    Completed Dt. 09/14/2005

Problem: Sept.
MSB
Remove and Replace  pan guards pads as needed

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|---|---|---|---|---|---|---|
| 02-0805-9826 | Closed | 08/25/2005 | Medium | Cooling/Heating Systems | Preventative | SCI Sussex Correctional Institution |

## WORK ORDER DETAILS

Requested By: Christian Greg        Assigned To: Calhoon Francis W        Assign Dt. 08/25/2005    Completed Dt. 09/16/2005

Problem: Sept.
MSB
Service all exhaust fans including kitchen, woodshop: lube motor, bearings as needed. check belt as applies
Reminder: woodshop fans might need to be cleaned due to high dust area.

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|---|---|---|---|---|---|---|
| 02-0805-9828 | Closed | 08/25/2005 | Medium | Cooling/Heating Systems | Preventative | SCI Sussex Correctional Institution |

## WORK ORDER DETAILS

Requested By: Christian Greg        Assigned To: Walton John        Assign Dt. 08/25/2005    Completed Dt. 09/14/2005

Problem: Sept.
MSB / Kitchen
Service all Kitchen air handlers, inspect unit inside & outside, check belts, coils clean coils as needed, change / wash filters as applies, lube and check all operations

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|---|---|---|---|---|---|---|
| 02-1005-10617 | Closed | 10/11/2005 | Medium | Cooling/Heating Systems | Preventative | SCI Sussex Correctional Institution |

## WORK ORDER DETAILS

Requested By: Christian Greg        Assigned To: Calhoon Francis W        Assign Dt. 10/11/2005    Completed Dt. 10/14/2005

Problem: OCTOBER
MSB -- Gym
 Air Handler Unit
-Check Coil
-Check Belts
-Lube Bearings

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|---|---|---|---|---|---|---|
| 02-0905-10519 | Closed | 10/12/2005 | Medium | Plumbing | Preventative | SCI Sussex Correctional Institution |

## WORK ORDER DETAILS

Requested By: Christian Greg        Assigned To: Christian Greg        Assign Dt. 10/12/2005    Completed Dt. 10/12/2005

Problem: October
Have grease holding tanks pumped out and cleaned

U00029

# WORK ORDER LIST REPORT

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|---|---|---|---|---|---|---|
| 02-0905-10247 | Closed | 09/27/2005 | Medium | Plumbing | Preventative | SCI Sussex Correctional Institution |

## WORK ORDER DETAILS

**Requested By:** Christian Greg        **Assigned To** Walton John        **Assign Dt.** 09/27/2005   **Completed Dt.** 10/04/2005

**Problem:** OCTOBER
MSB
Service all ice machines
--Change water filters
--clean air filter
--check both sides of coil and clean as neede
--clean ice grids as needed or least 4 times an year

## WORK ORDER INFORMATION

| WO# | Status | Detected Dt. | Priority | Problem Type | Maintenance Type | Facility |
|---|---|---|---|---|---|---|
| 02-1105-11272 | Closed | 11/28/2005 | Medium | Other | Preventative | SCI Sussex Correctional Institution |

## WORK ORDER DETAILS

**Requested By:** Christian Greg        **Assigned To** Calhoon Francis W        **Assign Dt.** 11/28/2005   **Completed Dt.** 12/06/2005

**Problem:** MSB
Remove and Replace  pan guards pads as needed

B00039