# EXHIBIT B
# D00031 through D00036

# DELAWARE HEALTH AND SOCIAL SERVICES
## DIVISION OF PUBLIC HEALTH
### FOOD SERVICE ESTABLISHMENT INSPECTION REPORT

V = Violative
C = (In)Compliance
NO = Not Observed
NA = Not Applicable

Based on an assessment this day, the items marked below with a "V" identify violations which must be corrected by the time(s) specified in §10.206 of State of Delaware Regulations Governing Public Eating Places. Failure to comply with the time limit(s) for correction of any violation(s) cited in this notice or failure to pay any fees resulting from follow-up inspection within 28 calendar days following this visit shall result in automatic permit suspension and immediate cessation of food service operations, in accordance with §10.207 of the Regulations. SEE BOTTOM OF ACCOMPANYING LIST OF OBSERVATIONS FOR ANY BILLING ASSOCIATED WITH THE CONDUCT OF THIS INSPECTION.

**PEPNAME:** Sussex Correctional Institution
**OWNRNAME:** Department of Correction
**PEPADD:** RD #1 PO Box 700
**INSP START TIME:** 0930
**PEPCITY:** Georgetown
**PEPSTATE:** DE
**PEPZIP:** 19947

**INSPECTION DATE:** 03/04/04
**TIME (MIN):** 120
**INSPECTION PURPOSE:** 1
**FOLLOW-UP:** N

PURPOSE CODES: 1=Regular; 2=Follow-up; 3=Complaint; 4=Investigation; 5=Other  *If a Follow-up, enter 1, 2 or 3, otherwise, enter 'N'.

| ITEM | WT. | ITEM | WT. | ITEM | WT. |
|---|---|---|---|---|---|
| **FOOD** | | 18 PRE-FLUSHED, SOAKED, SCRAPED | C | **GARBAGE AND REFUSE DISPOSAL** | |
| *1 SOURCE: SOUND CONDITION, NO SPOILAGE | V | 19 WASH, RINSE WATER | C | 33 CONTAINERS OR RECEPTACLES: COVERED; ADEQUATE IN NUMBER; INSECT/RODENT PROOF; CLEANED/EMPTIED FREQUENTLY ENOUGH | C |
| 02 ORIGINAL CONTAINER PROPERLY LABELED | C | *20 SANITIZATION RINSE: CLEAN, PROPER TEMPERATURE, CONCENTRATION, EXPOSURE TIME; EQUIPMENT AND UTENSILS SANITIZED | C | 34 OUTSIDE STORAGE AREAS/ENCLOSURES: PROPERLY CONSTRUCTED; CLEAN; CONTROLLED INCINERATION | C |
| **FOOD PROTECTION** | | | | **INSECT, RODENT, ANIMAL CONTROL** | |
| *03 POTENTIALLY HAZARDOUS FOOD MEETS TEMPERATURE REQUIREMENTS DURING STORAGE, PREPARATION, DISPLAY, SERVICE, TRANSPORTATION | C | 21 WIPING CLOTHS CLEAN, PROPERLY STORED, USE RESTRICTED | C | *35 PRESENCE OF INSECTS/RODENTS MINIMIZED-OUTER OPENINGS PROTECTED, NO BIRDS, TURTLES OR OTHER ANIMALS | V |
| 04 FACILITIES PROVIDED TO MAINTAIN PRODUCT TEMPERATURE | C | 22 FOOD CONTACT SURFACES OF EQUIPMENT AND UTENSILS CLEAN, FREE OF ABRASIVES AND DETERGENTS | C | **FLOORS, WALLS AND CEILINGS** | |
| 05 THERMOMETERS PROVIDED AND CONSPICUOUS | C | 23 NON-FOOD CONTACT SURFACES OF EQUIPMENT AND UTENSILS CLEAN | C | 36 FLOORS PROPERLY CONSTRUCTED, DRAINED, CLEAN, IN GOOD REPAIR, COVERING INSTALLED PROPERLY; DUSTLESS CLEANING METHODS USED | V x2 |
| 06 POTENTIALLY HAZARDOUS FOOD PROPERLY THAWED | C | 24 CLEAN EQUIPMENT AND UTENSILS PROPERLY STORED AND HANDLED | C | 37 WALLS, CEILING AND ATTACHED EQUIPMENT PROPERLY CONSTRUCTED, IN GOOD REPAIR, CLEAN SURFACES; DUSTLESS CLEANING METHODS USED | C |
| *07 UNWRAPPED AND POTENTIALLY HAZARDOUS FOOD NOT RE-SERVED | C | 25 SINGLE-SERVICE ARTICLES PROPERLY STORED, DISPENSED, USED | C | **LIGHTING** | |
| 08 FOOD PROTECTED DURING STORAGE, PREPARATION, DISPLAY, SERVICE, TRANSPORTATION | C | 26 NO RE-USE OF SINGLE SERVICE ARTICLES | C | 38 LIGHTING PROVIDED AS REQUIRED; FIXTURES SHIELDED | V |
| 09 HANDLING OF FOOD (ICE) MINIMIZED | C | **WATER** | | **VENTILATION** | |
| 10 IN USE FOOD (ICE) DISPENSING UTENSILS PROPERLY STORED | C | *27 WATER SOURCE: SAFE; HOT AND COLD UNDER PRESSURE | C | 39 ROOMS AND EQUIPMENT VENTED AS REQUIRED | C |
| **PERSONNEL** | | **SEWAGE** | | **DRESSING ROOMS** | |
| *11 PERSONNEL WITH INFECTIONS RESTRICTED | C | *28 SEWAGE AND WASTE WATER DISPOSAL | C | 40 ROOMS CLEAN; LOCKERS PROVIDED; FACILITIES CLEAN, PROPERLY LOCATED, USED | C |
| *12 HANDS WASHED AND CLEAN, GOOD HYGIENIC PRACTICES FOLLOWED | C | **PLUMBING** | | **OTHER OPERATIONS** | |
| 13 CLEAN CLOTHES, HAIR RESTRAINTS USED | C | 29 INSTALLED, MAINTAINED | C | *41 NECESSARY TOXIC ITEMS PROPERLY STORED, LABELED, USED | C |
| **FOOD EQUIPMENT AND UTENSILS** | | *30 NO CROSS-CONNECTIONS, BACK SIPHONAGE, BACKFLOW | C | 42 PREMISES MAINTAINED, FREE OF LITTER, UNNECESSARY ARTICLES; CLEANING/MAINTENANCE EQUIPMENT PROPERLY STORED; NO UNAUTHORIZED PERSONNEL | C |
| 14 FOOD (ICE) CONTACT SURFACES PROPERLY DESIGNED, CONSTRUCTED, MAINTAINED, INSTALLED, LOCATED | C | **TOILET AND HANDWASHING FACILITIES** | | | |
| | | *31 PROPER IN NUMBER, DESIGN AND INSTALLATION; CONVENIENT AND ACCESSIBLE | C | 43 COMPLETE SEPARATION FROM LIVING/SLEEPING QUARTERS AND LAUNDRY | C |
| 15 NON-FOOD CONTACT SURFACES PROPERLY DESIGNED, CONSTRUCTED, MAINTAINED, INSTALLED, LOCATED | C | 32 TOILET ROOMS ENCLOSED WITH SELF-CLOSING DOORS; FIXTURES IN GOOD REPAIR, CLEAN; HAND CLEANSER, SANITARY TOWELS/TISSUE/HAND-DRYING DEVICES, PROPER WASTE RECEPTACLES PROVIDED | C | 44 CLEAN, SOILED LINEN PROPERLY STORED | C |
| 16 DISHWASHING FACILITIES PROPERLY DESIGNED, CONSTRUCTED, MAINTAINED, INSTALLED, LOCATED, OPERATED | V x2 | | | | |
| 17 ACCURATE THERMOMETERS, CHEMICAL TEST KIT, GAUGE COCK, IPS VALVE PROVIDED | C | **FOLLOW-UP INSPECTION NEEDED** YES / NO (NO circled) | | **RATING SCORE** ("100" Less Weight of Items Violated): 84 | |

Inspected By (Name and Title): Joseph Dudek, Chief of Security + Inspector

EHS I.D.: SFD

# DELAWARE HEALTH AND SOCIAL SERVICES
## DIVISION OF PUBLIC HEALTH
### FOOD ESTABLISHMENT INSPECTION REPORT

Violations cited in this report shall be corrected within the time frames specified below, but within a period not to exceed 10 calendar days for critical items (§ 8-405.11) or 90 days for noncritical items (§ 8-406.11).

**ESTABLISHMENT:** SUSSEX CORRECTIONAL INSTITUTION  **PERMIT NUMBER:** NA  **DATE:** 03/04/2004
**ADDRESS:** RD #1 PO BOX 700  **CITY:** GEORGETOWN  **STATE:** DE  **ZIP:** 19947
**PERSON IN CHARGE / TITLE:** CHRIS KEELIN, FACILITY MANAGER  **TELEPHONE:**
**INSPECTOR / TITLE:** R.C. HOHNER EHS III / PUB MGR FOOD PROTECTION, DPH
**INSPECTION TYPE:** (ROUTINE)  FOLLOW-UP  COMPLAINT  OTHER:
**INSP START TIME:** 0930  **TIME (MIN.):** 120

| Critical (X) | Repeat (X) | Code Reference | Violation Description / Remarks / Corrections |
|---|---|---|---|
| X | | 3-501.17 | SAUCE PRODUCT IN PAN IN WALK-IN COOLER WAS NOT MARKED TO INDICATE CONSUME-BY DATE (CORRECTED ON SITE) |
| | | 4-601.11 | (C) NON-FOOD CONTACT SURFACES — SPRAY ARMS IN PRE-WASH TANK AND FIRST WASH COMPARTMENT WERE CLOGGED WITH DEBRIS. |
| X | | 4-703.11 | POT/PAN WAREWASHER FINAL RINSE TEMPERATURE DID NOT REACH 160°F AT UTENSIL LEVEL (MEASURED AT 145°F AND 152°F) |
| | | 6-303.11 | LIGHTING INSIDE DELFIELD WARMER LESS THAN 20 FC |

DOC. # 35-05-20/01/03/11

Food Establishment Inspection Report Page 1 of 2

Puett Chief of Security - Inspector

UC0032

# FOOD ESTABLISHMENT INSPECTION REPORT

| ESTABLISHMENT: SUSSEX CORRECTIONAL INSTITUTION | PERMIT NUMBER: NA | DATE: 03/04/2004 |
|---|---|---|

| Critical (X) | Repeat (X) | Code Reference | Violation Description / Remarks / Corrections |
|---|---|---|---|
| | | 6-501.11 | QUARRY TILE THRESHOLD IN WALK-IN FREEZER - WAS CRACKED & BROKEN; NOT MAINTAINED IN GOOD REPAIR. |
| | | 6-501.11 | QUARRY TILE COVE BASE AT FLIGHT-TYPE DISH MACHINE WAS CRACKED & NOT SEALED TO WALL; NOT MAINTAINED IN GOOD REPAIR (WORK ORDER FILED) |
| X | X | 6-501.111 | (B) PRESENCE OF RODENT DROPPINGS AND LIVE ANTS WAS OBSERVED IN "BREAD/CEREAL" DRY STORAGE ROOM; ROUTINE INSPECTION AND REMOVAL OF DROPPINGS IS REQUIRED. |
| | | | END OF REPORT |

DOC. # 35-05-20/01/03/12

Food Establishment Inspection Report Page 2 of 2

Chief of Security + Inspector

UC0033

# DELAWARE HEALTH AND SOCIAL SERVICES
## DIVISION OF PUBLIC HEALTH
### FOOD SERVICE ESTABLISHMENT INSPECTION REPORT

V = Violative  
C = (In)Compliance  
NO = Not Observed  
NA = Not Applicable

Based on an assessment this day, the items marked below with a "V" identify violations which must be corrected by the time(s) specified in §10.206 of State of Delaware Regulations Governing Public Eating Places. Failure to comply with the time limit(s) for correction of any violation(s) cited in this notice or failure to pay any fees resulting from follow-up inspection within 22 calendar days following this visit shall result in automatic permit suspension and immediate cessation of food service operations, in accordance with §10.207 of the Regulations. SEE BOTTOM OF ACCOMPANYING LIST OF OBSERVATIONS FOR ANY BILLING ASSOCIATED WITH THE CONDUCT OF THIS INSPECTION.

**PEPNAME:** Sussex Correctional Inst.  
**OWNNAME:** Department of Correction  
**PEPADD:** RT 113 Box 500  
**INSP START TIME:** 1005  
**PEPCITY:** Georgetown  
**PEPSTATE:** DE  
**PEPZIP:** 19947  

**INSPECTION DATE:** 02/14/05  
**TIME (MIN.):** 096  
**INSPECTION PURPOSE:** 1  

PURPOSE CODES: 1=Regular; 2=Follow-up; 3=Complaint; 4=Investigation; 5=Other  *If a Follow-up, enter 1, 2 or 3, otherwise, enter 'N'.

| ITEM | WT. |
|---|---|
| **FOOD** | |
| *01 SOURCE; SOUND CONDITION, NO SPOILAGE | 5 |
| 02 ORIGINAL CONTAINER PROPERLY LABELED | 1 |
| **FOOD PROTECTION** | |
| *03 POTENTIALLY HAZARDOUS FOOD MEETS TEMPERATURE REQUIREMENTS DURING STORAGE, PREPARATION, DISPLAY, SERVICE, TRANSPORTATION | 5 |
| 04 FACILITIES PROVIDED TO MAINTAIN PRODUCT TEMPERATURE | 1 |
| 05 THERMOMETERS PROVIDED AND CONSPICUOUS | 1 |
| 06 POTENTIALLY HAZARDOUS FOOD PROPERLY THAWED | 2 |
| *07 UNWRAPPED AND POTENTIALLY HAZARDOUS FOOD NOT RE-SERVED | 4 |
| 08 FOOD PROTECTED DURING STORAGE, PREPARATION, DISPLAY, SERVICE, TRANSPORTATION | 2 |
| 09 HANDLING OF FOOD (ICE) MINIMIZED | 2 |
| 10 IN USE FOOD (ICE) DISPENSING UTENSILS PROPERLY STORED | 1 |
| **PERSONNEL** | |
| *11 PERSONNEL WITH INFECTIONS RESTRICTED | 5 |
| *12 HANDS WASHED AND CLEAN, GOOD HYGIENIC PRACTICES FOLLOWED | 3 |
| 13 CLEAN CLOTHES, HAIR RESTRAINTS USED | 1 |
| **FOOD EQUIPMENT AND UTENSILS** | |
| 14 FOOD (ICE) CONTACT SURFACES PROPERLY DESIGNED, CONSTRUCTED, MAINTAINED, INSTALLED, LOCATED | 2 |
| 15 NON-FOOD CONTACT SURFACES PROPERLY DESIGNED, CONSTRUCTED, MAINTAINED, INSTALLED, LOCATED | 1 |
| 16 DISHWASHING FACILITIES PROPERLY DESIGNED, CONSTRUCTED, MAINTAINED, INSTALLED, LOCATED, OPERATED | 2 |
| 17 ACCURATE THERMOMETERS, CHEMICAL TEST KIT, GAUGE COCK, IPS VALVE PROVIDED | 1 ✓ |

| ITEM | WT. |
|---|---|
| 18 PRE-FLUSHED, SOAKED, SCRAPED | 1 |
| 19 WASH, RINSE WATER | 2 |
| *20 SANITIZATION RINSE; CLEAN, PROPER TEMPERATURE, CONCENTRATION, EXPOSURE TIME; EQUIPMENT AND UTENSILS SANITIZED | 2 |
| 21 WIPING CLOTHS CLEAN, PROPERLY STORED, USE RESTRICTED | 1 |
| 22 FOOD CONTACT SURFACES OF EQUIPMENT AND UTENSILS CLEAN, FREE OF ABRASIVES AND DETERGENTS | 2 |
| 23 NON-FOOD CONTACT SURFACES OF EQUIPMENT AND UTENSILS CLEAN | 1 ✓ |
| 24 CLEAN EQUIPMENT AND UTENSILS PROPERLY STORED AND HANDLED | 1 |
| 25 SINGLE-SERVICE ARTICLES PROPERLY STORED, DISPENSED, USED | 1 |
| 26 NO RE-USE OF SINGLE SERVICE ARTICLES | 2 |
| **WATER** | |
| *27 WATER SOURCE: SAFE; HOT AND COLD UNDER PRESSURE | 5 |
| **SEWAGE** | |
| *28 SEWAGE AND WASTE WATER DISPOSAL | 4 |
| **PLUMBING** | |
| 29 INSTALLED, MAINTAINED | 1 |
| *30 NO CROSS-CONNECTIONS, BACK SIPHONAGE, BACKFLOW | 5 |
| **TOILET AND HANDWASHING FACILITIES** | |
| *31 PROPER IN NUMBER, DESIGN AND INSTALLATION; CONVENIENT AND ACCESSIBLE | 4 |
| 32 TOILET ROOMS ENCLOSED WITH SELF-CLOSING DOORS; FIXTURES IN GOOD REPAIR, CLEAN; HAND CLEANSER, SANITARY TOWELS/TISSUE/HAND-DRYING DEVICES, PROPER WASTE RECEPTACLES PROVIDED | 2 |

| ITEM | WT. |
|---|---|
| **GARBAGE AND REFUSE DISPOSAL** | |
| 33 CONTAINERS OR RECEPTACLES: COVERED; ADEQUATE IN NUMBER; INSECT/RODENT PROOF; CLEANED/EMPTIED FREQUENTLY ENOUGH | 2 |
| 34 OUTSIDE STORAGE AREAS/ENCLOSURES: PROPERLY CONSTRUCTED; CLEAN; CONTROLLED INCINERATION | 1 |
| **INSECT, RODENT, ANIMAL CONTROL** | |
| *35 PRESENCE OF INSECTS/RODENTS MINIMIZED; OUTER OPENINGS PROTECTED; NO BIRDS, TURTLES OR OTHER ANIMALS | 4 |
| **FLOORS, WALLS AND CEILINGS** | |
| 36 FLOORS PROPERLY CONSTRUCTED, DRAINED, CLEAN, IN GOOD REPAIR; COVERING INSTALLED PROPERLY; DUSTLESS CLEANING METHODS USED | 1 |
| 37 WALLS, CEILING AND ATTACHED EQUIPMENT PROPERLY CONSTRUCTED, IN GOOD REPAIR, CLEAN SURFACES; DUSTLESS CLEANING METHODS USED | 1 ✓ |
| **LIGHTING** | |
| 38 LIGHTING PROVIDED AS REQUIRED; FIXTURES SHIELDED | 1 ✓ X2 |
| **VENTILATION** | |
| 39 ROOMS AND EQUIPMENT VENTED AS REQUIRED | 1 |
| **DRESSING ROOMS** | |
| 40 ROOMS CLEAN; LOCKERS PROVIDED; FACILITIES CLEAN, PROPERLY LOCATED, USED | 1 |
| **OTHER OPERATIONS** | |
| *41 NECESSARY TOXIC ITEMS PROPERLY STORED, LABELED, USED | 5 |
| 42 PREMISES MAINTAINED, FREE OF LITTER, UNNECESSARY ARTICLES; CLEANING/MAINTENANCE EQUIPMENT PROPERLY STORED; NO UNAUTHORIZED PERSONNEL | 1 |
| 43 COMPLETE SEPARATION FROM LIVING/SLEEPING QUARTERS AND LAUNDRY | 1 |
| 44 CLEAN, SOILED LINEN PROPERLY STORED | 1 |

FOLLOW-UP INSPECTION NEEDED: YES [ ] NO [X]

**RATING SCORE** ("100" Less Weight of Items Violated): **093**

Inspected By (Name and Title): Joe Dudlek, Chief of Security + Inspections

Doc. No. 35-05-02/90/11/05

000034

# DELAWARE HEALTH AND SOCIAL SERVICES
## DIVISION OF PUBLIC HEALTH
## FOOD ESTABLISHMENT INSPECTION REPORT

Violations cited in this report shall be corrected within the time frames specified below, but within a period not to exceed 10 calendar days for critical items (§ 8-405.11) or 90 days for noncritical items (§ 8-405.11).

| ESTABLISHMENT: SUSSEX CORRECTIONAL INSTITUTE | PERMIT NUMBER: N/A | DATE: 02/14/2005 |
|---|---|---|
| ADDRESS: RT 113 BOX 500 | CITY: GEORGETOWN   STATE: DE   ZIP: 19947 | |
| PERSON IN CHARGE / TITLE: LT J. ADKINS x | | TELEPHONE: |
| INSPECTOR / TITLE: RC HOFFNER — EHS III | | |
| INSPECTION TYPE: ROUTINE  FOLLOW-UP  COMPLAINT  OTHER: | INSP START TIME: 1005 | TIME (MIN.): 095 |

| Critical (X) | Repeat (X) | Code Reference | Violation Description / Remarks / Corrections |
|---|---|---|---|
| X | | 3-501.17 | IMPROPER COLD HOLDING. INSET PAN OF PREPARED COLE SLAW WAS NOT PROPERLY DATE MARKED TO INDICATE THE CONSUME OR DISCARD BY DATE. |
| | | 4-501.4 | FINAL RINSE TEMPERATURE GAUGE AND INLET WATER PRESSURE GAUGE ON CONVEYOR-TYPE MECHANICAL WARE-WASHER DO NOT INDICATE CORRECT TEMPS AND PSI. |
| | | 4-601.11 | FOOD RESIDUES AND GREASE ACCUMULATED |

DOC. # 35-05-20/01/03/11          Food Establishment Inspection Report Page 1 of 2

000035

# FOOD ESTABLISHMENT INSPECTION REPORT

ESTABLISHMENT: Sussex Correctional Institute   PERMIT NUMBER: N/A   DATE: 02/14/2005

| Critical (X) | Repeat (X) | Code Reference | Violation Description / Remarks / Corrections |
|---|---|---|---|
| | | 4-601.11 | (CONTINUED) ON NON-FOOD CONTACT SURFACES, I.E. SCRAP CHUTES UNDER FLAT GRIDDLES AND IN TILT SKILLETS. |
| | | 6-201.11 | ONE LAY-IN CEILING PANEL OVER COOKLINE IS DAMAGED (WORK ORDER HAS BEEN SUBMITTED) |
| | | 6-202.11 | PROTECTIVE SHIELD ON LAMP INSIDE WALK-IN FREEZER IS DAMAGED |
| | | 6-303.11 | LIGHTING INTENSITY IN WALK-IN FREEZER IS LESS THAN 10 FC AT 30 INCHES ABOVE FLOOR. |
| | | | END OF REPORT |

DOC. # 35-05-20/01/03/12

Food Establishment Inspection Report Page 2 of 2

000036