IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GEORGE A. JACKSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-823-*** |
| | ) | |
| STANLEY TAYLOR, et al., | ) | JURY TRIAL REQUESTED |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S REQUEST FOR
LEAVE TO TAKE DEPOSITIONS AT DEFENDANTS' EXPENSE**

Defendants oppose Plaintiff's *Letter to Court from George Jackson regarding discovery dispute (request to take depositions)* (D.I. 221). In support thereof, Defendants state as follows:

1. Plaintiff George Jackson ("Plaintiff Jackson") seeks a Court order directing Defendants to depose all twenty-five (25) Plaintiffs in the instant matter for Plaintiff Jackson to "use as evidence." *[D.I.221]* Plaintiff Jackson cites Defendants' "means and financial resources through the Department of Justice and Department of Correction" as justification to shift the onus of conducting depositions to Defendants. *Id.*

2. Defendants cannot be compelled to depose a party by Plaintiff Jackson. *See Fed. R. Civ. P. 30.* If Plaintiff Jackson wishes to depose his fellow Plaintiffs, he must do so at his own expense and initiative.

3. Fed. R. Civ. P. 30 allows Plaintiff Jackson to take the deposition of the other Plaintiffs, with leave of court as required for those who are incarcerated. *Id.*

4. Fed. R. Civ. P. 30 and 31 permit Plaintiff Jackson to take a maximum of ten depositions without obtaining leave of court. *Fed. R. Civ. P. 30(a)(2)(A) and Fed. R. Civ. P.*

1

31(a)(2)(A). On July 27, 2007, the Court permitted Jackson to depose seven (7) defendants pursuant to Fed. R. Civ. P. 31. *[D.I. 188]*.

5. Defendants have neither discussed nor stipulated to the increased number of depositions proposed by Plaintiff Jackson in his motion, as required by Fed. R. Civ. P. 30(a)(2)(A) and Fed. R. Civ. P. 31(a)(2)(A).

6. Defendants do not intend to depose all Plaintiffs in the instant action. In its Scheduling Order of August 16, 2007, *D.I. 193*, the Court limited depositions for both sides to "a total of 15 hours of taking testimony by deposition upon oral examination."

7. Previously, Jackson filed a motion for leave to depose defendants, asking for an order directing defendants to arrange his depositions. *D.I. 164.* The District Court issued a Memorandum Order, *D.I. 185*, noting that "[a]lthough Jackson is *pro se*, that does not mean defendants are responsible for noticing and arranging [his] depositions."

8. Accordingly, Plaintiff Jackson's request is improper, contrary to the previous rulings of this Court, and not permitted by the Federal Rules of Civil Procedure.

WHEREFORE, Defendants respectfully request that this Court deny Plaintiff's *Letter to Court / Motion for Leave for Depositions Upon Oral Examination of All Named Plaintiffs*.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Catherine Damavandi_____
Catherine Damavandi (ID # 3823)
Deputy Attorney General
State of Delaware Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorney for State Defendants

DATE: November 28, 2007

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GEORGE A. JACKSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-823-*** |
| | ) | |
| STANLEY TAYLOR, et al., | ) | JURY TRIAL REQUESTED |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2007, I electronically filed *Defendants' Response To Plaintiff's Letter to Court / Motion for Leave for Depositions Upon Oral Examination of All Named Plaintiffs* with the Clerk of Court using CM/ECF. I hereby certify that on November 28, 2007, I have mailed by United States Postal Service, the document to the non-registered parties on the attached list.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Catherine Damavandi
Catherine Damavandi (ID # 3823)
Deputy Attorney General
State of Delaware
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorney for State Defendants

3

*List of Non-Registered Parties*

George A. Jackson
SBI No.: 171250
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Darus Young
SBI No.: 282852
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Charles Blizzard
SBI No.: 166670
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Frank Williams
SBI.: 261867
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947

Roy R. Williamson
SBI No.: 291856
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Anthony Morris
SBI.: 300363
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Carl Walker
SBI No.: 173378
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Samuel Jones
SBI.: 465297
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947

Darwin A. Savage
SBI No.: 232561
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Gilbert Williams
SBI.: 137575
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947

Charles B. Sanders
SBI No.: 160428
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Joseph White
SBI.: 082985
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947

Timothy L. Malloy
SBI No.: 171278
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Howard Parker
SBI No.: 165324
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947

Kevin Spivey
SBI No.: 258693
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

James Johnson
SBI No.: 155123
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Roderick Brown
SBI No.: 315954
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Roger Thomas
SBI No.: 292590
22249 Cubbage Pond Road
Lincoln, DE 19960

Lawrence B. Dickens
SBI No.: 124570
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Jerome Green
SBI No.: 147772
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Rique Renynolds
SBI No.: 266486
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947

Vernon Truitt
SBI No.: 188191
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

José Serpa
SBI No.: 350322
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

John F. Davis
SBI No.: 263753
SCCC
Route #6, P.O. Box 700
Georgetown, DE 19947

Eldon Potts
SBI.: 211193
Morris Community Corrections
300 Water Street
Dover, DE 19901