## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GEORGE A. JACKSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-823-KAJ |
| | ) | |
| STANLEY TAYLOR, et al., | ) | JURY TRIAL REQUESTED |
| | ) | |
| Defendants. | ) | |

## ORDER

This _____ day of _____, 200___,

**WHEREAS,** the Defendants have filed a Response in Opposition to Plaintiff George Jackson's Request for Leave to have Defendants Take Depositions of all Plaintiffs at Defendants' Expense;

**WHEREAS,** there being good cause shown for the granting of such motion;

**IT IS HEREBY ORDERED,** that Plaintiff George Jackson's Motion to have Defendants Take Depositions of all Plaintiffs at Defendants' Expense is hereby **DENIED.**

_____
Judge