IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GEORGE A. JACKSON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C. A. No. 05-823-*** |
| ) | |
| STANLEY TAYLOR, et al., ) | JURY TRIAL REQUESTED |
| ) | |
| Defendants. ) | |

**ORDER**

This ____ day of _____ 200__, IT IS HEREBY ORDERED, that Defendants' Motion for Enlargement of Time Out of Time is **GRANTED** and, Defendants Knight and Senato have filed simultaneously with this Motion, Defendants' Response to Plaintiffs' Requests for Production of Documents.

_____
Judge