IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GEORGE A. JACKSON, et al., | : |
| Plaintiffs, | : |
| v. | : C. A. No. 05-823-*** |
| STANLEY TAYLOR, et al., | : |
| Defendants. | : |

**O R D E R**

At Wilmington this **12th** day of **December, 2007**,

Plaintiff Jackson filed a letter seeking a court order requiring defendants to take the depositions of all plaintiffs. D.I. 221. Defendants opposed this request. D.I. 233. Therefore,

IT IS ORDERED that there is no rule or requirement known to this court mandating that a party depose other parties to an action. *See* Fed. R. Civ. P*.* 30. Although plaintiff Jackson argues that defendants have the resources to depose and thereby preserve the testimony of his co-plaintiffs, defendants are not under an obligation to do so. Moreover, as the court previously explained, although plaintiff Jackson is *pro se*, that does not make defendants responsible for noticing and arranging his discovery. In essence, plaintiff Jackson's present request is a back-door attempt to circumvent the court's prior decision. *See* D.I. 185. As result, plaintiff Jackson's request for an order directing defendants to depose all plaintiffs is denied.

                                                        /s/ Mary Pat Thynge
                                        United States Magistrate Judge