**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| GEORGE A. JACKSON, et al., | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C. A. No. 05-823-*** |
| STANLEY TAYLOR, et al., | ) ) | JURY TRIAL REQUESTED |
| Defendants. | ) | |

**O R D E R**

This _____ day of _____, 200__, IT IS HEREBY ORDERED, that Defendants' Motion for Enlargement of Time Out of Time is **GRANTED** and, Defendants Stan Taylor, Joyce Talley and Carl Anson will file a response to Plaintiffs' *Request for Admissions* on or before January 6, 2008.

_____
Judge