IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GEORGE A. JACKSON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C. A. No. 05-823-*** |
| ) | |
| STANLEY TAYLOR, et al., ) | JURY TRIAL REQUESTED |
| ) | |
| Defendants. ) | |

### ORDER

This __17__ day of _December_, 200_, IT IS HEREBY ORDERED, that Defendants' Motion for Enlargement of Time Out of Time is **GRANTED** and, Defendants Stan Taylor, Joyce Talley and Carl Anson will file a response to Plaintiffs' *Request for Admissions* on or before January 6, 2008.

_____
Judge