MAGISTRATE JUDGE, MARY PAT THYNGE
UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

U.S. POSTAGE PB 2230370
1757
7929  $00.41⁰ DEC 14 07
5290                    19947

John F. Davis
SBI #00263753
SCI
P. O. Box 500
Georgetown, DE 19947

RECEIVED
DEC 18 2007
SCI MAILROOM

NIXIE    197  4C  1    25  12/15/07
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 19801    *1827-10372-15-29

U.S.M.S.
X-RAY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

GEORGE A. JACKSON, et al., :
:
          Plaintiffs, :
:
v. : C. A. No. 05-823-***
:
STANLEY TAYLOR, et al., :
:
          Defendants. :

## ORDER

At Wilmington this **12th** day of **December, 2007**,

Plaintiff Jackson filed a letter seeking a court order requiring defendants to take the depositions of all plaintiffs. D.I. 221. Defendants opposed this request. D.I. 233. Therefore,

IT IS ORDERED that there is no rule or requirement known to this court mandating that a party depose other parties to an action. See Fed. R. Civ. P. 30. Although plaintiff Jackson argues that defendants have the resources to depose and thereby preserve the testimony of his co-plaintiffs, defendants are not under an obligation to do so. Moreover, as the court previously explained, although plaintiff Jackson is *pro se*, that does not make defendants responsible for noticing and arranging his discovery. In essence, plaintiff Jackson's present request is a back-door attempt to circumvent the court's prior decision. See D.I. 185. As result, plaintiff Jackson's request for an order directing defendants to depose all plaintiffs is denied.

                                        /s/ Mary Pat Thynge
                                        United States Magistrate Judge

**Other Orders/Judgments**
1:05-cv-00823-***-MPT Jackson et al v. Taylor et al
PaperDocuments

U.S. District Court

District of Delaware

**Notice of Electronic Filing**

The following transaction was entered on 12/12/2007 at 9:36 AM EST and filed on 12/12/2007
**Case Name:**          Jackson et al v. Taylor et al
**Case Number:**        1:05-cv-823
**Filer:**
**Document Number:** 240

**Docket Text:**
ORDER re [221] Letter from plaintiff seeking court order requiring defendants to take depositions of all plaintiff, [233] Response to Letter from plaintiff. Plaintiff's request for an order directing defendants to depose all plaintiffs is DENIED. Signed by Judge Mary Pat Thynge on 12/12/2007. (cak)


**1:05-cv-823 Notice has been electronically mailed to:**
Catherine C. Damavandi   Catherine.Damavandi@state.de.us

**1:05-cv-823 Notice has been delivered by other means to:**

Charles Blizzard
SBI #166670
SCI
P.O. Box 500
Geogetown, DE 19947

Roderick Brown
SBI# 315954
SCI
P.O. Box 500
Georgetown, DE 19947

John F. Davis
SBI# 00263753
Sussex Community Correctional Center (SCCC)
23207 DuPont Boulevard
Georgetown, DE 19947

Lawrence B. Dickens
SBI #124570

Sussex Correctional Center
P.O. Box 500
Georgetown, DE 19947

Jerome Green
SBI# 147772
SCI
P.O. Box 500
Georgetown, DE 19947

George A. Jackson
SBI #171250
SCI
P.O. Box 500
Georgetown, DE 19947

James Johnson
SBI 155123
SCI
P.O. Box 500
Georgetown, DE 19947

Samuel Jones
SBI# 465297
SCI
P.O. Box 500
Georgetown, DE 19947

Timothy L. Malloy
SBI #171278
SCI
P.O. Box 500
Georgetown, DE 19947

Anthony Morris
SBI# 300363
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Howard Parker
SBI # 165324
SCI
P.O. Box 500
Georgetown, DE 19947

Eldon Potts
SBI# 211193
SCI
P.O. Box 500
Georgetown, DE 19947

Rique Reynolds
SBI# 266486
SCI
P.O. Box 500
Georgetown, DE 19947

Charles B. Sanders
SBI #160428
SCI
P.O. Box 500
Georgetown, DE 19947

Darwin A. Savage
SBI #232561
SCI
P.O. Box 500
Georgetown, DE 19947

Jose Serpa
SBI# 350322
SCI
P.O. Box 500
Georgetown, DE 19947

Kevin Spivey
SBI# 258693
SCI
P.O. Box 500
Georgetown, DE 19947

Roger Thomas
Roger Thomas, Pro Se
22249 Cubbage Pond Road
Lincoln, DE 19960

Vernon Truitt
SCI
P.O. Box 500
Georgetown, DE 19947

Carl Walker
SBI #173378
SCI
P.O. Box 500
Georgetown, DE 19947

Joseph White
SBI#082985
SCI
P.O. Box 500

Georgetown, DE 19947

Frank Williams
SBI #261867
SCI
P.O. Box 500
Georgetown, DE 19947

Gilbert Williams
SBI# 137575
SCI
P.O. Box 500
Georgetown, DE 19947

Roy R. Williamson
SBI #291856
SCI
P.O. Box 500
Georgetown, DE 19947

Adrain Wright
SBI #169921
SCI
P.O. Box 500
Georgetown, DE 19947

Darus Young
SBI# 00282852
SCI
P.O. Box 500
Georgetown, DE 19947

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=12/12/2007] [FileNumber=488586-0
] [98ac092bdb25a9e0677c53d516de8b76f949b120cc1f8c1dcd2c35d4c26d20db781
af97b1f2281d8324d00695950a9dc8b23a4e56eaba589e3b496df586451a0]]