IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GEORGE A. JACKSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-823-*** |
| | ) | |
| STANLEY TAYLOR, et al., | ) | JURY TRIAL REQUESTED |
| | ) | |
| Defendants. | ) | |

**DEFENDANT JOYCE TALLEY'S RESPONSE
TO PLAINTIFF'S REQUEST FOR ADMISSIONS**

Pursuant to Federal Rule of Civil Procedure 36, Defendant responds to Plaintiff's Request for Admissions as follows:

1.  Plaintiff George A. Jackson's July 19, 2005, grievance was filed as an "Emergency Grievance" and received by the SCI Warden's Office on July 20, 2005.

    **RESPONSE:** Admitted - based upon copies provided; however, I had no personal knowledge prior to this.

2.  Plaintiff George A. Jackson's July 19, 2005, "Emergency Grievance" was not returned to the inmate for processing through the normal Inmate Grievance Procedure (IGP) by the SCI's Warden's Office.

    **RESPONSE:** Answering Defendant has no personal knowledge.

3.  Plaintiff George A. Jackson's July 19, 2005, "Emergency Grievance" was received by the Chairman on July 21, 2005.

    **RESPONSE:** Admitted - based upon copies provided; however, I had no personal knowledge prior to this.

4. Plaintiff George A. Jackson's July 19, 2005, "Emergency Grievance" was not returned to the inmate as unprocessed grievance by the SCI Grievance Chairman.

**RESPONSE:** Answering Defendant has no personal knowledge.

5. During all times relevant to the filing and reviewing of Plaintiff George A. Jackson's "emergency grievance" the Inmate Grievance Chairman was Michael J. Atallian.

**RESPONSE:** Answering Defendant has no personal knowledge.

6. A description of George A. Jackson's "emergency grievance" states, "Inmate workers are constantly experiencing daily symptoms of heat exhaustion (excessive sweating, shortness of breath, etc.,) from the deprivation of an adequate ventilation at the work place."

**RESPONSE:** Admitted - based upon copies provided; however, I had no personal knowledge prior to this.

7. A description of George A. Jackson's "emergency grievance" states, "…and compensate inmate workers for irreparable damages suffered from delay/denial of a safe and healthy work environment."

**RESPONSE:** Admitted – based upon copies provided; however, I had no personal knowledge prior to this.

8. All twenty-five named Plaintiffs was [sic] committed to the custody of the Department of Corrections, and work at the SCI main kitchen between July 2003 thru July 2005 as inmate kitchen workers.

**RESPONSE:** Answering Defendant has no personal knowledge.

9. DOC Food Service Department does not maintain certification records of SCI main kitchen, containing the name of person who performed the inspection of the kitchen.

**RESPONSE:** Answering Defendant has no personal knowledge.

10. Defendants have completed ServSafe training requirements as part of their training as a DOC Food Service Correctional Officer.

**RESPONSE:** Answering Defendant completed the course a number of years ago around 1999. Answering Defendant has no personal knowledge if the other defendants completed the training.

11. DOC Food Service staff has not been trained or educated in the recognition, avoidance and prevention of unsafe conditions at the SCI main kitchen.

**RESPONSE:** Denied. See Response to Request No. 10.

12. George A. Jackson's July 19, 2005, "Emergency Grievance" was granted in favor of the grievant by all three (3) levels of the Inmate Grievance Procedure.

**RESPONSE:** Answering Defendant has no personal knowledge.

13. Since the filing of George A. Jackson's July 19, 2005, "Emergency Grievance" the exhaust ventilation system on the "old side of the SCI main kitchen has not been replaced, maintained and operated as to ensure the required protection by maintaining a volume and velocity of exhaust air sufficient to gather dusts, fumes, vapors or gases from the numerous commercial size convectional, conventional ovens and other commercial equipment.

**RESPONSE:** Answering Defendant does not have sufficient knowledge to admit or deny this statement.

14. The exhaust system shall be in operation continually during all operations which it is designed to served.

**RESPONSE:** Answering Defendant does not have sufficient knowledge to admit or deny this statement.

15. There are seven (7) inmate housing buildings within the SCI prison compound.

**RESPONSE:** Answering Defendant has no personal knowledge.

16. According to the Inmate Grievance DOC Policy 4.4. V procedure:

> H. INMATES ARE PROHIBITED FROM SUBMITTED [sic] MORE THAN ONE GRIEVANCE ARISING FROM A SINGLE INCIDENT.

**RESPONSE:** Admitted.

17. Plaintiff George A. Jackson's July 19, 2005, "emergency grievance" was a job issue.

**RESPONSE:** Answering Defendant does not have sufficient knowledge to admit or deny this statement.

18. All inmate kitchen workers while working in the SCI main kitchen are housed in the same building.

**RESPONSE:** Answering Defendant does not have sufficient knowledge to admit or deny this statement.

19. There were no established and supervised programs for DOC Food Service staff at the SCI main kitchen prior to July 19, 2005, for the education and training of food service staff in the recognition, avoidance and prevention of unsafe conditions at the SCI main kitchen.

**RESPONSE:** Answering Defendant does not have sufficient knowledge to admit or deny this statement.

20.     Employers need to periodically evaluate their training programs to see if the necessary skills, knowledge and routines are being properly understood and implemented by their trained employees.

**RESPONSE:** Answering Defendant does not have sufficient knowledge to admit or deny this statement.

 

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ Catherine Damavandi_____
Catherine Damavandi (ID # 3823)
Deputy Attorney General
State of Delaware
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorney for State Defendants

Dated: January 2, 2008

## *CERTIFICATE OF SERVICE*

I hereby certify that on January 2, 2008, I electronically filed the attached *Defendant Joyce Talley's Response to Plaintiff's Request for Admissions* with the Clerk of Court using CM/ECF. I hereby certify that on January 2, 2008, I have mailed by United States Postal Service, the document to the non-registered parties on the attached list.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Catherine Damavandi
Catherine Damavandi, ID#3823
Deputy Attorney General
Department of Justice
Carvel State Bldg., 6th Fl.,
820 N. French Street
Wilmington, DE 19801
catherine.damavandi@state.de.us

*List of Non-Registered Parties*

George A. Jackson
SBI No.: 171250
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Charles Blizzard
SBI No.: 166670
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Roy R. Williamson
SBI No.: 291856
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Carl Walker
SBI No.: 173378
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Darwin A. Savage
SBI No.: 232561
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Charles B. Sanders
SBI No.: 160428
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Timothy L. Malloy
SBI No.: 171278
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Darus Young
SBI No.: 282852
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Frank Williams
SBI.: 261867
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947

Anthony Morris
SBI.: 300363
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Samuel Jones
SBI.: 465297
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947

Gilbert Williams
SBI.: 137575
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947

Joseph White
SBI.: 082985
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947

Howard Parker
SBI No.: 165324
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947

Kevin Spivey
SBI No.: 258693
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE  19947

James Johnson
SBI No.: 155123
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE  19947

Roderick Brown
SBI No.: 315954
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE  19947

Roger Thomas
SBI No.: 292590
22249 Cubbage Pond Road
Lincoln, DE 19960

Lawrence B. Dickens
SBI No.: 124570
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE  19947

Jerome Green
SBI No.: 147772
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE  19947

Rique Renynolds
SBI No.: 266486
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE  19947

Vernon Truitt
SBI No.: 188191
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE  19947

José Serpa
SBI No.: 350322
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE  19947

John F. Davis
SBI No.: 263753
SCCC
Route #6, P.O. Box 700
Georgetown, DE  19947

Eldon Potts
SBI.: 211193
Morris Community Corrections
300 Water Street
Dover, DE  19901