05-823 ××××

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

Not here

RETURN TO SENDER

NIXIE        197 SC 1        25 12/29/07

RETURN TO SENDER
UNKNOWN REASON
UNABLE TO FORWARD

BC: 19899001818        *1827-02730-29-19

FILED
JAN -2 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

CA 05-823 ★★★

John F. Davis
SBI# 00263753
Sussex Community Correctional Center (SCCC)
23207 DuPont Boulevard
Georgetown, DE 19947



242

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GEGORGE A. JACKSON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C. A. No. 05-823-*** |
| ) | |
| STANLEY TAYLOR, et al., ) | JURY TRIAL REQUESTED |
| ) | |
| Defendants. ) | |

## ORDER

This __17__ day of December, 2007, IT IS HEREBY ORDERED, that Defendants' Motion for Enlargement of Time Out of Time is **GRANTED** and, Defendants Stan Taylor, Joyce Talley and Carl Anson will file a response to Plaintiffs' *Request for Admissions* on or before January 6, 2008.

_____
Judge