IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GEORGE A. JACKSON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C. A. No. 05-823-*** |
| | ) |
| STANLEY TAYLOR, et al., | ) JURY TRIAL REQUESTED |
| | ) |
| Defendants. | ) |

## AFFIDAVIT OF MIKE DELOY

I, Mike Deloy, having been duly sworn by law, do hereby depose and state as follows:

1. I am employed by the State of Delaware Department of Correction ("DOC") as Warden at the Sussex Correctional Institution ("SCI"). I have been employed by the DOC since November of 1980 and as Warden of SCI since May of 2007. Prior to that, I held the position of Deputy Warden of SCI from October of 1996.

2. As Warden of SCI, I have serious reservations about having inmates sit in on depositions. First, this increases the inmates' movement in the prison, thereby increasing the likelihood of an escape or disturbance. Second, this would require more correctional staff at the depositions. SCI does not have excess staff for this purpose. Third, the criminal and disciplinary records of the plaintiffs in this matter raise additional security concerns.

3. At the request of the Deputy Attorney General defending this matter, I have reviewed the files of the twenty-five (25) Plaintiffs for their criminal and disciplinary histories.

4. At the outset, I note that many of the Plaintiffs are incarcerated for committing violent offenses. Three of the Plaintiffs are serving terms for Murder in the First Degree. Other Plaintiffs have convictions of First Degree Assault, Unlawful Sexual Intercourse, First Degree

Robbery, Robbery with Kidnapping, and Escape After Conviction. These violent and dangerous offenders should be segregated, not be brought together, which heightens the security risk. As for Plaintiff George A. Jackson, he is a "lifer" (he was sentenced to 37 years and 7 months in July 1992) whose offenses include a finding of guilty for violating 11 Del. C. §832(a)(1), causing physical injury to another during the commission of a robbery.

5. The Plaintiffs' DOC disciplinary infractions also raise security concerns. Eighteen out of the twenty five Plaintiffs have disciplinary infractions on their records, including George Jackson. By way of example, Plaintiff Timothy Malloy has an extensive disciplinary history, with seven infractions, the latest occurring on August 15, 2006. Plaintiff Anthony E. Morris has a significant disciplinary history, with four infractions, the latest occurring a month ago, on November 20, 2007. Plaintiff Samuel J. Jones also has a considerable disciplinary history, with four infractions, the latest occurring on August 10, 2007. Several of Plaintiffs' relevant disciplinary reports for fighting, disorderly conduct and threatening are attached hereto.

6. For the safety and security of those attending the depositions, and to prevent the possibility of escape, George A Jackson and other named plaintiffs should not attend any depositions to which they are not deponents.

7. I have made these statements based upon my personal knowledge, specialized training, and experience as an employee of the Department of Correction.

_____
Mike Deloy

**SWORN AND SUBSCRIBED** before me this 21st day of December, 2007.

_____
Notary

JUDITH ANN LEDERMAN
NOTARY PUBLIC, STATE OF DELAWARE
My Commission Expires August 28, 2009

| DR# 3587 | | Date: 12/19/2007 |
|---|---|---|

SCI Sussex Correctional Institution
PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

## DISCIPLINARY HEARING DECISION

Inmate : Jackson, George A          SBI#: 00171250          Type: Class 2

Institution: SCI Sussex Correctional Institution          Hearing Date: 07/14/2004          Time: 10:40

Inmate Present: Yes          Reason(If No): N/A

Violation: , 2.13/200.111 Possession of Non-Dangerous Contraband

**Inmate PLEA: Guilty**

Inmate Statement: Inmate admitts to committing the instant offense.

**Decision : Guilty**
Rational : Inmate statements and 404.
Sanctions: N/A

HEARING OFFICER'S SIGNATURE _____
Fisher, Howard L

I understand that I may appeal the decision of a Class II Hearing to the Class I Hearing Officer. I may appeal the decision of a Class I Hearing to the facility administrator. I also understand that I have 72 hours to submit my notice of appeal in writing to the Class I Hearing Officer if I am appealing a Class II Hearing decision or the Warden if I am appealing a Class I Hearing decision.

I [ ] DO    [X] DO NOT INTEND TO APPEAL          _____
                                                                INMATE's SIGNATURE

### ORDER TO IMPLEMENT SANCTIONS

| [X] Inmate does not wish to appeal | [ ] Appeal has been denied by Commissioner or Designate |
|---|---|
| [ ] Sanctions have been modified | [ ] Time Limit(72 Hours since hearing) for appeal has expired |

It is here by ordered to implement the sanctions:

| Sanctions | Start Date | Days | End Date |
|---|---|---|---|
| 1. Written Reprimand | | | |

Page 1 of 1

| DR# | |
|---|---|
| 6627 | |

**SCI Sussex Correctional Institution**
PO Box 500
**GEORGETOWN DE, 19947**
Phone No. 302-856-5280

Date: 12/19/2007

# DISCIPLINARY HEARING DECISION

**Inmate** : Malloy, Timothy L  **SBI#:** 00171278  **Type:** Class 2

**Institution:** SCI Sussex Correctional Institution  **Hearing Date:** 08/14/2006  **Time:** 12:30

**Inmate Present:** Yes  **Reason(If No):** N/A

**Violation:** , 2.01/200.105 Abuse of Privileges, 2.05 Disrespect, 2.10/200.213 Lying, 2.13/200.111 Possession of Non-Dangerous Contraband

**Inmate PLEA:** Guilty
**Inmate Statement:** N/A

**Witness Name:** Bishop, Janet
**Testimony :** N/A

**Witness Name:** Jones, Christopher
**Testimony :** N/A

**Decision :** Guilty
**Rational :** I/M pled guilty
**Sanctions:** N/A

HEARING OFFICER'S SIGNATURE _____
Cordrey, Gerald M

I understand that I may appeal the decision of a Class II Hearing to the Class I Hearing Officer. I may appeal the decision of a Class I Hearing to the facility administrator. I also understand that I have 72 hours to submit my notice of appeal in writing to the Class I Hearing Officer if I am appealing a Class II Hearing decision or the Warden if I am appealing a Class I Hearing decision.

I [ ]  DO   [ ]  DO NOT INTEND TO APPEAL   _____
INMATE's SIGNATURE

## ORDER TO IMPLEMENT SANCTIONS

[X] Inmate does not wish to appeal  [ ] Appeal has been denied by Commissioner or Designate
[ ] Sanctions have been modified  [ ] Time Limit(72 Hours since hearing) for appeal has expired

**It is here by ordered to implement the sanctions:**

| Sanctions | Start Date | Days | End Date |
|---|---|---|---|
| 1. Loss of All Privileges | 08/15/2006 | 2 | 08/17/2006 |

| DR# | | |
|---|---|---|
| 4836 | SCI Sussex Correctional Institution<br>PO Box 500<br>GEORGETOWN DE, 19947<br>Phone No. 302-856-5280 | Date: 12/19/2007 |

## DISCIPLINARY HEARING DECISION

| Inmate : Malloy, Timothy L | SBI#: 00171278 | Type: Class 2 |
|---|---|---|
| Institution: SCI Sussex Correctional Institution | Hearing Date: | Time: |

**Inmate Present:** No      **Reason(If No):** N/A

**Violation:** , 1.06/200.203 Disorderly or Threatening Behavior, 2.01/200.105 Abuse of Privileges, 2.05 Disrespect

**Inmate PLEA:** **Not Guilty**
**Inmate Statement:** N/A

**Decision :** Guilty
**Rational :** N/A
**Sanctions:** N/A

HEARING OFFICER'S SIGNATURE _____
,

I understand that I may appeal the decision of a Class II Hearing to the Class I Hearing Officer. I may appeal the decision of a Class I Hearing to the facility administrator. I also understand that I have 72 hours to submit my notice of appeal in writing to the Class I Hearing Officer if I am appealing a Class II Hearing decision or the Warden if I am appealing a Class I Hearing decision.

I [ ]  DO    [ ]  DO NOT INTEND TO APPEAL         _____
                                                  INMATE's SIGNATURE

### ORDER TO IMPLEMENT SANCTIONS

| [X] | Inmate does not wish to appeal | [ ] | Appeal has been denied by Commissioner or Designate |
| [ ] | Sanctions have been modified | [ ] | Time Limit(72 Hours since hearing) for appeal has expired |

**It is here by ordered to implement the sanctions:**

| Sanctions | Start Date | Days | End Date |
|---|---|---|---|
| | | | |

Page 1 of 1

| DR# | | Date: 12/19/2007 |
|---|---|---|
| 3521 | SCI Sussex Correctional Institution<br>PO Box 500<br>GEORGETOWN DE, 19947<br>Phone No. 302-856-5280 | |

## DISCIPLINARY HEARING DECISION

| Inmate : Malloy, Timothy L | SBI#: 00171278 | Type: Class 2 |
|---|---|---|
| Institution: SCI Sussex Correctional Institution | Hearing Date: 06/30/2004 | Time: 10:30 |

**Inmate Present:** Yes   **Reason(If No):** N/A

**Violation:** , 2.06/200.108 Failing to Obey an Order, 2.14 Unauthorized Communication

**Inmate PLEA:** Guilty
**Inmate Statement:** INMATE ADMITS RULE VIOLATION

**Witness Name:** Hubbs, B
**Testimony :** N/A

**Decision :** Guilty
**Rational :** STAFF REPORT AND INMATE STATEMENT
**Sanctions:** N/A

**HEARING OFFICER'S SIGNATURE** _____
West, Darrick E

I understand that I may appeal the decision of a Class II Hearing to the Class I Hearing Officer. I may appeal the decision of a Class I Hearing to the facility administrator. I also understand that I have 72 hours to submit my notice of appeal in writing to the Class I Hearing Officer if I am appealing a Class II Hearing decision or the Warden if I am appealing a Class I Hearing decision.

I [ ]   DO       [X]   DO NOT INTEND TO APPEAL      _____
                                                     **INMATE's SIGNATURE**

### ORDER TO IMPLEMENT SANCTIONS

| [X] | Inmate does not wish to appeal | [ ] | Appeal has been denied by Commissioner or Designate |
| [ ] | Sanctions have been modified | [ ] | Time Limit(72 Hours since hearing) for appeal has expired |

**It is here by ordered to implement the sanctions:**

| Sanctions | Start Date | Days | End Date |
|---|---|---|---|
| 1. Written Reprimand | | | |

**Page 1 of 1**

| DR# | |
|---|---|
| 1035856 | Date: 12/19/2007 |

SCI Sussex Correctional Institution
PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

## DISCIPLINARY HEARING DECISION

**Inmate**: Morris, Anthony E    **SBI#**: 00300363    **Type**: Class 2
**Institution**: DCC Delaware Correctional Center    **Hearing Date**: 11/20/2007    **Time**: 10:09

**Inmate Present**: Yes    **Reason(If No)**: N/A
**Violation**: , 2.13/200.111 Possession of Non-Dangerous Contraband

**Inmate PLEA**: Not Guilty
**Inmate Statement**: Didn't know.

**Decision**: Guilty
**Rational**: Per report inmate found guilty.
**Sanctions**: N/A

HEARING OFFICER'S SIGNATURE
Savage, Larry

I understand that I may appeal the decision of a Class II Hearing to the Class I Hearing Officer. I may appeal the decision of a Class I Hearing to the facility administrator. I also understand that I have 72 hours to submit my notice of appeal in writing to the Class I Hearing Officer if I am appealing a Class II Hearing decision or the Warden if I am appealing a Class I Hearing decision.

I [ ] DO    [X] DO NOT INTEND TO APPEAL

INMATE's SIGNATURE

### ORDER TO IMPLEMENT SANCTIONS

[X] Inmate does not wish to appeal      [ ] Appeal has been denied by Commissioner or Designate
[ ] Sanctions have been modified         [ ] Time Limit(72 Hours since hearing) for appeal has expired

It is here by ordered to implement the sanctions:

| Sanctions | Start Date | Days | End Date |
|---|---|---|---|
| 1. Written Reprimand | | | |

| DR# 1035672 | SCI Sussex Correctional Institution<br>PO Box 500<br>GEORGETOWN DE, 19947<br>Phone No. 302-856-5280 | Date: 12/19/2007 |
|---|---|---|

## DISCIPLINARY HEARING DECISION

**Inmate:** Morris, Anthony E  **SBI#:** 00300363  **Type:** Class 1

**Institution:** DCC Delaware Correctional Center  **Hearing Date:** 11/15/2007  **Time:** 10:40

**Inmate Present:** Yes  **Reason(If No):** N/A

**Violation:** , 1.18/200.218 Possession of Dangerous Contraband, 2.03/200.106 Creating a Health, Safety or Fire Hazard, 2.06/200.108 Failing to Obey an Order

**Inmate PLEA:** Guilty
**Inmate Statement:** N/A

**Decision:** Guilty
**Rational:** Per report and plea inmate found guilty of all charges.
**Sanctions:** N/A

**HEARING OFFICER'S SIGNATURE** _____
Savage, Larry

I understand that I may appeal the decision of a Class II Hearing to the Class I Hearing Officer. I may appeal the decision of a Class I Hearing to the facility administrator. I also understand that I have 72 hours to submit my notice of appeal in writing to the Class I Hearing Officer if I am appealing a Class II Hearing decision or the Warden if I am appealing a Class I Hearing decision.

I [ ] DO   [X] DO NOT INTEND TO APPEAL   _____
**INMATE's SIGNATURE**

### ORDER TO IMPLEMENT SANCTIONS

[X] Inmate does not wish to appeal      [ ] Appeal has been denied by Commissioner or Designate

[ ] Sanctions have been modified        [ ] Time Limit(72 Hours since hearing) for appeal has expired

**It is here by ordered to implement the sanctions:**

| Sanctions | Start Date | Days | End Date |
|---|---|---|---|
| 1. Confinement to Quarter | 12/10/2007 | 5 | 12/14/2007 |

Page 1 of 1

| DR# 5810 | SCI Sussex Correctional Institution<br>PO Box 500<br>GEORGETOWN DE, 19947<br>Phone No. 302-856-5280 | Date: 12/19/2007 |

## DISCIPLINARY HEARING DECISION

**Inmate:** Morris, Anthony E  **SBI#:** 00300363  **Type:** Class 1

**Institution:** SCI Sussex Correctional Institution  **Hearing Date:** 01/10/2006  **Time:** 18:29

**Inmate Present:** Yes   **Reason(If No):** N/A

**Violation:** , 2.06/200.108 Failing to Obey an Order

**Inmate PLEA:** Not Guilty

**Inmate Statement:** I was supposed to be off.

**Witness Name:** Crockett, Richard

**Testimony:** per incident report

**Decision:** Guilty

**Rational:** incident report

**Sanctions:** N/A

**HEARING OFFICER'S SIGNATURE** _____
Hollis, James W

I understand that I may appeal the decision of a Class II Hearing to the Class I Hearing Officer. I may appeal the decision of a Class I Hearing to the facility administrator. I also understand that I have 72 hours to submit my notice of appeal in writing to the Class I Hearing Officer if I am appealing a Class II Hearing decision or the Warden if I am appealing a Class I Hearing decision.

I [ ] DO    [X] DO NOT INTEND TO APPEAL    _____
**INMATE's SIGNATURE**

### ORDER TO IMPLEMENT SANCTIONS

[X] Inmate does not wish to appeal        [ ] Appeal has been denied by Commissioner or Designate

[ ] Sanctions have been modified          [ ] Time Limit(72 Hours since hearing) for appeal has expired

**It is here by ordered to implement the sanctions:**

| Sanctions | Start Date | Days | End Date |
|---|---|---|---|
| 1. Written Reprimand | 01/10/2006 | | |

Page 1 of 1

| DR# | | |
|---|---|---|
| 8262 | | |

**SCI Sussex Correctional Institution**
PO Box 500
**GEORGETOWN DE, 19947**
Phone No. 302-856-5280

Date: 12/19/2007

## DISCIPLINARY HEARING DECISION

| Inmate: Jones, Samuel J | SBI#: 00465297 | Type: Class 1 |
|---|---|---|
| Institution: SCI Sussex Correctional Institution | Hearing Date: 08/10/2007 | Time: 14:00 |

Inmate Present: Yes    Reason(If No): N/A

Violation: , 1.26 Substance Abuse

---

**Inmate PLEA:** Guilty
**Inmate Statement:** I'm Guilty

---

**Decision:** Guilty
**Rational:** Based on reports, Hearing and plea
**Sanctions:** N/A

HEARING OFFICER'S SIGNATURE _____
Johnson, Joseph H

---

I understand that I may appeal the decision of a Class II Hearing to the Class I Hearing Officer. I may appeal the decision of a Class I Hearing to the facility administrator. I also understand that I have 72 hours to submit my notice of appeal in writing to the Class I Hearing Officer if I am appealing a Class II Hearing decision or the Warden if I am appealing a Class I Hearing decision.

I [ ] DO    [X] DO NOT INTEND TO APPEAL    _____
                                             INMATE's SIGNATURE

---

### ORDER TO IMPLEMENT SANCTIONS

| [X] Inmate does not wish to appeal | [ ] Appeal has been denied by Commissioner or Designate |
|---|---|
| [ ] Sanctions have been modified | [ ] Time Limit(72 Hours since hearing) for appeal has expired |

It is here by ordered to implement the sanctions:

| Sanctions | Start Date | Days | End Date |
|---|---|---|---|
| 1. Isolated Confinement | 08/10/2007 | 30 | 09/09/2007 |

| DR# 5640 | SCI Sussex Correctional Institution<br>PO Box 500<br>GEORGETOWN DE, 19947<br>Phone No. 302-856-5280 | Date: 12/19/2007 |

## DISCIPLINARY HEARING DECISION

| Inmate: Jones, Samuel J | SBI#: 00465297 | Type: Class 2 |
|---|---|---|
| Institution: SCI Sussex Correctional Institution | Hearing Date: 11/29/2005 | Time: 19:12 |

**Inmate Present:** Yes    **Reason(If No):** N/A

**Violation:** , 2.06/200.108 Failing to Obey an Order, 2.10/200.213 Lying

**Inmate PLEA:** Not Guilty

**Inmate Statement:** I do not want to work in the Kitchen. I went where I thought they needed me.

**Witness Name:** Crockett, Richard
**Testimony:** N/A

**Witness Name:** Evans, Bethany
**Testimony:** per incident report

**Decision:** Guilty
**Rational:** incident report
**Sanctions:** N/A

HEARING OFFICER'S SIGNATURE _____
Hollis, James W

I understand that I may appeal the decision of a Class II Hearing to the Class I Hearing Officer. I may appeal the decision of a Class I Hearing to the facility administrator. I also understand that I have 72 hours to submit my notice of appeal in writing to the Class I Hearing Officer if I am appealing a Class II Hearing decision or the Warden if I am appealing a Class I Hearing decision.

I [ ] DO   [X] DO NOT INTEND TO APPEAL    _____
                                           INMATE's SIGNATURE

### ORDER TO IMPLEMENT SANCTIONS

| [X] | Inmate does not wish to appeal | [ ] | Appeal has been denied by Commissioner or Designate |
| [ ] | Sanctions have been modified | [ ] | Time Limit(72 Hours since hearing) for appeal has expired |

**It is here by ordered to implement the sanctions:**

| Sanctions | Start Date | Days | End Date |
|---|---|---|---|
| 1. Loss of All Privileges | 11/30/2005 | 1 | 12/01/2005 |

Page 1 of 1

| DR# 3499 | SCI Sussex Correctional Institution<br>PO Box 500<br>GEORGETOWN DE, 19947<br>Phone No. 302-856-5280 | Date: 12/19/2007 |
|---|---|---|

## DISCIPLINARY HEARING DECISION

**Inmate:** Jones, Samuel J    **SBI#:** 00465297    **Type:** Class 1

**Institution:** SCI Sussex Correctional Institution    **Hearing Date:** 07/06/2004    **Time:**

**Inmate Present:** Yes    **Reason(If No):** N/A

**Violation:** , 1.29 Refusal to Participate in Classified Treatment Programs

**Inmate PLEA: Guilty**

**Inmate Statement:** I had a death in my family my father and my grandmother, and I couldn't handle it. I do want to finish school.

**Decision :Guilty**

**Rational :** Based on the teachers report and the interview. mr. Jones is found guilty and given probation.

**Sanctions:** N/A

**HEARING OFFICER'S SIGNATURE** _____
Hennessy, Melvin C

I understand that I may appeal the decision of a Class II Hearing to the Class I Hearing Officer. I may appeal the decision of a Class I Hearing to the facility administrator. I also understand that I have 72 hours to submit my notice of appeal in writing to the Class I Hearing Officer if I am appealing a Class II Hearing decision or the Warden if I am appealing a Class I Hearing decision.

I [ ] DO    [X] DO NOT INTEND TO APPEAL    _____
**INMATE's SIGNATURE**

### ORDER TO IMPLEMENT SANCTIONS

[X] Inmate does not wish to appeal    [ ] Appeal has been denied by Commissioner or Designate

[ ] Sanctions have been modified    [ ] Time Limit(72 Hours since hearing) for appeal has expired

**It is here by ordered to implement the sanctions:**

| Sanctions | Start Date | Days | End Date |
|---|---|---|---|
| 1. Other | | | |

Page 1 of 1

| DR# 2886 | SCI Sussex Correctional Institution PO Box 500 GEORGETOWN DE, 19947 Phone No. 302-856-5280 | Date: 12/19/2007 |

## DISCIPLINARY HEARING DECISION

**Inmate:** Jones, Samuel J     **SBI#:** 00465297     **Type:** Class 2

**Institution:** SCI Sussex Correctional Institution     **Hearing Date:** 02/15/2004     **Time:** 18:10

**Inmate Present:** Yes     **Reason(If No):** N/A

**Violation:** , 2.06/200.108 Failing to Obey an Order, 2.11/200.102 Off Limits

**Inmate PLEA:** Guilty

**Inmate Statement:** inmate says he was asleep and did`nt hear call for count.

**Decision:** Guilty
**Rational:** officer report
**Sanctions:** N/A

**HEARING OFFICER'S SIGNATURE**
West, Darrick E

I understand that I may appeal the decision of a Class II Hearing to the Class I Hearing Officer. I may appeal the decision of a Class I Hearing to the facility administrator. I also understand that I have 72 hours to submit my notice of appeal in writing to the Class I Hearing Officer if I am appealing a Class II Hearing decision or the Warden if I am appealing a Class I Hearing decision.

I [ ] DO    [X] DO NOT INTEND TO APPEAL

**INMATE's SIGNATURE**

### ORDER TO IMPLEMENT SANCTIONS

[X] Inmate does not wish to appeal           [ ] Appeal has been denied by Commissioner or Designate
[ ] Sanctions have been modified              [ ] Time Limit(72 Hours since hearing) for appeal has expired

**It is here by ordered to implement the sanctions:**

| Sanctions | Start Date | Days | End Date |
|---|---|---|---|
| 1. Written Reprimand | | | |

Page 1 of 1