IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GEORGE A. JACKSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-823-SLR/LPS |
| | ) | |
| STANLEY TAYLOR, et al., | ) | JURY TRIAL REQUESTED |
| | ) | |
| Defendants. | ) | |

**Notice of Deposition**

TO: Vernon Truitt, Inmate
SBI No.: 188191
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

**PLEASE TAKE NOTICE** that the oral deposition of Vernon Truitt will be taken by Catherine Damavandi, Deputy Attorney General, on Wednesday, March 5, 2008 at 11:30 a.m. The deposition will take place at the Sussex Correctional Institution; Route 113 Georgetown, DE 19947, and will be transcribed by a professional reporter.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Catherine Damavandi
Catherine Damavandi, (Atty. ID# 3823)
Deputy Attorney General
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
catherine.damavandi@state.de.us

DATED: February 26, 2008

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GEORGE A. JACKSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-823-SLR/LPS |
| | ) | |
| STANLEY TAYLOR, et al., | ) | JURY TRIAL REQUESTED |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2008, I electronically filed *Notice of Deposition* with the Clerk of Court using CM/ECF. I hereby certify that on February 26, 2008, I have mailed by United States Postal Service, the document to the non-registered parties on the attached list.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Catherine Damavandi
Catherine Damavandi (ID # 3823)
Deputy Attorney General
State of Delaware
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorney for State Defendants

*List of Non-Registered Parties*

George A. Jackson
SBI No.: 171250
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Charles Blizzard
SBI No.: 166670
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Roy R. Williamson
SBI No.: 291856
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Carl Walker
SBI No.: 173378
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Darwin A. Savage
SBI No.: 232561
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Charles B. Sanders
SBI No.: 160428
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Timothy L. Malloy
SBI No.: 171278
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Darus Young
SBI No.: 282852
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Frank Williams
SBI.: 261867
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947

Anthony Morris
SBI.: 300363
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Samuel Jones
SBI.: 465297
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947

Gilbert Williams
SBI.: 137575
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947

Joseph White
SBI.: 082985
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947

Howard Parker
SBI No.: 165324
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947

Kevin Spivey  
SBI No.: 258693  
Sussex Correctional Institution  
Post Office Box 500  
Georgetown, DE 19947  

James Johnson  
SBI No.: 155123  
Sussex Correctional Institution  
Post Office Box 500  
Georgetown, DE 19947  

Roderick Brown  
SBI No.: 315954  
Sussex Correctional Institution  
Post Office Box 500  
Georgetown, DE 19947  

Roger Thomas  
SBI No.: 292590  
22249 Cubbage Pond Road  
Lincoln, DE 19960  

Lawrence B. Dickens  
SBI No.: 124570  
Sussex Correctional Institution  
Post Office Box 500  
Georgetown, DE 19947  

Jerome Green  
SBI No.: 147772  
Sussex Correctional Institution  
Post Office Box 500  
Georgetown, DE 19947  

Rique Reynolds  
SBI No.: 266486  
Sussex Correctional Institution  
P.O. Box 500  
Georgetown, DE 19947  

Vernon Truitt  
SBI No.: 188191  
Sussex Correctional Institution  
Post Office Box 500  
Georgetown, DE 19947  

José Serpa  
SBI No.: 350322  
Sussex Correctional Institution  
Post Office Box 500  
Georgetown, DE 19947  

John F. Davis  
SBI No.: 263753  
16513 Coastal Hwy  
Lewes, DE 19958  

Eldon Potts  
SBI.: 211193  
Morris Community Corrections  
300 Water Street  
Dover, DE 19901