IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GEORGE A. JACKSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-823-SLR/LPS |
| | ) | |
| STANLEY TAYLOR, et al., | ) | JURY TRIAL REQUESTED |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR LEAVE TO DEPOSE PLAINTIFF**

COME NOW Defendants Stanley Taylor, Joyce Talley, Tony Figario, Carl Anson, Michael Knight, Chris Senato, Joseph Atkins, Debbie Melvin, Richard Cockett, Richard Manuel, Wenston White, Steven Raynor, and Bethany Evans (collectively, "Defendants"), by and through their undersigned counsel, and respectfully move this Honorable Court to enter an Order granting Defendants' counsel the right to depose Plaintiff George A. Jackson ("Plaintiff Jackson"), an incarcerated individual:

1. Plaintiff Jackson is an inmate incarcerated at the Sussex Correctional Institution in Georgetown, Delaware.

2. Counsel for the Defendants wishes to depose Plaintiff Jackson as part of discovery in this case.

3. The discovery deadline in this matter is April 1, 2008.

4. Fed. R. Civ. P. 30(a)(2) requires leave of the Court to depose an incarcerated individual.

5. A form of order is attached to this Motion that grants Defendants' counsel the right to depose Plaintiff Jackson.

WHEREFORE, Defendants respectfully request that this Honorable Court grant their

Motion for Leave to Depose Plaintiff George A. Jackson.

        **STATE OF DELAWARE**
        **DEPARTMENT OF JUSTICE**

        /s/ Catherine Damavandi
        Catherine Damavandi (ID # 3823)
        Deputy Attorney General
        State of Delaware Department of Justice
        820 N. French Street, 6th Floor
        Wilmington, DE 19801
        (302) 577-8400
        Attorney for State Defendants

DATE: February 26, 2008

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| GEORGE A. JACKSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-823-SLR/LPS |
| | ) | |
| STANLEY TAYLOR, et al., | ) | JURY TRIAL REQUESTED |
| | ) | |
| Defendants. | ) | |

**7.1.1 CERTIFICATE OF COUNSEL**

Undersigned counsel hereby certify, pursuant to Local Rule 7.1.1, that:

1. Plaintiff George A. Jackson is currently incarcerated and it is not practical for undersigned counsel to communicate with him concerning Defendants' Motion for Leave to Depose Plaintiff.

2. Therefore, undersigned counsel assumes that the Motion is opposed.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Catherine Damavandi_____
Catherine Damavandi (ID # 3823)
Deputy Attorney General
State of Delaware Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorney for State Defendants

DATE: February 26, 2008

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GEORGE A. JACKSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-823-SLR/LPS |
| | ) | |
| STANLEY TAYLOR, et al., | ) | JURY TRIAL REQUESTED |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2008, I electronically filed *Defendants' Motion For Leave to Depose Plaintiff George A. Jackson* with the Clerk of Court using CM/ECF. I hereby certify that on February 26, 2008, I have mailed by United States Postal Service, the document to the non-registered parties on the attached list.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Catherine Damavandi_____
Catherine Damavandi (ID # 3823)
Deputy Attorney General
State of Delaware
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorney for State Defendants

*List of Non-Registered Parties*

| | |
|---|---|
| George A. Jackson<br>SBI No.: 171250<br>Sussex Correctional Institution<br>Post Office Box 500<br>Georgetown, DE 19947 | Darus Young<br>SBI No.: 282852<br>Sussex Correctional Institution<br>Post Office Box 500<br>Georgetown, DE 19947 |
| Charles Blizzard<br>SBI No.: 166670<br>Sussex Correctional Institution<br>Post Office Box 500<br>Georgetown, DE 19947 | Frank Williams<br>SBI.: 261867<br>Sussex Correctional Institution<br>P.O. Box 500<br>Georgetown, DE 19947 |
| Roy R. Williamson<br>SBI No.: 291856<br>Sussex Correctional Institution<br>Post Office Box 500<br>Georgetown, DE 19947 | Anthony Morris<br>SBI.: 300363<br>Delaware Correctional Center<br>1181 Paddock Road<br>Smyrna, DE 19977 |
| Carl Walker<br>SBI No.: 173378<br>Sussex Correctional Institution<br>Post Office Box 500<br>Georgetown, DE 19947 | Samuel Jones<br>SBI.: 465297<br>Sussex Correctional Institution<br>P.O. Box 500<br>Georgetown, DE 19947 |
| Darwin A. Savage<br>SBI No.: 232561<br>Sussex Correctional Institution<br>Post Office Box 500<br>Georgetown, DE 19947 | Gilbert Williams<br>SBI.: 137575<br>Sussex Correctional Institution<br>P.O. Box 500<br>Georgetown, DE 19947 |
| Charles B. Sanders<br>SBI No.: 160428<br>Sussex Correctional Institution<br>Post Office Box 500<br>Georgetown, DE 19947 | Joseph White<br>SBI.: 082985<br>Sussex Correctional Institution<br>P.O. Box 500<br>Georgetown, DE 19947 |
| Timothy L. Malloy<br>SBI No.: 171278<br>Sussex Correctional Institution<br>Post Office Box 500<br>Georgetown, DE 19947 | Howard Parker<br>SBI No.: 165324<br>Sussex Correctional Institution<br>P.O. Box 500<br>Georgetown, DE 19947 |

Kevin Spivey
SBI No.: 258693
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

James Johnson
SBI No.: 155123
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Roderick Brown
SBI No.: 315954
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Roger Thomas
SBI No.: 292590
22249 Cubbage Pond Road
Lincoln, DE 19960

Lawrence B. Dickens
SBI No.: 124570
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Jerome Green
SBI No.: 147772
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Rique Reynolds
SBI No.: 266486
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947

Vernon Truitt
SBI No.: 188191
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

José Serpa
SBI No.: 350322
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

John F. Davis
SBI No.: 263753
16513 Coastal Hwy
Lewes, DE 19958

Eldon Potts
SBI.: 211193
Morris Community Corrections
300 Water Street
Dover, DE 19901