## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GEORGE A. JACKSON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   C. A. No. 05-823-*** |
| | ) |
| STANLEY TAYLOR, et al., | )   JURY TRIAL REQUESTED |
| | ) |
| Defendants. | ) |

## **ORDER**

This _____ day of _____, 20___,

**WHEREAS,** Defendants having requested leave to depose Plaintiff George Jackson pursuant to Fed. R. Civ. P. 30(a); and

**WHEREAS,** there being good cause shown for the granting of such motion;

**IT IS HEREBY ORDERED**, that Defendants' Motion for Leave to Depose Plaintiff shall be granted and Defendants shall have the right to depose Plaintiff George Jackson.

_____
Judge