

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

Eldon Potts
SBI# 211193
SCI
P.O. Box 500
Georgetown, DE 19947
PRO SE

RECEIVED
FEB 2 7 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RECEIVED
FEB 2 2 2008
SCI MAILROOM

NIXIE         197   DE  1        28 02/26/08
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 19801357099      *1827-03055-26-19

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GEORGE A. JACKSON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civ. No. 05-823-SLR/LPS |
| | ) |
| STANLEY TAYLOR, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER REGARDING REFERENCE
PURSUANT TO 28 U.S.C. § 636**

At Wilmington this *14th* day of February, 2008, the above case having been reassigned from the vacant judgeship caseload;

IT IS ORDERED that the case is hereby referred to Magistrate Judge Leonard P. Stark. Consistent with 28 U.S.C. § 636(b), Judge Stark shall conduct all proceedings, and hear and determine all motions,[1] through and including the pretrial conference.[2] The above caption shall be used in all subsequent filings in this action.

                                               _____
                                                United States District Judge

---

[1] Dispositive motions by report and recommendation; nondispositive motions by order (either written or issued from the bench).

[2] With respect to discovery disputes, the court's Electronic Discovery Default Standard and Default Standard for Access to Source Code shall continue to be applicable.