## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GEORGE A. JACKSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-823-SLR/LPS |
| | ) | |
| STANLEY TAYLOR, et al., | ) | JURY TRIAL REQUESTED |
| | ) | |
| Defendants. | ) | |

### Notice of Deposition

TO:    George Jackson, Inmate
       SBI No.:  171250
       Sussex Correctional Institution
       Post Office Box 500
       Georgetown, DE  19947

**PLEASE TAKE NOTICE** that the oral deposition of George Jackson will be taken by Catherine Damavandi, Deputy Attorney General, on Thursday, March 20, 2008 at 11:30 a.m. The deposition will take place at the Sussex Correctional Institution; Route 113 Georgetown, DE 19947, and will be transcribed by a professional reporter.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Catherine Damavandi
Catherine Damavandi, (Atty. ID# 3823)
Deputy Attorney General
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
catherine.damavandi@state.de.us

DATED: March 12, 2008

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

GEORGE A. JACKSON, et al.,     )
                                )
          Plaintiffs,     )
                                )
        v.              )     C. A. No. 05-823-SLR/LPS
                                )
STANLEY TAYLOR, et al.,     )     JURY TRIAL REQUESTED
                                )
          Defendants.     )

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2008, I electronically filed *Notice of Deposition* with the Clerk of Court using CM/ECF.  I hereby certify that on March 12, 2008, I have mailed by United States Postal Service, the document to the non-registered parties on the attached list.

**STATE OF DELAWARE
DEPARTMENT OF JUSTICE**

/s/ Catherine Damavandi     
Catherine Damavandi (ID # 3823)
Deputy Attorney General
State of Delaware
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorney for State Defendants

*List of Non-Registered Parties*

George A. Jackson
SBI No.:  171250
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Darus Young
SBI No.:  282852
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE  19947

Charles Blizzard
SBI No.:  166670
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Frank Williams
SBI.: 261867
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE  19947

Roy R. Williamson
SBI No.:  291856
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Anthony Morris
SBI.: 300363
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

Carl Walker
SBI No.:  173378
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Samuel Jones
SBI.: 465297
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE  19947

Darwin A. Savage
SBI No.:  232561
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Gilbert Williams
SBI.: 137575
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947

Charles B. Sanders
SBI No.:  160428
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Joseph White
SBI.: 082985
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE  19947

Timothy L. Malloy
SBI No.:  171278
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Howard Parker
SBI No.: 165324
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE  19947

Kevin Spivey
SBI No.:  258693
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE  19947

Rique Reynolds
SBI No.:  266486
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE  19947

James Johnson
SBI No.:  155123
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE  19947

Vernon Truitt
SBI No.:  188191
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE  19947

Roderick Brown
SBI No.:  315954
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE  19947

José Serpa
SBI No.: 350322
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE  19947

Roger Thomas
SBI No.:  292590
22249 Cubbage Pond Road
Lincoln, DE 19960

John F. Davis
SBI No.: 263753
16513 Coastal Hwy
Lewes, DE 19958

Lawrence B. Dickens
SBI No.:  124570
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE  19947

Eldon Potts
SBI.: 211193
22602 Piney Branch Court
Lincoln, DE  19960

Jerome Green
SBI No.:  147772
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE  19947

Adrian Wright
SBI No.:  169921
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE  19947