## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GEORGE A. JACKSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-823-SLR-LPS |
| | ) | |
| STANLEY TAYLOR, et al., | ) | JURY TRIAL REQUESTED |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME
### PURSUANT TO FED. R. CIV. P. 6(b)

Defendants Stanley Taylor, Joyce Talley, Tony Figario, Carl Anson, Michael Knight, Chris Senato, Joseph Atkins, Debbie Melvin, Richard Crockett, Richard Manuel, Weston White, Steven Raynor and Bethany Evans ("Defendants"), by and through undersigned counsel, respectfully request this Honorable Court to enter an Order granting an enlargement of ten days within which to file Reply Briefs.   In support of this motion, Defendants offer the following:

1.     A total of thirty-one (31) inmates commenced the instant action, pursuant to 42 U.S.C. §1983 , alleging Eighth and Fourteenth Amendment Due Process violations against the Defendants in connection with Plaintiffs' incarceration by the Delaware Department of Correction ("DOC").  Six (6) plaintiffs have since been terminated, leaving the current number of plaintiffs at twenty five (25).

2.     A lengthy period of discovery ensued and was completed on or about April 1, 2008 per the scheduling order.  Case dispositive motions were due on April 28, 2008. (D.I. 193)   Defendants filed a Motion for Enlargement of Time requesting a

twenty day extension in which to file a dispositive motion. (D.I. 259).  Defendants'

motion was granted on or about May 1, 2008. On or about May 19, 2008, Defendants

filed a Motion for Summary Judgment with a Memorandum in support thereof. (D.I.260,

261). On or about June 13, 2008, Plaintiff Darwin Savage filed an Answering Brief. (D.I.

264). On or about June 18, 2008, Plaintiffs Darus Young and James Johnson filed

Answering Briefs. (D.I. 265, 266). According to the local rules, Reply Briefs are due

June 23rd and 27th respectively.

3.      Counsel will be in trial in the District Court on June 24th and 25th.  Due to

the impending trial and other litigation in which counsel is involved, counsel for

Defendants will not be able to respond to the Plaintiffs' briefs within the required time.

Deputy Attorney General Catherine Damavandi requests an extension of time of ten (10)

days in which to file responses.

4.      This is the Defendants' first request for an extension of time to file Reply

Briefs in this matter.

5.      A proposed form of order is attached to this motion that will grant the

Defendants a ten (10) day extension from today's date, June 20, 2008, until on or before

June 30, 2008, to file the Defendants' Reply Briefs.

WHEREFORE, for the hereinabove reasons, the Defendants respectfully request that the Court grant the herein motion for an extension of time and set the deadline for filing a response on or before June 30, 2008.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

_/s/ Catherine Damavandi_____
Catherine Damavandi, ID #3823
Deputy Attorney General
Department of Justice
820 N. French St. 6th Fl.,
Wilmington, DE 19801
(302)577-8400
Attorney for Defendants

Dated:  June 20, 2008

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GEORGE A. JACKSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-823-SLR-LPS |
| | ) | |
| STANLEY TAYLOR, et al., | ) | JURY TRIAL REQUESTED |
| | ) | |
| Defendants. | ) | |

## 7.1.1 CERTIFICATION OF COUNSEL

The counsel for the Defendants, Deputy Attorney General Catherine Damavandi, files this certification in compliance with Rule 7.1.1 of the Local Rules of Civil Procedure and certifies that:

1.     Plaintiffs are inmates incarcerated in the Delaware Correctional system, at the Sussex Correctional Institution and the Delaware Correctional Center.

2.     Since the Plaintiffs are not able to be reached by telephone counsel for the Defendants has spent no time in attempting to reach an agreement on the subject of the motion for enlargement of time.

3.     She assumes the motion is opposed.

                                     DEPARTMENT OF JUSTICE
                                     STATE OF DELAWARE


                                     _/s/ Catherine Damavandi_____
                                     Catherine Damavandi, ID #3823
                                     Deputy Attorney General
                                     820 N. French St. 6th Fl.,
                                     Wilmington, De 19801
                                     (302)577-8400
                                     Attorney for Defendants

Dated:  June 20, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2008, I electronically filed *Defendants Motion for Enlargement of Time to File Reply Briefs* with the Clerk of Court using CM/ECF.  I hereby certify that on June 20, 2008, I have mailed by United States Postal Service, the document to the non-registered parties on the attached list.

/s/ Catherine Damavandi
Catherine Damavandi, ID#3823
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
catherine.damavandi@state.de.us

*List of Non-Registered Parties*

Charles Blizzard
SBI #166670
SUSSEX CORRECTIONAL INSTITUTE
P.O. Box 500
Geogetown, DE 19947

Roderick Brown
SBI# 315954
SUSSEX CORRECTIONAL INSTITUTE
P.O. Box 500
Georgetown, DE 19947

John F. Davis
SBI #263753
16513 Coastal Hwy
Lewes, DE 19958

Lawrence B. Dickens
SBI #124570
Sussex Correctional Center
P.O. Box 500
Georgetown, DE 19947

Jerome Green
SBI# 147772
SUSSEX CORRECTIONAL INSTITUTE
P.O. Box 500
Georgetown, DE 19947

George A. Jackson
SBI #171250
SUSSEX CORRECTIONAL INSTITUTE
P.O. Box 500
Georgetown, DE 19947

James Johnson
SBI 155123
SUSSEX CORRECTIONAL INSTITUTE
P.O. Box 500
Georgetown, DE 19947

Samuel Jones
SBI# 465297
SUSSEX CORRECTIONAL INSTITUTE
P.O. Box 500
Georgetown, DE 19947

Timothy L. Malloy
SBI #171278
SUSSEX CORRECTIONAL INSTITUTE
P.O. Box 500
Georgetown, DE 19947

Anthony Morris
SBI# 300363
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Howard Parker
SBI # 165324
SUSSEX CORRECTIONAL INSTITUTE
P.O. Box 500
Georgetown, DE 19947

Eldon Potts
SBI# 211193
22602 Piney Branch Court
Lincoln, DE 19960

Rique Reynolds
SBI# 266486
SUSSEX CORRECTIONAL INSTITUTE
P.O. Box 500
Georgetown, DE 19947

Charles B. Sanders
SBI #160428
SUSSEX CORRECTIONAL INSTITUTE
P.O. Box 500
Georgetown, DE 19947

Darwin A. Savage
SBI #232561
SUSSEX CORRECTIONAL INSTITUTE
P.O. Box 500
Georgetown, DE 19947

Jose Serpa
SBI# 350322
SUSSEX CORRECTIONAL INSTITUTE
P.O. Box 500
Georgetown, DE 19947

Kevin Spivey
SBI# 258693
SUSSEX CORRECTIONAL INSTITUTE
P.O. Box 500
Georgetown, DE 19947

Vernon Truitt
SUSSEX CORRECTIONAL INSTITUTE
P.O. Box 500
Georgetown, DE 19947

Joseph White
SBI#082985
SUSSEX CORRECTIONAL INSTITUTE
P.O. Box 500
Georgetown, DE 19947

Gilbert Williams
SBI# 137575
SUSSEX CORRECTIONAL INSTITUTE
P.O. Box 500
Georgetown, DE 19947

Adrian Wright
SBI #169921
SUSSEX CORRECTIONAL INSTITUTE
P.O. Box 500
Georgetown, DE 19947

Roger Thomas
SBI #292590
22249 Cubbage Pond Road
Lincoln, DE 19960

Carl Walker
SBI #173378
SUSSEX CORRECTIONAL INSTITUTE
P.O. Box 500
Georgetown, DE 19947

Frank Williams
SBI #261867
SUSSEX CORRECTIONAL INSTITUTE
P.O. Box 500
Georgetown, DE 19947

Roy R. Williamson
SBI #291856
SUSSEX CORRECTIONAL INSTITUTE
P.O. Box 500
Georgetown, DE 19947

Darus Young
SBI# 00282852
SUSSEX CORRECTIONAL INSTITUTE
P.O. Box 500
Georgetown, DE 19947