# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GEORGE A. JACKSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-823-SLR |
| | ) | |
| STANLEY TAYLOR, et al., | ) | JURY TRIAL REQUESTED |
| | ) | |
| Defendants. | ) | |

## **ORDER**

**IT IS SO ORDERED** this _____day of _____, 2008 that:

Defendants' Motion for Extension of Time is **GRANTED**. Defendants shall file Reply Briefs in this matter on or before June 30, 2008.

_____
United States District Judge