IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GEORGE A. JACKSON, et al., | : | |
| Plaintiffs, | : | |
| v. | : | C.A. No. 05-823-SLR |
| STANLEY TAYLOR, et al., | : | JURY TRIAL REQUESTED |
| Defendants. | : | |

**PLAINTIFF GEORGE A. JACKSON'S MOTION FOR EXTENSION OF TIME**

  **COME NOW** Plaintiff George A. Jackson, pro se, and respectfully move this Honorable Court to enter an Order granting Plaintiff's motion for extension ot time to Respond to Defendants' Motion for Summary judgment, and state as follows:

  1. Defendants have been granted by this Court an extension of time to file their motion for summary judgment, and plaintiff did not opposed.

  2. Plaintiff Jackson has limited access to the prison law library.

  3. Plaintiff received the Defendants' Summary judgment on or about the 19th, day of May, 2008.

  4. In opposition to Defendants' Motion for summary judgment, plaintiff Jackson intends to file a declaration in opposition, statememt of disputed factual issues and a brief in opposition to Defendants' motion for summary judgment.

  5. Plaintiff George A. Jackson seeks an extension of filing his above-mentioned documents in opposition by July 1, 2008.

  6. Defendants' should not be prejudice by Jackson's request.

  WHEREFORE, Plaintiff George A. Jackson respectfully request that this Honorable Court grant his Motion for Extension of Time to filing his response

to Defendants' Motion for Summary Judgment.

                                                    George A. Jackson, pro se
                                                    Sussex Correctional Inst.
                                                    P.O. Box 500
                                                    Georgetown, DE  19947

DATED:  June 19, 2008

## CERTIFICATE OF SERVICE

I, _George H. Jackson_, hereby certify that I have served a true and correct copy of the attached _Motion For Extension_ upon the following person/s below:

| NAME | STREET | CITY/STATE/ZIP |
|---|---|---|
| Catherine Damavandi, Deputy Attorney General | 820 N. French Street, 6th Fl | Wilmington, DE 19801 |

By placing same in a sealed, postage pre-paid envelope and depositing same in the United States Mail at Sussex Correctional Institution, P.O. Box 500, Georgetown, Delaware 19947.

This _19th_ day of _June_, _08_.

_George Jackson_

George A Jackson
IM: _____ BLDG: MedtiW
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE

U.S.M.S.
X-RAY

WILMINGTON DE 199
20 JUN 2008 PM 4 L

U.S. District Court
Lockbox 18
844 N. King ST
Wilmington, DE
19801

