IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| George A. Jackson, et al., | : |
|         Plaintiff, | : |
| v. | : Civ. No. 05-823-SLR-LPS |
| Stanley Taylor, et al., | : Jury Trial Requested |
|         Defendants. | : |

### ORDER

At Wilmington this **25th** day of **June, 2008**, the Court having considered Plaintiff's Motion for Extension of Time (D.I. 268),

IT IS ORDERED that Plaintiff's Motion for Extension of Time is **GRANTED**, and Plaintiff's answering brief in response to Defendants' Motion for Summary Judgment and pleadings related thereto (D.I. 260 & 261) shall be filed on or before **July 1, 2008.** Reply briefs are due **July 11, 2008.**

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order

_____
UNITED STATES MAGISTRATE JUDGE