FILED
JUL - 1 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

GEORGE A. JACKSON, et al.,            )
                                      )
        Plaintiffs,                   )
                                      )
    v.                                )   C.A. No. 05-823-SLR / LPS
                                      )
STANLEY TAYLOR, et al.,               )   JURY TRIAL REQUESTED
                                      )
        Defendants.                   )

## DECLARATION IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Carl M. Walker declares under penalty of perjury:

1. I am a plaintiff in the above entitled case. I make this declaration in opposition to defendants' motion for summary judgment on the claim of excessive heat and extreme cold at the SCI kitchen "old-side" work area.

2. The Affidavit of Michael Knight claim, in summary, that only one beef cube steak was reported with a parsite. The Affidavit of Patrica Ditto claim that inmates are and was not force to work in the kitchen, and Affidavit of Chris Senato claim in summary, that preventive maintenance is regular perform.

3. The defendants are not entitled to summary judgment because there are genuine issues of material fact to be resolved. These issues are

4. I am currently working in the SCI kitchen, I state that the working condition in the kitchen has not change since the filing of this action. There is a defective ventilation system on the "old-side" kitchen area, whereas most of the meals are prepared. During the extreme winter months the kitchen is extremely cold, while during the summer months the kitchen heat in the kitchen is excessive. Cooks are profusely sweating in the food because the "old-side" exhaust hood ventilation system does not operate as efficiently as the "new-side" exhaust hood ventilation

system.

5. We are told to drink plenty of water, but you must wait long periods to get access to the one (1) toilet seat bathroom for 25 inmate kitchen workers to use. Inmates must also use the one toilet seat bathroom to defecate, while other inmates have wait in pain and discomfort and further mental anguish.

6. As an employee of the kitchen when I was housed in the Merit building, it was Defendant Senato and Patrica Ditto policy that if an inmate quit, refuse to work or get fired from the kitchen, you would receive a major prison infraction which would increase yuor points and be move immediately out of the air condition cool Merit building.

7. Contrary to defendants' affidavit, I sum up my personal experience in my oral deposition at the prison. Nothing has changed since the filing of this action in regards to the extreme temperatures.

8. The foregoing factual allegations create a genuine issue of material fact and will, if proved at trial, entitle me to judgment.

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED: June 26, 2008

*Carl M. Walker*
Carl M. Walker #00173378

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GEORGE A. JACKSON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 05-823-SLR |
| | ) |
| STANLEY TAYLOR, et al., | ) JURY TRIAL REQUESTED |
| | ) |
| Defendants. | ) |

CERTIFICATE OF SERVICE

I, Carl M. Walker, hereby certify, that on 27th day of June, 2008, I forward an attached copy of an DECLARATION IN OPPOSITION, by placing it in the SCI prison mailbox to be forward to:

Catherine Damavandi
Deputy Attorney General
Department of Justice
820 North French St., 6th Fl.
Wilmington, DE 19801
Attorney for Defendants

*Carl M. Walker*
Carl M. Walker, pro se



Carl M. Walker
I/M: _____ BLDG: Med
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

WILMINGTON DE 197
30 JUN 2008 PM 1 T

U.S. District Court
Lockbox 18
844 N. King ST
Wilmington, DE
19801