# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GEORGE A. JACKSON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.        ) | C. A. No. 05-823-SLR-LPS |
| ) | |
| STANLEY TAYLOR, et al., ) | JURY TRIAL REQUESTED |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME
OUT OF TIME PURSUANT TO FED. R. CIV. P. 6(b)2**

Defendants Stanley Taylor, Joyce Talley, Tony Figario, Carl Anson, Michael Knight, Chris Senato, Joseph Atkins, Debbie Melvin, Richard Crockett, Richard Manuel, Weston White, Steven Raynor and Bethany Evans ("Defendants"), by and through undersigned counsel, respectfully request this Honorable Court to enter an Order granting an enlargement of time of an additional eight days within which to file a consolidated Reply Brief.  In support of this motion, Defendants offer the following:

1. Defendants previously requested a ten (10) day extension of time to reply to the submissions of three Plaintiffs in this matter.  The submissions were docketed as "Answering Briefs" in D.I.264, 265 and 266.

2. On June 30, 2008, the day Defendants were to file their Reply Brief, they received a submission from another Plaintiff, Rique Reynolds, also in opposition to the Defendants' motion for summary judgment. D.I.270.

3. On July 1, 2008, another Plaintiff (Carl Walker) submitted a declaration in opposition to Defendants' motion for summary judgment.  D.I.271.

4. On July 2, 2008, Plaintiff Darwin Savage's declaration against the Defendants' motion for summary judgment was docketed by the Clerk of Court. D.I.272.

5. In the interests of judicial economy, because the Plaintiffs' submissions contain common issues, Defendants wish to submit a single reply brief to deal with these six (6) responses to their motion for summary judgment.

6. This is the Defendants' second request for an extension of time to file Reply Briefs in this matter. As indicated above, the purpose of the extension is to file a consolidated reply brief; as an extension of time is not required to respond to the most recently filed documents. D.I.270,271,272.

7. A proposed form of order is attached to this motion that will grant the Defendants an extension until July 8, 2008, in which to file the Defendants' Reply Brief.

WHEREFORE, for the hereinabove reasons, the Defendants respectfully request that the Court grant the herein motion for an extension of time and set the deadline for filing a response for July 8, 2008.

**STATE OF DELAWARE
DEPARTMENT OF JUSTICE**

 /s/ Catherine Damavandi
Catherine Damavandi, ID #3823
Deputy Attorney General
Department of Justice
820 N. French St. 6th Fl.,
Wilmington, DE 19801
(302)577-8400
Attorney for Defendants

Dated: July 3, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GEORGE A. JACKSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-823-SLR-LPS |
| | ) | |
| STANLEY TAYLOR, et al., | ) | JURY TRIAL REQUESTED |
| | ) | |
| Defendants. | ) | |

### 7.1.1 CERTIFICATION OF COUNSEL

The counsel for the Defendants, Deputy Attorney General Catherine Damavandi, files this certification in compliance with Rule 7.1.1 of the Local Rules of Civil Procedure and certifies that:

    1.    Plaintiffs are inmates incarcerated in the Delaware Correctional system, at the Sussex Correctional Institution and the Delaware Correctional Center.

    2.    Since the Plaintiffs are not able to be reached by telephone counsel for the Defendants has spent no time in attempting to reach an agreement on the subject of the motion for enlargement of time.

    3.    She assumes the motion is opposed.

                                                                                           DEPARTMENT OF JUSTICE
                                                                                           STATE OF DELAWARE

                                                                                           /s/ Catherine Damavandi
                                                                                           Catherine Damavandi, ID #3823
                                                                                           Deputy Attorney General
                                                                                           820 N. French St. 6th Fl.,
                                                                                           Wilmington, De 19801
                                                                                          (302)577-8400
                                                                                           Attorney for Defendants

Dated:  July 3, 2008

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| GEORGE A. JACKSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-823-SLR-LPS |
| | ) | |
| STANLEY TAYLOR, et al., | ) | JURY TRIAL REQUESTED |
| | ) | |
| Defendants. | ) | |

***CERTIFICATE OF SERVICE***

I hereby certify that on July 3, 2008, I electronically filed *Defendants' Motion for Enlargement of Time Out of Time to File Reply Briefs* with the Clerk of Court using CM/ECF. I further certify that on July 3, 2008, I have mailed by United States Postal Service, the document to the non-registered parties on the attached list.

/s/ Catherine Damavandi
Catherine Damavandi, ID#3823
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
catherine.damavandi@state.de.us

*List of Non-Registered Parties*

Charles Blizzard
SBI #166670
SUSSEX CORRECTIONAL INSTITUTE
P.O. Box 500
Geogetown, DE 19947

Roderick Brown
SBI# 315954
SUSSEX CORRECTIONAL INSTITUTE
P.O. Box 500
Georgetown, DE 19947

John F. Davis
SBI #263753
16513 Coastal Hwy
Lewes, DE 19958

Lawrence B. Dickens
SBI #124570
Sussex Correctional Center
P.O. Box 500
Georgetown, DE 19947

Jerome Green
SBI# 147772
SUSSEX CORRECTIONAL INSTITUTE
P.O. Box 500
Georgetown, DE 19947

George A. Jackson
SBI #171250
SUSSEX CORRECTIONAL INSTITUTE
P.O. Box 500
Georgetown, DE 19947

James Johnson
SBI 155123
SUSSEX CORRECTIONAL INSTITUTE
P.O. Box 500
Georgetown, DE 19947

Samuel Jones
SBI# 465297
SUSSEX CORRECTIONAL INSTITUTE
P.O. Box 500
Georgetown, DE 19947

Timothy L. Malloy
SBI #171278
SUSSEX CORRECTIONAL INSTITUTE
P.O. Box 500
Georgetown, DE 19947

Anthony Morris
SBI# 300363
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Howard Parker
SBI # 165324
SUSSEX CORRECTIONAL INSTITUTE
P.O. Box 500
Georgetown, DE 19947

Eldon Potts
SBI# 211193
22602 Piney Branch Court
Lincoln, DE 19960

Rique Reynolds
SBI# 266486
SUSSEX CORRECTIONAL INSTITUTE
P.O. Box 500
Georgetown, DE 19947

Charles B. Sanders
SBI #160428
SUSSEX CORRECTIONAL INSTITUTE
P.O. Box 500
Georgetown, DE 19947

Darwin A. Savage
SBI #232561
SUSSEX CORRECTIONAL INSTITUTE
P.O. Box 500
Georgetown, DE 19947

Jose Serpa
SBI# 350322
SUSSEX CORRECTIONAL INSTITUTE
P.O. Box 500
Georgetown, DE 19947

Kevin Spivey
SBI# 258693
SUSSEX CORRECTIONAL INSTITUTE
P.O. Box 500
Georgetown, DE 19947

Vernon Truitt
SUSSEX CORRECTIONAL INSTITUTE
P.O. Box 500
Georgetown, DE 19947

Joseph White
SBI#082985
SUSSEX CORRECTIONAL INSTITUTE
P.O. Box 500
Georgetown, DE 19947

Gilbert Williams
SBI# 137575
SUSSEX CORRECTIONAL INSTITUTE
P.O. Box 500
Georgetown, DE 19947

Adrian Wright
SBI #169921
SUSSEX CORRECTIONAL INSTITUTE
P.O. Box 500
Georgetown, DE 19947

Roger Thomas
SBI #292590
22249 Cubbage Pond Road
Lincoln, DE 19960

Carl Walker
SBI #173378
SUSSEX CORRECTIONAL INSTITUTE
P.O. Box 500
Georgetown, DE 19947

Frank Williams
SBI #261867
SUSSEX CORRECTIONAL INSTITUTE
P.O. Box 500
Georgetown, DE 19947

Roy R. Williamson
SBI #291856
SUSSEX CORRECTIONAL INSTITUTE
P.O. Box 500
Georgetown, DE 19947

Darus Young
SBI# 00282852
SUSSEX CORRECTIONAL INSTITUTE
P.O. Box 500
Georgetown, DE 19947