## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GEORGE A. JACKSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-823-SLR |
| | ) | |
| STANLEY TAYLOR, et al., | ) | JURY TRIAL REQUESTED |
| | ) | |
| Defendants. | ) | |

## ORDER

**IT IS SO ORDERED** this _____7th_____ day of _____July_____, 2008 that:

~~Defendants' Motion for Extension of Time is **GRANTED**. Defendants shall file a consolidated Reply Brief in this matter on or before July 8, 2008.~~ DENIED AS MOOT.

Per D.I. #269, reply briefs are due by July 11, 2008.

_____

United States ~~District~~ Judge   Magistrate