Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS



OS-823

Jose Serpa
SBI# 350322
SCI
P.O. Box 500
Georgetown, DE 19947

NOT



NIXIE     197   DC 1        OO 07/06/08
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 19801357099     *1727-14135-30-32

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| George A. Jackson, et al., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civ. No. 05-823-SLR-LPS |
| | : | |
| Stanley Taylor, et al., | : | Jury Trial Requested |
| | : | |
| Defendants. | : | |

### ORDER

At Wilmington this **25th** day of **June, 2008,** the Court having considered Plaintiff's

Motion for Extension of Time (D.I. 268),

IT IS ORDERED that Plaintiff's Motion for Extension of Time is **GRANTED,** and

Plaintiff's answering brief in response to Defendants' Motion for Summary Judgment and pleadings

related thereto (D.I. 260 & 261) shall be filed on or before **July 1, 2008.** Reply briefs are due **July**

**11, 2008.**

Delaware counsel are reminded of their obligations to inform out-of-state counsel of

this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any

problems regarding compliance with this Order

_____
UNITED STATES MAGISTRATE JUDGE