OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170
www.ded.uscourts.gov

FILED JUL -9 AM 10:05
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE

DATE: 7/7/08

TO:        Delaware Department of Corrections
           ATTN: Offender Records/Cheryl A.

FROM:      Clerk, U.S. District Court

RE:   Request for Inmate's Forwarding Address

Mail has been returned to the U.S. District Court for the following inmate who has one or more civil suits pending. It appears that the inmate may have been released and is no longer incarcerated at a Delaware institution. We are providing the inmate's name, SBI number, and last known DE prison address. If still incarcerated, please provide the name of the inmate's current institution. If released, please provide the former inmate's last known/forwarding mailing address. Thank you.

**NAME OF INMATE:**  Frank Williams

SBI #:                261 867

Last Known DE Institution:    SCI

PETER T. DALLEO, Clerk

(302) 573-6170   BY:   Beth Jurica
                       Deputy Clerk, U.S. District Court

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TO:        Clerk, U.S. District Court

FROM:      Delaware Department of Corrections
           ATTN: Offender Records/Cheryl A.

☐ Inmate is located at: (Institution) _____
or
☑ No longer incarcerated. Last known mailing address is:
           9364 Crooked Rd
           Lincoln De 19968

BY: Cheryl Arsenault
    Department of Corrections
    Offender Records